Fill in this information to identify the case:

Debtor name **Adli Law Group P.C.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known) **2:21-bk-18572-BB**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Verification of Master Mailing List of Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 8, 2021**       X

Signature of individual signing on behalf of debtor

**Dariush G. Adli**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Adli Law Group P.C.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-18572-BB**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $     **1,732,444.88**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $     **1,732,444.88**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **32,037.50**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$     **5,609,570.64**

4.    Total liabilities ........................................................................................................................
    Lines 2 + 3a + 3b    $     **5,641,608.14**

**Fill in this information to identify the case:**

Debtor name    **Adli Law Group P.C.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-18572-BB**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of the West** | **Checking account** | **7828** | $27,541.29 |
| 3.2. | **Bank of the West** | **Checking account** | **7851** | $36,266.02 |
| 3.3. | **Bank of the West** | **Money Market account** | **7810** | $2,140.64 |
| 3.4. | **Wells Fargo Bank** | **Checking Account** | **3159** | $30.35 |
| 3.5. | **US Bank** | **Business account** | **1292** | $214.43 |
| 3.6. | **Bank of the West** | **Checking account** | **7844** | $109.87 |
| 3.7. | **Bank of the West** | **Checking** | **9261** | $58,399.45 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Adli Law Group P.C.** | Case number *(If known)* | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$124,702.05** |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.      **Bank of the West
Checking account - IOLTA
Accoount no. XXX9915**

$522.40

7.2.      **Bank of the West
Checking account  - IOLTA
Account no. XXX4832**

$11,725.87

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.      **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | **$12,248.27** |
|---|---|

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts Receivable - See Attachment 1 attached hereto.**

| 11b. Over 90 days old: | **1,345,193.72** | - | **Unknown** | **$1,345,193.72** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

12.      **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$1,345,193.72** |
|---|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# ATTACHMENT 1

<u>In re Adli Law Group P.C.</u>, United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Schedule A/B Assets

**Accounts Receivable Report**

| Matter | Current | 30-59 | 60-89 | 90-119 | 120+ | Total |
|---|---|---|---|---|---|---|
| 1005.303 | 0.00 | 0.00 | 0.00 | 0.00 | 936.24 | 936.24 |
| 1013.213 | 2,280.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,280.00 |
| 1066.302 | 0.00 | 0.00 | 0.00 | 0.00 | 625.00 | 625.00 |
| 1098.202 | 1,800.96 | 0.00 | 862.78 | 3,573.07 | 974.00 | 7,210.81 |
| 1099.301 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 1238.301 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | 325.00 |
| 1238.302 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 140.00 |
| 1238.303 | 0.00 | 0.00 | 0.00 | 0.00 | 644.00 | 644.00 |
| 1238.801 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| 1277.302 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 1311.101 | 0.00 | 0.00 | 0.00 | 0.00 | 1,408.00 | 1,408.00 |
| 1311.101 | 560.00 | 0.00 | 0.00 | 0.00 | 90.00 | 650.00 |
| 1311.101 | 0.00 | 0.00 | 0.00 | 0.00 | 54.00 | 54.00 |
| 1311.101 | 350.00 | 0.00 | 0.00 | 0.00 | 54.00 | 404.00 |
| 1369.107 | 0.00 | 0.00 | 0.00 | 0.00 | 554.00 | 554.00 |
| 1467.301 | 0.00 | 0.00 | 105.00 | 0.00 | 90.00 | 195.00 |
| 1480.801 | 0.00 | 0.00 | 0.00 | 0.00 | -85.65 | -85.65 |
| 1485.301 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 1558.101 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 250.00 |
| 1578.204 | 0.00 | 0.00 | 0.00 | 0.00 | 1,143.62 | 1,143.62 |
| 1606.301 | 0.00 | 0.00 | 0.00 | 180.00 | 0.00 | 180.00 |
| 1606.306 | 0.00 | 0.00 | 0.00 | 180.00 | 0.00 | 180.00 |
| 1622.101 | 0.00 | 0.00 | 0.00 | 0.00 | 640.00 | 640.00 |
| 1627.201 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| 1641.201 | 0.00 | 0.00 | 0.00 | 0.00 | 1,519.25 | 1,519.25 |
| 1659.203 | 55.62 | 0.00 | 0.00 | 0.00 | 0.00 | 55.62 |
| 1659.204 | 1,459.00 | 0.00 | 37.80 | 0.00 | 0.00 | 1,496.80 |
| 1695.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 753.30 | 753.30 |
| 1726.202 | 0.00 | 0.00 | 0.00 | 0.00 | 5,253.55 | 5,253.55 |
| 1736.101 | 0.00 | 0.00 | 0.00 | 0.00 | 145.62 | 145.62 |
| 1873.203 | 314.15 | 0.00 | 278.10 | 92.70 | 6,787.25 | 7,472.20 |

| Account | | | | | | |
|---|---|---|---|---|---|
| 1873.204 | 3,862.05 | 3,862.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1999.Gen | -1,020.81 | -1,020.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2022.201 | 263.88 | 263.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.101 | 5,990.00 | 5,990.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.103 | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.104 | 1,190.00 | 1,190.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.105 | 1,890.00 | 1,000.00 | 890.00 | 0.00 | 0.00 | 0.00 |
| 2023.106 | 500.00 | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 |
| 2023.106 | 1,770.00 | 0.00 | 0.00 | 1,770.00 | 0.00 | 0.00 |
| 2023.107 | 1,620.00 | 1,050.00 | 570.00 | 0.00 | 0.00 | 0.00 |
| 2023.108 | 3,990.00 | 2,210.00 | 0.00 | 890.00 | 0.00 | 890.00 |
| 2023.109 | 1,779.00 | 1,779.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.11 | 1,894.00 | 1,894.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.111 | 1,980.00 | 1,980.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.303 | 700.00 | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2047.103 | 10,500.00 | 0.00 | 0.00 | 10,500.00 | 0.00 | 0.00 |
| 2055.201 | 2,236.81 | 1,962.83 | 273.98 | 0.00 | 0.00 | 0.00 |
| 2059.201 | 667.38 | 667.38 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2064.309 | 240.00 | 0.00 | 0.00 | 240.00 | 0.00 | 0.00 |
| 2085.201 | 1,246.30 | 1,246.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2093.601 | 1,776.37 | 1,776.37 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2096.101 | -5.00 | -5.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2138.101 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 0.00 |
| 2141.601 | -82.19 | -82.19 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2164.301 | 190.00 | 0.00 | 0.00 | 190.00 | 0.00 | 0.00 |
| 2164.302 | 190.00 | 0.00 | 0.00 | 190.00 | 0.00 | 0.00 |
| 2170.Gen | 190.00 | 190.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2225.101 | 180.00 | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2235.301 | 257.50 | 257.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2235.302 | 2,441.00 | 2,441.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2270.201 | 6,395.68 | 6,395.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2275.201 | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2278.336 | 162.00 | 162.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2287.201 | 70.56 | 0.00 | 0.00 | 0.00 | 0.00 | 70.56 |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| 2296.201 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 | 480.00 |
| 2313.Gen | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| 2324.Gen | 0.00 | 1,100.00 | 0.00 | 0.00 | 0.00 | 1,100.00 |
| 2330.201 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| 2353.201 | 0.00 | 0.00 | 0.00 | 0.00 | 1,280.68 | 1,280.68 |
| 2353.202 | 0.00 | 0.00 | 0.00 | 0.00 | 10,279.19 | 10,279.19 |
| 2366.Gen | 16,013.44 | 0.00 | 0.00 | 0.00 | 3,326.00 | 3,326.00 |
| 2371.201 | 0.00 | 0.00 | 8,801.76 | 3,869.24 | 25,374.76 | 54,059.20 |
| 2388.202 | 0.00 | 0.00 | 0.00 | 0.00 | 543.44 | 543.44 |
| 2388.803 | 0.00 | 0.00 | 0.00 | 0.00 | -543.44 | -543.44 |
| 2404.201 | 0.00 | 0.00 | 0.00 | 0.00 | -45,563.54 | -45,563.54 |
| 2404.202 | 0.00 | 0.00 | 0.00 | 0.00 | 27,436.96 | 27,436.96 |
| 2404.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 9,821.05 | 9,821.05 |
| 2406.201 | 0.00 | 0.00 | 1,506.45 | 0.00 | 0.00 | 1,506.45 |
| 2406.202 | 0.00 | 0.00 | 1,294.80 | 0.00 | 0.00 | 1,294.80 |
| 2406.203 | 3,932.60 | 0.00 | 4,426.99 | 0.00 | 0.00 | 8,359.59 |
| 2406.501 | 0.00 | 0.00 | 0.00 | 0.00 | 4,917.04 | 4,917.04 |
| 2417.201 | 0.00 | 0.00 | 0.00 | 0.00 | 5,328.51 | 5,328.51 |
| 2430.102 | 1,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,750.00 |
| 2430.102 | 7,445.22 | 0.00 | 0.00 | 0.00 | 0.00 | 7,445.22 |
| 2430.102 | 1,550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,550.00 |
| 2430.201 | 1,600.00 | 0.00 | 0.00 | 3,460.00 | 9,120.00 | 14,180.00 |
| 2439.Gen | 0.00 | 0.00 | 1,487.50 | 0.00 | 1,348.94 | 2,836.44 |
| 2455.201 | 0.00 | 0.00 | 0.00 | 0.00 | 11,410.36 | 11,410.36 |
| 2469.201 | 499.55 | 0.00 | 1,158.75 | 0.00 | 3,682.90 | 5,341.20 |
| 2487.101 | 0.00 | 0.00 | 1,621.72 | 0.00 | 0.00 | 1,621.72 |
| 2487.301 | 0.00 | 0.00 | 0.00 | 1,450.00 | 0.00 | 1,450.00 |
| 2487.304 | 0.00 | 0.00 | 125.00 | 0.00 | 0.00 | 125.00 |
| 2487.305 | 280.00 | 0.00 | 0.00 | 0.00 | 0.00 | 280.00 |
| 2487.305 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| 2508.201 | 3,243.20 | 0.00 | 2,480.24 | 0.00 | 10,274.75 | 15,998.19 |
| 2512.201 | 0.00 | 0.00 | 0.00 | 0.00 | 671.80 | 671.80 |
| 2512.203 | 0.00 | 0.00 | 0.00 | 0.00 | 660.00 | 660.00 |
| 2512.304 | 0.00 | 0.00 | 0.00 | 0.00 | -344.80 | -344.80 |

| Account | | | | | | Total |
|---|---|---|---|---|---|---|
| 2512.305 | 0.00 | 0.00 | 0.00 | 0.00 | 593.00 | 593.00 |
| 2517.202 | 945.00 | 0.00 | 0.00 | 1,635.00 | 18,889.10 | 21,469.10 |
| 2520.201 | 0.00 | 0.00 | 0.00 | 259.56 | 0.00 | 259.56 |
| 2526.301 | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 | 550.00 |
| 2546.201 | 0.00 | 0.00 | 0.00 | 0.00 | 686.00 | 686.00 |
| 2546.Gen | 15,000.00 | 0.00 | 15,000.00 | 0.00 | 0.00 | 30,000.00 |
| 2552.101 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 | 1,600.00 |
| 2557.301 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| 2557.302 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| 2557.304 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| 2557.305 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| 2565.301 | 0.00 | 0.00 | 0.00 | 360.00 | 0.00 | 360.00 |
| 2565.601 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| 2565.Gen | 0.00 | 0.00 | 2,941.68 | 1,903.44 | 1,451.72 | 6,296.84 |
| 2595.302 | 0.00 | 0.00 | 0.00 | 0.00 | 570.00 | 570.00 |
| 2595.304 | 500.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 2,500.00 |
| 2611.301 | 0.00 | 0.00 | 0.00 | 0.00 | 111.24 | 111.24 |
| 2611.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 550.22 | 550.22 |
| 2612.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 1,599.15 | 1,599.15 |
| 2616.301 | 0.00 | 0.00 | 0.00 | 0.00 | 2,520.00 | 2,520.00 |
| 2617.301 | 0.00 | 0.00 | 0.00 | 0.00 | 660.00 | 660.00 |
| 2617.302 | 0.00 | 0.00 | 0.00 | 0.00 | 191.70 | 191.70 |
| 2623.101 | 0.00 | 0.00 | 0.00 | 0.00 | -700.00 | -700.00 |
| 2629.302 | 0.00 | 0.00 | 0.00 | 0.00 | 571.50 | 571.50 |
| 2629.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 185.40 | 185.40 |
| 2641.201 | 0.00 | 0.00 | 0.00 | 0.00 | -206.00 | -206.00 |
| 2651.201 | 0.00 | 0.00 | 0.00 | 0.00 | 493.50 | 493.50 |
| 2653.201 | 0.00 | 0.00 | 0.00 | 0.00 | 139.05 | 139.05 |
| 2659.201 | 0.00 | 0.00 | 0.00 | 0.00 | 416.56 | 416.56 |
| 2660.201 | 0.00 | 0.00 | 0.00 | 0.00 | 36.00 | 36.00 |
| 2668.201 | 247.20 | 0.00 | 0.00 | 180.00 | 3,180.00 | 3,607.20 |
| 2671.201 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2675.201 | 15,860.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,860.00 |
| 2675.202 | 0.00 | 0.00 | 9,764.40 | 9,949.80 | 25,083.08 | 44,797.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2675.21 | 66,630.00 | 9,995.00 | 22,645.00 | 13,887.50 | 0.00 | 20,102.50 |
| 2680.201 | 676.82 | 676.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2680.202 | 311.98 | 311.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2680.203 | 311.98 | 311.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2686.Gen | 7,913.04 | 7,913.04 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2687.303 | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2687.304 | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| 2687.305 | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 |
| 2687.306 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2687.307 | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 |
| 2687.309 | 955.00 | 180.00 | 0.00 | 775.00 | 0.00 | 0.00 |
| 2696.301 | 125.00 | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2696.302 | 1,100.00 | 1,100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2724.101 | 3,500.00 | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2736.201 | 4,444.07 | 4,444.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2744.Gen | 100.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2748.201 | 185.00 | 185.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2750.402 | 1,300.00 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2752.101 | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2754.201 | 11,307.68 | 11,307.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2767.201 | 39,875.60 | 39,875.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2767.202 | 27,107.18 | 27,107.18 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2767.203 | 24,977.82 | 24,977.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2767.Gen | 5,614.80 | 5,614.80 | 0.00 | 0.00 | 0.00 | 957.90 |
| 2773.201 | 10,190.30 | 8,985.20 | 247.20 | 0.00 | 0.00 | 0.00 |
| 2792.Gen | 35.90 | 35.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2798.201 | 737.76 | 737.76 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2799.201 | 1,670.25 | 1,184.10 | 486.15 | 0.00 | 0.00 | 0.00 |
| 2808.201 | 23,385.00 | 23,385.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2817.301 | 810.00 | 810.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2825.Gen | 538.65 | 538.65 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2835.201 | 18,941.39 | 18,858.99 | 82.40 | 0.00 | 0.00 | 0.00 |
| 2837.Gen | 180.00 | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2838.301 | -500.00 | -500.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2838.302 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| 2839.Gen | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| 2843.201 | 0.00 | 0.00 | 0.00 | 0.00 | -228.85 | -228.85 |
| 2843.301 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 18.00 |
| 2845.201 | 0.00 | 0.00 | 0.00 | 0.00 | 108.00 | 108.00 |
| 2848.Gen | 1,890.00 | 0.00 | 2,030.00 | 0.00 | 0.00 | 3,920.00 |
| 2850.Gen | 1,575.00 | 0.00 | 770.00 | 2,940.00 | 550.00 | 5,835.00 |
| 2858.201 | 0.00 | 0.00 | 0.00 | 84.00 | 506.00 | 590.00 |
| 2863.201 | 0.00 | 0.00 | 0.00 | 0.00 | 61.80 | 61.80 |
| 2863.801 | 168.00 | 0.00 | 821.94 | 2,100.00 | 3,402.00 | 6,491.94 |
| 2863.Gen | 0.00 | 0.00 | 0.00 | 672.00 | 1,375.50 | 2,047.50 |
| 2866.201 | 0.00 | 0.00 | 0.00 | 0.00 | 211.95 | 211.95 |
| 2872.Gen | 0.00 | 0.00 | 0.00 | 0.00 | -29.23 | -29.23 |
| 2874.201 | 0.00 | 0.00 | 0.00 | 0.00 | 283.25 | 283.25 |
| 2875.Gen | 0.00 | 0.00 | 129.78 | 0.00 | 126.00 | 255.78 |
| 2876.201 | 1,153.60 | 0.00 | 704.52 | 1,854.00 | 100,944.58 | 104,656.70 |
| 2878.302 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| 2883.201 | 848.00 | 0.00 | 0.00 | 0.00 | 0.00 | 848.00 |
| 2888.201 | 0.00 | 0.00 | 0.00 | 0.00 | 81,952.42 | 81,952.42 |
| 2896.31 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 2903.201 | 0.00 | 0.00 | 0.00 | 0.00 | 87.50 | 87.50 |
| 2903.202 | 0.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 | 3,000.00 |
| 2903.203 | 0.00 | 0.00 | 0.00 | 0.00 | 2,494.60 | 2,494.60 |
| 2903.204 | 0.00 | 0.00 | 0.00 | 0.00 | 2,842.80 | 2,842.80 |
| 2903.205 | 0.00 | 0.00 | 0.00 | 0.00 | 7,888.00 | 7,888.00 |
| 2903.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 4,109.70 | 4,109.70 |
| 2906.201 | 112.15 | 0.00 | 0.00 | 0.00 | 0.00 | 112.15 |
| 2908.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| 2909.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| 2911.601 | 0.00 | 0.00 | 0.00 | 0.00 | 50.47 | 50.47 |
| 2914.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| 2916.201 | 0.00 | 0.00 | 0.00 | 0.00 | 1,173.17 | 1,173.17 |
| 2918.201 | 0.00 | 0.00 | 82.40 | 0.00 | 6,635.50 | 6,717.90 |
| 2923.102 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 | 450.00 |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| 2928.301 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 | -500.00 |
| 2928.307 | 0.00 | 0.00 | 0.00 | 750.00 | 0.00 | 750.00 |
| 2932.201 | 659.20 | 0.00 | 935.24 | 1,827.80 | 4,161.20 | 7,583.44 |
| 2933.201 | 521.10 | 0.00 | 0.00 | 0.00 | 0.00 | 521.10 |
| 2941.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 55.62 | 55.62 |
| 2943.201 | 0.00 | 0.00 | 93.00 | 93.00 | 0.00 | 186.00 |
| 2943.202 | 4,774.05 | 0.00 | 0.00 | 1,545.65 |  | 6,319.70 |
| 2943.204 | 702.15 | 0.00 | 926.40 | 2,241.30 | 6,051.25 | 9,921.10 |
| 2946.201 | 0.00 | 0.00 | 0.00 | 0.00 | 26,694.42 | 26,694.42 |
| 2947.201 | 14,854.66 | 0.00 | 10,079.58 | 9,410.08 | 54,180.60 | 88,524.92 |
| 2948.201 | 0.00 | 0.00 | 0.00 | 0.00 | 15,001.65 | 15,001.65 |
| 2950.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 3,402.00 | 3,402.00 |
| 2955.Gen | 1,359.90 | 0.00 | 4,186.35 | 0.00 | 0.00 | 5,546.25 |
| 2957.201 | 741.60 | 0.00 | 0.00 | 185.40 |  | 927.00 |
| 2960.201 | 0.00 | 0.00 | 0.00 | 0.00 | 78.02 | 78.02 |
| 2961.201 | 0.00 | 0.00 | 905.95 | 1,780.31 | 0.00 | 2,686.26 |
| 2963.201 | 0.00 | 0.00 | 0.00 | 0.00 | 520.00 | 520.00 |
| 2968.201 | 3,958.50 | 0.00 | 1,007.00 | 0.00 | 0.00 | 4,965.50 |
| 2971.302 | 0.00 | 0.00 | 0.00 | 0.00 | 516.00 | 516.00 |
| 2972.202 | 206.00 | 0.00 | 765.70 | 0.00 | 0.00 | 971.70 |
| 2973.201 | 325.00 | 0.00 | 0.00 | 0.00 |  | 325.00 |
| 2975.101 | 0.00 | 0.00 | 0.00 | 0.00 | 540.00 | 540.00 |
| 2978.301 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 2988.201 | 0.00 | 0.00 | 0.00 | 0.00 | 108.00 | 108.00 |
| 2989.201 | 0.00 | 0.00 | 185.40 | 185.40 | 2,775.25 | 3,146.05 |
| 2992.304 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | 125.00 |
| 2992.305 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | 125.00 |
| 2992.306 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | 125.00 |
| 2995.304 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 20.00 |
| 2997.201 | 897.65 | 0.00 | 0.00 | 0.00 | 191.58 | 1,089.23 |
| 2998.101 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2999.201 | 13,778.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13,778.00 |
| 2999.Gen | 309.00 | 0.00 | 0.00 | 0.00 | 0.00 | 309.00 |
| 3002.Gen | 4,789.50 | 0.00 | 465.00 | 0.00 |  | 5,254.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3006.201 | 8,477.38 | 7,183.72 | 363.59 | 930.07 | 0.00 | 0.00 |
| 3007.102 | 406.00 | 100.00 | 306.00 | 0.00 | 0.00 | 0.00 |
| 3007.201 | 608.58 | 258.58 | 350.00 | 0.00 | 0.00 | 0.00 |
| 3007.303 | 74,400.00 | 57,280.00 | 17,120.00 | 0.00 | 0.00 | 0.00 |
| 3009.201 | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3010.201 | 30.90 | 30.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3015.101 | 4,372.36 | 0.00 | 0.00 | 2,162.49 | 0.00 | 2,209.87 |
| 3018.201 | 1,775.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,775.00 |
| 3020.201 | 92.70 | 0.00 | 92.70 | 0.00 | 0.00 | 0.00 |
| 3022.201 | 6,652.00 | 4,000.00 | 1,965.00 | 225.00 | 0.00 | 462.00 |
| 3024.201 | 247.20 | 247.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3034.201 | 398.49 | 24.60 | 0.00 | 56.65 | 0.00 | 317.24 |
| 3034.203 | 4,597.09 | 4,535.29 | 0.00 | 61.80 | 0.00 | 0.00 |
| 3035.802 | 2,232.00 | 0.00 | 976.50 | 1,255.50 | 0.00 | 420.00 |
| 3039.601 | 5,985.00 | 490.00 | 2,100.00 | 2,975.00 | 0.00 | 0.00 |
| 3040.201 | 17,680.60 | 4,785.00 | 3,028.20 | 5,026.40 | 0.00 | 4,841.00 |
| 3041.201 | 1,884.90 | 0.00 | 0.00 | 1,501.74 | 0.00 | 383.16 |
| 3042.201 | 11,253.16 | 849.75 | 5,357.61 | 1,359.60 | 0.00 | 3,686.20 |
| 3042.301 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.302 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.303 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.304 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.305 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.306 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.307 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.308 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.309 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.31 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.311 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.312 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.313 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.314 | 755.00 | 0.00 | 755.00 | 0.00 | 0.00 | 0.00 |
| 3042.Gen | 736.45 | 0.00 | 0.00 | 736.45 | 0.00 | 0.00 |
| 3044.201 | 2,200.75 | 0.00 | 0.00 | 0.00 | 0.00 | 2,200.75 |

| Account | Col1 | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|---|
| 3045.201 | 13,165.46 | 0.00 | 8,116.40 | 2,142.40 | 0.00 | 2,906.66 |
| 3045.202 | 3,277.04 | 0.00 | 1,668.60 | 762.20 | 0.00 | 846.24 |
| 3047.201 | 8,986.00 | 8,339.50 | 446.50 | 120.00 | 0.00 | 80.00 |
| 3048.201 | 111.24 | 0.00 | 0.00 | 0.00 | 0.00 | 111.24 |
| 3052.201 | -495.00 | -495.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3057.201 | 13,192.40 | 12,986.40 | 206.00 | 0.00 | 0.00 | 0.00 |
| 3059.201 | 6,894.76 | 6,894.76 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3060.801 | 3,475.32 | 0.00 | 0.00 | 3,335.82 | 0.00 | 139.50 |
| 3063.201 | 14,392.20 | 0.00 | 0.00 | 0.00 | 0.00 | 14,392.20 |
| 3066.201 | 2,974.13 | 2,626.50 | 115.88 | 0.00 | 0.00 | 231.75 |
| 3068.201 | 324.50 | 0.00 | 324.50 | 0.00 | 0.00 | 0.00 |
| 3069.201 | 3,499.94 | 0.00 | 0.00 | 0.00 | 0.00 | 3,499.94 |
| 3070.101 | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 |
| 3070.106 | 429.75 | 0.00 | 0.00 | 0.00 | 0.00 | 429.75 |
| 3070.301 | 700.00 | 0.00 | 700.00 | 0.00 | 0.00 | 0.00 |
| 3070.Gen | 3,275.10 | 0.00 | 0.00 | 0.00 | 0.00 | 3,275.10 |
| 3073.101 | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 |
| 3075.201 | 8,141.40 | 0.00 | 0.00 | 0.00 | 0.00 | 8,141.40 |
| 3076.201 | 1.08 | 0.00 | 1.08 | 0.00 | 0.00 | 0.00 |
| 3077.Gen | 3,417.00 | 0.00 | 0.00 | 859.50 | 0.00 | 2,557.50 |
| 3082.201 | 286.60 | 0.00 | 286.60 | 0.00 | 0.00 | 0.00 |
| 3083.201 | 2,457.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2,457.20 |
| 3083.Gen | 1,050.60 | 0.00 | 556.20 | 494.40 | 0.00 | 0.00 |
| 3085.201 | 1,866.69 | 0.00 | 0.00 | 166.67 | 0.00 | 1,700.02 |
| 3088.201 | 24.40 | 0.00 | 24.40 | 0.00 | 0.00 | 0.00 |
| 3091.301 | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| 3091.302 | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| 3091.303 | 1,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 |
| 3091.304 | 1,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 |
| 3092.201 | 9.22 | 0.00 | 0.00 | 0.00 | 0.00 | 9.22 |
| 3093.302 | 278.00 | 0.00 | 278.00 | 0.00 | 0.00 | 0.00 |
| 3094.301 | 3,745.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,745.00 |
| 3094.302 | 1,050.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,050.00 |
| 3094.303 | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| 3094.401 | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 |
| 3098.301 | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| 3098.301 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 3098.301 | 480.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| 3098.302 | 1,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 |
| 3098.303 | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| 3098.303 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 3098.303 | 480.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| 3098.304 | 1,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 |
| 3098.305 | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| 3098.305 | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| 3098.305 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 3098.305 | 480.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| 3098.306 | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| 3098.306 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 3098.306 | 480.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| 3101.201 | 0.00 | 0.00 | 232.50 | 186.00 | 0.00 | 418.50 |
| 3101.601 | 0.00 | 0.00 | 1,470.00 | 0.00 | 0.00 | 1,470.00 |
| 3103.201 | 982.50 | 0.00 | 400.00 | 0.00 | 0.00 | 1,382.50 |
| 3113.301 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| 3117.201 | 61.80 | 0.00 | 0.00 | 0.00 | 0.00 | 61.80 |
| 3125.401 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 |
| 3125.402 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 |
| 5067.COL | 0.00 | 0.00 | 0.00 | 0.00 | -28,813.36 | -28,813.36 |
| 5089.MKT | 0.00 | 0.00 | 21.30 | 18.00 | 0.00 | 39.30 |
| 5099.ADM | 0.00 | 0.00 | 0.00 | 0.00 | 923.97 | 923.97 |
| 5101.MKT | 1,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,750.00 |
| 5105.MKT | 0.00 | 0.00 | 0.00 | 0.00 | 19,236.00 | 19,236.00 |
| 5127.MKT | 0.00 | 0.00 | 0.00 | 4,770.00 | 0.00 | 4,770.00 |
| ADLI.Gai | 0.00 | 0.00 | 0.00 | 208.94 | 0.00 | 208.94 |
| ADLI.Syn | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 |
| ADLI.Urb | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 |
| | 234,597.20 | 1,100.00 | 136,469.22 | 138,843.18 | 834,184.12 | 1,345,193.72 |

| Debtor | **Adli Law Group P.C.** | Case number *(If known)* **2:21-bk-18572-BB** |
|---|---|---|
| | Name | |

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Furniture and fixtures**<br>**Location:  In debtor's possession** | $0.00 | | $221,552.79 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Rental of copier machinies from 1 Touch Office Technology**<br>**Location:  In debtor's possession** | $0.00 | | $0.00 |
| **Lease of printers from Aztec Leasing, Inc.**<br>**Location:  In debtor's possession** | $0.00 | | $0.00 |
| **Computer**<br>**Location:  In debtor's possession** | $0.00 | | $12,748.05 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $234,300.84 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

---

| Debtor | **Adli Law Group P.C.** | | Case number *(If known)* | **2:21-bk-18572-BB** |
| | Name | | | |

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. **2 Mercedez and a BMW  (leased)** | **$0.00** | | **$0.00** |
| --- | --- | --- | --- |

**48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.  Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$0.00** |
| --- |

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:      Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.      Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- | --- |
| 55.1. **Office space**<br>**Location:  12400 Wilshire Blvd., Ste. 1460, Los Angeles, CA 90025** | **Leasing office space** | **$0.00** | | **$0.00** |

**56.      Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$0.00** |
| --- |

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Adli Law Group P.C.** | Case number *(If known)* | **2:21-bk-18572-BB** |
| --- | --- | --- | --- |
| | Name | | |

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 10:     Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

---

**Part 11:     All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Drew Sherman - profit sharing** | $16,000.00 |

| 78. | **Total of Part 11.** | $16,000.00 |
| --- | --- | --- |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Adli Law Group P.C.** | Case number *(If known)* | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $124,702.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,248.27 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,345,193.72 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $234,300.84 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $16,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,732,444.88 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,732,444.88 |

**Fill in this information to identify the case:**

Debtor name        **Adli Law Group P.C.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-18572-BB**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property        **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

---

**Fill in this information to identify the case:**

Debtor name     **Adli Law Group P.C.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-18572-BB**

☐ Check if this is an
    amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Anabel Rodriguez**<br>**1036 Bay View Ave**<br>**Wilmington, CA 90744-3322** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,178.11 | $2,178.11 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Ani Martirosian**<br>**410 Palm Dr**<br>**Glendale, CA 91202-2308** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,633.82 | $3,633.82 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Adli Law Group P.C.** | | Case number (if known) | **2:21-bk-18572-BB** |
|--------|--------------------------|---|------------------------|----------------------|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|-----------------------------------------------|------------------------------------------------|-----------|-----------|

**Ben Jakovljevic**
**4720 W 137th St**
**Hawthorne, CA 90250-6804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|-----------------------------------------------|------------------------------------------------|-----------|-----------|

**Employment Development**
**Department**
**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employment taxes due, if any**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|-----------------------------------------------|------------------------------------------------|-----------|-----------|

**Franchise Tax Board**
**Bankruptcy Section MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State taxes owed, if any**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|-----------------------------------------------|------------------------------------------------|-----------|-----------|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal taxes, if any**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Adli Law Group P.C.** | | Case number (if known) | **2:21-bk-18572-BB** |
|--------|-------------------------|--|------------------------|------------------------|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,589.61 | $3,589.61 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **Jacob Mojarro** | *Check all that apply.* | | |
| | **717 Lindaraxa Park N** | ☐ Contingent | | |
| | **Alhambra, CA 91801-2734** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,292.79 | $1,292.79 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **Jaqueline Vizcaino** | *Check all that apply.* | | |
| | **4368 Lowell Ave** | ☐ Contingent | | |
| | **Los Angeles, CA 90032-1211** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,448.76 | $4,448.76 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **Jonathan Landis** | *Check all that apply.* | | |
| | **8700 Pershing Dr** | ☐ Contingent | | |
| | **Playa del Rey, CA 90293-8000** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,194.88 | $2,194.88 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|
| | **Lorena Rodriguez** | *Check all that apply.* | | |
| | **1550 Lagoon Ave** | ☐ Contingent | | |
| | **Wilmington, CA 90744-2044** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages and benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Adli Law Group P.C.** | | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,551.26 | $4,551.26 |
|---|---|---|---|---|
| | **Nicolette Hachem-Sawaya** | *Check all that apply.* | | |
| | **1250 Valrose Ct** | ☐ Contingent | | |
| | **Los Angeles, CA 90041-3382** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,180.97 | $2,180.97 |
|---|---|---|---|---|
| | **Randi Simonette** | *Check all that apply.* | | |
| | **2423 253rd Street** | ☐ Contingent | | |
| | **Lomita, CA 90717** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,339.05 | $2,339.05 |
|---|---|---|---|---|
| | **Rory Miller** | *Check all that apply.* | | |
| | **234 Strathburgh Ln** | ☐ Contingent | | |
| | **Cary, NC 27518-9035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,628.25 | $5,628.25 |
|---|---|---|---|---|
| | **Ryan Mitchell** | *Check all that apply.* | | |
| | **915 N La Brea** | ☐ Contingent | | |
| | **West Hollywood, CA 90038-2360** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages and benefits** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Adli Law Group P.C.** | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$413.26** |
|---|---|---|---|

**1 Touch Office Technology**
**370 Amapola Ave., Ste. 106**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **October 2021**

**Last 4 digits of account number**  **2501**

Basis for the claim:  **Equipment rental**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,015.62** |
|---|---|---|---|

**12400 Wilshire**
**12400 Wilshire lvd., Ste. 210**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **October 2021**

**Last 4 digits of account number**  **460C**

Basis for the claim:  **Office rent**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**ABM Parking Services**
**12400 Wilshire Blvd.**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **November 2021**

**Last 4 digits of account number**  **9683**

Basis for the claim:  **Parking service**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,121.64** |
|---|---|---|---|

**Ace Attorney Service Inc**
**811 Wilshire Blvd Suite 900**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

Basis for the claim:  **Litigation and Messenger Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,627.21** |
|---|---|---|---|

**Apex Legal Services**
**611 Wilshire Blvd Suite 700**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

Basis for the claim:  **Litigation and Messenger Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,089.04** |
|---|---|---|---|

**Aptus Court Reporting**
**600 West Broadway Ste 300**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

Basis for the claim:  **Litigation Transcripts**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ASAP Truck & Trailer Repair**
**14643 Rancho Vista Dr.**
**Fontana, CA 92335**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

Basis for the claim:  **Collection**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Adli Law Group P.C.** | | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Aztec Leasing Inc**
**PO Box 98813**
**Las Vegas, NV 89193-8813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Lease of Printers – Settlement and Buyout of lease in exchange for keeping printers**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,230,000.00** |
|---|---|---|---|

**Bank of the West**
**915 Wilshire Blvd Suite 100**
**Los Angeles, CA 90017**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  PPP Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$745.20** |
|---|---|---|---|

**Case Anywhere**
**21860 Burbank Blvd Ste 125**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Litigation Vendor Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,067.00** |
|---|---|---|---|

**Clarivate Analytics CompuMark Inc**
**PO Box 3773**
**Carol Stream, IL 60132-3773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Intellectual Property services provided by outside counsel (foreign filings)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Clark Hill PLC**
**1055 W 7th St #2400**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Malpractice deductible owed to insurance defense counsel**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,987.75** |
|---|---|---|---|

**Cogent Communications**
**PO Box 791087**
**Baltimore, MD 21279-1087**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Contract for Internet and/or Phones**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,261.72** |
|---|---|---|---|

**CPA Global**
**3133 W Frye Road**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  IP services provided by outside counsel**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Adli Law Group P.C.** | | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,610.00** |
|---|---|---|---|

**Creditors Adjustment Bureau Inc**
**14226 Ventura Blvd**
**Sherman Oaks, CA 91423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Settlement of mal-practice deductible**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,000.00** |
|---|---|---|---|

**CVFI-444 S Flower LP**
**444 South Flower St Suite 610**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Stipulated Settlement ($144,000) for lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dancool HVAC Supply, Inc.**
**4544 San Fernando Rd.**
**Glendale, CA 91204**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending fee arbitration**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dariush Adli PhD Esq**
**Adli Law Group PC**
**12400 Wilshire Blvd Ste 1460**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dave Shenian**
**1055 West Seventh St Ste 2400**
**Los Angeles, CA 90017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Profit sharing dispute**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,403.29** |
|---|---|---|---|

**De Lage Landen Financial Services**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease of Printers - Settlement ($55,403.29) for buyout of lease and keeping printers**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Douglas Emmett 1995 LLC**
**Attn Andrew B Goodman**
**c/o Douglas Emmett Mgmt Inc**
**808 Wilshire Blvd 2nd Fl**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **12400 Wilshire Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Adli Law Group P.C.** | Case number (*if known*) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address
**Drew Sherman**
**23921 Sylvan St**
**Woodland Hills, CA 91367-1246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Proft sharing dispute**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.23** | Nonpriority creditor's name and mailing address
**EIDL US Small Bus Admin**
**SBA Disaster Loan Service Center**
**1545 Hawkins Blvd Suite 202**
**El Paso, TX 79925-2652**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SBA Disaster Loan**

Is the claim subject to offset? ■ No ☐ Yes

$15,000.00

---

**3.24** | Nonpriority creditor's name and mailing address
**Esquire Deposition Solutions**
**1500 Centre Pkwy Suite 100**
**Atlanta, GA 30344**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposition Vendor Services**

Is the claim subject to offset? ■ No ☐ Yes

$3,253.25

---

**3.25** | Nonpriority creditor's name and mailing address
**Evergreen Manor II Homeowners Assn**
**918 W Garvey Avenue**
**Monterey Park, CA 91754**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Malpractice claim for return of fees paid**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.26** | Nonpriority creditor's name and mailing address
**Gary Topolewski**
**9409 Lurline Ave**
**Chattsworth, CA 91311**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Malpractice claim covered by insurance and crossclaim for fees owed**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.27** | Nonpriority creditor's name and mailing address
**Go Daddy**
**Attn:  General Counsel**
**14455 N. Hayden Rd., #219**
**Scottsdale, AZ 85260**

Date(s) debt was incurred **November 2021**

Last 4 digits of account number **6673**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Internet domain and web hosting service**

Is the claim subject to offset? ■ No ☐ Yes

$540.45

---

**3.28** | Nonpriority creditor's name and mailing address
**GV IP Law Firm**
**2316 Jangkyo-building 363**
**Samil-daero Jung-gu**
**Seoul 04541  KOREA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **IP services provided by outside counsel (foreign filings)**

Is the claim subject to offset? ■ No ☐ Yes

$820.00

---

| Debtor | **Adli Law Group P.C.** | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hot Shot Hk, LLC**
**c/o Howard M. Fields, Esq.**
**21900 Burbank Blvd., Ste. 300**
**Woodland Hills, CA 91367**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Malpractice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|---|

**John Keefe**
**c/o Howard King**
**1900 Avenue of the Stars 25th Fl**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan Payback**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathan Betuel**
**8136 Bilowvista Drive**
**Playa Del Rey, CA 90293**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Malpractice claim covered by insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ketab Corporation**
**12701 Van Nuys Blvd., Unit H**
**Pacoima   91331**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Malpractice**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Kjar McKenna & Stockalper LLP**
**841 Apollo Street Suite 100**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Malpractice deductible owed to insurance defense counsel**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,371.01** |
|---|---|---|---|

**Kuroda Law Offices**
**2nd Akiyama Bldg 5F 3-6-2**
**Toranomon Minatoku Tokyo**
**105-0001 JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IP services by outside counsel (foreign filings)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,100.00** |
|---|---|---|---|

**L Tech Network Services Inc**
**9926 Pioneer Blvd #101**
**Santa Fe Springs, CA 90670**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contractor claim for TI at prior office space**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Adli Law Group P.C.** | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Laddr Agency**
**260 Newport Center Dr 1st Fl**
**Newport Beach, CA 92660**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$10,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Website Design Vendor Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**

**Legal Inc**
**10601 Clarence Drive #250**
**Frisco, TX 75033**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,836.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Corporate Filing Vendor Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Litigation Services**
**3960 Howard Hughes Pkwy Suite 700**
**Las Vegas, NV 89169**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$70,380.00**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** **Litigation Services provided outside litigation
support**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Marijuana Media**
**11355 W Olympic Blvd Ste 300**
**Los Angeles, CA 90064-1632**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,900.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Marks & Clerk LLP**
**62-68 Hills Road**
**Cambridge  CB2 1LA**
**UK**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$19,900.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Intellectual Property services provided by outside
counsel (foreign filings)**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Mibura Inc**
**3520 S Bentley Ave**
**Los Angeles, CA 90034**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$20,250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Settlement ($54,000) for Vendor Balance owed in the
amount of $57,681.26**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Michael Hevesy**
**19401 Parthenia St Apt 4006**
**Northridge, CA 91324**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Attorney portrait photography**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Adli Law Group P.C.** | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,278.01** |
|---|---|---|---|

**Minden Gross LLP**
**145 King Street West Suite 2200**
**Toronto ON M5H 4G2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Intellectual Property services provided by outside counsel (foreign filings)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$310.88** |
|---|---|---|---|

**NDS**
**1560 N. Missile Way**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __October 2021__

Last 4 digits of account number __0002__

**Basis for the claim:** __Delivery service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,471.39** |
|---|---|---|---|

**Network Deposition Services**
**1800 Century Park East Ste 150**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Deposition Vendor Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NEWITY**
**1123 W Washington Blvd 3**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __PPP Loan - forgiven prepetition__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Nicolette Hachem-Sawaya**
**1250 Valrose Ct**
**Los Angeles, CA 90041-3382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Wages and benefits__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,650,000.00** |
|---|---|---|---|

**NREA-TRC 700 LLC**
**700 S Flower Street Suite 450**
**Los Angeles, CA 90017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Prior landlord claim for breach of lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NREA-TRC 700 LLC**
**Attn: Michelle Morales**
**700 S Flower Ste 450**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Storage space lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Adli Law Group P.C.** | Case number (*if known*) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |
|---|---|---|---|

**OMNI-INVICTUS dba Array**
**624 S Austin Avenue Ste 230**
**Georgetown, TX 78626-5758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Litigation Vendor Services__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.00** |
|---|---|---|---|

**OZ Moving & Storage**
**5900 South Eastern Ave., Ste. 149**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/2/2021__

Last 4 digits of account number __7628__

**Basis for the claim:**  __Storage__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pacific Premier Bank**
**17901 Von Karman Avenue, Ste. 1200**
**Irvine, CA 92614**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/22/2020__

Last 4 digits of account number __9121__

**Basis for the claim:**  __PPP Loan - forgiven prepetition__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,935.00** |
|---|---|---|---|

**Patent Maniac**
**801 802 803 9th Floor**
**West End Mall Office Complex**
**Janak Puri, New Delhi -110058 INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __IP services provided by outside counsel__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,432.00** |
|---|---|---|---|

**Paul Menes**
**4223 Glencoe Ave Ste A220**
**Marina del Rey, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Small claims judgment by prior employee__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**RELX Inc DBA LexisNexis**
**28544 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Settlement ($12,000) for Vendor Balance owed in the__
__amount o__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**RSUI**
**Landmark American Insurance Company**
**c/o RSUI Group Inc**
**945 E Paces Ferry Rd Ste 1800**
**Atlanta, GA 30326-1160**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  __Malpractice Deductible-Open Cases (Hellings &__
__Betuel)__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Adli Law Group P.C.** | | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.57** | **Nonpriority creditor's name and mailing address**
**Ryan Mitchell**
**915 N La Brea**
**West Hollywood, CA 90038-2360**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$48,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages and benefits**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**
**Skypanels Inc Ali Salomi Chadwick T**
**9019 Oso Ave Suite E**
**Chatsworth, CA 91311**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$42,948.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Claim by prior client for return of fees paid**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**
**Spectrum Internet**
**12400 Wilshire Blvd., Ste. 1460 OFC**
**Los Angeles, CA 90025-1019**

Date(s) debt was incurred  **October 2021**
Last 4 digits of account number  **2199**

As of the petition filing date, the claim is: *Check all that apply.*                    **$533.93**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet service**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**
**STAPLES CENTER**
**LA Arena Funding LLC**
**1111 S Figueroa St Ste 3100**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$700,000.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Staples Center Suite**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**
**Steven and Theresa Hellings**
**Attn Robin Offner**
**c/o Parker & Zubkoff**
**110 West A Street Suite 615**
**San Diego, CA 92101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Malpractice claim insurance is covering**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address**
**Thomson Reuters**
**PO Box 6292**
**Carol Stream, IL 60197-6292**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$109,116.04**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Contractual services offered to the firm**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**
**TIB NA The Independent BankersBank**
**1550 N Brown Road 150**
**Lawrenceville, GA 30043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$50,253.98**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **4 Credit Cards w/ Revolving $50,000.00 control credit line**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Adli Law Group P.C.** | | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tony Sarkissian Dancool HVAC Supply**
**833 Americana Way Unit 501**
**Glendale, CA 91210**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Claim by prior client for return of atty fees re arbitration**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,447.94 |
|---|---|---|---|

**TPX Communications**
**3300 N. Cimarron Road**
**Las Vegas, NV 89129**

Date(s) debt was incurred  **October 2021**

Last 4 digits of account number  **1241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Unisearch Inc**
**PO Box 11940**
**Olympia, WA 98508-1940**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate Filing Vendor Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vaporous Technologies, LLC**
**2170 W. 190th St.**
**Torrance, CA 90504**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Virtual Sports Entertainment, LLC**
**170 S. Lincoln , Ste. 100**
**Spokane, WA 99201**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Water Source Solutions**
**14141 Covello St., Ste. 1D**
**Van Nuys, CA 91405**

Date(s) debt was incurred  **Q3 2021**

Last 4 digits of account number  **9191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water system service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**WBS Inc Robert Blotzer**
**28026 Forrest Court**
**Castaic, CA 91384**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Malpractice claim covered by insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

---

| Debtor | **Adli Law Group P.C.** | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CVFI-444 S Flower LP**<br>**c/o Nancy S Fong Esq**<br>**865 S Figueroa St Suite 28**<br>**Los Angeles, CA 90017-2543** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **De Lage Landen Financial Services**<br>**c/o Fred August Nehr, Esq.**<br>**213 West Miner Street**<br>**West Chester, PA 19382** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Evergreen Manor II Homeowners Assn.**<br>**c/o Jenny Zhao, Esq.**<br>**4424 Santa Anita Ave Suite 201**<br>**El Monte, CA 91731** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Gary Topolewski**<br>**Attn:  David Parker, Esq.**<br>**c/o Parker Mills LLP**<br>**800 W 6th Street Suite 500**<br>**Los Angeles, CA 90017** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Jonathan Betuel**<br>**c/o Bernard Jasper, Esq.**<br>**1440 N Harbor Blvd Suite 900**<br>**Fullerton, CA 92835** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **L Tech Network Services Inc**<br>**c/o Gardener Riechmann & Chow**<br>**438 E Katella Ave Suite 202**<br>**Orange, CA 92867** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Litigation Services**<br>**c/o Law Offices of Mike Beede PLLC**<br>**P.O. Box 530337**<br>**Henderson, NV 89053** | Line **3.38**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **NREA-TRC 700 LLC**<br>**Attn: Todd Kindberg**<br>**c/o National RE Advisors LLC**<br>**900 Seventh St NW Ste 600**<br>**Washington, DC 20001** | Line **3.48**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **NREA-TRC 700 LLC**<br>**Attn: James R. Difede, Esq.**<br>**c/o Difede Ramsdell Bender PLLC**<br>**900 Seventh Street NW Ste 810**<br>**Washington, DC 20001** | Line **3.48**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **NREA-TRC 700 LLC**<br>**Attn Todd Kindberg**<br>**c/o National RE Advisors LLC**<br>**900 Seventh St NW Ste 600**<br>**Washington, DC 20001** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Adli Law Group P.C.** | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.11 **NREA-TRC 700 LLC**<br>**Attn James R Difede Esq**<br>**c/o Difede Ramsdell Bender PLLC**<br>**900 Seventh St NW Ste 810**<br>**Washington, DC 20001** | Line **3.49**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 **RELX Inc DBA LexisNexis**<br>**c/o Alan L Brodkin**<br>**15500 B Rockfield Blvd**<br>**Irvine, CA 92618** | Line **3.55**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 **Skypanels Inc Ali Salomi Chadwick T**<br>**Attn Ashkan Ashour**<br>**c/o Ashour Yehoshua APC**<br>**18425 Burbank Blvd Suite 712**<br>**Tarzana, CA 91356** | Line **3.58**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 **Thomson Reuters**<br>**c/o Elliot Silver**<br>**382 Main St**<br>**Salem, NH 03079** | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 **WBS Inc Robert Blotzer**<br>**c/o Karish & Bjorgum**<br>**119 E Union Street Suite B**<br>**Pasadena, CA 91103** | Line **3.70**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 **WBS Inc. Robert Blotzer**<br>**c/o Friedman, Enriquez & Carlson**<br>**401 Wilshire Blvd 12th Floor**<br>**Santa Monica, CA 90401** | Line **3.70**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **32,037.50** |
| **5b. Total claims from Part 2** | 5b. + | $ | **5,609,570.64** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **5,641,608.14** |

| Fill in this information to identify the case: |
|---|

Debtor name      **Adli Law Group P.C.**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)      **2:21-bk-18572-BB**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest        **Equipment lease for printers** | |
|          State the term remaining | **Aztec Leasing, Inc.** |
|          List the contract number of any government contract | **PO Box 98813** **Las Vegas, NV 89193-8813** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest        **Real Property Lease** | |
|          State the term remaining | **Douglas Emmett 1995 LLC** **Attn Andrew B Goodman** |
|          List the contract number of any government contract | **c/o Douglas Emmett Mgmt Inc** **808 Wilshire Blvd 2nd Fl** **Santa Monica, CA 90401** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest        **Contract for Internet and/or Phones** | |
|          State the term remaining | **Spectrum Internet** |
|          List the contract number of any government contract | **12400 Wilshire Blvd., Ste. 1460 OFC** **Los Angeles, CA 90025-1019** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest        **Staples Center suite for marketing and client relations purpose** | |
|          State the term remaining | **Staples Center** **LA Arena Funding LLC** |
|          List the contract number of any government contract | **1111 S. Figueroa St Ste 3100** **Los Angeles, CA 90015** |

12/09/21 12:20PM

| Debtor 1 | **Adli Law Group P.C.** | | | Case number (*if known*) | **2:21-bk-18572-BB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone service** | |
|---|---|---|---|
| | State the term remaining | | **TPX Communications** |
| | List the contract number of any government contract | | **P.O. Box 36430** |
| | | | **Las Vegas, NV 89133-6430** |

**Fill in this information to identify the case:**

Debtor name   **Adli Law Group P.C.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **2:21-bk-18572-BB**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Adli Law Group P.C.** |
| United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) **2:21-bk-18572-BB** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other | **$2,524,168.39** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$3,527,742.67** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$8,076,460.20** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

| Debtor | **Adli Law Group P.C.** | | Case number *(if known)* **2:21-bk-18572-BB** |
|--------|-------------------------|--|-----------------------------------------------|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **TO BE PROVIDED** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attachment 2 attached hereto.** | | $0.00 | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

---

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Creditors Adjustment Bureau, Inc. v. Adli Law Group, PC**<br>**21STCV16535** | **Contract** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill St.**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Dariush G. Adli and Adli Law Group v. Evergreen Manor II Homeowner's Association**<br>**20STCV48086** | **Contract** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill St.**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

# ATTACHMENT 2

<u>In re Adli Law Group P.C.</u>, United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Statement of Financial Affairs

Attachment 2
Statement of Financial Affairs
4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| No. | | Amount | Date | | Description | Payee |
|---|---|---|---|---|---|---|
| 99002 | $ | 1,000.00 | 20-Nov-20 | DGA | Deposits into personal business account for business expenses; XXx6008 WFB | |
| 168 | $ | 1,000.00 | 8-Feb-21 | DGA | Deposits into personal business account for business expenses; XXx6008 WFB | |
| 172 | $ | 1,000.00 | 19-Feb-21 | DGA | Deposits into personal business account for business expenses; XXx6008 WFB | |
| 175 | $ | 1,500.00 | 8-Mar-21 | DGA | Deposits into personal business account for business expenses; XXx6008 WFB | |
| | $ | 4,500.00 | | | | |
| | | | | | | |
| 126 | $ | 3,932.56 | 24-Aug-20 | DGA | Health insurance payments | Blue Shield of California |
| 112 | $ | 3,932.56 | 19-Sep-20 | DGA | Health insurance payments | Blue Shield of California |
| 123 | $ | 3,932.56 | 2-Nov-20 | DGA | Health insurance payments | Blue Shield of California |
| 139 | $ | 3,932.56 | 16-Dec-20 | DGA | Health insurance payments | Blue Shield of California |
| 147 | $ | 3,932.56 | 29-Dec-20 | DGA | Health insurance payments | Blue Shield of California |
| 171 | $ | 2,690.59 | 5-Feb-21 | DGA | Health insurance payments | Blue Shield of California |
| 174 | $ | 2,690.59 | 1-Mar-21 | DGA | Health insurance payments | Blue Shield of California |
| | $ | 25,043.98 | (within one year) | | | |
| | | | | | | |
| | $ | 2,975.63 | 15-Nov-20 | | Car payments | Mercedes Benz Financial Services |
| | $ | 2,975.63 | 12-Dec-20 | | Car payments | Mercedes Benz Financial Services |
| | $ | 2,975.63 | 5-Jan-21 | | Car payments | Mercedes Benz Financial Services |
| | $ | 2,975.63 | 10-Feb-21 | | Car payments | Mercedes Benz Financial Services |
| | $ | 2,975.63 | 11-Mar-21 | | Car payments | Mercedes Benz Financial Services |
| | | | | | | |
| | $ | 1,258.07 | 10-Nov-20 | | Car payments | Mercedes Benz Financial Services |
| | $ | 1,258.07 | 1-Dec-20 | | Car payments | Mercedes Benz Financial Services |
| | $ | 1,258.07 | 1-Jan-21 | | Car payments | Mercedes Benz Financial Services |
| | $ | 1,258.07 | 20-Feb-21 | | Car payments | Mercedes Benz Financial Services |
| | $ | 1,258.07 | 3-Mar-21 | | Car payments | Mercedes Benz Financial Services |
| | $ | 6,290.35 | (within one year) | | | |
| | | | | | | |
| | $ | 620.00 | 10-Nov-20 | | Car payments | BMW of North America |
| | $ | 620.00 | 1-Dec-20 | | Car payments | BMW of North America |
| | $ | 620.00 | 10-Jan-21 | | Car payments | BMW of North America |
| | $ | 620.00 | 1-Feb-21 | | Car payments | BMW of North America |
| | $ | 620.00 | 5-Mar-21 | | Car payments | BMW of North America |
| | $ | 3,100.00 | (within one year) | | | |
| | | | | | | |
| | $ | 5,000.00 | 3-Apr-21 | | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. | |
| | $ | 5,000.00 | 4-Apr-21 | | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. | |
| | $ | 1,000.00 | 16-Apr-21 | | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. | |
| | $ | 1,500.00 | 23-Apr-21 | | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. | |
| | $ | 2,500.00 | 14-May-21 | | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. | |
| | $ | 2,000.00 | 21-May-21 | | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. | |

Attachment 2
Statement of Financial Affairs
4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Ref | Amount | Date | Description |
|---|---|---|---|
|  | $ 2,000.00 | 1-Jun-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
|  | $ 4,000.00 | 11-Jun-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
|  | $ 4,000.00 | 18-Jun-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
|  | $ 1,000.00 | 29-Jun-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
|  | $ 5,000.00 | 2-Jul-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
|  | $ 6,000.00 | 13-Jul-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
|  | **$ 39,000.00** | (within one year) |  |
| 9901 | $ 8,000.00 | 10-Aug-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 9902 | $ 10,000.00 | 17-Aug-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 127 | $ 20,000.00 | 10-Sep-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 111 | $ 25,000.00 | 21-Sep-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 113 | $ 10,000.00 | 25-Sep-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 120 | $ 15,000.00 | 5-Oct-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 114 | $ 10,000.00 | 13-Oct-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
|  | **$ 98,000.00** |  |  |
| 121 | $ 5,000.00 | 2-Nov-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 124 | $ 10,000.00 | 9-Nov-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 125 | $ 7,000.00 | 13-Nov-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 138 | $ 2,000.00 | 16-Nov-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 99001 | $ 5,000.00 | 20-Nov-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 154 | $ 10,000.00 | 27-Nov-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 140 | $ 3,100.00 | 16-Dec-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 155 | $ 3,000.00 | 21-Dec-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 99003 | $ 4,000.00 | 22-Dec-20 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
|  | **$ 49,100.00** | (within one year) |  |
| 148 | $ 4,000.00 | 4-Jan-21 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 161 | $ 3,000.00 | 11-Jan-21 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 162 | $ 4,000.00 | 11-Jan-21 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 163 | $ 5,000.00 | 15-Jan-21 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 149 | $ 4,500.00 | 29-Jan-21 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 167 | $ 3,000.00 | 8-Feb-21 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 169 | $ 5,000.00 | 16-Feb-21 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 173 | $ 25,000.00 | 22-Feb-21 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 176 | $ 12,500.00 | 15-Mar-21 DGA | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
|  | $ 20,000.00 | 19-Mar-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
|  | $ 2,690.59 | 29-Mar-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
|  | $ 25,000.00 | 31-Mar-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
|  | $ 10,000.00 | 9-Apr-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
|  | $ 9,000.00 | 16-Apr-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |

2 of 3

Attachment 2
Statement of Financial Affairs
4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Ref | Amount | Date | Description |
|---|---|---|---|
| | $ 5,000.00 | 23-Apr-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 25,000.00 | 30-Apr-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 20,000.00 | 7-May-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 20,000.00 | 14-May-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 18,000.00 | 21-May-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 5,000.00 | 4-Jun-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 25,000.00 | 18-Jun-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 16,300.00 | 25-Jun-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 12,000.00 | 30-Jun-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 5,000.00 | 2-Jul-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 12,000.00 | 13-Jul-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 16,255.00 | 16-Jul-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 1,750.00 | 22-Jul-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | **$ 313,995.59** | (within one year) | |
| | **$ 402,095.59** | | |
| 276 | $ 9,000.00 | 30-Jul-21 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 278 | 5K | Aug. 9, 21 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 279 | 7K | Aug. 17, 21 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 282 | 5K | 4-Aug-21 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 284 | 3K | 3-Sep-21 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 287 | 3.5K | 9/3/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 288 | 3K | 9/10/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 1003 | 2,500 | 9/13/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 290 | 3K | 9/17/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 294 | 5K | 9/30/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 301 | 3,339.20 | 10/12/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 304 | 10K | 10/20/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 311 | 3,200 | 10/27/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| | 4,447 | 10/27/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 313 | 4,500 | 10/29/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 314 | 20K | 11/5/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 315 | 10K | 11/8/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 318 | 4895.31 | 11/9/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |

Debtor    **Adli Law Group P.C.**

Case number *(if known)* **2:21-bk-18572-BB**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Ketab Corp. v. Adli Law Group**<br>**19STCV09642** | **Contract** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **L Tech Network Services, Inc. v. Adli Law Group**<br>**21STCV17273** | **Collection** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Paul Menes vs. Adli Law Group, PC**<br>**21SMSC00215** | **Small Claims** | **Santa Monica Courthouse 1725 Main Street Santa Monica, CA 90401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. **NREA-TRC 700 LLC v. Adli Law Group**<br>**21STCV06220** | **Contract** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Dancool HVAC Supply, Inc. v. Dariush Adli, Esq.**<br>**2629-21** | **Fee Arbitration** | **Beverly Hills Bar Association 9420 Wilshire Blvd., 2nd Floor Beverly Hills, CA 90212** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Adli Law Group, PC v. Skypanels, Inc.**<br>**20STCV43191** | **Contract** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **CVFI-444 S. Flower LP v. Adli Law Group**<br>**20STCV01922** | **Contract** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. **WBS, Inc., ET AL. vs Adli Law Group, Drew Sherman**<br>**20STCV34381** | **Legal Malpractice** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. **Jonathan Betuel v. Dariush Adli, Adli Law Group, Drew Sherman**<br>**21STCV02730** | **Legal Malpractice** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **Hot Shot Hk, LLC v. Adli Law Group, Dariush Adli, Drew Sherman**<br>**BC602312** | **Legal Malpractice** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. **Steven Hellings and Theresa Hellings v. Andrea Ruth Bird, Jonathan Landis, Adli Law Group, et al.**<br>**37-2020-00044516-CU-BT-CTL** | **Legal Malpractice** | **San Diego Superior Court 1100 Union St. San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Adli Law Group P.C. | | | Case number *(if known)* **2:21-bk-18572-BB** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14. | **Gary Topolewski v. Adli Law Group, Dariush Adli, Joshua Eichenstein, Drew Sherman**<br>**20STCV32929** | **Legal Malpractice** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill St.**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **William Redfern, et al. vs Dariush G. Adli, et al.**<br>**20STCV29222** | **Legal Malpractice** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill St.**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.16. | **Adli Law Group, P.C., a California Professional Corporation vs Vaporous Technologies, LLC, a Pennsylvania Limited Liability Company, et al.**<br>**20STCV27347** | **Collection** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill St.**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.17. | **CFVI-444 S Flower, LP, a Delaware Limited Partnership Vs Adli Law Group P.C., a California Corporation**<br>**20STCV02362** | **Contract** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill St.**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.18. | **Adli Law Group, P.C., a California Professional Corporation vs. Luis C. Carreon, an Individual, et al.**<br>**20NWLC25119** | **Collection** | **Norwalk Courthouse**<br>**12720 Norwalk Blvd.**<br>**Norwalk, CA 90650** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Adli Law Group, P.C., A California Professional Corporation vs. Virtual Sports Entertainment, LLC, a Washington Limited Liability Company, et al.**<br>**20STCV35351** | **Collection** | **Los Angeles Superior Court**<br>**Stanley Mosk Courthouse**<br>**111 N. Hill St.**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Adli Law Group, P.C., a California Professional Corporation vs. ASAP Truck and Trailer Repair, Inc., a California Corporation, et al.**<br>**20NWLC18024** | **Collection** | **Norwalk Courthouse**<br>**12720 Norwalk Blvd.**<br>**Norwalk, CA 90650** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.21. | **Litigation Services & Tech v. Adli Law Group**<br>**A-21-837042-C** | **Contract** | **Nevada City Courthouse**<br>**201 Church Street**<br>**Nevada City, CA 95959** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Drew Sherman, an Individual vs. Adli Law Group, P.C., a California Corporation; Dariush Ghaffar Adli, an Individual**<br>**WC-CM-776849** | **Claim** | **State of California Department of Industrial Relations**<br>**Labor Commissioner's Office**<br>**320 W. 4th St., Ste. 450**<br>**Los Angeles, CA 90013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Adli Law Group P.C.** | Case number *(if known)* | **2:21-bk-18572-BB** |
|---|---|---|---|

■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Other casualty:  Cyberattack that caused debtor's server to become unavailable.  It took months to recover most of the files, but not all of the files were recovered.** | **$50,000** | **October 2019** | **$600,000.00** |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hahn & Hahn LLP**<br>**301 E. Colorado Blvd., 9th Floor**<br>**Pasadena, CA 91101-1977** | **Attorney Fees** | **10/26/2021** | **$30,000.00** |
| | **Email or website address**<br>**drallis@hahnlawyers.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

| Debtor | **Adli Law Group P.C.** | Case number *(if known)* **2:21-bk-18572-BB** |
| --- | --- | --- |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.2. | **Hahn & Hahn LLP** **301 E. Colorado Blvd., 9th Floor** **Pasadena, CA 91101-1977** | **Attorney Fees** | **11/3/2021** | **$20,000.00** |
| | Email or website address **drallis@hahnlawyers.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| **Part 7:** | **Previous Locations** |
| --- | --- |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | **444 S. Flower St., 31st Floor** **Los Angeles, CA 90071** | **7/1/2016 - 12/31/2019** |
| 14.2. | **700 South Flower Street, Ste. 1220** **Los Angeles, CA 90017** | **1/9/2020 - 2/28/2021 (never occupied space)** |

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

Debtor    **Adli Law Group P.C.**                                      Case number *(if known)*    **2:21-bk-18572-BB**

---

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐   No.

■   Yes. State the nature of the information collected and retained.

**Client address, social security number, passport, driver's license, credit card**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐   No. Go to Part 10.

■   Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401K - Coadvantage Corporation Retirement Savings Plan** | EIN: **27-3007025** |

Has the plan been terminated?
■ No
☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank 1601 Wilshire Blvd., Ste. 100 Los Angeles, CA 90025** | **XXXX-6008** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Business account no. XXX6008** | **July 22, 2021** | **$1,426.73** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| Debtor | **Adli Law Group P.C.** | Case number *(if known)* **2:21-bk-18572-BB** |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **OZ Moving & Storage**<br>**5900 South Eastern Ave., Ste. 149**<br>**Commerce, CA 90040** | **Dariush G. Adli**<br>**12400 Wilshire Blvd.,**<br>**Suite 1460**<br>**Los Angeles, CA 90025** | **All items stored from debtor's**<br>**700 S. Flower office.** | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Adli Law Group P.C.**<br>**12400 Wilshire Blvd., Ste. 1460**<br>**Los Angeles, CA 90025** | **Wells Fargo Bank**<br>**11601 Wilshire Blvd., Ste.**<br>**100**<br>**Los Angeles, CA 90025** | **IOLTA Account - See**<br>**Attachment 3 attached hereto.** | **$49,150.03** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

# ATTACHMENT 3

## Trust Balance By Client

Trust Balance Summary Grouped by Client.

| Date | Balance |
|---|---|
| 3025.201 | $3,380.00 |
| 3080.201 | $2,129.20 |
| 2409.201 | $1,329.68 |
| 3038.201 | $2,075.66 |
| 3095.201 | $3,026.70 |
| 3124.201 | $8,904.20 |
| 2985.202 | $2,569.20 |
| 3102.201 | $3,242.30 |
| 3110.201 | $730.65 |
| 3107.201 | $391.35 |
| 3118.201 | $1,800.00 |
| 3054.201 | $4,675.55 |
| 3086.201 | $537.85 |
| 3120.201 | $3,586.00 |
| 2516.201 | $3,476.06 |
| 2449.201 | $14.00 |
| 3104.201 | $146.45 |
| 3056.201 | $1,119.54 |
| 2150.201 | $294.00 |
| 3034.202 | $1,739.34 |
| 2262.201 | $2,221.32 |
| 2550.201 | $1.20 |
| 3061.201 | $1,040.85 |
| 2671.201 | $414.87 |
| 2460.201 | $23.20 |
| 2492.Gen | $33.40 |
| 1837.201 | $4.46 |
| 2988.201 | $243.00 |
| | $49,150.03 |

| Debtor | Adli Law Group P.C. | Case number (if known) 2:21-bk-18572-BB |
| --- | --- | --- |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| --- | --- | --- |
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.    **Said Parsi, CPA DABFA<br>Parsi & Company, CPA, DABFA<br>1801 Century Park East, Ste. 1132<br>Los Angeles, CA 90067-2313** | **2016 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.1.    **Said Parsi, CPA DABFA<br>Parsi & Company, CPA, DABFA<br>1801 Century Park East, Ste. 1132<br>Los Angeles, CA 90067-2313** | **2016 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.    **Said Parsi, CPA DABFA<br>Parsi & Company, CPA, DABFA<br>1801 Century Park East, Ste. 1132<br>Los Angeles, CA 90067-2313** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.    **Pacific Premier Bank<br>17901 Von Karman Avenue, Ste. 1200<br>Irvine, CA 92614** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Adli Law Group P.C.**                                    Case number *(if known)*  **2:21-bk-18572-BB**

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Dariush G. Adli** | **444 S. Flower Street, Ste. 3100 Los Angeles, CA 90071** | **Director, CEO, Secretary, and CFO** | **100% interest** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **See response to Part 2, Paragraph 4** | | | |
| | **Relationship to debtor** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |
| **401K - Coadvantage Corporation Retirement Savings Plan** | **EIN:    27-3007025** |

## Part 14:   Signature and Declaration

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 8, 2021**

_____          **Dariush G. Adli**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dean G. Rallis Jr.<br>301 E. Colorado Blvd., 9th Floor<br>Pasadena, CA 91101-1977<br>(626) 796-9123 Fax: (626) 449-7357<br>California State Bar Number: 94266 CA<br>drallis@hahnlawyers.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Adli Law Group P.C. | CASE NO.: 2:21-bk-18572-BB<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __13*__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **December 8, 2021** _____

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

*The Master Mailing List of Creditors was filed on 11/10/2021 with the Petition. Attached to this verification is the mailing list of only those creditors that were added. This verification is applicable to the Master Mailing List filed on 11/10/2021 of the attached.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    **F 1007-1.MAILING.LIST.VERIFICATION**

1 Touch Office Technology
370 Amapola Ave., Ste. 106
Torrance, CA 90501


12400 Wilshire
12400 Wilshire lvd., Ste. 210
Los Angeles, CA 90025


ABM Parking Services
12400 Wilshire Blvd.
Los Angeles, CA 90025


ASAP Truck & Trailer Repair
14643 Rancho Vista Dr.
Fontana, CA 92335


Dancool HVAC Supply, Inc.
4544 San Fernando Rd.
Glendale, CA 91204


Go Daddy
Attn: General Counsel
14455 N. Hayden Rd., #219
Scottsdale, AZ 85260


Hot Shot Hk, LLC
c/o Howard M. Fields, Esq.
21900 Burbank Blvd., Ste. 300
Woodland Hills, CA 91367


Ketab Corporation
12701 Van Nuys Blvd., Unit H
Pacoima 91331

```
NDS
1560 N. Missile Way
Anaheim, CA 92801


OZ Moving & Storage
5900 South Eastern Ave., Ste. 149
Commerce, CA 90040


Pacific Premier Bank
17901 Von Karman Avenue, Ste. 1200
Irvine, CA 92614


Spectrum Internet
12400 Wilshire Blvd., Ste. 1460 OFC
Los Angeles, CA 90025-1019


TPX Communications
3300 N. Cimarron Road
Las Vegas, NV 89129


Vaporous Technologies, LLC
2170 W. 190th St.
Torrance, CA 90504


Virtual Sports Entertainment, LLC
170 S. Lincoln , Ste. 100
Spokane, WA 99201


Water Source Solutions
14141 Covello St., Ste. 1D
Van Nuys, CA 91405
```