| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lewis R. Landau (CA Bar No. 143391)<br>Attorney-at-Law<br>22287 Mulholland Hwy., # 318<br>Calabasas, California 91302<br>Voice & Fax: (888) 822-4340<br>Email: Lew@Landaunet.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  NREA-TRC 700 LLC, Creditor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Adli Law Group, PC | CASE NO.: 2:21-bk-18572 BB<br><br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION FOR:**<br><br>Removal of Debtor in Possession (11 USC 1185);<br>Alternatively Conversion or Dismissal of Bankruptcy Case (11 USC 1112)<br><br>*(Specify name of Motion)* |
| Debtor(s). | DATE: 02/09/2022<br>TIME:  10:00 am<br>COURTROOM: 1539<br>PLACE: US Bankruptcy Court<br>        255 E. Temple Street, 15th Floor<br>        Los Angeles, CA 90012 |

1.  TO (*specify name*):  All Parties in Interest

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the ~~attached~~ Motion and accompanying documents.

3.  **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:   01/19/2022

Lewis R. Landau, Attorney at Law
Printed name of law firm


/s/ Lewis R. Landau
Signature


Lewis R. Landau
Printed name of attorney

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                          **F 9013-1.1.HEARING.NOTICE**

**Lewis R. Landau** (CA Bar No. 143391)
**Attorney-at-Law**
22287 Mulholland Hwy., # 318
Calabasas, California 91302
Voice & Fax: (888) 822-4340
*Email: Lew@Landaunet.com*

Attorney for Movant,
NREA-TRC 700 LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Adli Law Group, PC<br><br><br><br><br><br>Debtor. | Case No.: 2:21-bk-18572 BB<br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION TO REMOVE DEBTOR IN POSSESSION OR ALTERNATELY, CONVERT OR DISMISS CASE**<br><br>**[11 U.S.C. §§ 1185(a), 1112(b)]**<br><br><br>Date:    February 9, 2022<br>Time:    10:00 a.m.<br>Place:    Courtroom 1539; Judge Bluebond<br>        United States Bankruptcy Court<br>        255 East Temple Street, 15th Floor<br>        Los Angeles, CA 90012 |

Creditor NREA-TRC 700 LLC ("Movant") moves to remove the debtor in possession or alternately convert to chapter 7 or dismiss the chapter 11 case of Adli Law Group PC ("Debtor") pursuant to 11 U.S.C. §§ 1185(a) or 1112(b).  Movant's motion is contained in the following memorandum of points and authorities, Declaration of Lewis R. Landau ("Landau Declaration") and the case file exhibits hereto for which Movant requests that the Court take judicial notice pursuant to Federal Rules of Evidence 201.  For all these reasons, the Debtor should be removed as a debtor in possession or the case converted to chapter 7 or dismissed.

–1–

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**<u>CAUSE EXISTS TO REMOVE THE DEBTOR IN POSSESSION,</u>**

**<u>OR CONVERT OR DISMISS DEBTOR'S CHAPTER 11 CASE</u>**

On November 10, 2021 the Debtor filed its voluntary petition electing application of Subchapter V of chapter 11 for this case.  In Debtor's December 22, 2021 initial status report, Debtor explained that it is a six (6) attorney law firm formed by Dr. Dariush Adli in 2010.  *See* ECF # 79 attached hereto as Exhibit 1.

The Debtor is unable to produce accurate and reliable financial information concerning its historical operations, current financial condition and future projections as required to maintain its Subchapter V bankruptcy case as confirmed in the Supplemental Declaration of Dariush G. Adli filed January 10, 2022.  *See* ECF # 116 attached hereto as Exhibit 2 ("Adli Declaration").  As set forth therein:

> 8. We have recently realized, however, *that our accounts have had many mistakes*, which our accountancy firm has either made, or failed to correct, which have continued from one year to the next. As we have been making a good faith effort to provide corrections, clarifications, and documentation, *we have had difficulty receiving sufficient assistance from our accountancy firm*.
> 9. We had not realized these problems until this bankruptcy case. As a result, *we are planning to hire an outside firm solely to put our books in order so that we can provide the necessary information and correct the previous mistakes*.
> 13. We did not appreciate the time and effort this task would have on our firm operation to provide documents and necessary information to our bankruptcy counsel for a Chapter 11 case. *As a result, we were overwhelmed and rushed, which caused errors in our documentation*.
> 14. …As a result, errors were made, which are addressed in the updated Financial Statements attached as Exhibit 2. *While these Financial Statements may still require correcting*, this is being presented in good faith based on what we have been able to identify as an error and, accordingly, correct.

*See* Adli Declaration at Exhibit 2 hereto.

Debtor blames its former accountants, Parsi & Company ("Parsi"), for the "many mistakes" in its books and records.  Debtor will apparently hire a new "outside firm" to create accurate and reliable books and records, financial statements and bankruptcy schedules, *but no*

***application to hire any such firm has been filed to date***.  Moreover, the projections attached to the Adli Declaration do not provide for any professional fees.

Gregory K. Jones, the Subchapter V Trustee ("Trustee") has filed his statement identifying continuing omissions in the Debtor's financial reporting, as well as the Debtor's failure to provide an answer to Statement of Financial Affairs question 3 concerning payments or transfers within 90-days of the bankruptcy case.  *See* ECF # 124 attached hereto as Exhibit 3.

In addition, creditors Steven and Theresa Hellings have filed a response to the Adli Declaration identifying numerous inconsistencies and unreconcilable data making all of the Debtor's financial disclosures to date, including the Debtor's most recent financial projections, utterly unreliable and lacking in credibility.  *See* ECF # 123 attached hereto as Exhibit 4. Significantly, the Adli Declaration ***eliminated a $4,473,737.32 receivable from the Debtor's balance sheet*** consisting of an insider loan to Dr. Adli.  To the extent Dr. Adli is now claiming those funds were corporate distributions made while the Debtor was insolvent, the estate may well have additional avoidance actions against Dr. Adli.

Of serious concern in the potential for conversion or embezzlement of attorney client trust account proceeds.  Debtor's original financial statements showed a $1,066,850.71 "Trust Account Liability."  See Adli Declaration at 5-6.  Dr. Adli now contends that the firm's trust account liability to clients is only $120,400.22 and that the trust account contains those funds.  But the Debtor admits that it cannot reconcile its financial statement reporting and its financial records are unreliable.  The Debtor's trust account liability must be immediately audited and verified.

Finally, the Debtor's claims bar date expires on January 19, 2022, the date of filing this motion.  The Court's claim register reflects numerous substantial claims that create additional material inconsistencies with the Debtor's financial reporting.  *See* summary claims register attached hereto as Exhibit 5.  For example, the IRS has filed a $424,440 claim, including a $233,645.26 priority claim. but the Debtor's schedules reflect no IRS liability.  *Compare* IRS Claim # 3 attached as Exhibit 6 hereto and ECF # 63 (Debtor's Schedules) attached as Exhibit 7 hereto at Schedule E/F ¶ 2.6.

As of the date of this motion, the Debtor's Subchapter V chapter 11 case has been pending for 70-days.  The Debtor admits to maintaining unreliable books and records and has filed numerous documents containing errors and omitted information.  These deficiencies are not cured as of the filing of this motion. The Debtor admits to incompetence and having engaged in gross mismanagement and cause otherwise exists to remove the Debtor in Possession or convert or dismiss the Debtor's case.

## II.

## <u>THE DEBTOR SHOULD BE REMOVED AS DEBTOR IN POSSESSION</u>

Cause exists to remove the Debtor in Possession under 11 U.S.C. § 1185.  11 U.S.C. § 1185 states:

> **Section 1185 — Removal of debtor in possession**
> (a) In General. On request of a party in interest, and after notice and a hearing, the court shall order that the debtor shall not be a debtor in possession for cause, including fraud, dishonesty, incompetence, or gross mismanagement of the affairs of the debtor, either before or after the date of commencement of the case, or for failure to perform the obligations of the debtor under a plan confirmed under this subchapter.

11 U.S.C. § 1185(a).

Congress enacted § 1185 as part of the Small Business Reorganization Act of 2019, which became effective February 19, 2020.  Because § 1185 is relatively new to the Bankruptcy Code, no governing authority outlines the standards the court should consider in determining whether to remove a debtor in possession under § 1185.  Because § 1104(a) and § 1185(a) use the same language, the court should rely on authority construing § 1104 in determining whether to remove a debtor in possession under § 1185.  *See* <u>In re Peak Serum, Inc.</u>, 623 B.R. 609, 614 n.1 (Bankr. D. Colo. 2020) ("where cause would exist to appoint a Chapter 11 trustee in a standard Chapter 11 case, Subchapter V affords parties-in-interest comparable remedies, including removal of the debtor-in-possession").

Since the inception of this case, the Debtor has exhibited a lack of transparency and general inaccuracy regarding its finances that is proven through the admitted filing of incomplete and inaccurate financial information.  <u>In re te Velde</u>, 2018 WL 4405981 at * 3  (Bankr. E.D. Cal.

Sept. 12, 2018) (appointment of trustee for cause is warranted if debtor is "unwilling, or unable, to comply with his duties as a fiduciary"); In re Sillerman, 605 B.R. 631, 643 (Bankr. S.D.N.Y. 2019) ("Failure by a debtor-in-possession to disclose material and relevant information to the Court and creditors or make required filings supports a finding of cause."), *citing* In re V. Savino Oil & Heating Co., Inc., 99 B.R. 518, 526 (Bankr. E.D.N.Y. 1989) (where the Debtor fails to disclose "material and relevant information to the Court and creditors, a Chapter 11 trustee is required.").

While the Debtor blames Parsi for its incompetence and gross mismanagement, the buck stops with Dr. Adli as the principal of the Debtor law firm.  The Court, United States Trustee and creditor are entitled to rely upon accurate books, records, financial statements, bankruptcy schedules and projections to respond to the Debtor's chapter 11 case.  While the Debtor admits to needing a new financial consultant, no application to retain any such professional has been filed and Debtor's cash flow projections do not provide for any such professional.  The Debtor is simply unable or unwilling to comply with its fiduciary duties and provide its creditors with accurate and reliable financial reporting.  After 70-days in Subchapter V and Debtor quickly coming up upon its 90-day plan filing deadline per Section 1189(b), cause exists to immediately remove the Debtor as debtor in possession such that the Trustee can protect creditor interests with the additional powers authorized under Section 1183(b).

For all these reasons, the motion should be granted.

### III.

### <u>CAUSE EXISTS TO CONVERT OR DISMISS THE CASE</u>

The same cause supporting removal of the Debtor as debtor in possession supports the alternative remedy of conversion of Debtor's case to chapter 7 or dismissal thereof under 11 U.S.C. § 1112(b).  Section 1112(b) states:

> (b)(1) Except as provided in paragraph (2) and subsection (c), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.

11 U.S.C. § 1112(b)(1).

Section 1112(b)(4) provides a ***non-exhaustive list*** of circumstances constituting cause for dismissal or conversion:

> (4) For purposes of this subsection, the term "cause" includes—
> (B) gross mismanagement of the estate;
> (E) failure to comply with an order of the court;
> (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter;

11 U.S.C. § 1112(b)(4) (in part).

Once cause has been demonstrated under § 1112(b)(4), the Court must either dismiss or convert a chapter 11 case unless an exception set out in § 1121(b)(1) applies. Those exceptions are set forth in Section 1121(b)(2) as follows:

> (2) The court may not convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter if the court finds and specifically identifies unusual circumstances establishing that converting or dismissing the case is not in the best interests of creditors and the estate, and the debtor or any other party in interest establishes that—
> (A) there is a reasonable likelihood that a plan will be confirmed within the timeframes established in sections 1121(e) and 1129(e) of this title, or if such sections do not apply, within a reasonable period of time; and
> (B) the grounds for converting or dismissing the case include an act or omission of the debtor other than under paragraph (4)(A)—
> (i) for which there exists a reasonable justification for the act or omission; and
> (ii) that will be cured within a reasonable period of time fixed by the court.

11 U.S.C. § 1112(b)(2).

Here, Debtor has no reasonable justification for maintaining erroneous books and records for multiple years preceding its chapter 11 case and then filing false, misleading and inaccurate bankruptcy schedules, statements and other reporting in its case. The Debtor is sure to blame Parsi for those failures, but Dr. Adli is responsible for the accuracy of the Debtor's financial records. The Debtor should have discovered these defects earlier and acted to correct them with far greater diligence. If the Court does not remove the Debtor as debtor in possession, then the Court should promptly convert or dismiss Debtor's case.

Finally, Debtor's case may also support conversion or dismissal under 11 U.S.C. § 1112(b)(4)(A) for substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation.  Debtor's November, 2021 Monthly Operating Report ("MOR") reflected a ***negative $116,605 cash flow*** for December, 2021.  *See* ECF 73 at 3. Debtor's December, 2021 MOR is due immediately after the filing of this motion and to the extent a substantial and continuing loss is shown therein, Movant will supplement this motion with the Debtor's MORs and request relief under 11 U.S.C. § 1112(b)(4)(A) in addition to the other cause set forth herein.

For all these reasons, the motion should be granted.

## IV.

## **CONCLUSION**

For all the foregoing reasons, Movant respectfully requests that the Court *grant* the motion and remove the Debtor as debtor in possession or convert the case to chapter 7 or dismiss Debtor's case and grant such other and further relief as the Court deems just and proper under the circumstances.

Dated:  January 19, 2022

**Lewis R. Landau**
**Attorney at Law**


By:*/s/ Lewis R. Landau*
Lewis R. Landau
Attorney for Movant

# DECLARATION OF LEWIS R. LANDAU

I, Lewis R. Landau, do hereby declare:

1.     I am an attorney duly admitted to practice law in the State of California and before the United States District Court for the Central District of California.  I represent NREA-TRC 700 LLC ("Movant") in the chapter 11 case of Aldi Law Group PC ("Debtor"), case number 2:21-bk-18572 BB.  I have personal knowledge of the facts set forth herein based on my involvement in Debtor's chapter 11 case.

2.     Attached to my declaration as the following indicated exhibits are true, correct and accurate copies of the indicated Electronic Case File ("ECF") documents that I downloaded from the Court's ECF filing system:

3.     Exhibit 1: ECF # 79, Debtor's initial status report.

4.     Exhibit 2: ECF # 116, Supplemental Declaration of Dariush G. Adli filed January 10, 2022.

5.     Exhibit 3: ECF # 124, Statement filed by Gregory K. Jones, the Subchapter V Trustee.

6.     Exhibit 4: ECF # 123, Response filed by creditors Steven and Theresa Hellings.

7.     Exhibit 5: Summary claim register.

8.     Exhibit 6: IRS proof of claim # 3.

9.     Exhibit 7: ECF # 63, Debtor's schedules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 19th day of January 2022 at Los Angeles California.

*/s/ Lewis R. Landau*
Lewis R. Landau

# EXHIBIT 1

**Motion: 009**

**HAHN & HAHN LLP**
DEAN G. RALLIS JR., State Bar No. 94266
E-Mail: drallis@hahnlawyers.com
301 E. COLORADO BLVD., NINTH FLOOR
PASADENA, CALIFORNIA 91101-1977
Telephone: (626) 796-9123
Facsimile: (626) 449-7357

Proposed Attorneys for Adli Law Group, P.C.
Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ADLI LAW GROUP P.C.,<br><br>    Debtor. | Case No. 2:21-bk-18572-BB<br><br>Chapter 11 (Subchapter V)<br><br>**DEBTOR'S INITIAL CHAPTER 11 STATUS REPORT DATED DECEMBER 22, 2021; DECLARATION OF DARIUSH G. ADLI**<br><br><u>Initial Status Conference</u>:<br>Date:    January 5, 2022<br>Time:    10:00 a.m.<br>Place:    255 E. Temple St.<br>           Courtroom 1539<br>           Los Angeles, California 90012<br><br>Judge:  Hon. Sheri Bluebond |

ADLI Law Group P.C., the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor" or "ALG"), hereby submits the following status report in connection with this case and in response to this Court's "Order Setting Scheduling And Case Management Conference in Subchapter V Case" entered on November 17, 2021 (ECF No. 22)

**The Debtor's Business**.

The Debtor was formed in 2010 by Dr. Dariush Adli.  ALG is a professional corporation in good standing with the State of California.  ALG currently operates its law practice in roughly

**Motion: 010**

3,000 square feet of offices located at 12400 Wilshire Blvd., Suite 1460 in Los Angeles, California 90025 ("Current Office Space"). ALG has 12 employees including 6 non-attorney staff members and 6 attorneys, including Dr. Adli. One of the Firm's associates is on paternity leave until January 3, 2022.

The principal assets consist of accounts receivables (approximately $1.34 million), office furniture and computers (approximately $234,000) and cash on hand (approximately $124,000). The unsecured liabilities aggregate approximately $5.6 million, which include the alleged claims of Bank of the West ($1.23 million for a PPP loan; Debtor is now in the process of preparing the loan-forgiveness application), NREA-TRC 700 LLC (the Debtor's prior landlord asserting a claim of approximately $2.65 million), Staple Center (asserting a claim of approximately $700,000), and the alleged malpractice claims of certain prior clients of the Firm in amounts that are presently unknown. There is no secured debt in this case.

**What precipitated the bankruptcy filing**.

Over the past several years, the Debtor has had to confront several adverse issues that have not only disrupted its business, but have now also forced the company to seek bankruptcy relief. In addition to a costly cyber-attack, professional errors by one of ALG's attorneys in multiple matters resulting in now four pending lawsuits as of the petition date, and the impact of the COVID-19 pandemic, the deciding factor prompting the Debtor to file its petition as a protective measure to avoid the disruptive, destructive effects was the imminent execution under a prejudgment writ of attachment issued in Superior Court litigation between the ALG and its prior landlord, NREA-TRC 700 LLC. In the end, all of the above issues collectively contributed to the Debtor deciding to commence this chapter 11 case on November 10, 2021 (the "Petition Date").

**Debtor's Objectives**.

The Debtor commenced this chapter 11 case in order to preserve the value of its business and assets for the benefit of its stakeholders, including its creditors and employees, while it explores various options for reorganizing and exiting bankruptcy. The Debtor anticipates that any reorganization will involve the continued operation of its existing business. Accordingly, the Debtor intends to continue operating its business during the pendency of this chapter 11 case.

1      To further its objections of reorganization, Debtor intends to resolve the pending litigation

2  matters, in particular the malpractice cases and the prior landlord's claim through informal

3  discussions, mediation or the claims administrative process. Ultimately, Debtor intends to propose

4  and confirm a plan that provides for payment to creditors on their allowed claims over time from

5  future operating revenues. The Debtor intends to work closely with the subchapter V trustee and

6  its creditors on proposing a consensual plan as soon as possible.

7      **Principal Disputes to be Encountered.**

8      The Debtor is not currently facing and does not anticipate encountering any major legal

9  disputes at this time or during the pendency of this case. Debtor notes that resolution of the prior

10  landlord's asserted claim and employing a cost-effective and efficient means of resolving other

11  pending lawsuits, including the malpractice cases, will be the initial focus of the Debtor's

12  reorganization

13      **Dispute Resolution**

14      The Debtor is not currently facing and does not anticipate encountering any major legal

15  disputes at this time or during the pendency of this case. Debtor believes that discussions with

16  those creditors asserting malpractice claims and with the Debtor's prior landlord will be resolved

17  (or, at a minimum, the process for ultimate resolution will be agreed upon).

18      **Debtor's Compliance With Its Duties**

19      The Debtor is not a "health care business" as that term is defined in § 101(27A) of title 11

20  of the United States Code (the "Bankruptcy Code" or "Code").

21      As the Debtor does not own real property or otherwise generate income from operating real

22  property, this chapter 11 case does not involve "single asset real estate" within the meaning of

23  § 101(51B) of the Bankruptcy Code and is therefore not a "single asset real estate" case.

24      The Debtor is a "small business debtor," having met the statutory definition in § 101(51D)

25  of the Bankruptcy Code, and is therefore eligible to proceed under subchapter V of chapter 11.

26  The Debtor has satisfied all four elements: (a) the Debtor, being a limited liability company, is a

27  "person" within the meaning of § 101(41) of the Code, (b) the Debtor is clearly engaged in

28  commercial or business activities, (c) the Debtor's noncontingent, liquidated debts as of the

**Motion: 012**

1  Petition Date fall well below $7.5 million limit, and (d) all, or nearly all, of those debts represent

2  trade debts and thus arose from the Debtor's commercial or business activities.

3       Financial Statements. Appended to its voluntary petition, the Debtor filed the

4  following financial statements on the Petition Date: (a) two balance sheets (one as of

5  December 31, 2020, and the other as of August 31, 2021), (b) two profit-and-loss statements (one

6  for the year ending December 31, 2020, and the other for the year-to-date ending August

7  31, 2021), and (c) a cash flow statement (for the immediate 3 months preceding the Petition Date

8  and including projected cash flow for the ensuing 3-month period).  The Debtor also filed its 2019

9  and 2020 federal income tax returns on the Petition Date.

10      Schedules. The Debtor filed its schedules and statement of financial affairs on

11  December 9, 2021. Debtor intends to amend its schedules to include certain information that was

12  not available at the time the original schedules were filed.

13      Seven-Day Package. The Debtor submitted its seven-day package to the United

14  States trustee (the "U.S. Trustee") on November 22, but the seven-day package lacked some of the

15  required information and documents, which the Debtor did not have in its possession at that time.

16  The Debtor later submitted a supplemental seven-day package to the U.S. Trustee on December 1

17  and believes that all required information and documents sought by the U.S. Trustee have now

18  been produced.

19      Initial Debtor Interview. Dariush G. Adli ("Dr. Adli"), the Debtor's president,

20  telephonically appeared on behalf of the Debtor, along with counsel, at the U.S. Trustee's initial

21  debtor interview held on December 7.

22      § 341(a) Meeting of Creditors. Dr. Adli telephonically appeared on behalf of the

23  Debtor, along with counsel, at the § 341(a) meeting of creditors held on December 13. The

24  meeting has been continued to January 11, 2022, at 9:15 a.m., telephonic appearance, by the U.S.

25  Trustee.

26      Monthly Operating Reports. The Debtor's first monthly operating report was due

27  on December 21. The Debtor filed that monthly operating report on December 22, 2021.

28      Insurance. The Debtor is currently maintaining insurance coverage that is

**Motion: 013**

37431.00003\3332995.2

1   customary and appropriate to its industry. Such coverage includes commercial general liability,

2   malpractice insurance and workers compensation insurance.

3         <u>Financial Projections</u>. The Debtor's financial projections for the first three months

4   of this case (i.e., from November 10, 2021, through January 31, 2022) are attached to the Petition

5   and included in the Cash Flow statement (page 17). The Debtor's historical profit-and-loss

6   statement for the 12 months preceding the filing of this case (i.e., from  January through December

7   2020 and January through August 2021) were also attached to the Petition.

8       **<u>Cash Collateral Issues</u>**

9       The Debtor is unaware of any entities who claim an interest in the Debtor's cash, and as a

10  result, it believes that there will be no cash collateral issues in this case.

11      **<u>Retention of Professionals</u>.**

12      The Debtor proposes to retain Hahn & Hahn LLP ("<u>H&H</u>") as its general bankruptcy

13  counsel, who will represent the Debtor in connection with this chapter 11 case. The Debtor's

14  employment application for H&H was filed on December 9, 2021, at docket no. 64. If there are no

15  timely oppositions thereto, the Debtor intends to file a declaration of non-opposition and lodge a

16  proposed order authorizing H&H's employment. The estimated amount of H&H's compensation

17  for the pendency of this case is $100,000 - $150,000.

18      The Debtor will also be seeking to retain the Parsi & Company, CPA, DABFA, an

19  Accountancy Corporation  ("<u>P & C</u>") as its accountant, who will handle the Debtor's accounting-

20  related matters (e.g., ensuring the maintenance of the Debtor's financial reporting requirements,

21  tax filings, etc.). Once the Debtor and P & C have finalized the scope of P & C's services and its

22  proposed compensation arrangement, the Debtor will file an employment application for P & C.

23      The Debtor also intends to employ special litigation counsel to represent it in connection

24  with pending malpractice litigation. The terms of such retention have yet to be determined, and

25  when so fixed, the Debtor will file such employment applications.

26      **<u>Claims Administration</u>.**

27      The Court has already set January 19, 2022, as the deadline for nongovernmental creditors

28  to file a proof of claim in this case (while May 9, 2022, is the deadline for governmental creditors

**Motion: 014**

1  to do so). Until the claims bar date has passed and the Debtor understands the universe of asserted

2  claims, the Debtor is unable to propose a deadline for filing claim objections.

3      **Executory Contracts and Unexpired Leases**.

4      The Debtor is the lessee under one unexpired non-residential real property lease under

5  which it leases office space in Los Angeles, California. It is this location where the Debtor's

6  principal offices are located.

7      The Debtor is also a counterparty to a number of other executory contracts, including

8  service agreements with various vendors providing ordinary-course marketing, equipment,

9  internet, and phone services to the Debtor. In all likelihood, the Debtor intends to assume such

10  executory contracts and will likely do so as part of a plan.

11      **Timetable for Plan Confirmation**.

12      February 8, 2022, is the deadline for the Debtor file a subchapter V plan and disclosure

13  statement, and the Debtor intends to file a plan and disclosure statement by that deadline. The

14  Debtor believes that a plan could be confirmed by the end of the second quarter of 2022.

15      The Debtor has not yet made any major progress towards developing and negotiating a

16  plan of reorganization. Nevertheless, the Debtor will likely propose a plan that has creditors

17  ultimately receiving a substantial recovery on account of their prepetition claims. Accordingly, the

18  Debtor does not anticipate any significant creditor opposition in this case and expects to attain a

19  consensual plan.

20

21  DATED:  December 22, 2021      Respectfully submitted,

22        HAHN & HAHN LLP

23

24        By:     /s/ Dean G. Rallis Jr.

25        Dean G. Rallis Jr.

26        Proposed Attorneys for Adli Law Group, P.C.,
      Debtor and Debtor in Possession

27

28

**Motion: 015**

6

# DECLARATION OF DARIUSH G. ADLI

**Motion: 016**

1    **DECLARATION OF DARIUSH G. ADLI**

2    I, Dariush G. Adli, declare as follows:

3    1.    I am the president of Adli Law Group P.C., the debtor and debtor in possession in
4    the above-captioned chapter 11 case (the "Debtor").

5    2.    I am an authorized representative of the Debtor, with full authority to make the
6    representations and statements contained herein on behalf of the Debtor. Where the matters stated
7    in this declaration are statements of fact that are within my personal knowledge, they are true and
8    correct. Where the matters stated in this declaration are statements of fact that are not within my
9    personal knowledge, they are derived from my review of the Debtor's business records, founded
10   on information supplied to me by the Debtor's key personnel or advisors, or based upon
11   information and belief, and such statements are true and correct to the best of my knowledge,
12   information, and belief. The Debtor's business records were (a) made at or near the time of the
13   occurrence of the matters set forth therein by, or from information transmitted by, a person having
14   knowledge of those matters, (b) kept in the course of the regularly conducted business activities of
15   the Debtor, and (c) by custom and practice of the Debtor, made as part of the Debtor's regularly
16   conducted business activities. If called to testify, I could and would, without waiver of any
17   applicable privilege, testify competently to the matters stated in this declaration.

18   3.    I have read the Debtor's initial status report, and I believe that the information
19   contained therein is accurate, true, and correct to the best of my knowledge, information, and
20   belief.

21   I declare under penalty of perjury under the laws of the United States of America that the
22   foregoing is true and correct and that this declaration was executed on December 22, 2021, at Los
23   Angeles, California.

24

25

26                                                                Dariush G. Adli

27

28

**Motion: 017**

37431.00003\3335669.1

# EXHIBIT 2

**Motion: 018**

1  HAHN & HAHN LLP
   DEAN G. RALLIS JR., State Bar No. 94266
2  E-Mail: drallis@hahnlawyers.com
   301 E. COLORADO BLVD., NINTH FLOOR
3  PASADENA, CALIFORNIA 91101-1977
   Telephone: (626) 796-9123
4  Facsimile: (626) 449-7357

5  Proposed Attorneys for Adli Law Group, P.C.
   Debtor and Debtor in Possession

6

7

8              UNITED STATES BANKRUPTCY COURT

9      CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

10

11 | In re                          | Case No. 2:21-bk-18572-BB
12 | ADLI LAW GROUP P.C.,           | Chapter 11 (Subchapter V)
13 |        Debtor.                 | **SUPPLEMENTAL DECLARATION OF**
                                    | **DARIUSH G. ADLI IN SUPPORT OF**
14 |                               | **DEBTOR'S STATUS REPORT**
15 |                               | Date:       January 26, 2022
                                    | Time:       10:00 a.m.
16 |                               | Crtrm:      1539
                                    | Place:      255 E. Temple St.
17 |                               |             Los Angeles, CA  90012
18

19

20        **SUPPLEMENTAL DECLARATION OF DARIUSH G. ADLI**

21        I, Dariush G. Adli, hereby declare as follows:

22        1.    I am the principal and sole shareholder of ADLI Law Group, PC, the debtor in

23 possession of the instant Subchapter V Chapter 11 reorganization bankruptcy case.  The facts

24 stated in this declaration are known to me personally.  If called as a witness, I could and would

25 testify to the truthfulness of all matters stated herein.

26        2.    I am an authorized representative of the Debtor, with full authority to make the

27 representations and statements contained herein on behalf of the Debtor. Where the matters stated

28 in this declaration are statements of fact that are within my personal knowledge, they are true and

                    **Motion: 019**

37431.00003\3356951.1

correct. Where the matters stated in this declaration are statements of fact that are not within my

personal knowledge, they are derived from my review of the Debtor's business records, founded

on information supplied to me by the Debtor's key personnel or advisors, or based upon

information and belief, and such statements are true and correct to the best of my knowledge,

information, and belief. The Debtor's business records were (a) made at or near the time of the

occurrence of the matters set forth therein by, or from information transmitted by, a person having

knowledge of those matters, (b) kept in the course of the regularly conducted business activities of

the Debtor, and (c) by custom and practice of the Debtor, made as part of the Debtor's regularly

conducted business activities. If called to testify, I could and would, without waiver of any

applicable privilege, testify competently to the matters stated in this declaration.

     3.    The purpose of this declaration is to explain and clarify the corrections made to the

ADLI Law Group, PC ("ADLI") Financial Statements previously submitted.

     4.    Attached as **Exhibit 1** and incorporated by reference is a true and correct copy of

the Financial Statements dated as of August 31, 2021, which were submitted in this case.

     5.    Attached as **Exhibit 2** and incorporated by reference is a true and correct copy of

an updated Financial Statement as of November 10, 2021, which is to replace the old version.

     6.    Since its inception, ADLI's Financial Statements have been prepared by an outside

accountancy firm, Parsi & Company, at the end of each year.  Also, since its inception, ADLI has

had full-time accounting staff or bookkeeper, who administers payments received and payments

made.

     7.    Reconciliation and corrections are normally done at the end of the calendar year.

     8.    We have recently realized, however, that our accounts have had many mistakes,

which our accountancy firm has either made, or failed to correct, which have continued from one

year to the next.  As we have been making a good faith effort to provide corrections, clarifications,

and documentation, we have had difficulty receiving sufficient assistance from our accountancy

firm.

**Motion: 020**

9.      We had not realized these problems until this bankruptcy case.  As a result, we are planning to hire an outside firm solely to put our books in order so that we can provide the necessary information and correct the previous mistakes.

10.      For years, we have had our internal accounting and we also use Centerbase which is a software that keeps track of our billings to clients and payments received from clients.

11.      The instant Chapter 11 case was not planned, but was forced on us  due to a lawsuit filed by our prior landlord (NREA-TRC 700, LLC) in which the landlord had sought and received a prejudgment writ of attachment in an amount exceeding $2.6 million.  As can be seen from our Financial Statements, such an attachment would have crippled our firm operations.

12.      Thus, we were in a race to get the bankruptcy on file before the writ would take effect and freeze our accounts, which, in effect, would have made it impossible for us to pay our employees and our monthly operating expenses.

13.      We did not appreciate the time and effort this task would have on our firm operation to provide documents and necessary information to our bankruptcy counsel for a Chapter 11 case.  As a result, we were overwhelmed and rushed, which caused errors in our documentation.

14.      In connection with the Financial Statements previously submitted, we relied on our accountancy firm, which had to accommodate our deadline, while approaching their own year-end crunch, before it had a chance to conduct a reconciliation, which is normally done at the end of the calendar year.  In addition, as our in-house staff was already burdened with all of the information and documentation required in the bankruptcy case, there was too little time and necessary resources to check and make cross-references before turning in the Financial Statements.  As a result, errors were made, which are addressed in the updated Financial Statements attached as Exhibit 2.  While these Financial Statements may still require correcting, this is being presented in good faith based on what we have been able to identify as an error and, accordingly, correct.

15.      The following entries have now been corrected with the corresponding explanations below:

**Motion: 021**

    a.   <u>1068 – Due from Shareholder $4,473,737.32 eliminated:</u> This category has been used as a placeholder for distributions to me, a fictitious location to place all amounts distributed to me by ADLI, so that at the end of the year, the amounts can be properly allocated and accounted for. I believe this designation has been used since 2012. I understood that once the distribution was properly allocated, this category would be zeroed out such that there would not be a running balance.  It seems now, that the proper reconciliation and reallocation never took place. Since realizing this error, we have requested proper accounting of this category from our accountancy firm, but at this time, we do not have the details we need.  I am hopeful that the new accounting firm will be able to provide further clarity.  I will be providing the details of my compensation for prior years, which will demonstrate that this category is a mistake.

For now, the Financial Statements indicate a distribution to me under item 5300.  b. <u>1080 – Prepaid Expenses $680,000 eliminated:</u> This was a portion of the SBA PPP loan ADLI had received, which we used for payroll. When we received the second SBA PPP loan disbursement, we paid $680,000 directly to Progressive Employer Management/CoAdvantage, our payroll processing service as prepayment of payroll for the period that covered March through June 2021.  It also covered payroll paybacks for reduced payroll during the difficult times of the pandemic.  It was considered a "prepaid expense" when it was made.  However, by the time of the filing of this case, it should have been transferred into the payroll amount because it was already paid out for payroll.  It has now been taken off as "prepaid expense" from the balance sheet and properly reported as an expense in the Profit and Loss statement under item 8294 as "Salaries" which is where it should have been as of August 2021.

Attached as **Exhibit 3** and incorporated by reference, is a true and correct copy of the first PPP loan Promissory Note we received in the sum of $693,445 on April 22, 2020.

**Motion: 022**

Attached as **Exhibit 4** and incorporated by reference, is a true and correct copy of the second PPP loan Promissory Note we received in the sum of $1,230,000, on February 18, 2021.

Attached as **Exhibit 5** and incorporated by reference, is a true and correct copy of the wire confirmation from our Bank of the West account to Progressive Employer Management (CoAdvantage) in the sum of $680,000 dated April 14, 2021.

b. <u>9565 – SBA PPP - $1,923,445 reduced to $1,230,000</u>: We received 2 PPP loans aggregating $1,923,445. As noted above, the first SBA PPP loan was for $693,445.00 and the second for $1,230,000. Altogether, we received $1,923,445 in PPP loans.  However, we have successfully obtained forgiveness on $693,445.00 so far and are working on the application for the forgiveness of the remaining loan. Attached hereto as **Exhibit 6** and incorporated by reference is a true and correct copy of a screenshot from status of the first PPP loan indicating that there is no payoff balance.  We received notice of the forgiveness through the loan portal. Based on the forgiveness of the first SBA PPP loan, the total amount was reduced to the amount that still remains which is $1,230,000 and the forgiven amount in the sum of $693,445.00 is added as an adjustment to earnings under 5400.

c. <u>2800 – Deposits changed from $28,000 to $28,034.88:</u> This is our deposit with our current landlord.  The amount was corrected to $28,034.88 because this is the correct amount on deposit with our current landlord.

d. <u>3470 – Trust Account Liability changed from $1,066,850.71 to $120,400.22</u>: As stated above, we requested our CPA to generate Financial Statements in a rush and without the usual reconciliation and corrections that happen at the end of the calendar year.  Parsi & Co apparently took this number from somewhere in Centerbase, the software we use for attorney timekeeping and billing. Despite are request and our own search of Centerbase, we are unable to explain where the amount of $1,066,850.71 came from.

**Motion: 023**

1    We have basically two types of funds held in our trust account.  One is paid by

2    clients as deposits (or retainers) towards future fees.  The other is when either we

3    receive funds from our client or for our client as a result of a settlement.  For the

4    deposits towards future fees, when we issue a bill through Centerbase and there are

5    funds in trust, Centerbase automatically deducts from the funds in trust and a

6    corresponding entry is made in the firm's financial records.  Regarding the

7    settlement funds in trust, when such settlement funds are paid either to the client or

8    on behalf of the client, there is no process of automatic deductions because we

9    issue payments based on the client's instructions and not as a result of a bill that is

10   generated by Centerbase.  In those cases, a manual reconciliation and deduction is

11   required.  Again, because these Financial Statements were not prepared at the usual

12   time when our accounting and our accountancy firm's staff conduct reconciliations

13   and reviews, an amount that did not accurately represent the sum that we in fact had

14   in trust was listed on our Financial Statements as a trust account liability. I only

15   realized this error during the 341(a) meeting when I was questioned about it.  Then

16   we went back and attempted to trace funds in the trust account to see how it came

17   about, however, we were unable to determine how the accounting firm arrived at

18   the amount reflected in Exhibit 1.   Our actual ledger for client trust money only

19   showed $120,400.22 as of November 10, 2021.  Attached hereto as **Exhibit 7** and

20   incorporated by reference is a true and correct copy of our trust account ledger for

21   the period through November 10, 2021, that lists the clients by their client/matter

22   numbers and amounts.  Client names are redacted for obvious reasons.  This ledger

23   represents the correct amount we had in trust at the time of filing.

24   The updated Financial Statement now contains the correct amount.  This amount is

25   included in our assets under bank accounts, to balance the entry on the liability side

26   and is the correct amount of funds we held in trust as of the filing of this

27   bankruptcy.

28

**Motion: 024**

e. <u>3478 – Rent Payable changed from $96,000 to $185,661.24:</u> This is the amount owed by ADLI to our prior landlord NREA-TRC 700, LLC.  We received an updated billing which indicated the amount owed was supposed to be $185,661.24.  Thus, we corrected the amount we thought we owed with what the landlord (creditor) claims we owe.

f. <u>2334 – Other Loans Payable $1,108,827.56 eliminated:</u> This amount represented a business loan the firm had prior to the filing of bankruptcy, secured by a personal property of mine.  The loan was refinanced prior to filing for bankruptcy.  The refinance resulted in the loan becoming my personal responsibility. Attached hereto as **Exhibit 8** and incorporated by reference is a true and correct copy of the closing statement from the refinance which indicates the debtor being my wife and me and the loan paid off to Sandstone Capital in the approximate sum of $1,146,000. The refinance was started before we anticipated the need to file for bankruptcy and completed before filing. Now it has been eliminated from our Financial Statements because ADLI no longer owes this amount.

g. <u>3196 - Due to John Terlizzi-Keefe $120,715.88 increased to $162,715.88:</u> This is a debt ADLI owes.  The amount stated in the old Financial Statement was incorrect.  Upon review, we realized this mistake and corrected the amount to the balance owed pursuant to a settlement agreement.

h. <u>3233 – Loan from NHS $443,868.74:</u> This was the accumulated backpay that used to be owed to Nicolette Hachem-Sawaya, an employee of the firm, for amounts owed since 2010.  It was never a loan. It was simply mischaracterized by our accountancy firm for amounts owed to an employee.  Again, this amount was not reconciled and corrected.  After realizing that this was in the Financial Statement, we removed it in its entirety because it was not a loan, but backpay accumulated since 2010, that was already paid and mistakenly not decreased as payments were made

**Motion: 025**

i.  <u>5300 – Distribution $430,000 increased to $2,358,240.84</u>: As noted above, part of my compensation from past years was treated as a loan to me and placed under "Due from Shareholder" as a placeholder.  As I understand it, each time my compensation was reconciled and properly allocated at the end of the year, the "Due from Shareholder" category was supposed to have been zeroed out. We have not been able to receive sufficient documentation or explanation from our accountancy firm explaining how this number came about.  The soon-to-be retained financial advisors will look further into this category. It seems now that it was not and now this amount has been added as distribution to me.  I am informed and believe that this amount has accumulated since 2012 and does not accurately represent my compensation in any one year, and specially not 2021.  I provide details of my compensation below.

j.  <u>5400 – Adjustment to Earnings (PPP) $693,445 added</u>: As noted above this amount was forgiven.  The amount of $693,445 was reduced from item 9565 and treated under 5400 as adjusted earnings because the loan is now forgiven.

k.  <u>9560  - Loss on Sale of Asset $23,230.94 added</u>: This new line item is in connection with a vehicle that ADLI had purchased for $50,576.00 and placed into service on October 14, 2010.  Depreciation expense for this vehicle was taken every year and at the time of the old Financial Statement (Exhibit 1), there was an undepreciated value of $23,230.94.  ADLI no longer has that vehicle and has not had it for a long time.  In fact, ADLI did not own any vehicles at the time of filing for bankruptcy.  But the Financial Statements included a depreciation value that made it look like we had vehicles.  Removing the vehicle's depreciation without an income from a sale of the vehicle, resulted in the instant entry as "loss of sale of asset."

16.    The above changes were made in good faith and based on a review and reconciliation of our accounting records.  The prior Financial Statements (Exhibit 1) had several

**Motion: 026**

1  errors which we had not caught because of the rush to file.  I sincerely apologize for any confusion

2  or inconvenience the incorrect statements caused.

3        17.        As for my compensation history, attached as **Exhibit 9** and incorporated by

4  reference is a true and correct copy of an Excel spreadsheet listing by category, the payments

5  made to or on my behalf in connection with my compensation from ADLI during the 12 months

6  immediately preceding the petition date, including perquisites. The following are the categories

7  and totals detailed in the attachment based on payments made from January 1, 2021 through

8  November 1, 2021:

9        a.    Health Insurance Payments to Blue Shield of California: $46,568.70

10       b.    Dental Insurance Payments to Blue Shield of California: $9,281.70

11       c.    Car Payment for Car 1: $55,055.84

12       d.    Car Payment for Car 2: $17,612.98

13       e.    Car Payment for Car 3: $11,069.68

14       f.    Disbursement to Dariush G. Adli: $512,637.90 (last payment received 11/9/2021)

15       18.        For prior years, I am willing to submit pages from my individual tax returns in

16  camera.  For the purpose of my request for insider compensation, the following are my taxable

17  income totals on my individual tax returns in prior years:

18       a.    2018: $822,699

19       b.    2019: $841,471

20       c.    2020: $253,766 (2020 income was substantially and adversely impacted by the

21             Pandemic and governmental response to same)

22       19.        Through a Request for Increase of Insider Compensation, I am requesting a salary

23  payment of $520,000 annually, which comes to $10,000 per week.  Based on having directly

24  received $512,637.90 as of November 9, 2021, this requested amount is in line with my

25  compensation for the 12 months prior to filing and in line with what I have received historically.

26       20.        In total, $139,588.90 was also paid as "perquisites" for the 12 months prior to

27  filing, although some prior payments are also listed. On average, the perquisites come to about to

28

**Motion: 027**

1    $12000 per month.  However, in my request for insider compensation, only $9,788.12 is

2    requested.

3        21.    As explained in the application, as the principal of ADLI, I work on client matters

4    and bill each month.  A significant amount of the firm's income is derived from my work.  My

5    requested compensation is much less than the income I produce. The income derived from my

6    work has been able to pay for the overhead and my compensation. Thus, I believe my request is

7    historically and financially reasonable.

8        22.    Finally, attached hereto as **Exhibit 10** and incorporated by reference, is a true and

9    correct copy of the Projections for Operations for 2022, on a monthly basis.

10       I declare under penalty of perjury under the laws of the United States of America that the

11   foregoing is true and correct and that this declaration was executed on January 10, 2022, at Los

12   Angeles, California.

13

14                                                    _____

15                                                         Dariush G. Adli

16

17

18

19

20

21

22

23

24

25

26

27

28

37431.00003\3356951.1

# Exhibit 1

<u>In re Adli Law Group P.C.</u>, United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Supplemental Declaration Of Dariush G. Adli In Support Of
Debtor's Status Report

**Motion: 029**

# Balance Sheet - Modified Cash Basis

**As of August 31, 2021**

|  | Aug 31, 21 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · CASH IN BANK | 115,696.52 |
| **Total Checking/Savings** | 115,696.52 |
| **Other Current Assets** | |
| 1068 · DUE FROM SHAREHOLDER | 4,473,737.32 |
| 1080 · PREPAID EXPENSE | 680,000.00 |
| **Total Other Current Assets** | 5,153,737.32 |
| **Total Current Assets** | 5,269,433.84 |
| **Fixed Assets** | |
| 2020 · BLDG & OTHER ASSETS | 9,142.09 |
| 2030 · COMPUTER | 12,748.05 |
| 2040 · FURNITURES & FIXTURES | 221,552.79 |
| 2050 · AUTO | 50,576.44 |
| 2055 · LEASEHOLD IMPROVEMENTS | 103,120.28 |
| 2065 · ACCUMULATED DEPRECIATION | -363,287.30 |
| **Total Fixed Assets** | 33,852.35 |
| **Other Assets** | |
| 2800 · DEPOSITS | 28,000.00 |
| **Total Other Assets** | 28,000.00 |
| **TOTAL ASSETS** | **5,331,286.19** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| 3050 · CREDIT CARD#9271 | -1,000.00 |
| 3060 · MASTERCARD #0621 | 34,577.04 |
| **Total Credit Cards** | 33,577.04 |
| **Other Current Liabilities** | |
| 3470 · TRUST ACCOUNT LIABILITY | 1,066,850.71 |
| 3478 · RENT PAYABLE | 96,000.00 |
| 9565 · SBA PPP | 1,923,445.00 |
| **Total Other Current Liabilities** | 3,086,295.71 |
| **Total Current Liabilities** | 3,119,872.75 |
| **Long Term Liabilities** | |
| 3196 · DUE TO JOHN TERLIZZI-KEEFE | 120,715.88 |
| 3198 · DUE TO SANDSTONE CAPITAL | 1,125,000.00 |
| 3233 · LOAN FROM NHS | 443,868.74 |
| 3242 · SBA EIDL | 15,000.00 |
| **Total Long Term Liabilities** | 1,704,584.62 |
| **Total Liabilities** | 4,824,457.37 |
| **Equity** | |
| 5324 · CAPITAL STOCK | 300,000.00 |
| 5700 · RETAINED EARNINGS | 0.00 |

**Motion: 030**

## ADLI LAW GROUP, P.C.
## Balance Sheet - Modified Cash Basis
### As of August 31, 2021

| | Aug 31, 21 |
|---|---|
| Net Income | 206,828.82 |
| Total Equity | 506,828.82 |
| TOTAL LIABILITIES & EQUITY | 5,331,286.19 |

## Profit & Loss - Modified Cash Basis
### January through August 2021

| | Jan - Aug 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 6000 · FEES INCOME | 1,869,592.81 |
| 6020 · REFUND | -22,500.00 |
| **Total Income** | 1,847,092.81 |
| **Gross Profit** | 1,847,092.81 |
| **Expense** | |
| 7000 · REIMBURSED EXPENSE | 78,611.09 |
| 8005 · ADVERTISING | 722.33 |
| 8020 · AUTOMOBILE EXPENSE | 62.02 |
| 8040 · BANK CHARGES | 3,989.36 |
| 8043 · BOARD OF DIRECTOR FEE | 61,005.00 |
| 8047 · CLEANING FEE | 429.00 |
| 8050 · CREDIT CARD PROCESSING FEES | 11,653.47 |
| 8051 · COMPUTER EXPENSES | 1,049.63 |
| 8053 · DEPRECIATION EXPENSE | 1,328.33 |
| 8054 · DOCUMENT PROCESSING | 480.00 |
| 8060 · DUES & SUBSCRIPTIONS | 2,010.15 |
| 8065 · EDUCATION & TRAINING | 2,053.76 |
| 8070 · LEGAL FEE EXPENSE | 35,251.01 |
| 8100 · INSURANCE | |
|    8101 · LIABILITY | 25,545.93 |
|    8104 · WORKERS' COMP | 2,992.00 |
|    8106 · MALPRACTICE | 98,021.79 |
| Total 8100 · INSURANCE | 126,559.72 |
| 8112 · LEASE-AUTO | 20,632.62 |
| 8115 · LEASE-EQUIPMENT | 6,494.93 |
| 8120 · LICENSES & FEES | 3,753.00 |
| 8125 · MARKETING | 4,347.14 |
| 8155 · MOVING EXPENSE | 7,050.00 |
| 8190 · OFFICE EXPENSE | 3,758.88 |
| 8200 · OFFICE SUPPLIES | 5,876.43 |
| 8220 · OUTSIDE SERVICES | 50,396.69 |
| 8225 · PARKING & VALIDATION | 2,929.00 |
| 8260 · POSTAGE & DELIVERY | 14,139.40 |
| 8270 · PROFESSIONAL SERVICES | |
|    8271 · ACCOUNTING | 15,200.00 |
| Total 8270 · PROFESSIONAL SERVICES | 15,200.00 |
| 8273 · EMPLOYEE BENEFITS EXPENSE | 1,856.34 |
| 8280 · RENT | 96,000.00 |
| 8292 · RESEARCH | 4,708.96 |
| 8294 · SALARIES-LEASED EMPLOYEES | |
|    8298 · OFFICE EMPLOYEES W-2 | 1,051,821.34 |
| Total 8294 · SALARIES-LEASED EMPLOYEES | 1,051,821.34 |
| 8390 · TELEPHONE AND INTERNET | 17,284.01 |

# ADL LAW GROUP, PC
## Profit & Loss - Modified Cash Basis
### January through August 2021

|  | Jan - Aug 21 |
|---|---|
| 8395 · TRAVEL & LODGING | 5.00 |
| 8450 · UTILITIES | 736.25 |
| 8460 · WEBSITE EXPENSE | 4,682.80 |
| **Total Expense** | 1,636,877.66 |
| **Net Ordinary Income** | 210,215.15 |
| Other Income/Expense |  |
| Other Income |  |
| 9560 · INTEREST INCOME | 83.17 |
| **Total Other Income** | 83.17 |
| Other Expense |  |
| 9540 · INTEREST EXPENSE | 3,469.50 |
| 9999 · SUSPENSE | 0.00 |
| **Total Other Expense** | 3,469.50 |
| **Net Other Income** | -3,386.33 |
| **Net Income** | **206,828.82** |

**Motion: 033**

# ADLIF LAW GROUP, PC
## Statement of Cash Flows - Modified Cash Basis
### January through August 2021

|  | Jan - Aug 21 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 206,828.82 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 1068 · DUE FROM SHAREHOLDER | -1,303,274.36 |
| 1080 · PREPAID EXPENSE | -680,000.00 |
| 3050 · CREDIT CARD#9271 | -1,000.00 |
| 3060 · MASTERCARD #0621 | -14,320.56 |
| 3470 · TRUST ACCOUNT LIABILITY | 404,005.03 |
| 9565 · SBA PPP | 1,230,000.00 |
| Net cash provided by Operating Activities | -157,761.07 |
| **INVESTING ACTIVITIES** | |
| 2065 · ACCUMULATED DEPRECIATION | 1,328.33 |
| 2800 · DEPOSITS | 59,000.00 |
| Net cash provided by Investing Activities | 60,328.33 |
| **FINANCING ACTIVITIES** | |
| 5300 · DISTRIBUTION | 136,040.96 |
| 5700 · RETAINED EARNINGS | -136,040.96 |
| Net cash provided by Financing Activities | 0.00 |
| Net cash increase for period | -97,432.74 |
| Cash at beginning of period | 213,129.26 |
| Cash at end of period | 115,696.52 |

# Exhibit 2

<u>In re Adli Law Group P.C.</u>, United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Supplemental Declaration Of Dariush G. Adli In Support Of
Debtor's Status Report

## Motion: 035

**ADLI LAW GROUP, P.C.**

**FINANCIAL STATEMENTS**

**NOVEMBER 10, 2021**

# FINANCIAL STATEMENTS

## FOR THE TEN MONTHS AND TEN DAYS ENDED NOVEMBER 10, 2021

## TABLE OF CONTENTS

|                                        | Page |
|----------------------------------------|:----:|
| ACCOUNTANT'S COMPILATION REPORT         | 1    |
| FINANCIAL STATEMENTS                    |      |
|     Balance Sheet  | 2    |
|     Profit & Loss  | 3-4  |

# PARSI & COMPANY
CERTIFIED PUBLIC ACCOUNTANT

1801 Century Park East STE. 1132, Century Park Plaza, Los Angeles, CA 90067
Telephone: (310) 556-3655  Facsimile: (424) 320-3211

## Accountant's Compilation Report

To Management
Adli Law Group, P.C.
Los Angeles, CA

Management is responsible for the accompanying financial statements of Adli Law Group, P.C. (an S corporation), which comprise the statement of assets, liabilities, and equity – modified cash basis as of November 10, 2021, and the related statements of revenues, expenses – modified cash basis for the ten months and ten days then ended in accordance with the cash basis of accounting, and for determining that the cash basis of accounting is an acceptable financial reporting framework. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. We do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

The financial statements are prepared in accordance with the modified cash basis of accounting, which is a basis of accounting other than accounting principles generally accepted in the United States of America.

Management has elected to omit substantially all the disclosures and the statement of cash flows ordinarily included in the financial statements prepared in accordance with the modified cash basis of accounting. If the omitted disclosures were included in the financial statements, they might influence the user's conclusions about the Company's assets, liabilities, equity, revenues, and expenses. Accordingly, the financial statements are not designed for those who are not informed about such matters.

We are not independent with respect to Adli Law Group, P.C.

*Parsi & Co.*

Parsi and Company, CPA
Los Angeles, CA
December 27, 2021

Member of American Institute of Certified Public Accountants and California Society of Certified Public Accountants
Diplomate of the American Board of Forensic Accounting

1

**Motion: 038**

# RBL LAW GROUP, PC
## Balance Sheet - Modified Cash Basis
### As of November 10, 2021

|  | Nov 10, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · CASH IN BANK | 147,198.99 |
| **Total Checking/Savings** | 147,198.99 |
| **Total Current Assets** | 147,198.99 |
| **Fixed Assets** | |
| 2020 · BLDG & OTHER ASSETS | 9,142.09 |
| 2030 · COMPUTER | 12,748.05 |
| 2040 · FURNITURES & FIXTURES | 221,552.79 |
| 2055 · LEASEHOLD IMPROVEMENTS | 103,120.28 |
| 2065 · ACCUMULATED DEPRECIATION | -335,941.80 |
| **Total Fixed Assets** | 10,621.41 |
| **Other Assets** | |
| 2800 · DEPOSITS | 28,034.88 |
| **Total Other Assets** | 28,034.88 |
| **TOTAL ASSETS** | 185,855.28 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| 3060 · MASTERCARD #0621 | 49,868.95 |
| **Total Credit Cards** | 49,868.95 |
| **Other Current Liabilities** | |
| 3470 · TRUST ACCOUNT LIABILITY | 120,400.22 |
| 3478 · RENT PAYABLE | 185,661.24 |
| 9565 · SBA PPP | 1,230,000.00 |
| **Total Other Current Liabilities** | 1,536,061.46 |
| **Total Current Liabilities** | 1,585,930.41 |
| **Long Term Liabilities** | |
| 3196 · DUE TO JOHN TERLIZZI-KEEFE | 162,961.67 |
| 3242 · SBA EIDL | 15,000.00 |
| **Total Long Term Liabilities** | 177,961.67 |
| **Total Liabilities** | 1,763,892.08 |
| **Equity** | |
| 5300 · DISTRIBUTION | -2,358,240.84 |
| 5324 · CAPITAL STOCK | 300,000.00 |
| 5400 · ADJUSTMENT TO EARNINGS (PPP) | 693,445.00 |
| Net Income | -213,240.96 |
| **Total Equity** | -1,578,036.80 |
| **TOTAL LIABILITIES & EQUITY** | 185,855.28 |

# ADLI LAW GROUP, P.C.
## Profit & Loss - Modified Cash Basis
### January 1 through November 10, 2021

|  | Jan 1 - Nov 10, 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 6000 · FEES INCOME | 2,508,536.98 |
| 6020 · REFUND | -22,500.00 |
| 6030 · REIMBURSABLE EXPENSE | -144.00 |
| **Total Income** | 2,485,892.98 |
| **Gross Profit** | 2,485,892.98 |
| **Expense** | |
| 7000 · REIMBURSED EXPENSE | 56,911.03 |
| 8005 · ADVERTISING | 979.66 |
| 8020 · AUTOMOBILE EXPENSE | 62.02 |
| 8040 · BANK CHARGES | 5,351.81 |
| 8043 · BOARD OF DIRECTOR FEE | 61,005.00 |
| 8047 · CLEANING FEE | 429.00 |
| 8050 · CREDIT CARD PROCESSING FEES | 18,225.76 |
| 8051 · COMPUTER EXPENSES | 1,042.96 |
| 8053 · DEPRECIATION EXPENSE | 1,328.33 |
| 8054 · DOCUMENT PROCESSING | 480.00 |
| 8060 · DUES & SUBSCRIPTIONS | 2,357.11 |
| 8065 · EDUCATION & TRAINING | 2,053.76 |
| 8070 · LEGAL FEE EXPENSE | 92,746.25 |
| 8100 · INSURANCE | |
| 8101 · LIABILITY | 25,545.93 |
| 8104 · WORKERS' COMP | 2,992.00 |
| 8106 · MALPRACTICE | 122,375.03 |
| Total 8100 · INSURANCE | 150,912.96 |
| 8112 · LEASE-AUTO | 20,632.62 |
| 8115 · LEASE-EQUIPMENT | 6,494.93 |
| 8120 · LICENSES & FEES | 3,968.00 |
| 8125 · MARKETING | 4,929.00 |
| 8190 · OFFICE EXPENSE | 4,526.88 |
| 8200 · OFFICE SUPPLIES | 6,287.64 |
| 8220 · OUTSIDE SERVICES | 69,403.95 |
| 8225 · PARKING & VALIDATION | 3,629.00 |
| 8260 · POSTAGE & DELIVERY | 18,329.61 |
| 8265 · PRINTING | 1,085.00 |
| 8270 · PROFESSIONAL SERVICES | |
| 8271 · ACCOUNTING | 18,950.00 |
| 8272 · LEGAL | 278.00 |
| Total 8270 · PROFESSIONAL SERVICES | 19,228.00 |
| 8273 · EMPLOYEE BENEFITS EXPENSE | 1,856.34 |
| 8280 · RENT | 185,661.24 |
| 8292 · RESEARCH | 10,038.08 |
| 8294 · SALARIES-LEASED EMPLOYEES | 1,880,018.78 |
| 8300 · STORAGE | 9,750.00 |

**ADLI LAW GROUP, PC**
## Profit & Loss - Modified Cash Basis
### January 1 through November 10, 2021

| | Jan 1 - Nov 10, 21 |
|---|---|
| 8390 · TELEPHONE AND INTERNET | 20,739.53 |
| 8391 · TRANSLATION SERVICES | 170.00 |
| 8395 · TRAVEL & LODGING | 5.00 |
| 8450 · UTILITIES | 1,124.78 |
| 8460 · WEBSITE EXPENSE | 7,907.45 |
| **Total Expense** | 2,669,671.48 |
| **Net Ordinary Income** | -183,778.50 |
| Other Income/Expense | |
| Other Income | |
| 9560 · INTEREST INCOME | 95.91 |
| **Total Other Income** | 95.91 |
| Other Expense | |
| 9560 · LOSS ON SALE OF ASSET | 23,230.94 |
| 9540 · INTEREST EXPENSE | 6,327.43 |
| **Total Other Expense** | 29,558.37 |
| **Net Other Income** | -29,462.46 |
| **Net Income** | **-213,240.96** |

**Motion: 041**

4

# Exhibit 3

<u>In re Adli Law Group P.C.</u>, United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Supplemental Declaration Of Dariush G. Adli In Support Of
Debtor's Status Report

**Motion: 042**



## U.S. Small Business Administration

## NOTE

| SBA Loan # | **54376071-01** |
|---|---|
| SBA Loan Name | **Adli Law Group P.C.** |
| Date | **04-22-2020** |
| Loan Amount | **$693,445.00** |
| Interest Rate | **1.00%** |
| Borrower | **Adli Law Group P.C.** |
| Operating Company | N/A |
| Lender | **Pacific Premier Bank** |

**1. PROMISE TO PAY:**

In return for the Loan, Borrower promises to pay to the order of Lender the amount of **Six Hundred Ninety-three Thousand Four Hundred Forty-five and 00/100** Dollars , interest on the unpaid principal balance, and all other amounts required by this Note.

**2. DEFINITIONS:**

"Collateral" means any property taken as security for payment of this Note or any guarantee of this Note.

"Guarantor" means each person or entity that signs a guarantee of payment of this Note.

"Loan" means the loan evidenced by this Note.

"Loan Documents" means the documents related to this loan signed by Borrower, any Guarantor, or anyone who pledges collateral.

"SBA" means the Small Business Administration, an Agency of the United States of America.

**3. PAYMENT TERMS:**

Borrower must make all payments at the place Lender designates. The payment terms for this Note are:

**The interest rate under this Note shall be fixed at 1.00% per annum for the term of the Loan. Borrower will pay this loan in accordance with the following payment schedule. Beginning with the first loan payment due under this Note, Loan payments shall be deferred in their entirety for a period of six (6) months (the "Payment Deferral Period"). Upon the end of the Payment Deferral Period and beginning seven (7) months from the month this Note is dated, Borrower shall make seventeen (17) consecutive monthly payments of interest only and one (1) final payment of all outstanding principal plus all accrued unpaid interest (including all interest accrued during the Payment Deferral Period) on the date that is twenty-four (24) months from the date of this Note (the "Maturity Date"). All payments due under this Note shall be made on the first calendar day of the month when due, except for the final payment, which is due on the Maturity Date. Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; and then to principal. Borrower will pay Lender at Lender's address shown above or at such other place as Lender may designate in writing.**

**Loan Prepayment:**

Notwithstanding any provision in this Note to the contrary:

**Borrower may prepay this Note.** Borrower may prepay 20 percent or less of the unpaid principal balance at any time without notice. If Borrower prepays more than 20 percent and the Loan has been sold on the secondary market, Borrower must:

    a. Give Lender written notice;

    b. Pay all accrued interest; and

**Motion: 043**

DocuSign Envelope ID: 868AACE6-591B-44EE-94B8-1928751686B7

c. If the prepayment is received less than 21 days from the date Lender receives the notice, pay an amount equal to 21 days' interest from the date lender receives the notice, less any interest accrued during the 21 days and paid under subparagraph b., above.

If Borrower does not prepay within 30 days from the date Lender receives the notice, Borrower must give Lender a new notice.

All remaining principal and accrued interest is due and payable **2** years from **date of Note**.

**4.DEFAULT:**  Borrower is in default under this Note if Borrower does not make a payment when due under this Note, or if Borrower or Operating Company:

**A.**  Fails to do anything required by this Note and other Loan Documents;

**B.**  Defaults on any other loan with Lender;

**C.**  Does not preserve, or account to Lender's satisfaction for, any of the Collateral or its proceeds;

**D.**  Does not disclose, or anyone acting on their behalf does not disclose, any material fact to Lender or SBA;

**E.**  Makes, or anyone acting on their behalf makes, a materially false or misleading representation to Lender or SBA;

**F.**  Defaults on any loan or agreement with another creditor, if Lender believes the default may materially affect Borrower's ability to pay this Note;

**G.**  Fails to pay any taxes when due

**H.**  Becomes the subject of a proceeding under any bankruptcy or insolvency law;

**I.**  Has a receiver or liquidator appointed for any part of their business or property;

**J.**  Makes an assignment for the benefit of creditors;

**K.**  Has any adverse change in financial condition or business operation that Lender believes may materially affect Borrower's ability to pay this Note;

**L.**  Reorganizes, merges, consolidates, or otherwise changes ownership or business structure without Lender's prior written consent; or

**M.**  Becomes the subject of a civil or criminal action that Lender believes may materially affect Borrower's ability to pay this Note.

**5.LENDER'S RIGHTS IF THERE IS A DEFAULT:**  Without notice or demand and without giving up any of its rights, Lender may:

**A.**  Require immediate payment of all amounts owing under this Note;

**B.**  Collect all amounts owing from any Borrower or Guarantor;

**C.**  File suit and obtain judgment;

**D.**  Take possession of any Collateral; or

**E.**  Sell, lease, or otherwise dispose of, any Collateral at public or private sale, with or without advertisement.

**6.LENDER'S GENERAL POWERS:**  Without notice and without Borrower's consent, Lender may:

**A.**  Bid on or buy the Collateral at its sale or the sale of another lienholder, at any price it chooses;

**B.**  Incur expenses to collect amounts due under this Note, enforce the terms of this Note or any other Loan Document, and preserve or dispose of the Collateral.  Among other things, the expenses may include payments for property taxes, prior liens, insurance, appraisals, environmental remediation costs, and reasonable attorney's fees and costs.  If Lender incurs such expenses, it may demand immediate repayment from Borrower or add the expenses to the principal balance;

**C.**  Release anyone obligated to pay this Note;

**D.**  Compromise, release, renew, extend or substitute any of the Collateral; and

**E.**  Take any action necessary to protect the Collateral or collect amounts owing on this Note.

**7.WHEN FEDERAL LAW APPLIES:**  When SBA is the holder, this Note will be interpreted and enforced under federal law, including SBA regulations.  Lender or SBA may use state or local procedures for filing papers, recording documents, giving notice, foreclosing liens, and other purposes.  By using such procedures, SBA does not waive any federal immunity from state or local control, penalty, tax, or liability.  As to this Note, Borrower may not claim or assert against SBA any local or state law to deny any obligation, defeat any claim of SBA, or preempt federal law.

**8.SUCCESSORS AND ASSIGNS:**  Under this Note, Borrower and Operating Company include the successors of each, and Lender includes its successors and assigns.

**9.GENERAL PROVISIONS:**

**A.**  All individuals and entities signing this Note are jointly and severally liable.

**B.**  Borrower waives all suretyship defenses.

**C.**  Borrower must sign all documents necessary at any time to comply with the Loan Documents and to enable Lender to acquire, perfect, or maintain Lender's liens on Collateral.

**D.**  Lender may exercise any of its rights separately or together, as many times and in any order it chooses.  Lender may delay or forgo enforcing any of its rights without giving up any of them.

**E.**  Borrower may not use an oral statement of Lender or SBA to contradict or alter the written terms of this Note.

**Motion: 044**

**F.**   If any part of this Note is unenforceable, all other parts remain in effect.

**G.**   To the extent allowed by law, Borrower waives all demands and notices in connection with this Note, including presentment, demand, protest, and notice of dishonor.  Borrower also waives any defenses based upon any claim that Lender did not obtain any guarantee; did not obtain, perfect, or maintain a lien upon Collateral; impaired Collateral; or did not obtain the fair market value of Collateral at a sale.

**10. STATE-SPECIFIC PROVISIONS:**

NONE

**11.   BORROWER'S NAME(S) AND SIGNATURE(S):**

**By signing below, each individual or entity becomes obligated under this Note as Borrower.**

**BORROWER:**

**Adli Law Group P.C.**

DocuSigned by:

By  *Dariush G. Adli*
D66E37B83449438
**Dariush G.  Adli, President of Adli Law Group
P.C.**

||||||| (barcode)
*230*

# CORPORATE RESOLUTION TO BORROW

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|-----------|-----------|----------|---------|-------------|---------|---------|----------|
| $693,445.00 | 04-22-2020 | 04-22-2022 | 6270239121 | | | | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Corporation:** Adli Law Group P.C.
700 South Flower Street, Suite 1220
Los Angeles, CA  90017

**Lender:** Pacific Premier Bank
17901 Von Karman Avenue
Suite 1200
Irvine, CA  92614
(949) 864-8000

---

**I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT:**

**THE CORPORATION'S EXISTENCE.** The complete and correct name of the Corporation is Adli Law Group P.C. ("Corporation").  The Corporation is a corporation for profit which is, and at all times shall be, duly organized, validly existing, and in good standing under and by virtue of the laws of the State of California.  The Corporation is duly authorized to transact business in all other states in which the Corporation is doing business, having obtained all necessary filings, governmental licenses and approvals for each state in which the Corporation is doing business.  Specifically, the Corporation is, and at all times shall be, duly qualified as a foreign corporation in all states in which the failure to so qualify would have a material adverse effect on its business or financial condition.  The Corporation has the full power and authority to own its properties and to transact the business in which it is presently engaged or presently proposes to engage.  The Corporation maintains an office at 700 South Flower Street, Suite 1220, Los Angeles, CA  90017.  Unless the Corporation has designated otherwise in writing, the principal office is the office at which the Corporation keeps its books and records.  The Corporation will notify Lender prior to any change in the location of the Corporation's state of organization or any change in the Corporation's name.  The Corporation shall do all things necessary to preserve and to keep in full force and effect its existence, rights and privileges, and shall comply with all regulations, rules, ordinances, statutes, orders and decrees of any governmental or quasi-governmental authority or court applicable to the Corporation and the Corporation's business activities.

**RESOLUTIONS ADOPTED.**  At a meeting of the Directors of the Corporation, or if the Corporation is a close corporation having no Board of Directors then at a meeting of the Corporation's shareholders, duly called and held on **April 22, 2020**, at which a quorum was present and voting, or by other duly authorized action in lieu of a meeting, the resolutions set forth in this Resolution were adopted.

**OFFICER.**  The following named person is an officer of Adli Law Group P.C.:

| NAMES | TITLES | AUTHORIZED | ACTUAL SIGNATURES |
|-------|--------|------------|-------------------|
| Dariush G. Adli | President | Y | x *Dariush G. Adli* |

**ACTIONS AUTHORIZED.**  The authorized person listed above may enter into any agreements of any nature with Lender, and those agreements will bind the Corporation.  Specifically, but without limitation, the authorized person is authorized, empowered, and directed to do the following for and on behalf of the Corporation:

**Borrow Money.**  To borrow, as a cosigner or otherwise, from time to time from Lender, on such terms as may be agreed upon between the Corporation and Lender, such sum or sums of money as in his or her judgment should be borrowed; however, not exceeding at any one time the amount of **Six Hundred Ninety-three Thousand Four Hundred Forty-five & 00/100 Dollars ($693,445.00)**, in addition to such sum or sums of money as may be currently borrowed by the Corporation from Lender.

**Execute Notes.**  To execute and deliver to Lender the promissory note or notes, or other evidence of the Corporation's credit accommodations, on Lender's forms, at such rates of interest and on such terms as may be agreed upon, evidencing the sums of money so borrowed or any of the Corporation's indebtedness to Lender, and also to execute and deliver to Lender one or more renewals, extensions, modifications, refinancings, consolidations, or substitutions for one or more of the notes, any portion of the notes, or any other evidence of credit accommodations.

**Execute Security Documents.**  To execute and deliver to Lender the forms of mortgage, deed of trust, pledge agreement, hypothecation agreement, and other security agreements and financing statements which Lender may require and which shall evidence the terms and conditions under and pursuant to which such liens and encumbrances, or any of them, are given; and also to execute and deliver to Lender any other written instruments, any chattel paper, or any other collateral, of any kind or nature, which Lender may deem necessary or proper in connection with or pertaining to the giving of the liens and encumbrances.

**Negotiate Items.**  To draw, endorse, and discount with Lender all drafts, trade acceptances, promissory notes, or other evidences of indebtedness payable to or belonging to the Corporation or in which the Corporation may have an interest, and either to receive cash for the same or to cause such proceeds to be credited to the Corporation's account with Lender, or to cause such other disposition of the proceeds derived therefrom as he or she may deem advisable.

**Further Acts.**  In the case of lines of credit, to designate additional or alternate individuals as being authorized to request advances under such lines, and in all cases, to do and perform such other acts and things, to pay any and all fees and costs, and to execute and deliver such other documents and agreements as the officer may in his or her discretion deem reasonably necessary or proper in order to carry into effect the provisions of this Resolution.

**ASSUMED BUSINESS NAMES.**  The Corporation has filed or recorded all documents or filings required by law relating to all assumed business names used by the Corporation.  Excluding the name of the Corporation, the following is a complete list of all assumed business names under which the Corporation does business:  **None.**

**NOTICES TO LENDER.**  The Corporation will promptly notify Lender in writing at Lender's address shown above (or such other addresses as Lender may designate from time to time) prior to any  (A)  change in the Corporation's name;  (B)  change in the Corporation's assumed business name(s);  (C)  change in the management of the Corporation;  (D)  change in the authorized signer(s);  (E)  change in the Corporation's principal office address;  (F)  change in the Corporation's state of organization;  (G)  conversion of the Corporation to a new or different type of business entity; or  (H)  change in any other aspect of the Corporation that directly or indirectly relates to any agreements between the Corporation and Lender.  No change in the Corporation's name or state of organization will take effect until after Lender has received notice.

Motion: 046



*230*

# CORPORATE RESOLUTION TO BORROW

**Loan No: 6270239121**                              **(Continued)**                              **Page 2**

---

**CERTIFICATION CONCERNING OFFICERS AND RESOLUTIONS.** The officer named above is duly elected, appointed, or employed by or for the Corporation, as the case may be, and occupies the position set opposite his or her respective name. This Resolution now stands of record on the books of the Corporation, is in full force and effect, and has not been modified or revoked in any manner whatsoever.

**NO CORPORATE SEAL.** The Corporation has no corporate seal, and therefore, no seal is affixed to this Resolution.

**CONTINUING VALIDITY.** Any and all acts authorized pursuant to this Resolution and performed prior to the passage of this Resolution are hereby ratified and approved. This Resolution shall be continuing, shall remain in full force and effect and Lender may rely on it until written notice of its revocation shall have been delivered to and received by Lender at Lender's address shown above (or such addresses as Lender may designate from time to time). Any such notice shall not affect any of the Corporation's agreements or commitments in effect at the time notice is given.

**IN TESTIMONY WHEREOF, I have hereunto set my hand and attest that the signature set opposite the name listed above is his or her genuine signature.**

**I have read all the provisions of this Resolution, and I personally and on behalf of the Corporation certify that all statements and representations made in this Resolution are true and correct. This Corporate Resolution to Borrow is dated April 22, 2020.**

CERTIFIED TO AND ATTESTED BY:

X ___Dariush G. Adli_____

**Dariush G. Adli, President of Adli Law Group P.C.**


NOTE: If the officer signing this Resolution is designated by the foregoing document as one of the officers authorized to act on the Corporation's behalf, it is advisable to have this Resolution signed by at least one non-authorized officer of the Corporation.

---

LaserPro, Ver. 20.1.0.034 Copr. Finastra USA Corporation 1997, 2020. All Rights Reserved. - CA C:\LENDING\CFI\LPL\C10.FC TR-10515 PR-228

**Motion: 047**



*234*

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $693,445.00 | 04-22-2020 | 04-22-2022 | 6270239121 | | | | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** Adli Law Group P.C.
700 South Flower Street, Suite 1220
Los Angeles, CA 90017

**Lender:** Pacific Premier Bank
17901 Von Karman Avenue
Suite 1200
Irvine, CA 92614
(949) 864-8000

**LOAN TYPE.** This is a Fixed Rate (1.000% initial rate) Nondisclosable SBA Loan to a Corporation for $693,445.00 due on April 22, 2022.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ **Personal, Family, or Household Purposes or Personal Investment.**

☒ **Business (Including Real Estate Investment).**

**SPECIFIC PURPOSE.** The specific purpose of this loan is: To retain workers and maintain payroll, make mortgage interest payments, make lease payments, and/or utility payments.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $693,445.00 as follows:

| | |
|---|---|
| **Amount paid to Borrower directly:** | $693,445.00 |
| $693,445.00 Deposited to Checking Account # 756789224 | |
| **Note Principal:** | $693,445.00 |

**PAYCHECK PROTECTION PROGRAM LOAN.** Borrower hereby represents and warrants that (i) Borrower is eligible to receive this Loan under the rules currently in effect that have been issued by the Small Business Administration ("SBA") implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") (the "Paycheck Protection Program Rule"); (ii) all Loan proceeds will be used only for business-related purposes as specified in the Paycheck Protection Program Borrower Application Form (SBA Form 2483) (the "Application") submitted by Borrower to Lender and consistent with the Paycheck Protection Program Rule; (iii) Borrower was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC; (iv) all Loan Proceeds will be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments, as specified under the Paycheck Protection Program Rule, and Borrower understands that if Loan Proceeds are knowingly used for unauthorized purposes, the federal government may hold Borrower legally liable, such as for charges of fraud; (v) all information and documentation provided to Lender in connection with the Loan and Borrower's Application, including among other things, verification of the number of full-time equivalent employees on Borrower's payroll as well as the dollar amounts of payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities are true and accurate in all respects; and (vi) Borrower has reviewed in its entirety the "Paycheck Protection Program (PPP) Information Sheet: Borrowers" located at: https://home.treasury.gov/system/files/136/PPP--Fact-Sheet.pdf.

**ADDITIONAL FINANCIAL PROVISION. NOTWITHSTANDING THE FINANCIAL CONDITIONS PARAGRAPH BELOW, BORROWER REPRESENTS AND LENDER ACKNOWLEDGES THAT CURRENT ECONOMIC UNCERTAINTY MAKES THIS LOAN REQUEST NECESSARY TO SUPPORT THE ONGOING OPERATIONS OF BORROWER.**

**ADDITIONAL INFORMATION.** Borrower hereby covenants and agrees to make, execute and deliver to Lender such promissory notes, instruments, documents and other agreements as Lender or the U.S Small Business Administration ("SBA") may reasonably request to evidence the Loan. Further, upon request of Lender, Borrower agrees to fully cooperate in correcting clerical errors, if any, in the Note or the related loan documents, including and without limitation, correcting typographical errors and signing or initialing any such corrections, and to provide Lender with such other information as Lender or the SBA may reasonably request or require in connection with a Paycheck Protection Program loan.

**FINANCIAL CONDITION. BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED APRIL 22, 2020.**

|||||||| ||||| |||||||| |||||||||
*234*

# DISBURSEMENT REQUEST AND AUTHORIZATION
## (Continued)

Loan No: 6270239121                                                                                     Page 2

---

**BORROWER:**


**ADLI LAW GROUP P.C.**

DocuSigned by:

By: _Dariush G. Adli_____

**Dariush G. Adli, President of Adli Law Group P.C.**

---

LaserPro, Ver. 20.1.0.034 Copr. Finastra USA Corporation 1997, 2020.   All Rights Reserved.    - CA  C:\LENDING\CFI\LPL\I20.FC  TR-10515  PR-228

**Motion: 049**

DocuSign
SECURED

## Certificate Of Completion

Envelope Id: 068AACE6E91D44EE94B8102875763CB7                                    Status: Completed
Subject: Please DocuSign: Loan Documents Adli Law Group PC
Template Name: Loan Documents Adli Law Group PC
Source Envelope:
Document Pages: 7                          Signatures: 4                          Envelope Originator:
Certificate Pages: 5                        Initials: 0                            Jessica March-Lo Grande
AutoNav: Enabled                                                                   17901 Von Karman Ave, Suite 1200
EnvelopeId Stamping: Enabled                                                       Irvine, CA  92614
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                                  jmarch@ppbi.com
                                                                                  IP Address: 173.226.106.2

## Record Tracking

Status: Original                          Holder: Jessica March-Lo Grande         Location: DocuSign
       4/22/2020 4:50:33 PM                       jmarch@ppbi.com

## Signer Events                          Signature                               Timestamp

Dariush G. Adli                                                                    Sent: 4/22/2020 4:54:22 PM
adli@adlilaw.com                          *Dariush G. Adli*                        Viewed: 4/22/2020 5:22:39 PM
President                                  D66F378B3449438...                      Signed: 4/22/2020 5:26:43 PM
Security Level: Email, Account Authentication
(None), Authentication                    Signature Adoption: Pre-selected Style
                                          Using IP Address: 68.65.214.122

**Authentication Details**
ID Check:
   Transaction: 31005136156665
   Result: passed                         Question Details:
   Vendor ID: LexisNexis                   passed   corporate.association.real
   Type: iAuth                             passed   property.county.real
   Recipient Name Provided by: Recipient   passed   person.known.single.fake
   Information Provided for ID Check: Address,  passed   vehicle.historical.association.real
   SSN9, SSN4, DOB                         passed   vehicle.historical.association.real
   Performed: 4/22/2020 5:22:25 PM         passed   property.city.real
**Electronic Record and Signature Disclosure:**
   Accepted: 4/22/2020 5:22:39 PM
   ID: 38a7d0bc-ac2d-4cfc-8f8c-c585c1fe0568

## In Person Signer Events               Signature                               Timestamp

## Editor Delivery Events                Status                                  Timestamp

## Agent Delivery Events                 Status                                  Timestamp

## Intermediary Delivery Events          Status                                  Timestamp

## Certified Delivery Events             Status                                  Timestamp

## Carbon Copy Events                    Status                                  Timestamp

Darrell Daniel III                                                                Sent: 4/22/2020 4:54:22 PM
ddaniel@ppbi.com                          COPIED
SVP
Pacific Premier Bank
Security Level: Email, Account Authentication
(None)
**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

**Motion: 050**

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/22/2020 4:54:22 PM |
| Certified Delivered | Security Checked | 4/22/2020 5:22:39 PM |
| Signing Complete | Security Checked | 4/22/2020 5:26:43 PM |
| Completed | Security Checked | 4/22/2020 5:26:43 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**Motion: 051**

Electronic Record and Signature Disclosure created on: 1/30/2015 1:38:20 PM
Parties agreed to: Dariush G. Adli

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Pacific Premier Bank (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**Motion: 052**

**How to contact Pacific Premier Bank:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: rramirez@ppbi.com


**To advise Pacific Premier Bank of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at rramirez@ppbi.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Pacific Premier Bank**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to rramirez@ppbi.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Pacific Premier Bank**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

    i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
    ii. send us an e-mail to rramirez@ppbi.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..


**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br><br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.


**Motion: 053**

**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.
By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Pacific Premier Bank as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Pacific Premier Bank during the course of my relationship with you.

**Motion: 054**

# Exhibit 4

<u>In re Adli Law Group P.C.</u>, United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Supplemental Declaration Of Dariush G. Adli In Support Of
Debtor's Status Report

## Motion: 055

THIS IS A COPY
The original copy of this board is held at na2.docusign.net

PROMISSORY NOTE
PAYCHECK PROTECTION PROGRAM
U.S. SMALL BUSINESS ADMINISTRATION

SBA Loan #  9743548306

Date  2/18/2021

Loan Amount  1230000

Interest Rate  1.00%

Borrower  ADLI Law Group

Lender  Bank of the West

1.  <u>PROMISE TO PAY</u>:

In return for the Loan, Borrower promises to pay to the order of Lender the amount of _____ 1230000 _____ and no/100Dollars, interest on the unpaid principal balance, and all other amounts required by this Note.

2.  <u>DEFINITIONS</u>:

"Amortization Commencement Date" means the day immediately following the last day of the Deferral Period.

"Applicable Law" means the CARES Act, as amended from time to time, the Interim Final Rules issued pursuant to the CARES Act, any other SBA rules and regulations applicable to loans under the Paycheck Protection Program (as defined in the CARES Act) and the other guidance issued by the SBA and/or the U.S. Treasury pursuant to the CARES Act.

"Deferral Period" means a period of time commencing with the date of initial disbursement on this Note and ending on the day on which the SBA remits to Lender the loan forgiveness amount approved by the SBA or notifies Lender that Borrower is not eligible for forgiveness; provided, however, that if Borrower does not apply for loan forgiveness before the date that is the ten (10) month anniversary of the last day of Borrower's Covered Period, the Deferral Period shall end on such date.

"Covered Period" means the period of time beginning on the date of disbursement of the Loan and ending on a date selected by Borrower that occurs with the disbursement of Proceeds of the Loan and ending on the date that is at least 8 weeks after the date of origination and end on the date that is 24 week after the date of disbursement of the Loan.

"Loan" means the loan evidenced by this Note.

"Loan Documents" means the documents related to the Loan.

"Maturity Date" shall mean, the date that is the sixty-sixth (66th) month anniversary of the date of disbursement of the Loan proceeds; provided, however, that the Maturity Date may be amended by

**Motion: 056**

THIS IS A COPY
Uploaded and copy verified or read is here at na2.docusign.net

Lender consistent with the terms of the Applicable Law if a balance remains owing following the end of the Deferral Period.

"SBA" means the Small Business Administration, an Agency of the United States of America.

3. <u>PAYMENT TERMS</u>:

Payments shall made at the place Lender designates in writing to Borrower, unless Borrower authorizes Lender to automatically deduct payments from a deposit account of Borrower. The payment terms for this Note are:

The interest rate is 1.00% per year, fixed for the term of the Note.

Principal and interest payments are deferred during the Deferral Period.  Interest will continue to accrue on the outstanding principal balance during the Deferral Period.

If the entire principal balance of the Loan and accrued interest are forgiven by the SBA, then the principal amount and accrued interest shall be paid to Lender by the SBA. If all or any part of the principal balance of the Loan and accrued interest thereon are not forgiven by the SBA, or if Borrower does not apply for loan forgiveness before the date that is the ten (10) month anniversary of the last day of Borrower's Covered Period, then the principal balance together with and all accrued and unpaid interest outstanding on the Amortization Commencement Date shall be paid in sixty (60) equal monthly payments, commencing in the month specified by Lender in the notice referenced below and continuing on the fifth (5th) day of each month thereafter until the Maturity Date; provided, however, that the last installment shall be in an amount equal to all principal and accrued interest outstanding on the Maturity Date.  Monthly payments will be in an amount determined by the Lender to be the amount necessary to fully amortize the principal and interest outstanding on the Amortization Commencement Date over the remaining term of this Note.

Following Lender's receipt from the SBA of either (i) the forgiveness amount or (ii) the SBA's determination that Borrower is not eligible for forgiveness, Lender will notify Borrower whether there is a remaining balance owing under this Note, and, if so, Lender will further notify Borrower of the amount owing, the amount of the monthly principal and interest payments and the date on which the initial monthly payment will be due, which notice may be in electronic form and shall be conclusive absent manifest error.  Such payments shall be due and owing as set forth in the notice notwithstanding any appeal filed by Borrower pursuant to Applicable Law.

Payments shall be due on the fifth (5th) calendar day of each month.

Lender will apply each installment payment first to pay interest accrued to the day Lender receives payment, then bring principal current, and will apply any remaining balance to reduce principal.

Borrower may prepay this Note at any time without penalty.  Borrower must pay all accrued and unpaid interest at the time of any prepayment of principal.

4. <u>DEFAULT</u>:

Borrower is in default under this Note if Borrower does not make a payment when due under this Note, or if Borrower:

A. Fails to do anything required by this Note and other Loan Documents;
B. Defaults on any other loan with Lender;
C. Does not disclose, or anyone acting on their behalf does not disclose, any material fact to Lender or the SBA;
D. Makes, or anyone acting on their behalf makes, a materially false or misleading representation to Lender or the SBA;

DocuSign Envelope ID: 5EA4BB0D-1DF4-4483-8432-3BD337560AAC

THIS IS A COPY
The original of this copy on file with the court is held at na2.docusign.net

E. Defaults on any loan or agreement with another creditor, if Lender believes the default may materially affect Borrower's ability to pay this Note;

H. Becomes the subject of a proceeding under any bankruptcy or insolvency law;

I. Has a receiver or liquidator appointed for any part of their business or property;

J. Makes an assignment for the benefit of creditors;

K. Has any adverse change in financial condition or business operation that Lender believes may materially affect Borrower's ability to pay this Note;

L. Without prior written consent of Lender or the SBA, as required pursuant to SBA Procedural Notice 5000-20057, effective October 2, 2020 (as the same may be amended or supplemented from time to time), (a) reorganizes, merges, consolidates, divides, or otherwise changes its business structure; (b) sells at least fifty percent (50%) of its assets (measured by fair market value) whether in one or more transactions; or (c) at least twenty percent (20%) of the common stock or other ownership interest of Borrower is sold or otherwise transferred, whether in one or more transactions,

M. Becomes the subject of a civil or criminal action that Lender believes may materially affect Borrower's ability to pay this Note.

5. <u>LENDER'S RIGHTS IF THERE IS A DEFAULT</u>:

Without notice or demand and without giving up any of its rights, Lender may:

A. Require immediate payment of all amounts owing under this Note;

B. Collect all amounts owing from Borrower; and

C. File suit and obtain judgment.

6. <u>LENDER'S GENERAL POWERS</u>:

Without notice and without Borrower's consent, Lender may:

A. Incur expenses to collect amounts due under this Note, enforce the terms of this Note or any other Loan Document. Among other things, the expenses may include payments for reasonable attorney's fees and costs. If Lender incurs such expenses, to the extent permitted by Applicable Law, it may demand immediate repayment from Borrower or add the expenses to the principal balance;

B. Release anyone obligated to pay this Note;

C. Take any action necessary to collect amounts owing on this Note.

7. <u>WHEN FEDERAL LAW APPLIES</u>:

When SBA is the holder, this Note will be interpreted and enforced under federal law, including SBA regulations. Lender or SBA may use state or local procedures for filing papers, recording documents, giving notice, foreclosing liens, and other purposes. By using such procedures, SBA does not waive any federal immunity from state or local control, penalty, tax, or liability. As to this Note, Borrower may not claim or assert against SBA any local or state law to deny any obligation, defeat any claim of SBA, or preempt federal law.

8. <u>SUCCESSORS AND ASSIGNS</u>:

Under this Note, Borrower includes the Borrower's successors, and Lender includes its successors and assigns.

9. <u>GENERAL PROVISIONS</u>:

A. All individuals and entities signing this Note are jointly and severally liable.

B. Borrower waives all suretyship defenses.

**Motion: 058**

DocuSign Envelope ID: 5EA4BB0D-1DF4-4483-8432-3BD337560AAC
THIS IS A COPY
This document is a copy and the original is filed at na2.docusign.net

C. Borrower must sign all documents necessary at any time to comply with the Loan Documents and requirements of the Applicable Law.

D. Lender may exercise any of its rights separately or together, as many times and in any order it chooses. Lender may delay or forgo enforcing any of its rights without giving up any of them.

E. Borrower may not use an oral statement of Lender or the SBA to contradict or alter the written terms of this Note.

F. If any part of this Note is unenforceable, all other parts remain in effect.

G. To the extent allowed by law, Borrower waives all demands and notices in connection with this Note, including presentment, demand, protest, and notice of dishonor. Borrower also waives any defenses based upon any claim that Lender did not obtain any guarantee.

H. Lender may transfer and assign this Note and deliver it to the assignee, who shall thereupon have all of the rights of the Lender.

I. The Loan and this Note are made pursuant to and in accordance with the Applicable Law.  To the extent necessary, any terms of this Note determined to be inconsistent with the Applicable Law shall be deemed modified to the extent necessary to be consistent with the Applicable Law. In the event any term of this Note becomes inconsistent with any provision of the Applicable Law due to any future amendment to the Applicable Law, this Note shall be deemed to be amended to the extent necessary to conform to the Applicable Law, as amended. Lender shall notify Borrower of such amendment, which may be by electronic means, and such amendment shall be effective upon the date the amendment to Applicable Law becomes effective without any action on the part of Borrower.

10. <u>STATE SPECIFIC PROVISIONS</u>:  If Borrower is a resident of any of the following states, the clause indicated for such state is incorporated herein:

**<u>MISSOURI</u>**.

Oral or unexecuted agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable, regardless of the legal theory upon which it is based that is in any way related to the credit agreement. To protect you (Borrowers(s)) and us (Creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.

**<u>OREGON</u>**.

**UNDER OREGON LAW, MOST AGREEMENTS, PROMISES AND COMMITMENTS MADE BY LENDER CONCERNING LOANS AND OTHER CREDIT EXTENSIONS WHICH ARE NOT FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES OR SECURED SOLELY BY BORROWER'S RESIDENCE MUST BE IN WRITING, EXPRESS CONSIDERATION AND BE SIGNED BY AN AUTHORIZED REPRESENTATIVE OF LENDER TO BE ENFORCEABLE**.

**<u>WASHINGTON</u>**.

Oral agreements or oral commitments to loan money, extend credit, or to forbear from enforcing repayment of a debt are not enforceable under Washington law

**<u>WISCONSIN</u>**.

Each Borrower who is married represents that this obligation is incurred in the interest of his or her marriage or family.

THIS IS A COPY
This electronic copy of the record is held at na2.docusign.net

11. <u>BORROWER'S NAME(S) AND SIGNATURE(S)</u>:

This Note may be executed in one or more counterparts, including both paper and electronic counterparts, but all such counterparts shall constitute one and the same agreement. This Note may be in the form of an Electronic Record and may, if Bank has expressly agreed with you to accept Electronic Signatures, be executed using Electronic Signatures (including manually executed paper documents that are sent by facsimile, or .pdf, or other electronic means), which shall be considered an original and shall have the same legal effect, validity and enforceability as an original paper record. For purposes hereof, each of the terms "Electronic Record" and "Electronic Signature" has the respective meaning assigned to it in 15 USC §7006 (as the same may be amended from time to time).

By executing this Note, each individual or entity identified as Borrower herein becomes obligated under this Note as Borrower.

By signing below, I represent, certify and warrant to Lender that: (i) if Borrower is an individual, I am the person identified as Borrower herein, or (ii) if Borrower is an entity, I have authority to execute this Note on behalf of Borrower, and that when executed by me, this Note will be the binding obligation of Borrower and shall be enforceable against Borrower in accordance with its terms.

BORROWER: ADLI Law Group

NAME

Date:

By: _DocuSigned by:_
DARIUSH ADLI
4A4AF0BF25D0403...                              2/18/2021

Name: Dariush Adli

Title: President

COPY VIEW

**Motion: 060**

DocuSign Envelope ID: 5EA4BB0D-1DF4-4483-8432-3BD337560AAC
THIS IS A COPY
This document is a copy of the record that is held at na2.docusign.net

DISBURSEMENT AUTHORIZATION
PAYCHECK PROTECTION PROGRAM
U.S. SMALL BUSINESS ADMINISTRATION

SBA Loan # 9743548306

Date 2/18/2021

Loan Amount 1230000

Interest Rate 1.00%

Borrower ADLI Law Group

Lender Bank of the West

Disbursement Instruction.  Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the Loan have been satisfied.  Please disburse the loan proceeds in equal amount to the Loan Amount stated in the Promissory Note to the following Bank of the West deposit account # _0064327828_____.

DocuSigned by:

*DARIUSH ADLI*

—————————————————————
1A1AF0BF25D9403...
Signature of Authorized Representative of Applicant

2/18/2021
——————————————
Date

Dariush Adli
——————————————————
Print Name

President
——————————
Title

**Motion: 061**

# Exhibit 5

<u>In re Adli Law Group P.C.</u>, United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Supplemental Declaration Of Dariush G. Adli In Support Of
Debtor's Status Report

**Motion: 062**




**ADLI LAW GROUP PC**
**Customer Id: 635907**
**User Name: NHSAWAYA1**
**14-APR-2021 10:20:56 PT**
**Wire Detail Report**

| | | | |
|---|---|---|---|
| Msg Type | Domestic | Account | BOW \| 064327844 \| ADLI LAW GROUP P.C. \| USD |
| Amount | 680,000.00 | Value Date | 14APR2021 |
| | | Recurring Transaction | No |
| Beneficiary Bank | BANK OF AMERICA, N.A., NY - F/026009593<br>100 W. 33rd Street<br>NEW YORK, NY 10001<br>US | Beneficiary Info | Progressive Employer Management - 898078555485<br>6407 Parkland Drive<br>Sarasota, FL 34243 |
| Originator Info | 064327844<br>ADLI LAW GROUP P.C. | Originator Address | 700 S FLOWER ST<br>LOS ANGELES, CA<br>US |
| Status | RELEASED | Sequence # | 131 |
| # Of Approvals | 1 Of 1 | Confirmation Message | |
| Control # | WT21041403876685 | Wire Ref # | |

| | |
|---|---|
| Entered on: | 14APR2021 |
| Created on: | 2021-04-14 at 10:19:51 by NHSAWAYA |
| Approved on: | 2021-04-14 at 10:20:37 by NHSAWAYA1 |
| Released on: | 2021-04-14 at 10:20:37 by NHSAWAYA1 |

**End of Data**

**Motion: 063**

# Exhibit 6

<u>In re Adli Law Group P.C.</u>, United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Supplemental Declaration Of Dariush G. Adli In Support Of
Debtor's Status Report

**Motion: 064**

Loan Number 5437607101   Tax ID(Person) XXX-XX-8612

| Loan Info Person Tax ID XXX-XX-8612 |
|---|

## Loan Info

| | |
|---|---|
| Loan Number | 5437607101 |
| Loan Status | Disbursed Current |
| Originated | 04/13/2020 |
| Maturity Date | 04/13/2022 |
| Co-obligors | Adli Law Group, P.C. |

## Balance and Interest Info

| | |
|---|---|
| Current Principal Balance | $693,445.00 |
| Total Undisbursed | $0.00 |
| Daily Interest Accrual | $0.00 |
| Interest Rate Charged | 1.00000 |
| Accrued Interest | $0.00 |
| Outstanding Interest | $0.00 |
| Total Interest | $0.00 |
| PayOff Date | 01/07/2022 |
| Payoff Balance | *Payoff not Applicable* |

**\*Payoff not applicable for Current Loan type or Current Loan Status**
Contact your lender for Payoff information

## Payment Info

| | |
|---|---|
| Next Installment Due Date | 08/23/2021 |
| Payment Amount | $577.87 |
| Gross Interest Paid-Curr Year | |
| Gross Interest Paid-Prev Year | |

**Recent Payments**

| Process Date | Effective Date | Amount Paid | Principal Amount | Interest Amount |
|---|---|---|---|---|

**Motion: 065**

Go to pay.gov to make a payment

This listing is from the SBA's **PRODUCTION** environment.
Window URL: https://caweb.sba.gov/elend/borrower/dsp_borr.cfm?
RequestTimeout=500&LoanNmb=5437607101&LoanAppNmb=12840202&PRCSMTHDCD=PPP
Data region URL: https://caweb.sba.gov/elend/borrower/dsp_borrinfo.cfm?
RequestTimeout=500&BusPerInd=P&LoanNmb=5437607101&PRCSMTHDCD=PPP

**Motion: 066**

# Exhibit 7

<u>In re Adli Law Group P.C.</u>, United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Supplemental Declaration Of Dariush G. Adli In Support Of
Debtor's Status Report

**Motion: 067**

Case 2:21-bk-18572-BB    Doc 126    Filed 01/10/22    Entered 01/10/22 22:56:32    Desc
Main Document    Page 70 of 186

Trust Account Balance Summary

Tuesday, December 21, 2021
Nikki Saxayya

Balance As of 2021-11-10   Trust Balance   Has Balance

125 Records

| Date | | Balance |
|---|---|---|
| 3028.201 | | |
| 3025.201 | | |
| 3025.201 | Trust Balance | $3,380.00 |
| 3025.201 | Trust Balance | $3,380.00 |
| 3080.201 | | $3,380.00 |
| 3080.201 | | |
| 3080.201 | Trust Balance | $3,151.70 |
| 3080.201 | Trust Balance | $3,151. 0 |
| 2409.201 | | $3,151.70 |
| 2409.201 | | |
| 2409.201 | Trust Balance | $1,329.68 |
| 2409.201 | Trust Balance | $1,329.68 |
| 3038.201 | | $1,329.68 |
| 3038.20 | | |
| 3038.201 | Trust Balance | $2,075.66 |
| 3038.201 | Trust Balance | $2,075.66 |
| 3100.601 | | $2,0 5.66 |
| 3100.601 | | |
| 3100.601 | Trust Balance | $4,575.00 |
| 3100.601 | Trust Balance | $4,575.00 |
| 3098.201 | | $4,575.00 |
| 3095.201 | | |
| 3095.201 | Trust Balance | $3,026.70 |
| 3095.201 | Trust Balance | $3,026 0 |
| 3026.201 | | $3,026.70 |
| 3026.201 | | |
| 3026.201 | Trust Balance | $307.00 |
| 3026.202 | | $307.00 |
| 3026.202 | Trust Balance | $158.50 |
| 3026.202 | Trust Balance | $158.50 |
| 3117.201 | | $465.50 |
| 3 7.20 | | |
| 3117.201 | Trust Balance | $4,938.20 |
| 3043.601 | Trust Balance | $4,938.20 |
| 3043.601 | | $4,938.20 |
| 3043.601 | Trust Balance | $4,982.95 |
| | Trust Balance | $4,982.95 |
| | | $4,982.95 |
| | | $120,400.22 |

**Motion: 068**

12/21/21, 8:25 PM

Trust Balance By Client

Trust Account Balance Summary

Tuesday, December 21, 2021
Nikki Sawaya

Balance As of 2021-11-10   Trust Balance - Has Balance

125 Records



**Motion: 069**

12/21/21, 8:25 PM

Trust Balance By Client

**Trust Account Balance Summary**

Tuesday December 21, 2021
Nikki Sawaya

Balance As of 2021-11-10    Trust Balance - Has Balance

125 Records



| Date | Balance |
|---|---|
| 3 · 22 20 | $2,500.00 |
| 3122.201 Trust Balance | $2,500.00 |
| 2439 Gen | $1,880.53 |
| 2439 Gen Trust Balance | $1,880.53 |
| 2506 Gen | $4,536.50 |
| 2506 Gen Trust Balance | $4,536.50 |
| 3107.201 | $391.35 |
| 3107.201 Trust Balance | $391.35 |
| 3084.301 | $250.00 |
| 3084.301 Trust Balance | $250.00 |
| 3084.302 | $750.00 |
| 3084.302 Trust Balance | $750.00 |
| 3084.303 | $750.00 |
| 3084.303 Trust Balance | $750.00 |
| 3084.304 | $750.00 |
| 3084.304 Trust Balance | $750.00 |
| 3084.305 | $750.00 |
| 3084.305 Trust Balance | $750.00 |
| 3084.306 | $750.00 |
| 3084.306 Trust Balance | $750.00 |
| 3084.691 | $4,602.50 |
| 3084.691 Trust Balance | $8,602.50 |
| 3116.201 | $1,800.00 |
| 3116.201 Trust Balance | $1,000.00 |
| 3054.201 | $4,675.55 |
| | $120,400.22 |

**Motion: 070**

12/21/21, 8:25 PM

Trust Balance By Client

Trust Account Balance Summary

Tuesday, December 21, 2021
Nikki Sawaya

Balance As of 2021-11-10   Trust Balance - Has Balance

125 Records

| Date | | Balance |
|---|---|---|
| 3054.201 | Trust Balance | $4,675.55 |
| | Trust Balance | $4,675.55 |
| 3086.201 | LLC | |
| 3086.201-1 | | $537.85 |
| 3086.201 | | $53 .85 |
| | Trust Balance | $537.85 |
| 3120.201 | | $7,500.00 |
| 3120.201 | | $7,500.00 |
| 3120.201 | Trust Balance | $7,500.00 |
| | Trust Balance | $7,500.00 |
| 3009.201  LA | | $666.60 |
| 3009.201 | Trust Balance | $666.60 |
| | Trust Balance | $666.60 |
| 1873.206 | | $182.80 |
| 1873.205-6 | | $182.80 |
| 1873.206 | Trust Balance | $182.80 |
| LaN | Trust Balance | $182.80 |
| 2516.201 | | $3,476.06 |
| 2516.201G | | $3,4 .6 06 |
| 2516.201 | Trust Balance | $3,476.06 |
| | Trust Balance | $3,476.06 |
| 2141.601 | | $0.38 |
| 2141.601 | Trust Balance | $0.38 |
| | Trust Balance | $0.38 |
| 3119.601 | | $4,970.00 |
| 3  9.60 | | $4,970.00 |
| 3119.601 | Trust Balance | $4,970.00 |
| | Trust Balance | $4,9  0.00 |
| 3072.Gen | | $4,674.50 |
| 3072.Gen | | $4,674.50 |
| 3072.Gen | Trust Balance | $4,674.50 |
| | Trust Balance | $4,674.50 |
| 2449.201 | | $14.00 |
| 2449.201 | | $14.00 |
| 2449.201 | Balance | $14.00 |
| 3104.201 | | |
| | | $120,400.22 |

**Motion: 071**

12/21/21, 8:25 PM

Trust Balance By Client

Tuesday, December 21, 2021
Nikki Sawaya

**Trust Account Balance Summary**

Balance As of  2021-11-10   Trust Balance - Has Balance

| Date | | Balance | 125 Records |
|---|---|---|---|



**Motion: 072**

Trust Balance By Client

Trust Account Balance Summary

Tuesday, December 21, 2021
Nikki Sawaya

Balance As of  2021-11-10   Trust Balance - Has Balance

125 Records



**Motion: 073**

# Exhibit 8

<u>In re Adli Law Group P.C.</u>, United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Supplemental Declaration Of Dariush G. Adli In Support Of
Debtor's Status Report

## Motion: 074

# Loan Disbursement Instructions

| | | | |
|---|---|---|---|
| Lender: | **Vista Point Mortgage, LLC dba NextUs Lending, A Delaware Limited Liability Company** | Date: | **10/27/2021** |
| | | Loan #: | **11100001658** |
| Borrower Name(s): | **DARIUSH G ADLI** **SOHEILA ADLI** | MIN #: | **1015657-0000001085-8** |
| | | Loan Amount: | **$1,205,000.00** |

Property Address: **4991 Bradshaw Court**
**San Diego, CA 92130**

---

**PAYMENT CATEGORIES:**
- **Financed** = The portion of the fee financed as part of the loan amount. This amount is paid through the proceeds of the loan;
- **PTC** = (Paid through Closing) The portion of the fee paid from the borrower's own funds as part of the closing process paid by cash or check;
- **PAC** = (Paid at Closing) The portion of the fee paid at closing by the borrower, seller, broker, lender other;
- **POC** = (Paid outside Closing) The portion of the fee paid before loan is closed.

**CALCULATION METHODOLOGY:**
- **Borrower [Financed + PTC = PAC] + POC = Total Borrower Amount Paid**
- **Seller/Broker/Lender/Other PAC + POC = Total Amount Paid by Seller/Broker/Lender/Other**
- **Total Amount = The total summation of Borrower, Seller, Broker, Lender and Other paid costs**

(*) = Impacts APR

**PLEASE COLLECT/DISBURSE THE FOLLOWING:**

| Origination Charges | | | | Total Amount |
|---|---|---|---|---|
| **1.4 % of Loan Amount (Points)** | Paid To: NextUs Lending | | | **$16,870.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | * $16,870.00 | * $16,870.00 | |
| **Broker Fee** | Paid To: Hayes, Lorilyn, Jean | | | **$30,000.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | * $30,000.00 | * $30,000.00 | |
| **Underwriting Fees** | Paid To: Vista Point Mortgage, LLC | | | **$1,499.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | * $1,499.00 | * $1,499.00 | |

| Services - Borrower Did Not Shop | | | | Total Amount |
|---|---|---|---|---|
| **Appraisal Fee** | Paid To: Premier Appraisals RE | | | **$900.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | $900.00 | $900.00 | |
| **Flood Certification** | Paid To: CoreLogic Flood Services | | | **$14.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | * $14.00 | * $14.00 | |
| **Tax Service** | Paid To: CoreLogic | | | **$81.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | * $81.00 | * $81.00 | |
| **Third Party Processing Fee (APR)** | Paid To: DMC Processing | | | **$1,295.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | * $1,295.00 | * $1,295.00 | |

| Services - Borrower Did Shop | | | | Total Amount |
|---|---|---|---|---|
| **Title - Courier Fee (APR)** | Paid To: Central Escrow Group Inc | | | **$100.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | * $100.00 | * $100.00 | |
| **Title - Document Preparation Fee** | Paid To: Central Escrow Group Inc | | | **$50.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | $50.00 | $50.00 | |
| **Title - Lender's Title Insurance** | Paid To: First American Title Company | | | **$1,120.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | $1,120.00 | $1,120.00 | |
| **Title - NOTARY** | Paid To: Notary | | | **$250.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | $250.00 | $250.00 | |
| **Title - Processing Fee (APR)** | Paid To: First American Title Company | | | **$15.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | * $15.00 | * $15.00 | |
| **Title - Settlement Fee** | Paid To: Central Escrow Group Inc | | | **$500.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | * $500.00 | * $500.00 | |
| **Title - Sub-Escrow Fee (APR)** | Paid To: First American Title Company | | | **$95.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | * $95.00 | * $95.00 | |
| **Title - Title Endorsement Fees** | Paid To: First American Title Company | | | **$25.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | $25.00 | $25.00 | |
| **Title - Wire Transfer Fee (APR)** | Paid To: First American Title Company | | | **$75.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | * $75.00 | * $75.00 | |
| **Title - Wire Transfer Fee (APR)** | Paid To: Central Escrow Group Inc | | | **$20.00** |
| | Financed | PTC | PAC | POC |
| Borrower | | * $20.00 | * $20.00 | |

Motion: 07

| Recording Fees, Transfer Taxes and Other Government Fees | | | | Total Amount |
|---|---|---|---|---|
| Recording Fees (Deed $100.00;) | | | | $325.00 |
| | Financed | PTC | PAC | POC |
| Borrower | | $325.00 | $325.00 | |

| Prepaid Items Required to be Paid in Advance | | | | Total Amount |
|---|---|---|---|---|
| Delinquent Taxes (1 mo. @ $6,821.36) | Paid To: San Diego County Treasurer | | | $6,821.36 |
| | Financed | PTC | PAC | POC |
| Borrower | | $6,821.36 | $6,821.36 | |
| Prepaid Interest ( $163.18 per day from 10/27/21 to 11/1/21 ) | | | | $815.90 |
| | Financed | PTC | PAC | POC |
| Borrower | | * $815.90 | * $815.90 | |

| Payoffs and Payments | | | |
|---|---|---|---|
| To | Account Number | Account Type | Amount |
| Sandstone Capital | | MortgageLoan | $1,146,891.56 |
| Total Payoffs and Payments | | | $1,146,891.56 |

| Wire Breakdown | |
|---|---|
| Loan Amount | $1,205,000.00 |
| Over Wire Amount | |
| Total Deductions | |
| Lender Credits | |
| Wire Transfer Amount | $1,205,000.00 |

Motion: 07 

## Costs and Credits Itemized By Paying/Crediting Party

| CD Section | Fee Description | Total Amount |
|---|---|---|
| **Total Borrower-Paid Fees** | | **$60,871.26** |
| A.01 | 1.4 % of Loan Amount (Points) | * $16,870.00 |
| B.01 | Appraisal Fee | $900.00 |
| A.02 | Broker Fee | * $30,000.00 |
| F.05 | Delinquent Taxes (1 mo. @ $6,821.36) | $6,821.36 |
| B.02 | Flood Certification | * $14.00 |
| F.03 | Prepaid Interest ( $163.18 per day from 10/27/21 to 11/1/21 ) | * $815.90 |
| E.01 | Recording Fees (Deed $100.00;) | $325.00 |
| B.03 | Tax Service | * $81.00 |
| B.04 | Third Party Processing Fee (APR) | * $1,295.00 |
| C.01 | Title - Courier Fee (APR) | * $100.00 |
| C.02 | Title - Document Preparation Fee | $50.00 |
| C.03 | Title - Lender's Title Insurance | $1,120.00 |
| C.04 | Title - NOTARY | $250.00 |
| C.05 | Title - Processing Fee (APR) | * $15.00 |
| C.06 | Title - Settlement Fee | * $500.00 |
| C.07 | Title - Sub-Escrow Fee (APR) | * $95.00 |
| C.08 | Title - Title Endorsement Fees | $25.00 |
| C.09 | Title - Wire Transfer Fee (APR) | * $75.00 |
| C.10 | Title - Wire Transfer Fee (APR) | * $20.00 |
| A.03 | Underwriting Fees | * $1,499.00 |

Motion: 07

# Loan Disbursement Instructions

| | |
|---|---|
| Lender: **Vista Point Mortgage, LLC dba NextUs Lending, A Delaware Limited Liability Company** | Date: **10/27/2021** |
| | Loan #: **11100001658** |
| Borrower Name(s): **DARIUSH G ADLI** **SOHEILA ADLI** | MIN #: **1015657-0000001085-8** |
| | Loan Amount: **$1,205,000.00** |

Property Address: **4991 Bradshaw Court**
**San Diego, CA 92130**

**PAYMENT CATEGORIES:**
- **Financed** = The portion of the fee financed as part of the loan amount. This amount is paid through the proceeds of the loan;
- **PTC** = (Paid through Closing) The portion of the fee paid from the borrower's own funds as part of the closing process paid by cash or check;
- **PAC** = (Paid at Closing) The portion of the fee paid at closing by the borrower, seller, broker, lender other;
- **POC** = (Paid outside Closing) The portion of the fee paid before loan is closed.

**CALCULATION METHODOLOGY:**
- **Borrower [Financed + PTC = PAC] + POC = Total Borrower Amount Paid**
- **Seller/Broker/Lender/Other PAC + POC = Total Amount Paid by Seller/Broker/Lender/Other**
- **Total Amount = The total summation of Borrower, Seller, Broker, Lender and Other paid costs**

(*) = Impacts APR

**PLEASE COLLECT/DISBURSE THE FOLLOWING:**

| Origination Charges | | | | | Total Amount |
|---|---|---|---|---|---|
| 1.4 % of Loan Amount (Points) | Paid To: NextUs Lending | | | | $16,870.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $16,870.00 | * $16,870.00 | | |
| Broker Fee | Paid To: Hayes, Lorilyn, Jean | | | | $30,000.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $30,000.00 | * $30,000.00 | | |
| Underwriting Fees | Paid To: Vista Point Mortgage, LLC | | | | $1,499.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $1,499.00 | * $1,499.00 | | |

| Services - Borrower Did Not Shop | | | | | Total Amount |
|---|---|---|---|---|---|
| Appraisal Fee | Paid To: Premier Appraisals RE | | | | $900.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $900.00 | $900.00 | | |
| Flood Certification | Paid To: CoreLogic Flood Services | | | | $14.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $14.00 | * $14.00 | | |
| Tax Service | Paid To: CoreLogic | | | | $81.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $81.00 | * $81.00 | | |
| Third Party Processing Fee (APR) | Paid To: DMC Processing | | | | $1,295.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $1,295.00 | * $1,295.00 | | |

| Services - Borrower Did Shop | | | | | Total Amount |
|---|---|---|---|---|---|
| Title - Courier Fee (APR) | Paid To: Central Escrow Group Inc | | | | $100.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $100.00 | * $100.00 | | |
| Title - Document Preparation Fee | Paid To: Central Escrow Group Inc | | | | $50.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $50.00 | $50.00 | | |
| Title - Lender's Title Insurance | Paid To: First American Title Company | | | | $1,120.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $1,120.00 | $1,120.00 | | |
| Title - NOTARY | Paid To: Notary | | | | $250.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $250.00 | $250.00 | | |
| Title - Processing Fee (APR) | Paid To: First American Title Company | | | | $15.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $15.00 | * $15.00 | | |
| Title - Settlement Fee | Paid To: Central Escrow Group Inc | | | | $500.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $500.00 | * $500.00 | | |
| Title - Sub-Escrow Fee (APR) | Paid To: First American Title Company | | | | $95.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $95.00 | * $95.00 | | |
| Title - Title Endorsement Fees | Paid To: First American Title Company | | | | $25.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $25.00 | $25.00 | | |
| Title - Wire Transfer Fee (APR) | Paid To: First American Title Company | | | | $75.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $75.00 | * $75.00 | | |
| Title - Wire Transfer Fee (APR) | Paid To: Central Escrow Group Inc | | | | $20.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $20.00 | * $20.00 | | |

Motion: 07

| Recording Fees, Transfer Taxes and Other Government Fees | | | | | Total Amount |
|---|---|---|---|---|---|
| Recording Fees (Deed $100.00;) | | | | | $325.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $325.00 | $325.00 | | |

| Prepaid Items Required to be Paid in Advance | | | | | Total Amount |
|---|---|---|---|---|---|
| Delinquent Taxes (1 mo. @ $6,821.36) | Paid To: San Diego County Treasurer | | | | $6,821.36 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $6,821.36 | $6,821.36 | | |
| Prepaid Interest ( $163.18 per day from 10/29/21 to 11/1/21 ) | | | | | $489.54 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $489.54 | * $489.54 | | |
| Property Taxes (6 mo. @ $973.90) | Paid To: San Diego County Treasurer | | | | $5,798.51 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $5,798.51 | $5,798.51 | | |

| Payoffs and Payments | | | | |
|---|---|---|---|---|
| **To** | **Account Number** | **Account Type** | | **Amount** |
| Sandstone Capital | | MortgageLoan | | $1,146,891.56 |
| Total Payoffs and Payments | | | | $1,146,891.56 |

| Wire Breakdown | |
|---|---|
| Loan Amount | $1,205,000.00 |
| Over Wire Amount | |
| Total Deductions | $18,953.54 |
| Lender Credits | |
| Wire Transfer Amount | $1,186,046.46 |

GEMCI217   0317
GEMCI217 (CLS)
10/29/2021 08:47 AM PST

Motion: 07 

LOAN #: 11100001658

## Costs and Credits Itemized By Paying/Crediting Party

| Total Borrower-Paid Fees | | $66,343.41 |
|---|---|---|
| CD Section | Fee Description | Total Amount |
| A.01 | 1.4 % of Loan Amount (Points) | * $16,870.00 |
| B.01 | Appraisal Fee | $900.00 |
| A.02 | Broker Fee | * $30,000.00 |
| F.05 | Delinquent Taxes (1 mo. @ $6,821.36) | $6,821.36 |
| B.02 | Flood Certification | * $14.00 |
| F.03 | Prepaid Interest ( $163.18 per day from 10/29/21 to 11/1/21 ) | * $489.54 |
| F.04 | Property Taxes (6 mo. @ $973.90) | $5,798.51 |
| E.01 | Recording Fees (Deed $100.00;) | $325.00 |
| B.03 | Tax Service | * $81.00 |
| B.04 | Third Party Processiing Fee (APR) | * $1,295.00 |
| C.01 | Title - Courier Fee (APR) | * $100.00 |
| C.02 | Title - Document Preparation Fee | $50.00 |
| C.03 | Title - Lender's Title Insurance | $1,120.00 |
| C.04 | Title - NOTARY | $250.00 |
| C.05 | Title - Processing Fee (APR) | * $15.00 |
| C.06 | Title - Settlement Fee | * $500.00 |
| C.07 | Title - Sub-Escrow Fee (APR) | * $95.00 |
| C.08 | Title - Title Endorsement Fees | $25.00 |
| C.09 | Title - Wire Transfer Fee (APR) | * $75.00 |
| C.10 | Title - Wire Transfer Fee (APR) | * $20.00 |
| A.03 | Underwriting Fees | * $1,499.00 |

GEMCI217   0317
GEMCI217 (CLS)
10/29/2021 08:47 AM PST

Motion: 08

# Loan Disbursement Instructions

| | |
|---|---|
| Lender: **Vista Point Mortgage, LLC dba NextUs Lending, A Delaware Limited Liability Company** | Date: **10/27/2021** |
| | Loan #: **11100001658** |
| Borrower Name(s): **DARIUSH G ADLI** **SOHEILA ADLI** | MIN #: **1015657-0000001085-8** |
| | Loan Amount: **$1,205,000.00** |

Property Address: **4991 Bradshaw Court**
**San Diego, CA 92130**

---

**PAYMENT CATEGORIES:**
- **Financed** = The portion of the fee financed as part of the loan amount. This amount is paid through the proceeds of the loan;
- **PTC** = (Paid through Closing) The portion of the fee paid from the borrower's own funds as part of the closing process paid by cash or check;
- **PAC** = (Paid at Closing) The portion of the fee paid at closing by the borrower, seller, broker, lender other;
- **POC** = (Paid outside Closing) The portion of the fee paid before loan is closed.

**CALCULATION METHODOLOGY:**
- **Borrower [Financed + PTC = PAC] + POC = Total Borrower Amount Paid**
- **Seller/Broker/Lender/Other PAC + POC = Total Amount Paid by Seller/Broker/Lender/Other**
- **Total Amount = The total summation of Borrower, Seller, Broker, Lender and Other paid costs**

(*) = Impacts APR

**PLEASE COLLECT/DISBURSE THE FOLLOWING:**

| Origination Charges | | | | | Total Amount |
|---|---|---|---|---|---|
| **1.4 % of Loan Amount (Points)** | Paid To: NextUs Lending | | | | **$16,870.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $16,870.00 | * $16,870.00 | | |
| **Broker Fee** | Paid To: Hayes, Lorilyn, Jean | | | | **$30,000.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $30,000.00 | * $30,000.00 | | |
| **Underwriting Fees** | Paid To: Vista Point Mortgage, LLC | | | | **$1,499.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $1,499.00 | * $1,499.00 | | |

| Services - Borrower Did Not Shop | | | | | Total Amount |
|---|---|---|---|---|---|
| **Appraisal Fee** | Paid To: Premier Appraisals RE | | | | **$900.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | $900.00 | $900.00 | | |
| **Flood Certification** | Paid To: CoreLogic Flood Services | | | | **$14.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $14.00 | * $14.00 | | |
| **Tax Service** | Paid To: CoreLogic | | | | **$81.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $81.00 | * $81.00 | | |
| **Third Party Processing Fee (APR)** | Paid To: DMC Processing | | | | **$1,295.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $1,295.00 | * $1,295.00 | | |

| Services - Borrower Did Shop | | | | | Total Amount |
|---|---|---|---|---|---|
| **Title - Courier Fee (APR)** | Paid To: Central Escrow Group Inc | | | | **$100.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $100.00 | * $100.00 | | |
| **Title - Document Preparation Fee** | Paid To: Central Escrow Group Inc | | | | **$50.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | $50.00 | $50.00 | | |
| **Title - Lender's Title Insurance** | Paid To: First American Title Company | | | | **$1,120.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | $1,120.00 | $1,120.00 | | |
| **Title - NOTARY** | Paid To: Notary | | | | **$250.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | $250.00 | $250.00 | | |
| **Title - Processing Fee (APR)** | Paid To: First American Title Company | | | | **$15.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $15.00 | * $15.00 | | |
| **Title - Settlement Fee** | Paid To: Central Escrow Group Inc | | | | **$500.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $500.00 | * $500.00 | | |
| **Title - Sub-Escrow Fee (APR)** | Paid To: First American Title Company | | | | **$95.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $95.00 | * $95.00 | | |
| **Title - Title Endorsement Fees** | Paid To: First American Title Company | | | | **$25.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | $25.00 | $25.00 | | |
| **Title - Wire Transfer Fee (APR)** | Paid To: First American Title Company | | | | **$75.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $75.00 | * $75.00 | | |
| **Title - Wire Transfer Fee (APR)** | Paid To: Central Escrow Group Inc | | | | **$20.00** |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $20.00 | * $20.00 | | |

Motion: 08

| Recording Fees, Transfer Taxes and Other Government Fees | | | | Total Amount |
|---|---|---|---|---|
| Recording Fees (Deed $100.00;) | | | | $325.00 |
| Borrower | Financed | PTC | PAC | POC |
| | | $325.00 | $325.00 | |

| Prepaid Items Required to be Paid in Advance | | | | Total Amount |
|---|---|---|---|---|
| Delinquent Taxes (1 mo. @ $6,821.36) | Paid To: San Diego County Treasurer | | | $6,821.36 |
| Borrower | Financed | PTC | PAC | POC |
| | | $6,821.36 | $6,821.36 | |
| Prepaid Interest ( $163.18 per day from 10/29/21 to 11/1/21 ) | | | | $489.54 |
| Borrower | Financed | PTC | PAC | POC |
| | | * $489.54 | * $489.54 | |
| Property Taxes (6 mo. @ $973.90) | Paid To: San Diego County Treasurer | | | $5,798.51 |
| Borrower | Financed | PTC | PAC | POC |
| | | $5,798.51 | $5,798.51 | |

| Payoffs and Payments | | | | |
|---|---|---|---|---|
| **To** | **Account Number** | **Account Type** | | **Amount** |
| Sandstone Capital | | MortgageLoan | | $1,146,891.56 |
| Total Payoffs and Payments | | | | $1,146,891.56 |

| Wire Breakdown | |
|---|---|
| Loan Amount | $1,205,000.00 |
| Over Wire Amount | |
| Total Deductions | $18,953.54 |
| Lender Credits | |
| Wire Transfer Amount | $1,186,046.46 |

GEMCI217   0317
GEMCI217 (CLS)
10/29/2021 08:47 AM PST

Motion: 08 

## Costs and Credits Itemized By Paying/Crediting Party

| CD Section | Fee Description | Total Amount |
|---|---|---|
| **Total Borrower-Paid Fees** | | **$66,343.41** |
| A.01 | 1.4 % of Loan Amount (Points) | * $16,870.00 |
| B.01 | Appraisal Fee | $900.00 |
| A.02 | Broker Fee | * $30,000.00 |
| F.05 | Delinquent Taxes (1 mo. @ $6,821.36) | $6,821.36 |
| B.02 | Flood Certification | * $14.00 |
| F.03 | Prepaid Interest ($163.18 per day from 10/29/21 to 11/1/21 ) | * $489.54 |
| F.04 | Property Taxes (6 mo. @ $973.90) | $5,798.51 |
| E.01 | Recording Fees (Deed $100.00;) | $325.00 |
| B.03 | Tax Service | * $81.00 |
| B.04 | Third Party Processiing Fee (APR) | * $1,295.00 |
| C.01 | Title - Courier Fee (APR) | * $100.00 |
| C.02 | Title - Document Preparation Fee | $50.00 |
| C.03 | Title - Lender's Title Insurance | $1,120.00 |
| C.04 | Title - NOTARY | $250.00 |
| C.05 | Title - Processing Fee (APR) | * $15.00 |
| C.06 | Title - Settlement Fee | * $500.00 |
| C.07 | Title - Sub-Escrow Fee (APR) | * $95.00 |
| C.08 | Title - Title Endorsement Fees | $25.00 |
| C.09 | Title - Wire Transfer Fee (APR) | * $75.00 |
| C.10 | Title - Wire Transfer Fee (APR) | * $20.00 |
| A.03 | Underwriting Fees | * $1,499.00 |

Motion: 08

## Loan Disbursement Instructions

Lender: **Vista Point Mortgage, LLC dba NextUs Lending, A Delaware Limited Liability Company**

Date: 10/27/2021

Loan #: 11100001658

MIN #: 1015657-0000001085-8

Borrower Name(s): **DARIUSH G ADLI**
**SOHEILA ADLI**

Loan Amount: **$1,205,000.00**

Property Address: **4991 Bradshaw Court**
**San Diego, CA 92130**

**PAYMENT CATEGORIES:**
- **Financed** = The portion of the fee financed as part of the loan amount. This amount is paid through the proceeds of the loan;
- **PTC** = (Paid through Closing) The portion of the fee paid from the borrower's own funds as part of the closing process paid by cash or check;
- **PAC** = (Paid at Closing) The portion of the fee paid at closing by the borrower, seller, broker, lender, other;
- **POC** = (Paid outside Closing) The portion of the fee paid before loan is closed.

**CALCULATION METHODOLOGY:**
- **Borrower [Financed + PTC + PAC] + POC = Total Borrower Amount Paid**
- **Seller/Broker/Lender/Other PAC + POC = Total Amount Paid by Seller/Broker/Lender/Other**
- **Total Amount = The total summation of Borrower, Seller, Broker, Lender and Other paid costs**

**(*) = Impacts APR**

**PLEASE COLLECT/DISBURSE THE FOLLOWING:**

| Origination Charges | | | | | Total Amount |
|---|---|---|---|---|---|
| 1.4 % of Loan Amount (Points) | Paid To: NextUs Lending | | | | $16,870.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $16,870.00 | * $16,870.00 | | |
| Broker Fee | Paid To: Hayes, Lorilyn, Jean | | | | $30,000.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $30,000.00 | * $30,000.00 | | |
| Underwriting Fees | Paid To: Vista Point Mortgage, LLC | | | | $1,499.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $1,499.00 | * $1,499.00 | | |
| Services - Borrower Did Not Shop | | | | | Total Amount |
| Appraisal Fee | Paid To: Premier Appraisals RE | | | | $900.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $900.00 | $900.00 | | |
| Flood Certification | Paid To: CoreLogic Flood Services | | | | $14.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $14.00 | * $14.00 | | |
| Tax Service | Paid To: CoreLogic | | | | $81.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $81.00 | * $81.00 | | |
| Third Party Processing Fee (APR) | Paid To: DMC Processing | | | | $1,295.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $1,295.00 | * $1,295.00 | | |
| Services - Borrower Did Shop | | | | | Total Amount |
| Title - Courier Fee (APR) | Paid To: Central Escrow Group Inc | | | | $100.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $100.00 | * $100.00 | | |
| Title - Document Preparation Fee | Paid To: Central Escrow Group Inc | | | | $50.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $50.00 | $50.00 | | |
| Title - Lender's Title Insurance | Paid To: First American Title Company | | | | $1,120.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $1,120.00 | $1,120.00 | | |
| Title - NOTARY | Paid To: Notary | | | | $250.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $250.00 | $250.00 | | |
| Title - Processing Fee (APR) | Paid To: First American Title Company | | | | $15.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $15.00 | * $15.00 | | |
| Title - Settlement Fee | Paid To: Central Escrow Group Inc | | | | $500.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $500.00 | * $500.00 | | |
| Title - Sub-Escrow Fee (APR) | Paid To: First American Title Company | | | | $95.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $95.00 | * $95.00 | | |
| Title - Title Endorsement Fees | Paid To: First American Title Company | | | | $25.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $25.00 | $25.00 | | |
| Title - Wire Transfer Fee (APR) | Paid To: First American Title Company | | | | $75.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $75.00 | * $75.00 | | |
| Title - Wire Transfer Fee (APR) | Paid To: Central Escrow Group Inc | | | | $20.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $20.00 | * $20.00 | | |

GEMCI217  0317
GEMCI217 (CLS)
10/27/2021 11:53 AM PST



Motion: 08

| Recording Fees, Transfer Taxes and Other Government Fees | | | | | Total Amount |
|---|---|---|---|---|---|
| Recording Fees (Deed $100.00;) | | | | | $325.00 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $325.00 | $325.00 | | |
| Prepaid Items Required to be Paid In Advance | | | | | Total Amount |
| Delinquent Taxes (1 mo. @ $6,821.36) | Paid To: San Diego County Treasurer | | | | $6,821.36 |
| | Financed | PTC | PAC | POC | |
| Borrower | | $6,821.36 | $6,821.36 | | |
| Prepaid Interest ( $163.18 per day from 10/27/21 to 11/1/21 ) | | | | | $815.90 |
| | Financed | PTC | PAC | POC | |
| Borrower | | * $815.90 | * $815.90 | | |
| **Payoffs and Payments** | | | | | |
| To | | Account Number | | Account Type | Amount |
| Sandstone Capital | | | MortgageLoan | | $1,146,891.56 |
| Total Payoffs and Payments | | | | | $1,146,891.56 |
| **Wire Breakdown** | | | | | |
| Loan Amount | | | | | $1,205,000.00 |
| Over Wire Amount | | | | | |
| Total Deductions | | | | | |
| Lender Credits | | | | | |
| Wire Transfer Amount | | | | | $1,205,000.00 |

Motion: 086

## Costs and Credits Itemized By Paying/Crediting Party

| Total Borrower-Paid Fees | | $60,871.26 |
|---|---|---|
| CD Section | Fee Description | Total Amount |
| A.01 | 1.4 % of Loan Amount (Points) | * $16,870.00 |
| B.01 | Appraisal Fee | $900.00 |
| A.02 | Broker Fee | * $30,000.00 |
| F.05 | Delinquent Taxes (1 mo. @ $6,821.36) | $6,821.36 |
| B.02 | Flood Certification | * $14.00 |
| F.03 | Prepaid Interest ( $163.18 per day from 10/27/21 to 11/1/21 ) | * $815.90 |
| E.01 | Recording Fees (Deed $100.00;) | $325.00 |
| B.03 | Tax Service | * $81.00 |
| B.04 | Third Party Processing Fee (APR) | * $1,295.00 |
| C.01 | Title - Courier Fee (APR) | * $100.00 |
| C.02 | Title - Document Preparation Fee | $50.00 |
| C.03 | Title - Lender's Title Insurance | $1,120.00 |
| C.04 | Title - NOTARY | $250.00 |
| C.05 | Title - Processing Fee (APR) | * $15.00 |
| C.06 | Title - Settlement Fee | * $500.00 |
| C.07 | Title - Sub-Escrow Fee (APR) | * $95.00 |
| C.08 | Title - Title Endorsement Fees | $25.00 |
| C.09 | Title - Wire Transfer Fee (APR) | * $75.00 |
| C.10 | Title - Wire Transfer Fee (APR) | * $20.00 |
| A.03 | Underwriting Fees | * $1,499.00 |

Motion: 088

## Instructions to Escrow/Title/Closing Agent

**Transaction Details**

| From | Loan Details |
| --- | --- |
| Vista Point Mortgage, LLC dba NextUs Lending<br>1920 Main Street, Suite 200<br>Irvine, CA 92614<br>PHONE: 949-617-5321<br>Jenni Nwandu, jnwandu@nextuslending.com | LOAN #: 11100001658<br><br>MIN #: 1015657-0000001085-8<br><br>Borrower Name(s): DARIUSH G ADLI AND SOHEILA ADLI<br><br>Loan Type: Conventional |

| To | To |
| --- | --- |
| ESCROW #: CEG607423-RS<br>ATTN: Remy Shum<br>Central Escrow Group, Inc.<br>20 Corporate Park, Suite 185<br>Irvine, CA 92606<br>PHONE: 949-333-8788<br>FAX: | TITLE #: O -SA-6632288<br>ATTN: Rizza Walker<br>First American Title Compay<br>4 First American Way<br>Santa Ana, CA 92707<br>PHONE: 714-250-3098<br>FAX: |

| | | |
| --- | --- | --- |
| Last Loan Estimate Received: | Loan Amount: $1,205,000.00 | Principal and Interest: $4,895.31 |
| Initial Closing Disclosure Received: | Appraised Value: $1,750,000.00 | Estimated Taxes: |
| Document Date: 10/27/2021 | Sales Price: | Hazard Insurance: |
| Closing Date: 10/27/2021 | Interest Rate %: 4.875 % | Flood Insurance: |
| Signing Date: | Loan Term: 40 years | Mortgage Insurance: |
| Disbursement/Settlement Date: 10/27/2021 | Loan Purpose: NoCash-Out Refinance | City Property Tax: |
| Rescission Date: | Occupancy: NON-OWNER | |
| Consummation Date: 10/27/2021 | Lien Position: FirstLien | |
| Interest Rate Expiration Date: 11/18/2021 | First Payment Date: 12/01/2021 | |
| | Maturity Date: 11/01/2061 | Total: $4,895.31 |

**Property**

**Property details should read as follows:**

4991 Bradshaw Court
San Diego, CA 92130

**Vesting**

**The vesting details should read as follows:**

DARIUSH G. ADLI  AND SOHEILA  ADLI, HUSBAND AND WIFE AS
COMMUNITY PROPERTY

**Questions**

**All questions concerning these instructions, conditions and funding procedures should be...**

Directed to: Jenni Nwandu                    At: Vista Point Mortgage, LLC dba NextUs Lending

    Phone: 949-617-5321                    Fax:
    E-MAIL: Jnwandu@nextuslending.com
ALL DOCUMENTS MUST BE IN OUR OFFICE  48 HOURS AFTER SIGNING OF LOAN DOCUMENTS.
This Loan  WILL EXPIRE AFTER 11/18/2021.
Failure to comply with these instructions may delay funding.

In the event this loan does not close on the date indicated in these closing instructions; or, if the loan documentation does not conform to
the information stated herein, DO NOT CLOSE THE LOAN WITHOUT NOTIFYING THE CREDITOR.

Ellie Mae, Inc.                    Page 1 of 4                    GEMCI115  0320
                                                                  GEMCI115 (CLS)
                                                                  10/27/2021 11:53 AM PST

**Title Policy**

A(n)    EXTENDED ALTA        Policy with Endorsement(s) should be issued within 30 days of closing.

Final title policy when issued must reflect the following:

1. Creditor's Title Policy is to be in the amount of $1,205,000.00.

2. Secondary financing in the amount of  N/A        has been approved.

3. EXTENDED ALTA        Policy must contain endorsements  8.1, 100, 116

4. Title is to be clear and is to show no special assessments pending or of record. All special assessments must be paid prior to closing, unless otherwise authorized by us.

5. Any and all encroachments must be insured over.

6. Issue said form of Policy free from encumbrances except items  5
of preliminary Title Report dated  09/13/2021.

7. The vesting should read as referenced above.

8. Lien Position:    ☒ We must be in First Lien Position.        ☐ We must be in Second Lien Position.

9. Final Title Policy and Recorded Documents to be sent to:
Vista Point Mortgage, LLC dba NextUs Lending
1920 Main Street, Suite 200
Irvine, CA 92614
ATTN: POST CLOSING DEPT

**Hazard Insurance**

The Creditor must have satisfactory evidence of hazard/fire insurance. Do not disburse without evidence of Hazard Insurance. The loss payable clause must be:
Specialized Loan Servicing, LLC, A CALIFORNIA CORPORATION, Its Successors And/Or Assigns, A.T.I.M.A.
PO Box 4500
Springfield, OH 45501
LOAN NO.: 11100001658

Hazard Insurance coverage must be equal to the lesser of the loan amount or the full replacement value of the property improvements, and must extend for either a term of at least  Twelve (12) Month(s) after the closing date for purchase transactions or  Two (2) Month(s) after the closing date for refinance transactions.

☒ California Civil Code 2955.5(a) provides: No creditor shall require a borrower, as a condition of receiving or maintaining a loan secured by real property, to provide hazard insurance coverage against risks to the improvements on that real property in an amount exceeding the replacement value of the improvements on the property.

**Flood Insurance**

The Creditor will obtain a flood certification, and if the property is located in a flood hazard area will specify the need, if any, for flood insurance. The loss payable clause for flood insurance is the same as hazard/fire insurance.

☒ Flood Insurance is not required.

☐ Flood Insurance is required.

**Taxes and Assessments**

All taxes and assessments, including special assessments, due are to be paid at the time of settlement and a receipt provided. Where taxes and assessments are shown on the Title Policy as an exception, the Title Policy must indicate "not yet due and payable." Additional Instructions:    PAY ANY TAXES DUE AT CLOSE.

**Right to Cancel**

On all refinance loans, second lien loans, and/or any transaction subject to rescission, the Notice of Right to Cancel must be given at closing. The Notice of Right To Cancel must be properly completed, including all dates. EACH Borrower, obligor and/or person holding an ownership interest in the property must be given two (2) copies. The signed originals acknowledging receipt of the completed Right To Cancel by each Borrower, obligor, and/or person given copies of the Notices must be returned with the closing package. Should the transaction be rescinded by any of the obligors, immediately notify our office.  RIGHT OF RESCISSION MAY NOT BE WAIVED WITHOUT OUR PRIOR WRITTEN CONSENT.

Motion: 0

| | |
|---|---|
| **Signatures** | BORROWER(S) MUST SIGN ALL DOCUMENTS EXACTLY AS HIS OR HER NAME APPEARS ON THE BLANK LINE PROVIDED FOR HIS OR HER SIGNATURE(S). Where a witness is required, you must have the document witnessed. If an acknowledgment is provided, a person authorized to take acknowledgments in the state of closing must execute the acknowledgment. The acknowledgment date must be no earlier than the date of the document being acknowledged. |
| **Corrections** | Any correction to loan documents must be approved in writing by us in advance. **NO WHITE-OUT PERMITTED.** Approved deletion should be made by marking a single line through the language being deleted. All additions and deletions must be initialed by all borrowers. |
| **Closing Disclosure** | The Borrower(s) and Seller(s) Closing Disclosures must clearly indicate the recipient of each item shown on the disclosures. Both Borrower(s) and Seller(s) must sign the Closing Disclosure if signature lines appear on the document or any addendum to the document. The Final Closing Disclosure must be received by each consumer no later than 3 specific Business Days before consummation and must reflect all receipts and disbursements in these closing instructions. However, if Closing Disclosure becomes inaccurate before consummation, creditor shall provide Corrected Closing Disclosure reflecting any changed terms to consumer so consumer receives Corrected Closing Disclosure at or before consummation. |
| | The Closing Disclosure is prepared by the Creditor. The Closing Agent is not allowed to make updates to the Closing Disclosure. If any changes to fees occur, the loan documents may need to be re-drawn and re-signed. |
| **Power of Attorney** | Prior written approval must be obtained from the Creditor when closing a loan by Power of Attorney. If granted, the Power of Attorney must be specific to the loan transaction and must specifically show the complete property address (street number and name, city, state, county and zip code, or complete legal). It must be recorded prior to the security document in the same county in which the Security Instrument is recorded and the Creditor must receive a copy of the recorded Power of Attorney as a trailing document. If seller is closing a loan by Power of Attorney, a certified copy of the signed Power of Attorney must be returned in our package. |
| **FHA or VA** | No fees or charges may be paid by Borrower(s) except as permitted by FHA or VA. |
| **Occupancy** | This loan is approved as an: |

☐ Owner-occupant

☒ Non-owner occupant loan

☐ Second Home.

Do not close if circumstances of Borrower(s) are different.

---

**Executed Closing Documents to be delivered to:**
NextUs Lending
19000 MacArthur Blvd
Suite 750
Irvine, CA 92612

GEMCI115   0320
GEMCI115 (CLS)
10/27/2021 11:53 AM PST

**Additional Items**

Please furnish the following:

The loan documents must be signed in escrow or with a notary approved by escrow. We do not allow the borrower, broker or real estate agents to select the notary.

Documents - to be signed at closing:ATR, Occupancy certification, Automatic Debit Payment Agreement (ACH), Borrower contact consent form

Title - Cash Out Limitation:Cash Out To Borrower Cannot Exceed 2% Or $2,000.00 Whichever Is Less

Funding - Debts Paid:Debts to be paid off in full:  Defauted taxes pay at closing ( cannot include into loan amount)  Tax defaulted 2020-2021 $6821.36

Funding - Final Source of Funds:Final source of funds must come from the verified Acct: Wells Fargo #2388 in an amount not to exceed $ 7,500.00 Wire or certified funds must show name and account number.

Title Supplement:For proposed insured as Vista Point Mortgage LLC, DBA Nextus Lending ISAOA, and policy amount to equal Loan Amoumt.

Application - Final Typed 1003:Fully executed by all parties/must be dated.

Credit - Non-Subject property(s) PITIA:Provide Complete PITIA documentation for: 20471 Royal Stone Dr.  ** UPDATED 10.25** Missing HOI policy

Title - Closing Protection Letter, E&O:Provide CPL dated within 30 days of closing which includes borrower's name, Loan number and Lender information. Provide copy of title's E&O insurance.

Assets - Funds To Close / Reserves:Provide most recent two months bank statements to support required funds to close, 9 months of reserves (if funds come from a business account borrower must be 100% owner and a balance sheet will be required) ** UPDATED 10.27 **  Provide recent two months bank statements from Wells Fargo Bank #2388

Credit Explanation:Provide signedd/dated letter of explanation: Per Drive Report borrowers and subject property identified with another lender.

Title - Wiring Instructions:Wiring instructions to be provided by Title.

In the event this loan does not close on the date indicated in these instructions, or if the loan documentation does not conform to the information stated herein, please do not close the loan without notifying the office of the Creditor. You shall be deemed to have accepted and to be bound by these closing instructions if you fail to notify us to the contrary within   24    hours of your receipt hereof, or if you disburse any funds to or for the account of the Borrower(s).

I hereby acknowledge receipt of these special instructions and agree to be bound by the terms contained herein.

_R8_ (signature)

Settlement Officer

_10 - 28 - 21_

Date

Motion: 090

## Instructions to Escrow/Title/Closing Agent

**Transaction Details**

**From**

Vista Point Mortgage, LLC dba NextUs Lending
1920 Main Street, Suite 200
Irvine, CA 92614
PHONE: 949-617-5321
Jenni Nwandu, jnwandu@nextuslending.com

**Loan Details**

LOAN #: 11100001658

MIN #: 1015657-0000001085-8

Borrower Name(s): DARIUSH G ADLI AND SOHEILA ADLI

Loan Type: Conventional

**To**

ESCROW #: CEG607423-RS
ATTN: Remy Shum
Central Escrow Group, Inc.
20 Corporate Park, Suite 185
Irvine, CA 92606
PHONE: 949-333-8788
FAX:

**To**

TITLE #: O -5A-6632288
ATTN: Rizza Walker
First American Title Company
4 First American Way
Santa Ana, CA 92707
PHONE: 714-250-3098
FAX:

| | | |
|---|---|---|
| Last Loan Estimate Received: | Loan Amount: $1,205,000.00 | Principal and Interest: $4,895.31 |
| Initial Closing Disclosure Received: | Appraised Value: $1,750,000.00 | Estimated Taxes: |
| Document Date: 10/27/2021 | Sales Price: | Hazard Insurance: |
| Closing Date: 10/28/2021 | Interest Rate %: 4.875 % | Flood Insurance: |
| Signing Date: 10/28/2021 | Loan Term: 40 years | Mortgage Insurance: |
| Disbursement/Settlement Date: 10/29/2021 | Loan Purpose: NoCash-Out Refinance | City Property Tax: |
| Rescission Date: | Occupancy: NON-OWNER | |
| Consummation Date: 10/28/2021 | Lien Position: FirstLien | |
| Interest Rate Expiration Date: 11/18/2021 | First Payment Date: 12/01/2021 | |
| | Maturity Date: 11/01/2061 | Total: $4,895.31 |

**Property**

**Property details should read as follows:**

4991 Bradshaw Court
San Diego, CA 92130

**Vesting**

**The vesting details should read as follows:**

DARIUSH G. ADLI  AND SOHEILA  ADLI, HUSBAND AND WIFE AS
COMMUNITY PROPERTY

**Questions**    All questions concerning these instructions, conditions and funding procedures should be...

Directed to: Jenni Nwandu    At: Vista Point Mortgage, LLC dba NextUs Lending

Phone: 949-617-5321    Fax:
E-MAIL: jnwandu@nextuslending.com
ALL DOCUMENTS MUST BE IN OUR OFFICE  48 HOURS AFTER SIGNING OF LOAN DOCUMENTS.
This Loan  WILL EXPIRE AFTER 11/18/2021.
Failure to comply with these instructions may delay funding.

In the event this loan does not close on the date indicated in these closing instructions; or, if the loan documentation does not conform to
the information stated herein, DO NOT CLOSE THE LOAN WITHOUT NOTIFYING THE CREDITOR.

Ellie Mae, Inc.    Page 1 of 4    GEMCI115  0320
GEMCI115 (CLS)
10/29/2021 08:47 AM PST

Motion: 09

LOAN #: 11100001658

## Title Policy

A(n)    EXTENDED ALTA    Policy with Endorsement(s) should be issued within 30 days of closing.

Final title policy when issued must reflect the following:

1. Creditor's Title Policy is to be in the amount of $1,205,000.00.

2. Secondary financing in the amount of  N/A    has been approved.

3. EXTENDED ALTA    Policy must contain endorsements 8.1, 100, 116

4. Title is to be clear and is to show no special assessments pending or of record. All special assessments must be paid prior to closing, unless otherwise authorized by us.

5. Any and all encroachments must be insured over.

6. Issue said form of Policy free from encumbrances except items  3-6
   of preliminary Title Report dated  09/13/2021

7. The vesting should read as referenced above.

8. Lien Position:    ☒ We must be in First Lien Position.    ☐ We must be in Second Lien Position.

9. Final Title Policy and Recorded Documents to be sent to:
   Vista Point Mortgage, LLC dba NextUs Lending
   1920 Main Street, Suite 200
   Irvine, CA 92614
   ATTN: POST CLOSING DEPT

| | |
|---|---|
| **Hazard Insurance** | The Creditor must have satisfactory evidence of hazard/fire insurance. Do not disburse without evidence of Hazard Insurance. The loss payable clause must be: Specialized Loan Servicing, LLC, A CALIFORNIA CORPORATION, Its Successors And/Or Assigns, A.T.I.M.A. PO Box 4500 Springfield, OH 45501 LOAN NO.: 11100001658 |
| | Hazard Insurance coverage must be equal to the lesser of the loan amount or the full replacement value of the property improvements, and must extend for either a term of at least  Twelve (12) Month(s) after the closing date for purchase transactions or  Two (2) Month(s) after the closing date for refinance transactions. |
| | ☒ California Civil Code 2955.5(a) provides: No creditor shall require a borrower, as a condition of receiving or maintaining a loan secured by real property, to provide hazard insurance coverage against risks to the improvements on that real property in an amount exceeding the replacement value of the improvements on the property. |
| **Flood Insurance** | The Creditor will obtain a flood certification, and if the property is located in a flood hazard area will specify the need, if any, for flood insurance. The loss payable clause for flood insurance is the same as hazard/fire insurance. |
| | ☒ Flood Insurance is not required. |
| | ☐ Flood Insurance is required. |
| **Taxes and Assessments** | All taxes and assessments, including special assessments, due are to be paid at the time of settlement and a receipt provided. Where taxes and assessments are shown on the Title Policy as an exception, the Title Policy must indicate "not yet due and payable." Additional instructions:   PAY ANY TAXES DUE AT CLOSE. |
| **Right to Cancel** | On all refinance loans, second lien loans, and/or any transaction subject to rescission, the Notice of Right to Cancel must be given at closing. The Notice of Right To Cancel must be properly completed, including all dates. **EACH** Borrower, obligor and/or person holding an ownership interest in the property must be given two (2) copies. The signed originals acknowledging receipt of the completed Right To Cancel by each Borrower, obligor, and/or person given copies of the Notices must be returned with the closing package. Should the transaction be rescinded by any of the obligors, immediately notify our office. RIGHT OF RESCISSION MAY NOT BE WAIVED WITHOUT OUR PRIOR WRITTEN CONSENT. |

GEMCI115   0320
GEMCI115 (CLS)
10/29/2021 08:47 AM PST

Motion: 09

LOAN #: 11100001658

| | |
|---|---|
| **Signatures** | BORROWER(S) MUST SIGN ALL DOCUMENTS EXACTLY AS HIS OR HER NAME APPEARS ON THE BLANK LINE PROVIDED FOR HIS OR HER SIGNATURE(S). Where a witness is required, you must have the document witnessed. If an acknowledgment is provided, a person authorized to take acknowledgments in the state of closing must execute the acknowledgment. The acknowledgment date must be no earlier than the date of the document being acknowledged. |
| **Corrections** | Any correction to loan documents must be approved in writing by us in advance. NO WHITE-OUT PERMITTED. Approved deletion should be made by marking a single line through the language being deleted. All additions and deletions must be initialed by all borrowers. |
| **Closing Disclosure** | The Borrower(s) and Seller(s) Closing Disclosures must clearly indicate the recipient of each item shown on the disclosures. Both Borrower(s) and Seller(s) must sign the Closing Disclosure if signature lines appear on the document or any addendum to the document. The Final Closing Disclosure must be received by each consumer no later than 3 specific Business Days before consummation and must reflect all receipts and disbursements in these closing instructions. However, if Closing Disclosure becomes inaccurate before consummation, creditor shall provide Corrected Closing Disclosure reflecting any changed terms to consumer so consumer receives Corrected Closing Disclosure at or before consummation.

The Closing Disclosure is prepared by the Creditor. The Closing Agent is not allowed to make updates to the Closing Disclosure. If any changes to fees occur, the loan documents may need to be re-drawn and re-signed. |
| **Power of Attorney** | Prior written approval must be obtained from the Creditor when closing a loan by Power of Attorney. If granted, the Power of Attorney must be specific to the loan transaction and must specifically show the complete property address (street number and name, city, state, county and zip code, or complete legal). It must be recorded prior to the security document in the same county in which the Security Instrument is recorded and the Creditor must receive a copy of the recorded Power of Attorney as a trailing document. If seller is closing a loan by Power of Attorney, a certified copy of the signed Power of Attorney must be returned in our package. |
| **FHA or VA** | No fees or charges may be paid by Borrower(s) except as permitted by FHA or VA. |
| **Occupancy** | This loan is approved as an:

☐ Owner-occupant

☒ Non-owner occupant loan

☐ Second Home.

Do not close if circumstances of Borrower(s) are different. |

**Executed Closing Documents to be delivered to:**
NextUs Lending
19000 MacArthur Blvd
Suite 750
Irvine, CA 92612

GEMCI115   0320
GEMCI115 (CLS)
10/29/2021 08:47 AM PST

Motion: 09

**Additional Items**  Please furnish the following:

The loan documents must be signed in escrow or with a notary approved by escrow. We do not allow the borrower, broker or real estate agents to select the notary.

Documents - to be signed at closing:ATR, Occupancy certification, Automatic Debit Payment Agreement (ACH), Borrower contact consent form

Title - Cash Out Limitation:Cash Out To Borrower Cannot Exceed 2% Or $2,000.00 Whichever Is Less

Funding - Debts Paid:Debts to be paid off in full: Defaulted taxes pay at closing ( cannot include into loan amount) Tax defaulted 2020-2021 $6821.36

Funding - Final Source of Funds:Final source of funds must come from the verified Acct: Wells Fargo #2388 in an amount not to exceed $ 7,500.00 Wire or certified funds must show name and account number.

Title Supplement:For proposed insured as Vista Point Mortgage LLC, DBA Nextus Lending ISAOA, and policy amount to equal Loan Amoumt.

Application - Final Typed 1003:Fully executed by all parties/must be dated.

Credit - Non-Subject property(s) PITIA:Provide Complete PITIA documentation for: 20471 Royal Stone Dr.  ** UPDATED 10.25** Missing HOI policy

Title - Closing Protection Letter, E&O:Provide CPL dated within 30 days of closing which includes borrower's name, Loan number and Lender information. Provide copy of title's E&O insurance.

Assets - Funds To Close / Reserves:Provide most recent two months bank statements to support required funds to close, 9 months of reserves (If funds come from a business account borrower must be 100% owner and a balance sheet will be required) ** UPDATED 10.27 **  Provide recent two months bank statements from Wells Fargo Bank #2388

Credit Explanation:Provide signedd/dated letter of explanation: Per Drive Report borrowers and subject property identified with another lender.

Title - Wiring Instructions:Wiring Instructions to be provided by Title.

In the event this loan does not close on the date indicated in these instructions, or if the loan documentation does not conform to the information stated herein, please do not close the loan without notifying the office of the Creditor. You shall be deemed to have accepted and to be bound by these closing instructions if you fail to notify us to the contrary within   24   hours of your receipt hereof, or if you disburse any funds to or for the account of the Borrower(s).

I hereby acknowledge receipt of these special instructions and agree to be bound by the terms contained herein.

Settlement Officer                                          Date  10.29.20

Motion: 094

# Exhibit 9

<u>In re Adli Law Group P.C.</u>, United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Supplemental Declaration Of Dariush G. Adli In Support Of
Debtor's Status Report

## Motion: 095

In re Adli Law Group P.C.;
Case No. 2:21-bk-18572-BB

12/15/2021

## Compensation for Dariush G. Adli

| PAYMENT REFERENCE | AMOUNT | | DATE | DESCRIPTION | VENDOR |
|---|---|---|---|---|---|
| | $ | 3,932.56 | 24-Aug-20 | Health insurance payments | Blue Shield of California |
| | $ | 3,932.56 | 19-Sep-20 | Health insurance payments | Blue Shield of California |
| | $ | 3,932.56 | 2-Nov-20 | Health insurance payments | Blue Shield of California |
| | $ | 3,932.56 | 16-Dec-20 | Health insurance payments | Blue Shield of California |
| | $ | 3,932.56 | 29-Dec-20 | Health insurance payments | Blue Shield of California |
| | $ | 2,690.59 | 5-Feb-21 | Health insurance payments | Blue Shield of California |
| | $ | 2,690.59 | 1-Mar-21 | Health insurance payments | Blue Shield of California |
| | $ | 2,690.59 | 1-Apr-21 | Health insurance payments | Blue Shield of California |
| | $ | 2,690.59 | 1-May-21 | Health insurance payments | Blue Shield of California |
| | $ | 2,690.59 | 1-Jun-21 | Health insurance payments | Blue Shield of California |
| | $ | 2,690.59 | 1-Jul-21 | Health insurance payments | Blue Shield of California |
| | $ | 2,690.59 | 1-Aug-21 | Health insurance payments | Blue Shield of California |
| | $ | 2,690.59 | 1-Sep-21 | Health insurance payments | Blue Shield of California |
| | $ | 2,690.59 | 1-Oct-21 | Health insurance payments | Blue Shield of California |
| | $ | 2,690.59 | 1-Nov-21 | Health insurance payments | Blue Shield of California |
| | | | | | |
| | $ | 46,568.70 | | Total of Payments within 12 months of filing for Health Insurance | |
| | | | | | |
| | $ | 618.78 | 24-Aug-20 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 19-Sep-20 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 2-Nov-20 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 16-Dec-20 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 29-Dec-20 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 5-Feb-21 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 1-Mar-21 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 1-Apr-21 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 1-May-21 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 1-Jun-21 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 1-Jul-21 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 1-Aug-21 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 1-Sep-21 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 1-Oct-21 | Dental Insurance | Blue Shield of California |
| | $ | 618.78 | 1-Nov-21 | Dental Insurance | Blue Shield of California |

**Motion: 096**

12/15/2021

# Compensation for Dariush G. Adli

In re Adli Law Group P.C.;
Case No. 2:21-bk-18572-BB

| PAYMENT REFERENCE | AMOUNT | DATE | DESCRIPTION | VENDOR |
|---|---|---|---|---|
| | $ 9,281.70 | | Total of Payments within 12 months of filing for Dental Insurance | |
| | $ 3,932.56 | 10-Nov-20 | Car payments | Mercedes Benz Financial Services |
| | $ 3,932.56 | 1-Dec-20 | Car payments | Mercedes Benz Financial Services |
| | $ 3,932.56 | 1-Jan-21 | Car payments | Mercedes Benz Financial Services |
| | $ 3,932.56 | 20-Feb-21 | Car payments | Mercedes Benz Financial Services |
| | $ 3,932.56 | 3-Mar-21 | Car payments | Mercedes Benz Financial Services |
| | $ 3,932.56 | 6-Apr-21 | Car payments | Mercedes Benz Financial Services |
| | $ 3,932.56 | 1-May-21 | Car payments | Mercedes Benz Financial Services |
| | $ 3,932.56 | 11-Jun-21 | Car payments | Mercedes Benz Financial Services |
| | $ 3,932.56 | 5-Jul-21 | Car payments | Mercedes Benz Financial Services |
| | $ 3,932.56 | 1-Jul-21 | Car payments | Mercedes Benz Financial Services |
| | $ 3,932.56 | 1-Aug-21 | Car payments | Mercedes Benz Financial Services |
| | $ 3,932.56 | 1-Sep-21 | Car payments | Mercedes Benz Financial Services |
| | $ 3,932.56 | 1-Oct-21 | Car payments | Mercedes Benz Financial Services |
| | $ 3,932.56 | 1-Nov-21 | Car payments | Mercedes Benz Financial Services |
| | $ 55,055.84 | | Total of Payments within 12 months of filing for 1 of 3 cars | |
| | $ 1,258.07 | 10-Nov-20 | Car payments | Mercedes Benz Financial Services |
| | $ 1,258.07 | 1-Dec-20 | Car payments | Mercedes Benz Financial Services |
| | $ 1,258.07 | 1-Jan-21 | Car payments | Mercedes Benz Financial Services |
| | $ 1,258.07 | 20-Feb-21 | Car payments | Mercedes Benz Financial Services |
| | $ 1,258.07 | 3-Mar-21 | Car payments | Mercedes Benz Financial Services |
| | $ 1,258.07 | 6-Apr-21 | Car payments | Mercedes Benz Financial Services |
| | $ 1,258.07 | 1-May-21 | Car payments | Mercedes Benz Financial Services |
| | $ 1,258.07 | 11-Jun-21 | Car payments | Mercedes Benz Financial Services |
| | $ 1,258.07 | 5-Jul-21 | Car payments | Mercedes Benz Financial Services |
| | $ 1,258.07 | 1-Jul-21 | Car payments | Mercedes Benz Financial Services |
| | $ 1,258.07 | 1-Aug-21 | Car payments | Mercedes Benz Financial Services |
| | $ 1,258.07 | 1-Sep-21 | Car payments | Mercedes Benz Financial Services |
| | $ 1,258.07 | 1-Oct-21 | Car payments | Mercedes Benz Financial Services |
| | $ 1,258.07 | 1-Nov-21 | Car payments | Mercedes Benz Financial Services |

**Motion: 097**

In re Adli Law Group P.C.;
Case No. 2:21-bk-18572-BB

12/15/2021

## Compensation for Dariush G. Adli

| PAYMENT REFERENCE | AMOUNT | DATE | DESCRIPTION | VENDOR |
|---|---|---|---|---|
| | $ 17,612.98 | | Total of Payments within 12 months of filing for 2 of 3 cars | |
| | $ 620.00 | 10-Nov-20 | Car payments | BMW of North America |
| | $ 620.00 | 1-Dec-20 | Car payments | BMW of North America |
| | $ 620.00 | 10-Jan-21 | Car payments | BMW of North America |
| | $ 620.00 | 1-Feb-21 | Car payments | BMW of North America |
| | $ 620.00 | 5-Mar-21 | Car payments | BMW of North America |
| | $ 996.21 | 1-Apr-21 | Car payments | Tesla |
| | $ 996.21 | 1-May-21 | Car payments | Tesla |
| | $ 996.21 | 1-Jun-21 | Car payments | Tesla |
| | $ 996.21 | 1-Jul-21 | Car payments | Tesla |
| | $ 996.21 | 1-Aug-21 | Car payments | Tesla |
| | $ 996.21 | 1-Sep-21 | Car payments | Tesla |
| | $ 996.21 | 1-Oct-21 | Car payments | Tesla |
| | $ 996.21 | 1-Nov-21 | Car payments | Tesla |
| | $ 11,069.68 | | Total of Payments within 12 months of filing for 3 of 3 cars | |
| | $ 55,850.40 | | **Total Paid for Health Insurance** | |
| | $ 83,738.50 | | **Total Paid for Cars** | |
| | $ 139,588.90 | | **Total Expenses** | |
| 125 | $ 10,000.00 | 9-Nov-20 | Compensation | Dariush Adli |
| 138 | $ 7,000.00 | 13-Nov-20 | Compensation | Dariush Adli |
| 99001 | $ 2,000.00 | 16-Nov-20 | Compensation | Dariush Adli |
| 99002 | $ 5,000.00 | 20-Nov-20 | Compensation | Dariush Adli |
| 154 | $ 1,000.00 | 20-Nov-20 | Compensation | Dariush Adli |
| 140 | $ 10,000.00 | 27-Nov-20 | Compensation | Dariush Adli |
| 155 | $ 3,100.00 | 16-Dec-20 | Compensation | Dariush Adli |
| 99003 | $ 3,000.00 | 21-Dec-20 | Compensation | Dariush Adli |
| 148 | $ 4,000.00 | 22-Dec-20 | Compensation | Dariush Adli |
| 161 | $ 4,000.00 | 4-Jan-21 | Compensation | Dariush Adli |
| 162 | $ 3,000.00 | 11-Jan-21 | Compensation | Dariush Adli |

3 of 5

**Motion: 098**

In re Adli Law Group P.C.;
Case No. 2:21-bk-18572-BB

12/15/2021

## Compensation for Dariush G. Adli

| PAYMENT REFERENCE | | AMOUNT | DATE | DESCRIPTION | VENDOR |
|---|---|---|---|---|---|
| 163 | $ | 4,000.00 | 11-Jan-21 | Compensation | Dariush Adli |
| 149 | $ | 5,000.00 | 15-Jan-21 | Compensation | Dariush Adli |
| 167 | $ | 4,500.00 | 29-Jan-21 | Compensation | Dariush Adli |
| 168 | $ | 3,000.00 | 8-Feb-21 | Compensation | Dariush Adli |
| 169 | $ | 1,000.00 | 8-Feb-21 | Compensation | Dariush Adli |
| 172 | $ | 5,000.00 | 16-Feb-21 | Compensation | Dariush Adli |
| 173 | $ | 1,000.00 | 19-Feb-21 | Compensation | Dariush Adli |
| 175 | $ | 25,000.00 | 22-Feb-21 | Compensation | Dariush Adli |
| 176 | $ | 1,500.00 | 8-Mar-21 | Compensation | Dariush Adli |
| | $ | 12,500.00 | 15-Mar-21 | Compensation | Dariush Adli |
| | $ | 20,000.00 | 19-Mar-21 | Compensation | Dariush Adli |
| | $ | 2,690.59 | 29-Mar-21 | Compensation | Dariush Adli |
| | $ | 25,000.00 | 31-Mar-21 | Compensation | Dariush Adli |
| | $ | 5,000.00 | 3-Apr-21 | Compensation | Dariush Adli |
| | $ | 5,000.00 | 4-Apr-21 | Compensation | Dariush Adli |
| | $ | 10,000.00 | 9-Apr-21 | Compensation | Dariush Adli |
| | $ | 1,000.00 | 16-Apr-21 | Compensation | Dariush Adli |
| | $ | 9,000.00 | 16-Apr-21 | Compensation | Dariush Adli |
| | $ | 1,500.00 | 23-Apr-21 | Compensation | Dariush Adli |
| | $ | 5,000.00 | 23-Apr-21 | Compensation | Dariush Adli |
| | $ | 25,000.00 | 30-Apr-21 | Compensation | Dariush Adli |
| | $ | 20,000.00 | 7-May-21 | Compensation | Dariush Adli |
| | $ | 2,500.00 | 14-May-21 | Compensation | Dariush Adli |
| | $ | 20,000.00 | 14-May-21 | Compensation | Dariush Adli |
| | $ | 2,000.00 | 21-May-21 | Compensation | Dariush Adli |
| | $ | 18,000.00 | 21-May-21 | Compensation | Dariush Adli |
| | $ | 2,000.00 | 1-Jun-21 | Compensation | Dariush Adli |
| | $ | 5,000.00 | 4-Jun-21 | Compensation | Dariush Adli |
| | $ | 4,000.00 | 11-Jun-21 | Compensation | Dariush Adli |
| | $ | 4,000.00 | 18-Jun-21 | Compensation | Dariush Adli |
| | $ | 25,000.00 | 18-Jun-21 | Compensation | Dariush Adli |
| | $ | 16,300.00 | 25-Jun-21 | Compensation | Dariush Adli |
| | $ | 1,000.00 | 29-Jun-21 | Compensation | Dariush Adli |
| | $ | 12,000.00 | 30-Jun-21 | Compensation | Dariush Adli |

4 of 5

**Motion: 099**

12/15/2021

In re Adli Law Group P.C.;
Case No. 2:21-bk-18572-BB

# Compensation for Dariush G. Adli

| PAYMENT REFERENCE | AMOUNT | DATE | DESCRIPTION | VENDOR |
|---|---|---|---|---|
| | $ 5,000.00 | 2-Jul-21 | Compensation | Dariush Adli |
| | $ 5,000.00 | 2-Jul-21 | Compensation | Dariush Adli |
| | $ 6,000.00 | 13-Jul-21 | Compensation | Dariush Adli |
| | $ 12,000.00 | 13-Jul-21 | Compensation | Dariush Adli |
| | $ 16,255.00 | 16-Jul-21 | Compensation | Dariush Adli |
| 276 | $ 1,750.00 | 22-Jul-21 | Compensation | Dariush Adli |
| 282 | $ 9,000.00 | 30-Jul-21 | Compensation | Dariush Adli |
| 278 | $ 5,000.00 | 8/4/2021 | Compensation | Dariush Adli |
| 279 | $ 5,000.00 | 8/9/2021 | Compensation | Dariush Adli |
| 284 | $ 7,000.00 | 8/17/2021 | Compensation | Dariush Adli |
| 287 | $ 3,000.00 | 9/3/2021 | Compensation | Dariush Adli |
| 288 | $ 3,500.00 | 9/3/2021 | Compensation | Dariush Adli |
| 1003 | $ 1,000.00 | 9/10/2021 | Compensation | Dariush Adli |
| 290 | $ 2,500.00 | 9/13/2021 | Compensation | Dariush Adli |
| 294 | $ 3,000.00 | 9/17/2021 | Compensation | Dariush Adli |
| 301 | $ 5,000.00 | 9/30/2021 | Compensation | Dariush Adli |
| 304 | $ 10,000.00 | 10/12/2021 | Compensation | Dariush Adli |
| 311 | $ 10,000.00 | 10/20/2021 | Compensation | Dariush Adli |
| | $ 3,200.00 | 10/27/2021 | Compensation | Dariush Adli |
| 313 | $ 4,447.00 | 10/27/2021 | Compensation | Dariush Adli |
| 314 | $ 4,500.00 | 10/29/2021 | Compensation | Dariush Adli |
| 315 | $ 20,000.00 | 11/5/2021 | Compensation | Dariush Adli |
| 318 | $ 10,000.00 | 11/8/2021 | Compensation | Dariush Adli |
| | $ 4,895.31 | 11/9/2021 | Compensation | Dariush Adli |
| | **$ 512,637.90** | | Total Compensation Received by Dr Adli | |

5 of 5

**Motion: 100**

# Exhibit 10

<u>In re Adli Law Group P.C.</u>, United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Supplemental Declaration Of Dariush G. Adli In Support Of
Debtor's Status Report

## Motion: 101

**ADU LAW GROUP P.C.**
**2022 Firm Forecasted Billed Revenue - by Timekeeper**

| Employee | Forecasted 22-Jan | Forecasted 22-Feb | Forecasted 22-Mar | Forecasted 22-Apr | Forecasted 22-May | Forecasted 22-Jun | Forecasted 22-Jul | Forecasted 22-Aug | Forecasted 22-Sep | Forecasted 22-Oct | Forecasted 22-Nov | Forecasted 22-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | $340,000.00 | $340,000.00 | $340,000.00 | $340,000.00 | $340,000.00 | $340,000.00 | $340,000.00 | $340,000.00 | $340,000.00 | $340,000.00 | $340,000.00 | $340,000.00 |
| Monthly Estimated Growth Rate | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| COLLECTION RATE | | | | | | | | | | | | |
| Target Revenue | 70% $238,000.00 | 70% $238,000.00 | 70% $238,000.00 | 70% $238,000.00 | 70% $238,000.00 | 70% $238,000.00 | 70% $238,000.00 | 70% $238,000.00 | 70% $238,000.00 | 70% $238,000.00 | 70% $238,000.00 | 70% $238,000.00 |
| COLLECTION RATE | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% | 5% |
| Target Collections | $79,022.65 | $79,022.65 | $79,022.65 | $79,022.65 | $79,022.65 | $79,022.65 | $79,022.65 | $79,022.65 | $79,022.65 | $79,022.65 | $79,022.65 | $79,022.65 |

**CURRENT ACCOUNT RECEIVABLES**

| | Forecasted 22-Jan | Forecasted 22-Feb | Forecasted 22-Mar | Forecasted 22-Apr | Forecasted 22-May | Forecasted 22-Jun | Forecasted 22-Jul | Forecasted 22-Aug | Forecasted 22-Sep | Forecasted 22-Oct | Forecasted 22-Nov | Forecasted 22-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $1,580,452.97 | $1,603,430.32 | $1,642,258.81 | $1,679,145.87 | $1,714,188.57 | $1,747,479.14 | $1,779,105.19 | $1,809,149.93 | $1,837,692.43 | $1,864,807.81 | $1,890,567.42 | $1,915,039.05 |
| TOTAL PROJECTED INCOME | $317,022.65 | $317,022.65 | $317,022.65 | $317,022.65 | $317,022.65 | $317,022.65 | $317,022.65 | $317,022.65 | $317,022.65 | $317,022.65 | $317,022.65 | $317,022.65 |
| REDUCED REALIZATION | $253,618.12 | $253,618.12 | $253,618.12 | $253,618.12 | $253,618.12 | $253,618.12 | $253,618.12 | $253,618.12 | $253,618.12 | $253,618.12 | $253,618.12 | $253,618.12 |
| TOTAL PROJECTED EXPENSE | $193,084.81 | $193,084.81 | $190,584.81 | $190,584.81 | $190,584.81 | $191,309.81 | $190,584.81 | $190,584.81 | $190,584.81 | $190,584.81 | $190,584.81 | $190,584.81 |
| TOTAL PROJECTED EXPENSE WITH DGA PACKAGE | $349,000.00 | $243,084.81 | $240,584.81 | $240,584.81 | $240,584.81 | $241,309.81 | $240,584.81 | $240,584.81 | $240,584.81 | $240,584.81 | $240,584.81 | $240,584.81 |
| NET PROFIT WITH DGA PAY | ($595,381.88) | $10,533.31 | $13,033.31 | $13,033.31 | $13,033.31 | $12,308.31 | $13,033.31 | $13,033.31 | $13,033.31 | $13,033.31 | $13,033.31 | $13,033.31 |
| NET PROFIT WITHOUT DGA PAY | ($41,470.48) | $60,533.31 | $63,033.31 | $63,033.31 | $63,033.31 | $62,308.31 | $63,033.31 | $63,033.31 | $63,033.31 | $63,033.31 | $63,033.31 | $63,033.31 |

*INCLUDES PREMIUM INSURANCE PAYMENT

**RECEIVABLES ARE PROJECTED AND INCREASE MONTHLY POST BILLING

*DEFICIT CAN BE COVERED BY CURRENT CASH IN HAND FROM DECEMBER

**EXPENSES**

| | Forecasted 22-Jan | Forecasted 22-Feb | Forecasted 22-Mar | Forecasted 22-Apr | Forecasted 22-May | Forecasted 22-Jun | Forecasted 22-Jul | Forecasted 22-Aug | Forecasted 22-Sep | Forecasted 22-Oct | Forecasted 22-Nov | Forecasted 22-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cola&vantage | $140,000.00 | $140,000.00 | $140,000.00 | $140,000.00 | $140,000.00 | $140,000.00 | $140,000.00 | $140,000.00 | $140,000.00 | $140,000.00 | $140,000.00 | $140,000.00 |
| DGA Pay | | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 |
| Rent | $10,892.72 | $10,892.72 | $10,892.72 | $10,892.72 | $10,892.72 | $10,892.72 | $10,892.72 | $10,892.72 | $10,892.72 | $10,892.72 | $10,892.72 | $10,892.72 |
| The Hartford | | | | | | $725.00 | | | | | | |
| First Insurance/Lamarche | $135,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| Westlaw | $1,085.00 | $1,085.00 | $1,085.00 | $1,085.00 | $1,085.00 | $1,085.00 | $1,085.00 | $1,085.00 | $1,085.00 | $1,085.00 | $1,085.00 | $1,085.00 |
| MailFinance | $725.00 | $725.00 | $725.00 | $725.00 | $725.00 | $725.00 | $725.00 | $725.00 | $725.00 | $725.00 | $725.00 | $725.00 |
| Neopost | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Parking | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 |
| Benchmark | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 | $135.00 |
| Next Day Delivery | $310.88 | $310.88 | $310.88 | $310.88 | $310.88 | $310.88 | $310.88 | $310.88 | $310.88 | $310.88 | $310.88 | $310.88 |
| GoDaddy | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Spectrum | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| TPX | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| One Touch tech | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Water Source | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| Centerbase | $865.00 | $865.00 | $865.00 | $865.00 | $865.00 | $865.00 | $865.00 | $865.00 | $865.00 | $865.00 | $865.00 | $865.00 |
| State Bar Dues | $2,500.00 | | | | | | | | | | | |
| DGA Expense | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| DGA HEALTH | $2,690.59 | $2,690.59 | $2,690.59 | $2,690.59 | $2,690.59 | $2,690.59 | $2,690.59 | $2,690.59 | $2,690.59 | $2,690.59 | $2,690.59 | $2,690.59 |
| Dental Insurance | $618.78 | $618.78 | $618.78 | $618.78 | $618.78 | $618.78 | $618.78 | $618.78 | $618.78 | $618.78 | $618.78 | $618.78 |
| DGA CAR | $3,932.56 | $3,932.56 | $3,932.56 | $3,932.56 | $3,932.56 | $3,932.56 | $3,932.56 | $3,932.56 | $3,932.56 | $3,932.56 | $3,932.56 | $3,932.56 |
| DGA CAR | $1,258.07 | $1,258.07 | $1,258.07 | $1,258.07 | $1,258.07 | $1,258.07 | $1,258.07 | $1,258.07 | $1,258.07 | $1,258.07 | $1,258.07 | $1,258.07 |
| DGA CAR | $996.21 | $996.21 | $996.21 | $996.21 | $996.21 | $996.21 | $996.21 | $996.21 | $996.21 | $996.21 | $996.21 | $996.21 |
| **TOTAL EXPENSES** | $295,088.60 | $243,084.81 | $240,584.81 | $240,584.81 | $240,584.81 | $241,309.81 | $240,584.81 | $240,584.81 | $240,584.81 | $240,584.81 | $240,584.81 | $240,584.81 |
| CASH FLOW WITH DGA PAY | $45,874.95 | $56,408.26 | $69,441.57 | $82,474.88 | $95,508.19 | $107,816.50 | $120,849.81 | $133,883.12 | $146,916.43 | $159,949.74 | $172,983.05 | $186,016.36 |
| CASH FLOW WITHOUT DGA PAY | $99,786.35 | $160,319.66 | $223,352.97 | $286,386.28 | $349,419.59 | $411,727.90 | $474,761.21 | $537,794.52 | $600,827.83 | $663,861.14 | $726,894.45 | $789,927.76 |

Motion: 102

# EXHIBIT 3

**Motion: 103**

1   GREGORY K. JONES, State Bar No. 181072
      gjones@sycr.com
2   STRADLING YOCCA CARLSON & RAUTH
    A PROFESSIONAL CORPORATION
3   10100 Santa Monica Blvd, Suite 1400
    Los Angeles, CA 90067
4   Telephone: (424) 214-7000
    Facsimile: (424) 214-7010
5
    *Subchapter V Trustee*
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                **LOS ANGELES DIVISION**

11  In re:                          CASE NO. 2:21-bk-18572-BB

12                                   Chapter 11

13  Adli Law Group, P.C.,

14                      Debtor.      **SUBCHAPTER V TRUSTEE'S**
                                     **STATEMENT REGARDING**
15                                   **CONTINUED STATUS**
                                     **CONFERENCE**
16
                                     Hearing:
17                                   Date: January 26, 2022
                                     Time: 10:00 a.m.
18                                   Place: Courtroom 1539
                                            255 E. Temple Street
19                                          Los Angeles, CA 90012

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
LOS ANGELES

                        **Motion: 104**

In connection with the continued status conference taking place on January 26, 2022, Gregory K. Jones, Subchapter V trustee in the above-captioned chapter 11 case (the "Subchapter V Trustee"), hereby provides this Statement regarding Adli Law Group, P.C., debtor and debtor in possession in the above-captioned case (the "Debtor"), and respectfully represents as follows:

While the Debtor's counsel and certain individuals assisting him have made an effort to provide relevant financial information to the Office of the United States Trustee ("UST"), Subchapter V Trustee, creditors, and other interested parties, there are a number of omissions that remain pending. Most critically, the Debtor has still failed to provide an answer to question 3 of the Statement of Financial Affairs, which asks about "Certain payments or transfers to creditors within 90 days before filing this case." *See* Docket No. 63, at 41. Without this information, it is impossible for parties to determine whether there are preference actions that could supplement the estate's recovery in a proposed plan.

Additionally, there are concerns about the Debtor's "Projections for Operations" [Docket No. 116, at 84]. First, the Debtor appears to have not clarified whether historical revenues will remain consistent during the chapter 11 case. Second, there is incomplete information about the specific amounts billed by each individual attorney at the firm. Finally, the Projections for Operations do not include professional fees for the Debtor's counsel or proposed accountant.

The Subchapter V Trustee does not question the sincerity of Debtor's counsel in cooperating with the UST and other creditors' requests; however, the issues that continue to be raised by parties need to be addressed before determining the direction of this case.

DATED: January 19, 2022

STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL CORPORATION

By:    /s/ *Gregory K. Jones*
          Gregory Jones
          Subchapter V Trustee

# EXHIBIT 4

**Motion: 106**

1  Gerald N. Sims (Cal. Bar No. 99133)
   Susan C. Stevenson (Cal. Bar No. 127291)
2  PYLE SIMS DUNCAN & STEVENSON, APC
   1620 Fifth Avenue, Suite 400
3  San Diego, CA  92101
   Phone: (619) 687-5200
4  jerrys@psdslaw.com/sstevenson@psdslaw.com

5  Attorneys for Steven and Theresa Hellings

6

7

8                    UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| 10 | In re | Bankruptcy Case No. 2:21-bk-18572-BB |
|----|-------|--------------------------------------|
| 11 | ADLI LAW GROUP P.C., | RESPONSE TO SUPPLEMENTAL DECLARATION OF DARIUSH G. ADLI IN |
| 12 | Debtor-in-Possession. | SUPPORT OF DEBTOR'S STATUS REPORT |
| 13 | | |
| 14 | | Date:   January 26, 2022 |
| | | Time:   10:00 a.m. |
| 15 | | Ctrm:  1539 |
| | | Place:  255 E. Temple St. |
| 16 | |           Los Angeles, CA 90012 |
| 17 | | |

18         Steven and Theresa Hellings hereby file their Response to the Supplemental Declaration of

19  Dariush G. Adli in Support of Debtor's Status Report.

20         The financial package attached to Dr. Adli's Supplemental Declaration is completely

21  unreliable.  At the continued § 341(a) meeting on January 12, 2022, Dr. Adli disclaimed  personal

22  knowledge in responding to many questions regarding the information contained in the Financials.

23  When it became apparent to those in attendance that the Financials were neither complete nor

24  accurate, Debtor's counsel stated that there would be a comprehensive review so that it can be

25  determined that the next amendment will be accurate.   No date for amending the schedules,

26  Statement of Financial Affairs or Financials was given, but the stated hope was to do so in 10 days to

27  two weeks.  Debtor still has not provided a schedule of transfers within the 90 days preceding the

28  bankruptcy filing as required in the Statement of Financial Affairs.  (See Dkt. No. 63, p. 41.)

                                              1

                                    **Motion: 107**

An example that illustrates the overall unreliability of the Financials and Schedules is the scheduled obligation to one of Debtor's employees. The Schedules filed on December 9, 2021, indicate that as of the petition date of November 10, 2021, Nicolette Hachem-Sawaya ("NHS") was owed $50,000 for "Wages and benefits." (Dkt. No. 63, p. 31, item 3.47.) There is no indication that the claim is contingent, unliquidated or disputed. Dr. Adli signed the Schedules under penalty of perjury. (Dkt. No. 63, p. 56.) However, the August 31, 2021 Balance Sheet attached to Dr. Adli's Supplemental Declaration includes the following liability: "LOAN FROM NHS $443,868.74." (Dkt. 116, p. 12.) Accepting both of those figures as accurate, would indicate that NHS received payment(s) of $393,868.73 sometime between August 31, 2021 and November 10, 2021. Unfortunately, Debtor still has not provided the schedule of transfers within 90 days preceding the filing.

In the new November 10, 2021 Balance Sheet attached to Dr. Adli's Supplemental Declaration, there is no mention of any amount owed to NHS. (Dkt. 116, p. 21.) When questioned about this discrepancy, Dr. Adli testified that the amount was taken off the balance sheet because it was not a "loan," but rather "unpaid wages." So apparently Dr. Adli does not believe that unpaid wages are a liability that belongs on a balance sheet.

The August 31, 2021 Balance Sheet also shows: "DUE FROM SHAREHOLDER 4,473,737.32." (Dkt. 116, p. 12.) The November 10, 2021 Balance Sheet eliminates that entry. (Dkt. 116, p. 21.) The explanation proffered is that this category was simply a placeholder for distributions to Dr. Adli's over the year "so that at the end of the year, the amounts can be properly allocated and accounted for." (Dkt. 116, p. 4) So if these amounts are "properly allocated and accounted for" at each year end, why is the amount so high? Coincidentally, when questioned about the expense item "Board of Director Fee." (Dkt. 116, p. 14.) Dr. Adli testified the Director Fees were suggested by the accountant so he would have W-2 income because the IRS does not like it when there is no W-2.

In addition, the January through August 2021 Statement of Cash Flows indicates: "Due From Shareholder -1,303,274.36." (Dkt. 116, p. 16). Thus, given Dr. Adli's statement that the Due From Shareholder category was simply to track the distributions made to him, it appears that Debtor made

2

**Motion: 108**

$1,303,274.36 in distributions to Dr. Adli between January and August 31, 2021.  However, the amounts Dr. Adli acknowledges receiving in that period stated in paragraph 17 of his Supplemental Declaration total $652,226.80.  (Dkt. 116, p. 9.)  Dr. Adli also states that he received $139,588.90 in "perquisites" for the 12 months prior to filing. (Dkt. 116, p. 9.) Those amounts together are far less than the $1.3 million in distributions referenced in the Statement of Cash Flows.

The Financial Statements submitted by the Debtor were neither reviewed nor audited by an accountant.  They were compiled based solely upon information provided by the Debtor.  Debtor's accountant "was not required to perform any procedure to verify the accuracy or completeness of the information provided."  (Dkt. 116, p. 20.)

The most recent Financials are not reliable and certainly do not tie to the Schedules on file. Debtor's counsel has indicated that the Schedules and Statement of Financial Affairs need to be amended after a comprehensive review to ensure their accuracy.  We agree.  The Hellings submit that Debtor should be required to provide complete and accurate Schedules, Statement of Affairs and financials by a date certain and prior to the scheduling of any responses to, or hearings regarding, any proposed plan.

Dated:  January 19, 2022                    PYLE SIMS DUNCAN & STEVENSON, APC



                                            By:/s/ Gerald N. Sims_____
                                               Gerald N. Sims, Attorneys for Steven and
                                               Theresa Hellings

3

**Motion: 109**

# EXHIBIT 5

**Motion: 110**

**Claims Summary**

[2:21-bk-18572-BB Adli Law Group P.C.](#)

Type: bk          Chapter: 11               Office: 2 (Los Angeles)
Assets: y          Judge: BB
Date Filed: 11/10/2021   Last Date to File Claims: 01/19/2022   Last Date to File (Govt): 05/09/2022
Trustee: Gregory Kent Jones (TR)

| Claim # | | Amount claimed * | Date filed | Creditor number | Creditor name |
|---|---|---|---|---|---|
| 1 | View | $41924.37 | 11/24/2021 | 41015724 | De Lage Landen Financial Services |
| 2 | View | $3253.25 | 11/29/2021 | 41015729 | Esquire Deposition Solutions |
| 3 | View | $15850.68 | 11/30/2021 | 41031300 | U.S. Small Business Administration |
| 4 | View | $424440.15 | 12/01/2021 | 41030921 | IRS |
| 5 | View | $50027.23 | 12/27/2021 | 41053559 | Independent Bankersbank |
| 6 | View | $1230000.00 | 12/28/2021 | 41015712 | Bank of the West |
| 7 | View | $4546.34 | 12/29/2021 | 41055022 | Franchise Tax Board |
| 8 | View | $1769.05 | 12/28/2021 | 41015754 | Minden Gross LLP |
| 9 | View | $42948.55 | 01/10/2022 | 41063107 | Chadwick Tyner |
| 10 | View | $42948.55 | 01/10/2022 | 41063108 | Skypanels, Inc. |
| 11 | View | $42948.55 | 01/10/2022 | 41063109 | Ali Salomi |
| 12 | View | $277600.00 | 01/10/2022 | 41063452 | Evergreen Manor II Homeowners Association |
| 13 | View | $17210000.00 | 01/11/2022 | 41015738 | Jonathan Betuel |
| 14 | View | $163408.14 | 01/13/2022 | 41066462 | John Keefe |
| 15 | View | $39000.00 | 01/13/2022 | 41066486 | CVFI-444 S Flower LP |
| 16 | View | $50000000.00 | 01/14/2022 | 41015733 | Gary Topolewski |
| 17 | View | $103323.47 | 01/14/2022 | 41068133 | CAB assignee of Evanston Insurance Company |
| 18 | View | $5000000.00 | 01/14/2022 | 41068194 | WBS, Inc. |
| 19 | View | $2089.00 | 01/11/2022 | 41015710 | Aptus Court Reporting, LLC |
| 20 | View | $87571.71 | 01/15/2022 | 41015723 | Dave Shenian |
| 21 | View | $30000000.00 | 01/16/2022 | 41068837 | Richard P. Taylor |
| 22 | View | $6000000.00 | 01/18/2022 | 41015774 | Steven and Theresa Hellings |
| 23 | View | $70380.06 | 01/18/2022 | 41015748 | Litigation Services |
| 24 | View | $4325271.68 | 01/18/2022 | 41070062 | L.A. Arena Funding, LLC |
| 25 | View | $89796.00 | 01/18/2022 | 41070156 | RSUI Group, Inc. |
| 26 | View | $2655595.31 | 01/18/2022 | 41015758 | NREA-TRC 700 LLC |
| 27 | View | $25000.00 | 01/19/2022 | 41015741 | Kjar McKenna & Stockalper LLP |
| 28 | View | | 01/19/2022 | 41070756 | SW Ventures, LLC |
| 29 | View | $23409.36 | 01/19/2022 | 41071000 | Apex Attorney Services Incorporated |

**Total Number of Claims: 29**

| Total Amount Claimed * | $117973101.45 |
|---|---|
| Total Amount Allowed * | |

* Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | $2655595.31 | |
| Priority | $238282.37 | |
| Administrative | | |

**PACER Service Center**
**Transaction Receipt**
01/19/2022 19:51:03
| PACER Login: | Lewlandau | Client Code: | Adli |
| Description: | Claims Summary | Search Criteria: | 2:1-bk-18572-BB Filed or Entered From: 12/30/2020 Filed or Entered |

**Motion: 111**

# EXHIBIT 6

**Motion: 112**

**Fill in this information to identify the case:**

Debtor 1 _____ADLI LAW GROUP PC_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___CENTRAL___ District of __CALIFORNIA__

Case number __2:21-BK-18572-BB_____

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

___Department of Treasury - Internal Revenue Service_____
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

[X] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

___Internal Revenue Service_____
Name

___P.O. Box 7346_____
Number Street

___Philadelphia_____ PA ____ 19101-7346__
City State                        ZIP Code

Contact phone ___1-800-973-0424_____

Contact email _____

Creditor Number: ___41030921_____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**Where should payments to the creditor be sent?** (if different)

___Internal Revenue Service_____
Name

___IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S
Number Street

___LAGUNA NIGUEL_____ CA ____ 92677__
City State                        ZIP Code

Contact phone ___(909) 388-8109_____

Contact email ___Florence.Perkins@irs.gov____

**4. Does this claim amend one already filed?**

[X] No
[ ] Yes. Claim number on court claims registry (if known) _____
Filed on _____
MM / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

[X] No
[ ] Yes. Who made the earlier filing? _____

Official Form 410                    **Proof of Claim**                    page 1

**Motion: 113**

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|--------------------------------------------------------------------|

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment ____

**7. How much is the claim?**   $_____ 424,440.15 _   **Does this amount include interest or other charges?**

☐ No

☒ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The  claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe:  *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321.

**Basis for perfection:**  _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $_____

**Amount of the claim that is secured:**  $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☒ Yes. Identify the property: See Attachment _____

**Motion: 114**

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | | **Amount entitled to priority** |
|---|---|---|
| | ☐ No | |
| | ☒ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____233,645.26 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   12/01/2021
                   MM / DD / YYYY

/s/ FLORENCE M PERKINS
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | FLORENCE M | | PERKINS |
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S 5503 | | |
| | Number Street | | |
| | LAGUNA NIGUEL | CA | 92677 |
| | City | State | ZIP Code |
| Contact phone | (909) 388-8109 | Email | Florence.Perkins@irs.gov |

**Motion: 115**

# Proof of Claim for
# Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:**   ADLI LAW GROUP PC

12400 WILSHIRE BLVD STE 1460
LOS ANGELES, CA 90025

**Form 410**
Attachment

**Case Number**
2:21-BK-18572-BB

**Type of Bankruptcy Case**
CHAPTER 11

**Date of Petition**
11/10/2021

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims**   under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX7270 | WT-FICA | 03/31/2013 | 12/26/2016 | $11,466.70 | $4,417.51 |
| XX-XXX7270 | WT-FICA | 12/31/2018 | 1 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | FUTA | 12/31/2018 | 2 1-ESTIMATED-SEE NOTE | $2,770.13 | $339.50 |
| XX-XXX7270 | WT-FICA | 03/31/2019 | 2 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 06/30/2019 | 2 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 09/30/2019 | 2 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 12/31/2019 | 2 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | FUTA | 12/31/2019 | 2 1-ESTIMATED-SEE NOTE | $2,770.13 | $175.76 |
| XX-XXX7270 | WT-FICA | 03/31/2020 | 2 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 06/30/2020 | 2 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 09/30/2020 | 2 D-ESTIMATED-SEE NOTE | $15,884.20 | $0.00 |
| XX-XXX7270 | WT-FICA | 12/31/2020 | 2 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | FUTA | 12/31/2020 | 2 1-ESTIMATED-SEE NOTE | $2,770.13 | $65.20 |
| XX-XXX7270 | WT-FICA | 03/31/2021 | 2 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 06/30/2021 | 2 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 09/30/2021 | 2 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 12/31/2021 | 2 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | FUTA | 12/31/2021 | 3 C-ESTIMATED-SEE NOTE | $2,375.48 | $0.00 |
| | | | | $228,647.29 | $4,997.97 |

**Total Amount of Unsecured Priority Claims:**   **$233,645.26**

**Unsecured General Claims**

**Motion: 116**

*Continued from Page 1*

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX7270 | WT-FICA | 03/31/2013 | 12/26/2016 | $0.00 | $0.00 |
| XX-XXX7270 | WT-FICA | 03/31/2016 | 3 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 06/30/2016 | 3 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 09/30/2016 | 3 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 12/31/2016 | 3 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | FUTA | 12/31/2016 | 3 1-ESTIMATED-SEE NOTE | $2,770.13 | $629.72 |
| XX-XXX7270 | WT-FICA | 03/31/2017 | 3 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 06/30/2017 | 3 D-ESTIMATED-SEE NOTE | $15,884.20 | $0.00 |
| XX-XXX7270 | WT-FICA | 09/30/2017 | 3 D-ESTIMATED-SEE NOTE | $15,884.20 | $0.00 |
| XX-XXX7270 | WT-FICA | 12/31/2017 | 3 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | FUTA | 12/31/2017 | 3 1-ESTIMATED-SEE NOTE | $2,770.13 | $496.41 |
| XX-XXX7270 | WT-FICA | 03/31/2018 | 3 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 06/30/2018 | 3 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | WT-FICA | 09/30/2018 | 3 D-ESTIMATED-SEE NOTE | $15,884.21 | $0.00 |
| XX-XXX7270 | CORP-INC | 12/31/2020 | 11/08/2021 | $0.00 | $0.00 |
| | | | | $180,266.55 | $1,126.13 |

Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . .$9,402.21

## Total Amount of Unsecured General Claims:     $190,794.89

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.
2 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.
3 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

**Motion: 117**

# EXHIBIT 7

**Motion: 118**

12/08/21 11:18PM

Fill in this information to identify the case:

Debtor name    **Adli Law Group P.C.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-18572-BB**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

  Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy; Verification of Master Mailing List of Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 8, 2021**    X _____
Signature of individual signing on behalf of debtor

**Dariush G. Adli**
Printed name

**President**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Motion: 119**

**Fill in this information to identify the case:**

Debtor name **Adli Law Group P.C.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:21-bk-18572-BB**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $      0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................... $      1,732,444.88

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................ $      1,732,444.88

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $      32,037.50

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$      5,609,570.64

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b

   $      5,641,608.14

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Motion: 120**

**Fill in this information to identify the case:**

Debtor name    **Adli Law Group P.C.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-18572-BB**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Bank of the West** | **Checking account** | **7828** | **$27,541.29** |
| 3.2. | **Bank of the West** | **Checking account** | **7851** | **$36,266.02** |
| 3.3. | **Bank of the West** | **Money Market account** | **7810** | **$2,140.64** |
| 3.4. | **Wells Fargo Bank** | **Checking Account** | **3159** | **$30.35** |
| 3.5. | **US Bank** | **Business account** | **1292** | **$214.43** |
| 3.6. | **Bank of the West** | **Checking account** | **7844** | **$109.87** |
| 3.7. | **Bank of the West** | **Checking** | **9261** | **$58,399.45** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

**Motion: 121**

| Debtor | **Adli Law Group P.C.** | Case number *(If known)* | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

**4.**　　**Other cash equivalents** *(Identify all)*

**5.**　　**Total of Part 1.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$124,702.05

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**　　**Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**　　**Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
　　　　**Bank of the West**
　　　　**Checking account - IOLTA**
7.1.　　**Accoount no. XXX9915**　　　　　　　　　　　　　　　　　　　　　　　$522.40

　　　　**Bank of the West**
　　　　**Checking account  - IOLTA**
7.2.　　**Account no. XXX4832**　　　　　　　　　　　　　　　　　　　　　　　$11,725.87

**8.**　　**Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**　　**Total of Part 2.**　　　　　　　　　　　　　　　　　　　　　　　　　　　$12,248.27

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**　　**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts Receivable - See Attachment 1 attached hereto.**

| 11b. Over 90 days old: | **1,345,193.72** | - | **Unknown** | $1,345,193.72 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**12.**　　**Total of Part 3.**　　　　　　　　　　　　　　　　　　　　　　　　　　$1,345,193.72

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**　　**Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**　　**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Motion: 122**

# ATTACHMENT 1

<u>In re Adli Law Group P.C.</u>, United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Schedule A/B Assets

**Motion: 123**

# Accounts Receivable Report

| Matter | Current | 30-59 | 60-89 | 90-119 | 120+ | Total |
|---|---|---|---|---|---|---|
| 1005.303 | 0.00 | 0.00 | 0.00 | 0.00 | 936.24 | 936.24 |
| 1013.213 | 2,280.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,280.00 |
| 1066.302 | 0.00 | 0.00 | 0.00 | 0.00 | 625.00 | 625.00 |
| 1098.202 | 1,800.96 | 0.00 | 862.78 | 3,573.07 | 974.00 | 7,210.81 |
| 1099.301 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 1238.301 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | 325.00 |
| 1238.302 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 140.00 |
| 1238.303 | 0.00 | 0.00 | 0.00 | 0.00 | 644.00 | 644.00 |
| 1238.801 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| 1277.302 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 1311.101 | 0.00 | 0.00 | 0.00 | 0.00 | 1,408.00 | 1,408.00 |
| 1311.101 | 560.00 | 0.00 | 0.00 | 0.00 | 90.00 | 650.00 |
| 1311.101 | 0.00 | 0.00 | 0.00 | 0.00 | 54.00 | 54.00 |
| 1311.101 | 350.00 | 0.00 | 0.00 | 0.00 | 54.00 | 404.00 |
| 1369.107 | 0.00 | 0.00 | 0.00 | 0.00 | 554.00 | 554.00 |
| 1467.301 | 0.00 | 0.00 | 105.00 | 0.00 | 90.00 | 195.00 |
| 1480.801 | 0.00 | 0.00 | 0.00 | 0.00 | -85.65 | -85.65 |
| 1485.301 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 1558.101 | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 250.00 |
| 1578.204 | 0.00 | 0.00 | 0.00 | 0.00 | 1,143.62 | 1,143.62 |
| 1606.301 | 0.00 | 0.00 | 0.00 | 180.00 | 0.00 | 180.00 |
| 1606.306 | 0.00 | 0.00 | 0.00 | 180.00 | 0.00 | 180.00 |
| 1622.101 | 0.00 | 0.00 | 0.00 | 0.00 | 640.00 | 640.00 |
| 1627.201 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| 1641.201 | 0.00 | 0.00 | 0.00 | 0.00 | 1,519.25 | 1,519.25 |
| 1659.203 | 55.62 | 0.00 | 0.00 | 0.00 | 0.00 | 55.62 |
| 1659.204 | 1,459.00 | 0.00 | 37.80 | 0.00 | 0.00 | 1,496.80 |
| 1695.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 753.30 | 753.30 |
| 1726.202 | 0.00 | 0.00 | 0.00 | 0.00 | 5,253.55 | 5,253.55 |
| 1736.101 | 0.00 | 0.00 | 0.00 | 0.00 | 145.62 | 145.62 |
| 1873.203 | 314.15 | 0.00 | 278.10 | 92.70 | 6,787.25 | 7,472.20 |

**Motion: 124**

| Account | | | | | | |
|---|---|---|---|---|---|---|
| 1873.204 | 3,862.05 | 3,862.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1999.Gen | -1,020.81 | -1,020.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2022.201 | 263.88 | 263.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.101 | 5,990.00 | 5,990.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.103 | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.104 | 1,190.00 | 1,190.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.105 | 1,890.00 | 1,000.00 | 890.00 | 0.00 | 0.00 | 0.00 |
| 2023.106 | 500.00 | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 |
| 2023.106 | 1,770.00 | 0.00 | 0.00 | 1,770.00 | 0.00 | 0.00 |
| 2023.107 | 1,620.00 | 1,050.00 | 570.00 | 0.00 | 0.00 | 0.00 |
| 2023.108 | 3,990.00 | 2,210.00 | 0.00 | 890.00 | 0.00 | 890.00 |
| 2023.109 | 1,779.00 | 1,779.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.11 | 1,894.00 | 1,894.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.111 | 1,980.00 | 1,980.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2023.303 | 700.00 | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2047.103 | 10,500.00 | 0.00 | 0.00 | 10,500.00 | 0.00 | 0.00 |
| 2055.201 | 2,236.81 | 1,962.83 | 273.98 | 0.00 | 0.00 | 0.00 |
| 2059.201 | 667.38 | 667.38 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2064.309 | 240.00 | 0.00 | 0.00 | 240.00 | 0.00 | 0.00 |
| 2085.201 | 1,246.30 | 1,246.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2093.601 | 1,776.37 | 1,776.37 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2096.101 | -5.00 | -5.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2138.101 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 0.00 |
| 2141.601 | -82.19 | -82.19 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2164.301 | 190.00 | 0.00 | 0.00 | 190.00 | 0.00 | 0.00 |
| 2164.302 | 190.00 | 0.00 | 0.00 | 190.00 | 0.00 | 0.00 |
| 2170.Gen | 190.00 | 190.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2225.101 | 180.00 | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2235.301 | 257.50 | 257.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2235.302 | 2,441.00 | 2,441.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2270.201 | 6,395.68 | 6,395.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2275.201 | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2278.336 | 162.00 | 162.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2287.201 | 70.56 | 0.00 | 0.00 | 0.00 | 0.00 | 70.56 |

**Motion: 125**

| | | | | | |
|---|---|---|---|---|---|
| 2296.201 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 | 480.00 |
| 2313.Gen | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| 2324.Gen | 0.00 | 1,100.00 | 0.00 | 0.00 | 0.00 | 1,100.00 |
| 2330.201 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| 2353.201 | 0.00 | 0.00 | 0.00 | 0.00 | 1,280.68 | 1,280.68 |
| 2353.202 | 0.00 | 0.00 | 0.00 | 0.00 | 10,279.19 | 10,279.19 |
| 2366.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 3,326.00 | 3,326.00 |
| 2371.201 | 16,013.44 | 0.00 | 8,801.76 | 3,869.24 | 25,374.76 | 54,059.20 |
| 2388.202 | 0.00 | 0.00 | 0.00 | 0.00 | 543.44 | 543.44 |
| 2388.803 | 0.00 | 0.00 | 0.00 | 0.00 | -543.44 | -543.44 |
| 2404.201 | 0.00 | 0.00 | 0.00 | 0.00 | -45,563.54 | -45,563.54 |
| 2404.202 | 0.00 | 0.00 | 0.00 | 0.00 | 27,436.96 | 27,436.96 |
| 2404.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 9,821.05 | 9,821.05 |
| 2406.201 | 0.00 | 0.00 | 1,506.45 | 0.00 | 0.00 | 1,506.45 |
| 2406.202 | 0.00 | 0.00 | 1,294.80 | 0.00 | 0.00 | 1,294.80 |
| 2406.203 | 3,932.60 | 0.00 | 4,426.99 | 0.00 | 0.00 | 8,359.59 |
| 2406.501 | 0.00 | 0.00 | 0.00 | 0.00 | 4,917.04 | 4,917.04 |
| 2417.201 | 0.00 | 0.00 | 0.00 | 0.00 | 5,328.51 | 5,328.51 |
| 2430.102 | 1,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,750.00 |
| 2430.102 | 7,445.22 | 0.00 | 0.00 | 0.00 | 0.00 | 7,445.22 |
| 2430.102 | 1,550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,550.00 |
| 2430.201 | 1,600.00 | 0.00 | 0.00 | 3,460.00 | 9,120.00 | 14,180.00 |
| 2439.Gen | 0.00 | 0.00 | 1,487.50 | 0.00 | 1,348.94 | 2,836.44 |
| 2455.201 | 0.00 | 0.00 | 0.00 | 0.00 | 11,410.36 | 11,410.36 |
| 2469.201 | 499.55 | 0.00 | 1,158.75 | 0.00 | 3,682.90 | 5,341.20 |
| 2487.101 | 0.00 | 0.00 | 1,621.72 | 0.00 | 0.00 | 1,621.72 |
| 2487.301 | 0.00 | 0.00 | 0.00 | 1,450.00 | 0.00 | 1,450.00 |
| 2487.304 | 0.00 | 0.00 | 125.00 | 0.00 | 0.00 | 125.00 |
| 2487.305 | 280.00 | 0.00 | 0.00 | 0.00 | 0.00 | 280.00 |
| 2487.305 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| 2508.201 | 3,243.20 | 0.00 | 2,480.24 | 0.00 | 10,274.75 | 15,998.19 |
| 2512.201 | 0.00 | 0.00 | 0.00 | 0.00 | 671.80 | 671.80 |
| 2512.203 | 0.00 | 0.00 | 0.00 | 0.00 | 660.00 | 660.00 |
| 2512.304 | 0.00 | 0.00 | 0.00 | 0.00 | -344.80 | -344.80 |

**Motion: 126**

| Account | | | | | | |
|---|---|---|---|---|---|---|
| 2512.305 | 593.00 | 593.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2517.202 | 21,469.10 | 18,889.10 | 1,635.00 | 0.00 | 0.00 | 945.00 |
| 2520.201 | 259.56 | 0.00 | 259.56 | 0.00 | 0.00 | 0.00 |
| 2526.301 | 550.00 | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2546.201 | 686.00 | 686.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2546.Gen | 30,000.00 | 0.00 | 0.00 | 15,000.00 | 0.00 | 15,000.00 |
| 2552.101 | 1,600.00 | 1,600.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2557.301 | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2557.302 | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2557.304 | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2557.305 | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2565.301 | 360.00 | 0.00 | 360.00 | 0.00 | 0.00 | 0.00 |
| 2565.601 | 1,500.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2565.Gen | 6,296.84 | 1,451.72 | 1,903.44 | 2,941.68 | 0.00 | 0.00 |
| 2595.302 | 570.00 | 570.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2595.304 | 2,500.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 500.00 |
| 2611.301 | 111.24 | 111.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2611.Gen | 550.22 | 550.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2612.Gen | 1,599.15 | 1,599.15 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2616.301 | 2,520.00 | 2,520.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2617.301 | 660.00 | 660.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2617.302 | 191.70 | 191.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2623.101 | -700.00 | -700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2629.302 | 571.50 | 571.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2629.Gen | 185.40 | 185.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2641.201 | -206.00 | -206.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2651.201 | 493.50 | 493.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2653.201 | 139.05 | 139.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2659.201 | 416.56 | 416.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2660.201 | 36.00 | 36.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2668.201 | 3,607.20 | 3,180.00 | 180.00 | 0.00 | 0.00 | 247.20 |
| 2671.201 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2675.201 | 15,860.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,860.00 |
| 2675.202 | 44,797.28 | 25,083.08 | 9,949.80 | 9,764.40 | 0.00 | 0.00 |

**Motion: 127**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2675.21 | 20,102.50 | 0.00 | 13,887.50 | 22,645.00 | 9,995.00 | 66,630.00 |
| 2680.201 | 0.00 | 0.00 | 0.00 | 0.00 | 676.82 | 676.82 |
| 2680.202 | 0.00 | 0.00 | 0.00 | 0.00 | 311.98 | 311.98 |
| 2680.203 | 0.00 | 0.00 | 0.00 | 0.00 | 311.98 | 311.98 |
| 2686.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 7,913.04 | 7,913.04 |
| 2687.303 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| 2687.304 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| 2687.305 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 250.00 |
| 2687.306 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| 2687.307 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 250.00 |
| 2687.309 | 0.00 | 0.00 | 775.00 | 0.00 | 180.00 | 955.00 |
| 2696.301 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | 125.00 |
| 2696.302 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 1,100.00 |
| 2724.101 | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 | 3,500.00 |
| 2736.201 | 0.00 | 0.00 | 0.00 | 0.00 | 4,444.07 | 4,444.07 |
| 2744.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 |
| 2748.201 | 0.00 | 0.00 | 0.00 | 0.00 | 185.00 | 185.00 |
| 2750.402 | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 | 1,300.00 |
| 2752.101 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| 2754.201 | 0.00 | 0.00 | 0.00 | 0.00 | 11,307.68 | 11,307.68 |
| 2767.201 | 0.00 | 0.00 | 0.00 | 0.00 | 39,875.60 | 39,875.60 |
| 2767.202 | 0.00 | 0.00 | 0.00 | 0.00 | 27,107.18 | 27,107.18 |
| 2767.203 | 0.00 | 0.00 | 0.00 | 0.00 | 24,977.82 | 24,977.82 |
| 2767.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 5,614.80 | 5,614.80 |
| 2773.201 | 957.90 | 0.00 | 0.00 | 247.20 | 8,985.20 | 10,190.30 |
| 2792.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 35.90 | 35.90 |
| 2798.201 | 0.00 | 0.00 | 0.00 | 0.00 | 737.76 | 737.76 |
| 2799.201 | 0.00 | 0.00 | 0.00 | 486.15 | 1,184.10 | 1,670.25 |
| 2808.201 | 0.00 | 0.00 | 0.00 | 0.00 | 23,385.00 | 23,385.00 |
| 2817.301 | 0.00 | 0.00 | 0.00 | 0.00 | 810.00 | 810.00 |
| 2825.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 538.65 | 538.65 |
| 2835.201 | 0.00 | 0.00 | 0.00 | 82.40 | 18,858.99 | 18,941.39 |
| 2837.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 2838.301 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 | -500.00 |

**Motion: 128**

| Account | | | | | | |
|---|---|---|---|---|---|---|
| 2838.302 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| 2839.Gen | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| 2843.201 | 0.00 | 0.00 | 0.00 | 0.00 | -228.85 | -228.85 |
| 2843.301 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | 18.00 |
| 2845.201 | 0.00 | 0.00 | 0.00 | 0.00 | 108.00 | 108.00 |
| 2848.Gen | 1,890.00 | 0.00 | 2,030.00 | 0.00 | 0.00 | 3,920.00 |
| 2850.Gen | 1,575.00 | 0.00 | 770.00 | 2,940.00 | 550.00 | 5,835.00 |
| 2858.201 | 0.00 | 0.00 | 0.00 | 84.00 | 506.00 | 590.00 |
| 2863.201 | 0.00 | 0.00 | 0.00 | 0.00 | 61.80 | 61.80 |
| 2863.801 | 168.00 | 0.00 | 821.94 | 2,100.00 | 3,402.00 | 6,491.94 |
| 2863.Gen | 0.00 | 0.00 | 0.00 | 672.00 | 1,375.50 | 2,047.50 |
| 2866.201 | 0.00 | 0.00 | 0.00 | 0.00 | 211.95 | 211.95 |
| 2872.Gen | 0.00 | 0.00 | 0.00 | 0.00 | -29.23 | -29.23 |
| 2874.201 | 0.00 | 0.00 | 0.00 | 0.00 | 283.25 | 283.25 |
| 2875.Gen | 0.00 | 0.00 | 129.78 | 0.00 | 126.00 | 255.78 |
| 2876.201 | 1,153.60 | 0.00 | 704.52 | 1,854.00 | 100,944.58 | 104,656.70 |
| 2878.302 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| 2883.201 | 848.00 | 0.00 | 0.00 | 0.00 | 0.00 | 848.00 |
| 2888.201 | 0.00 | 0.00 | 0.00 | 0.00 | 81,952.42 | 81,952.42 |
| 2896.31 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 2903.201 | 0.00 | 0.00 | 0.00 | 0.00 | 87.50 | 87.50 |
| 2903.202 | 0.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 | 3,000.00 |
| 2903.203 | 0.00 | 0.00 | 0.00 | 0.00 | 2,494.60 | 2,494.60 |
| 2903.204 | 0.00 | 0.00 | 0.00 | 0.00 | 2,842.80 | 2,842.80 |
| 2903.205 | 0.00 | 0.00 | 0.00 | 0.00 | 7,888.00 | 7,888.00 |
| 2903.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 4,109.70 | 4,109.70 |
| 2906.201 | 112.15 | 0.00 | 0.00 | 0.00 | 0.00 | 112.15 |
| 2908.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| 2909.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| 2911.601 | 0.00 | 0.00 | 0.00 | 0.00 | 50.47 | 50.47 |
| 2914.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| 2916.201 | 0.00 | 0.00 | 0.00 | 0.00 | 1,173.17 | 1,173.17 |
| 2918.201 | 0.00 | 0.00 | 82.40 | 0.00 | 6,635.50 | 6,717.90 |
| 2923.102 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 | 450.00 |

**Motion: 129**

| | | | | | |
|---|---|---|---|---|---|
| 2928.301 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 |
| 2928.307 | 0.00 | 0.00 | 750.00 | 0.00 | 750.00 |
| 2932.201 | 659.20 | 0.00 | 935.24 | 1,827.80 | 7,583.44 |
| 2933.201 | 521.10 | 0.00 | 0.00 | 0.00 | 521.10 |
| 2941.Gen | 0.00 | 0.00 | 0.00 | 0.00 | 55.62 |
| 2943.201 | 0.00 | 0.00 | 93.00 | 93.00 | 186.00 |
| 2943.202 | 4,774.05 | 0.00 | 926.40 | 1,545.65 | 6,319.70 |
| 2943.204 | 702.15 | 0.00 | 2,241.30 | 6,051.25 | 9,921.10 |
| 2946.201 | 0.00 | 0.00 | 0.00 | 26,694.42 | 26,694.42 |
| 2947.201 | 14,854.66 | 0.00 | 10,079.58 | 9,410.08 | 54,180.60 | 88,524.92 |
| 2948.201 | 0.00 | 0.00 | 0.00 | 15,001.65 | 15,001.65 |
| 2950.Gen | 0.00 | 0.00 | 0.00 | 3,402.00 | 3,402.00 |
| 2955.Gen | 1,359.90 | 0.00 | 4,186.35 | 0.00 | 5,546.25 |
| 2957.201 | 741.60 | 0.00 | 0.00 | 185.40 | 0.00 | 927.00 |
| 2960.201 | 0.00 | 0.00 | 0.00 | 78.02 | 78.02 |
| 2961.201 | 0.00 | 0.00 | 905.95 | 1,780.31 | 0.00 | 2,686.26 |
| 2963.201 | 0.00 | 0.00 | 0.00 | 520.00 | 520.00 |
| 2968.201 | 3,958.50 | 0.00 | 1,007.00 | 0.00 | 0.00 | 4,965.50 |
| 2971.302 | 0.00 | 0.00 | 0.00 | 516.00 | 516.00 |
| 2972.202 | 206.00 | 0.00 | 765.70 | 0.00 | 971.70 |
| 2973.201 | 325.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| 2975.101 | 0.00 | 0.00 | 0.00 | 540.00 | 540.00 |
| 2978.301 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 2988.201 | 0.00 | 0.00 | 0.00 | 108.00 | 108.00 |
| 2989.201 | 0.00 | 0.00 | 185.40 | 185.40 | 2,775.25 | 3,146.05 |
| 2992.304 | 0.00 | 0.00 | 0.00 | 125.00 | 125.00 |
| 2992.305 | 0.00 | 0.00 | 0.00 | 125.00 | 125.00 |
| 2992.306 | 0.00 | 0.00 | 0.00 | 125.00 | 125.00 |
| 2995.304 | 0.00 | 0.00 | 0.00 | 20.00 | 20.00 |
| 2997.201 | 897.65 | 0.00 | 0.00 | 0.00 | 191.58 | 1,089.23 |
| 2998.101 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2999.201 | 13,778.00 | 0.00 | 0.00 | 0.00 | 13,778.00 |
| 2999.Gen | 309.00 | 0.00 | 0.00 | 0.00 | 309.00 |
| 3002.Gen | 4,789.50 | 0.00 | 465.00 | 0.00 | 5,254.50 |

**Motion: 130**

| Account | | | | | | |
|---|---|---|---|---|---|---|
| 3006.201 | 0.00 | 0.00 | 930.07 | 363.59 | 7,183.72 | 8,477.38 |
| 3007.102 | 0.00 | 0.00 | 0.00 | 306.00 | 100.00 | 406.00 |
| 3007.102 | 0.00 | 0.00 | 0.00 | 350.00 | 258.58 | 608.58 |
| 3007.201 | 0.00 | 0.00 | 0.00 | 17,120.00 | 57,280.00 | 74,400.00 |
| 3007.303 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| 3009.201 | 0.00 | 0.00 | 0.00 | 0.00 | 30.90 | 30.90 |
| 3010.201 | 2,209.87 | 0.00 | 2,162.49 | 0.00 | 0.00 | 4,372.36 |
| 3015.101 | 1,775.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,775.00 |
| 3018.201 | 0.00 | 0.00 | 0.00 | 92.70 | 0.00 | 92.70 |
| 3022.201 | 462.00 | 0.00 | 225.00 | 1,965.00 | 4,000.00 | 6,652.00 |
| 3024.201 | 0.00 | 0.00 | 0.00 | 0.00 | 247.20 | 247.20 |
| 3034.201 | 317.24 | 0.00 | 56.65 | 0.00 | 24.60 | 398.49 |
| 3034.203 | 0.00 | 0.00 | 61.80 | 0.00 | 4,535.29 | 4,597.09 |
| 3035.802 | 420.00 | 0.00 | 1,255.50 | 976.50 | 0.00 | 2,232.00 |
| 3039.601 | 4,841.00 | 0.00 | 2,975.00 | 2,100.00 | 490.00 | 5,985.00 |
| 3040.201 | 383.16 | 0.00 | 5,026.40 | 3,028.20 | 4,785.00 | 17,680.60 |
| 3041.201 | 3,686.20 | 0.00 | 1,501.74 | 0.00 | 0.00 | 1,884.90 |
| 3042.201 | 0.00 | 0.00 | 1,359.60 | 5,357.61 | 849.75 | 11,253.16 |
| 3042.301 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.302 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.303 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.304 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.305 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.306 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.307 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.308 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.309 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.31 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.311 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.312 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.313 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.314 | 0.00 | 0.00 | 0.00 | 755.00 | 0.00 | 755.00 |
| 3042.Gen | 0.00 | 0.00 | 736.45 | 0.00 | 0.00 | 736.45 |
| 3044.201 | 2,200.75 | 0.00 | 0.00 | 0.00 | 0.00 | 2,200.75 |

**Motion: 131**

| | | | | | |
|---|---|---|---|---|---|
| 3045.201 | 2,906.66 | 0.00 | 2,142.40 | 8,116.40 | 0.00 | 13,165.46 |
| 3045.202 | 846.24 | 0.00 | 762.20 | 1,668.60 | 0.00 | 3,277.04 |
| 3047.201 | 80.00 | 0.00 | 120.00 | 446.50 | 8,339.50 | 8,986.00 |
| 3048.201 | 111.24 | 0.00 | 0.00 | 0.00 | 0.00 | 111.24 |
| 3052.201 | 0.00 | 0.00 | 0.00 | 0.00 | -495.00 | -495.00 |
| 3057.201 | 0.00 | 0.00 | 0.00 | 206.00 | 12,986.40 | 13,192.40 |
| 3059.201 | 0.00 | 0.00 | 0.00 | 0.00 | 6,894.76 | 6,894.76 |
| 3060.801 | 139.50 | 0.00 | 3,335.82 | 0.00 | 0.00 | 3,475.32 |
| 3063.201 | 14,392.20 | 0.00 | 0.00 | 0.00 | 0.00 | 14,392.20 |
| 3066.201 | 231.75 | 0.00 | 0.00 | 115.88 | 2,626.50 | 2,974.13 |
| 3068.201 | 0.00 | 0.00 | 0.00 | 324.50 | 0.00 | 324.50 |
| 3069.201 | 3,499.94 | 0.00 | 0.00 | 0.00 | 0.00 | 3,499.94 |
| 3070.101 | 180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 |
| 3070.106 | 429.75 | 0.00 | 0.00 | 0.00 | 0.00 | 429.75 |
| 3070.301 | 0.00 | 0.00 | 0.00 | 700.00 | 0.00 | 700.00 |
| 3070.Gen | 3,275.10 | 0.00 | 0.00 | 0.00 | 0.00 | 3,275.10 |
| 3073.101 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 250.00 |
| 3075.201 | 8,141.40 | 0.00 | 0.00 | 0.00 | 0.00 | 8,141.40 |
| 3076.201 | 0.00 | 0.00 | 0.00 | 1.08 | 0.00 | 1.08 |
| 3077.Gen | 2,557.50 | 0.00 | 859.50 | 0.00 | 0.00 | 3,417.00 |
| 3082.201 | 0.00 | 0.00 | 0.00 | 286.60 | 0.00 | 286.60 |
| 3083.201 | 2,457.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2,457.20 |
| 3083.Gen | 0.00 | 0.00 | 494.40 | 556.20 | 0.00 | 1,050.60 |
| 3085.201 | 1,700.02 | 0.00 | 166.67 | 0.00 | 0.00 | 1,866.69 |
| 3088.201 | 0.00 | 0.00 | 0.00 | 24.40 | 0.00 | 24.40 |
| 3091.301 | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| 3091.302 | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| 3091.303 | 1,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 |
| 3091.304 | 1,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 |
| 3092.201 | 9.22 | 0.00 | 0.00 | 0.00 | 0.00 | 9.22 |
| 3093.302 | 0.00 | 0.00 | 0.00 | 278.00 | 0.00 | 278.00 |
| 3094.301 | 3,745.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,745.00 |
| 3094.302 | 1,050.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,050.00 |
| 3094.303 | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 |

**Motion: 132**

| Account | | | | | | |
|---|---|---|---|---|---|---|
| 3094.401 | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 |
| 3098.301 | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| 3098.301 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 3098.301 | 480.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| 3098.302 | 1,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 |
| 3098.303 | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| 3098.303 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 3098.303 | 480.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| 3098.304 | 1,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 |
| 3098.305 | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| 3098.305 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 3098.305 | 480.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| 3098.306 | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| 3098.306 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 3098.306 | 480.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| 3101.201 | 0.00 | 0.00 | 232.50 | 186.00 | 0.00 | 418.50 |
| 3101.601 | 0.00 | 0.00 | 1,470.00 | 0.00 | 0.00 | 1,470.00 |
| 3103.201 | 982.50 | 0.00 | 400.00 | 0.00 | 0.00 | 1,382.50 |
| 3113.301 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| 3117.201 | 61.80 | 0.00 | 0.00 | 0.00 | 0.00 | 61.80 |
| 3125.401 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 |
| 3125.402 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 |
| 5067.COL | 0.00 | 0.00 | 0.00 | 0.00 | -28,813.36 | -28,813.36 |
| 5089.MKT | 0.00 | 0.00 | 21.30 | 18.00 | 0.00 | 39.30 |
| 5099.ADM | 0.00 | 0.00 | 0.00 | 0.00 | 923.97 | 923.97 |
| 5101.MKT | 1,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,750.00 |
| 5105.MKT | 0.00 | 0.00 | 0.00 | 0.00 | 19,236.00 | 19,236.00 |
| 5127.MKT | 0.00 | 0.00 | 0.00 | 4,770.00 | 0.00 | 4,770.00 |
| ADLI.Gai | 0.00 | 0.00 | 0.00 | 208.94 | 0.00 | 208.94 |
| ADLI.Syn | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 |
| ADLI.Urb | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 |
| | 234,597.20 | 1,100.00 | 136,469.22 | 138,843.18 | 834,184.12 | 1,345,193.72 |

**Motion: 133**

| Debtor | **Adli Law Group P.C.** | Case number *(If known)* | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture**<br>**Furniture and fixtures**<br>**Location:  In debtor's possession** | $0.00 | | $221,552.79 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Rental of copier machinies from 1 Touch Office Technology**<br>**Location:  In debtor's possession** | $0.00 | | $0.00 |
| **Lease of printers from Aztec Leasing, Inc.**<br>**Location:  In debtor's possession** | $0.00 | | $0.00 |
| **Computer**<br>**Location:  In debtor's possession** | $0.00 | | $12,748.05 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $234,300.84 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Motion: 134**

| Debtor | **Adli Law Group P.C.** | Case number *(If known)* **2:21-bk-18572-BB** |
|---|---|---|
| | Name | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2 Mercedez and a BMW  (leased)** | **$0.00** | | **$0.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.** **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

|  | **$0.00** |
|---|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **Office space<br>Location:  12400<br>Wilshire Blvd., Ste.<br>1460, Los Angeles,<br>CA 90025** | **Leasing office<br>space** | **$0.00** | | **$0.00** |

**56.** **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

|  | **$0.00** |
|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**Motion: 135**

| Debtor | **Adli Law Group P.C.** | Case number *(if known)* | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Drew Sherman - profit sharing** | $16,000.00 |

| 78. | **Total of Part 11.** | $16,000.00 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Motion: 136**

| Debtor | **Adli Law Group P.C.** | Case number *(If known)* | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$124,702.05** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$12,248.27** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$1,345,193.72** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$234,300.84** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$16,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,732,444.88** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$1,732,444.88** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Motion: 137**

| Fill in this information to identify the case: |
|---|

Debtor name        **Adli Law Group P.C.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-18572-BB**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Motion: 138**

**Fill in this information to identify the case:**

Debtor name __**Adli Law Group P.C.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**2:21-bk-18572-BB**__

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Anabel Rodriguez**<br>**1036 Bay View Ave**<br>**Wilmington, CA 90744-3322** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,178.11 | $2,178.11 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Ani Martirosian**<br>**410 Palm Dr**<br>**Glendale, CA 91202-2308** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,633.82 | $3,633.82 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages and benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Motion: 139**

| Debtor | **Adli Law Group P.C.** | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Ben Jakovljevic**
**4720 W 137th St**
**Hawthorne, CA 90250-6804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Employment Development**
**Department**
**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employment taxes due, if any**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State taxes owed, if any**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal taxes, if any**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

**Motion: 140**

| Debtor | Adli Law Group P.C. | Case number (if known) | 2:21-bk-18572-BB |
|---|---|---|---|
| | Name | | |

**2.7** | Priority creditor's name and mailing address

**Jacob Mojarro**
**717 Lindaraxa Park N**
**Alhambra, CA 91801-2734**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,589.61  $3,589.61

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address

**Jaqueline Vizcaino**
**4368 Lowell Ave**
**Los Angeles, CA 90032-1211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,292.79  $1,292.79

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address

**Jonathan Landis**
**8700 Pershing Dr**
**Playa del Rey, CA 90293-8000**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,448.76  $4,448.76

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

**Lorena Rodriguez**
**1550 Lagoon Ave**
**Wilmington, CA 90744-2044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,194.88  $2,194.88

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**Motion: 141**

| Debtor | **Adli Law Group P.C.** | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,551.26 | $4,551.26 |
|---|---|---|---|---|

**Nicolette Hachem-Sawaya**
**1250 Valrose Ct**
**Los Angeles, CA 90041-3382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,180.97 | $2,180.97 |
|---|---|---|---|---|

**Randi Simonette**
**2423 253rd Street**
**Lomita, CA 90717**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,339.05 | $2,339.05 |
|---|---|---|---|---|

**Rory Miller**
**234 Strathburgh Ln**
**Cary, NC 27518-9035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,628.25 | $5,628.25 |
|---|---|---|---|---|

**Ryan Mitchell**
**915 N La Brea**
**West Hollywood, CA 90038-2360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages and benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

---

**Motion: 142**

| Debtor | **Adli Law Group P.C.** | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$413.26** |
|---|---|---|---|

**1 Touch Office Technology**
**370 Amapola Ave., Ste. 106**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** October 2021

**Last 4 digits of account number** 2501

**Basis for the claim:** Equipment rental

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,015.62** |
|---|---|---|---|

**12400 Wilshire**
**12400 Wilshire lvd., Ste. 210**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** October 2021

**Last 4 digits of account number** 460C

**Basis for the claim:** Office rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**ABM Parking Services**
**12400 Wilshire Blvd.**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** November 2021

**Last 4 digits of account number** 9683

**Basis for the claim:** Parking service

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,121.64** |
|---|---|---|---|

**Ace Attorney Service Inc**
**811 Wilshire Blvd Suite 900**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Litigation and Messenger Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,627.21** |
|---|---|---|---|

**Apex Legal Services**
**611 Wilshire Blvd Suite 700**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Litigation and Messenger Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,089.04** |
|---|---|---|---|

**Aptus Court Reporting**
**600 West Broadway Ste 300**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Litigation Transcripts

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ASAP Truck & Trailer Repair**
**14643 Rancho Vista Dr.**
**Fontana, CA 92335**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Collection

Is the claim subject to offset? ■ No ☐ Yes

---

**Motion: 143**

| Debtor | **Adli Law Group P.C.** | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
| | **Aztec Leasing Inc** | ☐ Contingent | |
| | **PO Box 98813** | ☐ Unliquidated | |
| | **Las Vegas, NV 89193-8813** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lease of Printers – Settlement and Buyout of lease in exchange for keeping printers** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,230,000.00** |
| | **Bank of the West** | ☑ Contingent | |
| | **915 Wilshire Blvd Suite 100** | ☐ Unliquidated | |
| | **Los Angeles, CA 90017** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **PPP Loan** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$745.20** |
| | **Case Anywhere** | ☐ Contingent | |
| | **21860 Burbank Blvd Ste 125** | ☐ Unliquidated | |
| | **Woodland Hills, CA 91367** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Litigation Vendor Services** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,067.00** |
| | **Clarivate Analytics CompuMark Inc** | ☐ Contingent | |
| | **PO Box 3773** | ☐ Unliquidated | |
| | **Carol Stream, IL 60132-3773** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Intellectual Property services provided by outside counsel (foreign filings)** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
| | **Clark Hill PLC** | ☐ Contingent | |
| | **1055 W 7th St #2400** | ☐ Unliquidated | |
| | **Los Angeles, CA 90017** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Malpractice deductible owed to insurance defense counsel** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,987.75** |
| | **Cogent Communications** | ☑ Contingent | |
| | **PO Box 791087** | ☐ Unliquidated | |
| | **Baltimore, MD 21279-1087** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Contract for Internet and/or Phones** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,261.72** |
| | **CPA Global** | ☐ Contingent | |
| | **3133 W Frye Road** | ☐ Unliquidated | |
| | **Chandler, AZ 85226** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **IP services provided by outside counsel** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

**Motion: 144**

| Debtor | **Adli Law Group P.C.** | Case number *(if known)* | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,610.00** |
|---|---|---|---|

**Creditors Adjustment Bureau Inc**
**14226 Ventura Blvd**
**Sherman Oaks, CA 91423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Settlement of mal-practice deductible__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,000.00** |
|---|---|---|---|

**CVFI-444 S Flower LP**
**444 South Flower St Suite 610**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Stipulated Settlement ($144,000) for lease__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dancool HVAC Supply, Inc.**
**4544 San Fernando Rd.**
**Glendale, CA 91204**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Pending fee arbitration__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dariush Adli PhD Esq**
**Adli Law Group PC**
**12400 Wilshire Blvd Ste 1460**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dave Shenian**
**1055 West Seventh St Ste 2400**
**Los Angeles, CA 90017**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Profit sharing dispute__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,403.29** |
|---|---|---|---|

**De Lage Landen Financial Services**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Lease of Printers - Settlement ($55,403.29) for buyout of lease and keeping printers__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Douglas Emmett 1995 LLC**
**Attn Andrew B Goodman**
**c/o Douglas Emmett Mgmt Inc**
**808 Wilshire Blvd 2nd Fl**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __12400 Wilshire Lease__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

**Motion: 145**

| Debtor | **Adli Law Group P.C.** | Case number *(if known)* | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Drew Sherman**
**23921 Sylvan St**
**Woodland Hills, CA 91367-1246**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Proft sharing dispute**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**EIDL US Small Bus Admin**
**SBA Disaster Loan Service Center**
**1545 Hawkins Blvd Suite 202**
**El Paso, TX 79925-2652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **SBA Disaster Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,253.25 |
|---|---|---|---|

**Esquire Deposition Solutions**
**1500 Centre Pkwy Suite 100**
**Atlanta, GA 30344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Deposition Vendor Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Evergreen Manor II Homeowners Assn**
**918 W Garvey Avenue**
**Monterey Park, CA 91754**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Malpractice claim for return of fees paid**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gary Topolewski**
**9409 Lurline Ave**
**Chattsworth, CA 91311**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Malpractice claim covered by insurance and crossclaim for fees owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540.45 |
|---|---|---|---|

**Go Daddy**
**Attn:  General Counsel**
**14455 N. Hayden Rd., #219**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2021**
Last 4 digits of account number  **6673**

Basis for the claim:  **Internet domain and web hosting service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $820.00 |
|---|---|---|---|

**GV IP Law Firm**
**2316 Jangkyo-building 363**
**Samil-daero Jung-gu**
**Seoul 04541  KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **IP services provided by outside counsel (foreign filings)**

Is the claim subject to offset? ■ No ☐ Yes

---

**Motion: 146**

| Debtor | **Adli Law Group P.C.** | | Case number *(if known)* | **2:21-bk-18572-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | Hot Shot Hk, LLC | ■ Contingent | |
| | c/o Howard M. Fields, Esq. | ■ Unliquidated | |
| | 21900 Burbank Blvd., Ste. 300 | ■ Disputed | |
| | Woodland Hills, CA 91367 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Legal Malpractice** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120,000.00** |
|---|---|---|---|
| | John Keefe | ☐ Contingent | |
| | c/o Howard King | ☐ Unliquidated | |
| | 1900 Avenue of the Stars 25th Fl | ☐ Disputed | |
| | Los Angeles, CA 90067 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Loan Payback** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | Jonathan Betuel | ■ Contingent | |
| | 8136 Bilowvista Drive | ■ Unliquidated | |
| | Playa Del Rey, CA 90293 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Malpractice claim covered by insurance** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | Ketab Corporation | ■ Contingent | |
| | 12701 Van Nuys Blvd., Unit H | ■ Unliquidated | |
| | Pacoima  91331 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Legal Malpractice** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | Kjar McKenna & Stockalper LLP | ☐ Contingent | |
| | 841 Apollo Street Suite 100 | ☐ Unliquidated | |
| | El Segundo, CA 90245 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Malpractice deductible owed to insurance defense counsel** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,371.01** |
|---|---|---|---|
| | Kuroda Law Offices | ☐ Contingent | |
| | 2nd Akiyama Bldg 5F 3-6-2 | ☐ Unliquidated | |
| | Toranomon Minatoku Tokyo | ☐ Disputed | |
| | 105-0001 JAPAN | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **IP services by outside counsel (foreign filings)** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,100.00** |
|---|---|---|---|
| | L Tech Network Services Inc | ■ Contingent | |
| | 9926 Pioneer Blvd #101 | ■ Unliquidated | |
| | Santa Fe Springs, CA 90670 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Contractor claim for TI at prior office space** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Motion: 147**

| Debtor | **Adli Law Group P.C.** | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Laddr Agency**
**260 Newport Center Dr 1st Fl**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Website Design Vendor Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,836.00** |
|---|---|---|---|

**Legal Inc**
**10601 Clarence Drive #250**
**Frisco, TX 75033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Corporate Filing Vendor Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,380.00** |
|---|---|---|---|

**Litigation Services**
**3960 Howard Hughes Pkwy Suite 700**
**Las Vegas, NV 89169**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Litigation Services provided outside litigation support**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,900.91** |
|---|---|---|---|

**Marijuana Media**
**11355 W Olympic Blvd Ste 300**
**Los Angeles, CA 90064-1632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,900.12** |
|---|---|---|---|

**Marks & Clerk LLP**
**62-68 Hills Road**
**Cambridge  CB2 1LA**
**UK**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Intellectual Property services provided by outside counsel (foreign filings)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,250.00** |
|---|---|---|---|

**Mibura Inc**
**3520 S Bentley Ave**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Settlement ($54,000) for Vendor Balance owed in the amount of $57,681.26**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Michael Hevesy**
**19401 Parthenia St Apt 4006**
**Northridge, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Attorney portrait photography**

Is the claim subject to offset? ☑ No  ☐ Yes

**Motion: 148**

| Debtor | **Adli Law Group P.C.** | | | Case number (if known) | **2:21-bk-18572-BB** |
| | Name | | | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,278.01** |
| | **Minden Gross LLP** | ☐ Contingent | |
| | **145 King Street West Suite 2200** | ☐ Unliquidated | |
| | **Toronto ON M5H 4G2** | ☐ Disputed | |
| | **CANADA** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Intellectual Property services provided by outside counsel (foreign filings)__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.88** |
| | **NDS** | ☐ Contingent | |
| | **1560 N. Missile Way** | ☐ Unliquidated | |
| | **Anaheim, CA 92801** | ☐ Disputed | |
| | **Date(s) debt was incurred** _October 2021_ | **Basis for the claim:** __Delivery service__ | |
| | **Last 4 digits of account number** _0002_ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,471.39** |
| | **Network Deposition Services** | ☐ Contingent | |
| | **1800 Century Park East Ste 150** | ☐ Unliquidated | |
| | **Los Angeles, CA 90067** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Deposition Vendor Services__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NEWITY** | ☐ Contingent | |
| | **1123 W Washington Blvd 3** | ☐ Unliquidated | |
| | **Chicago, IL 60607** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __PPP Loan - forgiven prepetition__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
| | **Nicolette Hachem-Sawaya** | ☐ Contingent | |
| | **1250 Valrose Ct** | ☐ Unliquidated | |
| | **Los Angeles, CA 90041-3382** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Wages and benefits__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650,000.00** |
| | **NREA-TRC 700 LLC** | ■ Contingent | |
| | **700 S Flower Street Suite 450** | ■ Unliquidated | |
| | **Los Angeles, CA 90017** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Prior landlord claim for breach of lease__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **NREA-TRC 700 LLC** | ☐ Contingent | |
| | **Attn: Michelle Morales** | ☐ Unliquidated | |
| | **700 S Flower Ste 450** | ☐ Disputed | |
| | **Los Angeles, CA 90017** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Storage space lease__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Motion: 149**

| Debtor | **Adli Law Group P.C.** | | Case number *(if known)* | **2:21-bk-18572-BB** |
|---|---|---|---|---|
| | Name | | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**OMNI-INVICTUS dba Array**
**624 S Austin Avenue Ste 230**
**Georgetown, TX 78626-5758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Litigation Vendor Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**OZ Moving & Storage**
**5900 South Eastern Ave., Ste. 149**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2/2021**

Last 4 digits of account number  **7628**

Basis for the claim:  **Storage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pacific Premier Bank**
**17901 Von Karman Avenue, Ste. 1200**
**Irvine, CA 92614**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/2020**

Last 4 digits of account number  **9121**

Basis for the claim:  **PPP Loan - forgiven prepetition**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,935.00 |
|---|---|---|---|

**Patent Maniac**
**801 802 803 9th Floor**
**West End Mall Office Complex**
**Janak Puri, New Delhi -110058 INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **IP services provided by outside counsel**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,432.00 |
|---|---|---|---|

**Paul Menes**
**4223 Glencoe Ave Ste A220**
**Marina del Rey, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Small claims judgment by prior employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|

**RELX Inc DBA LexisNexis**
**28544 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Settlement ($12,000) for Vendor Balance owed in the
amount o**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**RSUI**
**Landmark American Insurance Company**
**c/o RSUI Group Inc**
**945 E Paces Ferry Rd Ste 1800**
**Atlanta, GA 30326-1160**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Malpractice Deductible-Open Cases (Hellings &
Betuel)**

Is the claim subject to offset? ■ No ☐ Yes

---

**Motion: 150**

| Debtor | **Adli Law Group P.C.** | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,000.00** |
| | **Ryan Mitchell** | ☐ Contingent | |
| | **915 N La Brea** | ☐ Unliquidated | |
| | **West Hollywood, CA 90038-2360** | ☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** **Wages and benefits** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,948.00** |
| | **Skypanels Inc Ali Salomi Chadwick T** | ■ Contingent | |
| | **9019 Oso Ave Suite E** | ■ Unliquidated | |
| | **Chatsworth, CA 91311** | ■ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** **Claim by prior client for return of fees paid** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$533.93** |
| | **Spectrum Internet** | ☐ Contingent | |
| | **12400 Wilshire Blvd., Ste. 1460 OFC** | ☐ Unliquidated | |
| | **Los Angeles, CA 90025-1019** | ☐ Disputed | |
| | **Date(s) debt was incurred** **October 2021** | **Basis for the claim:** **Internet service** | |
| | **Last 4 digits of account number** **2199** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700,000.00** |
| | **STAPLES CENTER** | ■ Contingent | |
| | **LA Arena Funding LLC** | ■ Unliquidated | |
| | **1111 S Figueroa St Ste 3100** | ■ Disputed | |
| | **Los Angeles, CA 90015** | | |
| | **Date(s) debt was incurred** | **Basis for the claim:** **Staples Center Suite** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Steven and Theresa Hellings** | ■ Contingent | |
| | **Attn Robin Offner** | ■ Unliquidated | |
| | **c/o Parker & Zubkoff** | ■ Disputed | |
| | **110 West A Street Suite 615** | | |
| | **San Diego, CA 92101** | | |
| | **Date(s) debt was incurred** | **Basis for the claim:** **Malpractice claim insurance is covering** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$109,116.04** |
| | **Thomson Reuters** | ☐ Contingent | |
| | **PO Box 6292** | ■ Unliquidated | |
| | **Carol Stream, IL 60197-6292** | ■ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** **Contractual services offered to the firm** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,253.98** |
| | **TIB NA The Independent BankersBank** | ☐ Contingent | |
| | **1550 N Brown Road 150** | ☐ Unliquidated | |
| | **Lawrenceville, GA 30043** | ☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** **4 Credit Cards w/ Revolving $50,000.00 control credit line** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

**Motion: 151**

| Debtor | **Adli Law Group P.C.** | | Case number *(if known)* | **2:21-bk-18572-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.64** Nonpriority creditor's name and mailing address

**Tony Sarkissian Dancool HVAC Supply**
833 Americana Way Unit 501
Glendale, CA 91210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Claim by prior client for return of atty fees re arbitration**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

**TPX Communications**
3300 N. Cimarron Road
Las Vegas, NV 89129

Date(s) debt was incurred **October 2021**

Last 4 digits of account number **1241**

As of the petition filing date, the claim is: *Check all that apply.*  **$1,447.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Telephone service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

**Unisearch Inc**
PO Box 11940
Olympia, WA 98508-1940

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Corporate Filing Vendor Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** Nonpriority creditor's name and mailing address

**Vaporous Technologies, LLC**
2170 W. 190th St.
Torrance, CA 90504

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

**Virtual Sports Entertainment, LLC**
170 S. Lincoln , Ste. 100
Spokane, WA 99201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

**Water Source Solutions**
14141 Covello St., Ste. 1D
Van Nuys, CA 91405

Date(s) debt was incurred **Q3 2021**

Last 4 digits of account number **9191**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Water system service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

**WBS Inc Robert Blotzer**
28026 Forrest Court
Castaic, CA 91384

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Malpractice claim covered by insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**Motion: 152**

| Debtor | **Adli Law Group P.C.** | | Case number (if known) | **2:21-bk-18572-BB** |
|---|---|---|---|---|
| | Name | | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CVFI-444 S Flower LP**<br>**c/o Nancy S Fong Esq**<br>**865 S Figueroa St Suite 28**<br>**Los Angeles, CA 90017-2543** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **De Lage Landen Financial Services**<br>**c/o Fred August Nehr, Esq.**<br>**213 West Miner Street**<br>**West Chester, PA 19382** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Evergreen Manor II Homeowners Assn.**<br>**c/o Jenny Zhao, Esq.**<br>**4424 Santa Anita Ave Suite 201**<br>**El Monte, CA 91731** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Gary Topolewski**<br>**Attn: David Parker, Esq.**<br>**c/o Parker Mills LLP**<br>**800 W 6th Street Suite 500**<br>**Los Angeles, CA 90017** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Jonathan Betuel**<br>**c/o Bernard Jasper, Esq.**<br>**1440 N Harbor Blvd Suite 900**<br>**Fullerton, CA 92835** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **L Tech Network Services Inc**<br>**c/o Gardener Riechmann & Chow**<br>**438 E Katella Ave Suite 202**<br>**Orange, CA 92867** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Litigation Services**<br>**c/o Law Offices of Mike Beede PLLC**<br>**P.O. Box 530337**<br>**Henderson, NV 89053** | Line **3.38**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **NREA-TRC 700 LLC**<br>**Attn: Todd Kindberg**<br>**c/o National RE Advisors LLC**<br>**900 Seventh St NW Ste 600**<br>**Washington, DC 20001** | Line **3.48**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **NREA-TRC 700 LLC**<br>**Attn: James R. Difede, Esq.**<br>**c/o Difede Ramsdell Bender PLLC**<br>**900 Seventh Street NW Ste 810**<br>**Washington, DC 20001** | Line **3.48**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **NREA-TRC 700 LLC**<br>**Attn Todd Kindberg**<br>**c/o National RE Advisors LLC**<br>**900 Seventh St NW Ste 600**<br>**Washington, DC 20001** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |

**Motion: 153**

| Debtor | Adli Law Group P.C. | Case number (if known) | 2:21-bk-18572-BB |
|--------|---------------------|------------------------|------------------|
|        | Name                |                        |                  |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.11** **NREA-TRC 700 LLC** Attn James R Difede Esq c/o Difede Ramsdell Bender PLLC 900 Seventh St NW Ste 810 Washington, DC 20001 | Line **3.49** ☐ Not listed. Explain ____ | _ |
| **4.12** **RELX Inc DBA LexisNexis** c/o Alan L Brodkin 15500 B Rockfield Blvd Irvine, CA 92618 | Line **3.55** ☐ Not listed. Explain ____ | _ |
| **4.13** **Skypanels Inc Ali Salomi Chadwick T** Attn Ashkan Ashour c/o Ashour Yehoshua APC 18425 Burbank Blvd Suite 712 Tarzana, CA 91356 | Line **3.58** ☐ Not listed. Explain ____ | _ |
| **4.14** **Thomson Reuters** c/o Elliot Silver 382 Main St Salem, NH 03079 | Line **3.62** ☐ Not listed. Explain ____ | _ |
| **4.15** **WBS Inc Robert Blotzer** c/o Karish & Bjorgum 119 E Union Street Suite B Pasadena, CA 91103 | Line **3.70** ☐ Not listed. Explain ____ | _ |
| **4.16** **WBS Inc. Robert Blotzer** c/o Friedman, Enriquez & Carlson 401 Wilshire Blvd 12th Floor Santa Monica, CA 90401 | Line **3.70** ☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 32,037.50 |
| **5b. Total claims from Part 2** | 5b. + | $ 5,609,570.64 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 5,641,608.14 |

**Motion: 154**

**Fill in this information to identify the case:**

Debtor name     **Adli Law Group P.C.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     **2:21-bk-18572-BB**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for printers** |
| State the term remaining | |
| List the contract number of any government contract | **Aztec Leasing, Inc.**<br>**PO Box 98813**<br>**Las Vegas, NV 89193-8813** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| State the term remaining | |
| List the contract number of any government contract | **Douglas Emmett 1995 LLC**<br>**Attn Andrew B Goodman**<br>**c/o Douglas Emmett Mgmt Inc**<br>**808 Wilshire Blvd 2nd Fl**<br>**Santa Monica, CA 90401** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Contract for Internet and/or Phones** |
| State the term remaining | |
| List the contract number of any government contract | **Spectrum Internet**<br>**12400 Wilshire Blvd., Ste. 1460 OFC**<br>**Los Angeles, CA 90025-1019** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Staples Center suite for marketing and client relations purpose** |
| State the term remaining | |
| List the contract number of any government contract | **Staples Center**<br>**LA Arena Funding LLC**<br>**1111 S. Figueroa St Ste 3100**<br>**Los Angeles, CA 90015** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Motion: 155**

12/09/21 12:20PM

| Debtor 1 | **Adli Law Group P.C.** | | | Case number *(if known)* | **2:21-bk-18572-BB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.5.    State what the contract or lease is for and the nature of the debtor's interest    **Telephone service**

     State the term remaining

     List the contract number of any government contract

**TPX Communications**
**P.O. Box 36430**
**Las Vegas, NV 89133-6430**

---

    **Schedule G: Executory Contracts and Unexpired Leases**    

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Motion: 156**

Fill in this information to identify the case:

Debtor name **Adli Law Group P.C.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:21-bk-18572-BB**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Motion: 157**

| Fill in this information to identify the case: |
|---|

Debtor name    **Adli Law Group P.C.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-18572-BB**

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$2,524,168.39** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ☑ Operating a business<br>☐ Other _____ | **$3,527,742.67** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other _____ | **$8,076,460.20** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**Motion: 158**

| Debtor | Adli Law Group P.C. | | | Case number (if known) | 2:21-bk-18572-BB |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. **TO BE PROVIDED** | | **$0.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attachment 2 attached hereto.** | | **$0.00** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Creditors Adjustment Bureau, Inc. v. Adli Law Group, PC 21STCV16535** | **Contract** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.2. **Dariush G. Adli and Adli Law Group v. Evergreen Manor II Homeowner's Association 20STCV48086** | **Contract** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ☑ Pending ☐ On appeal ☐ Concluded |

**Motion: 159**

# ATTACHMENT 2

In re Adli Law Group P.C., United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Statement of Financial Affairs
**Motion: 160**

Attachment 2
Statement of Financial Affairs
4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Ref | | Amount | Date | | Purpose | Recipient |
|---|---|---|---|---|---|---|
| 99002 | $ | 1,000.00 | 20-Nov-20 | DGA | Deposits into personal business account for business expenses; XX6008 WFB | |
| 168 | $ | 1,000.00 | 8-Feb-21 | DGA | Deposits into personal business account for business expenses; XX6008 WFB | |
| 172 | $ | 1,000.00 | 19-Feb-21 | DGA | Deposits into personal business account for business expenses; XX6008 WFB | |
| 175 | $ | 1,500.00 | 8-Mar-21 | DGA | Deposits into personal business account for business expenses; XX6008 WFB | |
| | $ | 4,500.00 | | | | |
| | | | | | | |
| 126 | $ | 3,932.56 | 24-Aug-20 | DGA | Health insurance payments | Blue Shield of California |
| 112 | $ | 3,932.56 | 19-Sep-20 | DGA | Health insurance payments | Blue Shield of California |
| 123 | $ | 3,932.56 | 2-Nov-20 | DGA | Health insurance payments | Blue Shield of California |
| 139 | $ | 3,932.56 | 16-Dec-20 | DGA | Health insurance payments | Blue Shield of California |
| 147 | $ | 3,932.56 | 29-Dec-20 | DGA | Health insurance payments | Blue Shield of California |
| 171 | $ | 2,690.59 | 5-Feb-21 | DGA | Health insurance payments | Blue Shield of California |
| 174 | $ | 2,690.59 | 1-Mar-21 | DGA | Health insurance payments | Blue Shield of California |
| | $ | 25,043.98 | (within one year) | | | |
| | | | | | | |
| | $ | 2,975.63 | 15-Nov-20 | | Car payments | Mercedes Benz Financial Services |
| | $ | 2,975.63 | 12-Dec-20 | | Car payments | Mercedes Benz Financial Services |
| | $ | 2,975.63 | 5-Jan-21 | | Car payments | Mercedes Benz Financial Services |
| | $ | 2,975.63 | 10-Feb-21 | | Car payments | Mercedes Benz Financial Services |
| | $ | 2,975.63 | 11-Mar-21 | | Car payments | Mercedes Benz Financial Services |
| | | | | | | |
| | $ | 1,258.07 | 10-Nov-20 | | Car payments | Mercedes Benz Financial Services |
| | $ | 1,258.07 | 1-Dec-20 | | Car payments | Mercedes Benz Financial Services |
| | $ | 1,258.07 | 1-Jan-21 | | Car payments | Mercedes Benz Financial Services |
| | $ | 1,258.07 | 20-Feb-21 | | Car payments | Mercedes Benz Financial Services |
| | $ | 1,258.07 | 3-Mar-21 | | Car payments | Mercedes Benz Financial Services |
| | $ | 6,290.35 | (within one year) | | | |
| | | | | | | |
| | $ | 620.00 | 10-Nov-20 | | Car payments | BMW of North America |
| | $ | 620.00 | 1-Dec-20 | | Car payments | BMW of North America |
| | $ | 620.00 | 10-Jan-21 | | Car payments | BMW of North America |
| | $ | 620.00 | 1-Feb-21 | | Car payments | BMW of North America |
| | $ | 620.00 | 5-Mar-21 | | Car payments | BMW of North America |
| | $ | 3,100.00 | (within one year) | | | |
| | | | | | | |
| | $ | 5,000.00 | 3-Apr-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. | |
| | $ | 5,000.00 | 4-Apr-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. | |
| | $ | 1,000.00 | 16-Apr-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. | |
| | $ | 1,500.00 | 23-Apr-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. | |
| | $ | 2,500.00 | 14-May-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. | |
| | $ | 2,000.00 | 21-May-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. | |

**Motion: 161**

Attachment 2
Statement of Financial Affairs
4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| ID | | Amount | Date | | Description |
|---|---|---|---|---|---|
| | $ | 2,000.00 | 1-Jun-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ | 4,000.00 | 11-Jun-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ | 4,000.00 | 18-Jun-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ | 1,000.00 | 29-Jun-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ | 5,000.00 | 2-Jul-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ | 6,000.00 | 13-Jul-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | **$** | **39,000.00** | (within one year) | | |
| 9901 | $ | 8,000.00 | 10-Aug-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 9902 | $ | 10,000.00 | 17-Aug-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 127 | $ | 20,000.00 | 10-Sep-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 111 | $ | 25,000.00 | 21-Sep-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 113 | $ | 10,000.00 | 25-Sep-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 120 | $ | 15,000.00 | 5-Oct-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 114 | $ | 10,000.00 | 13-Oct-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | **$** | **98,000.00** | | | |
| 121 | $ | 5,000.00 | 2-Nov-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 124 | $ | 10,000.00 | 9-Nov-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 125 | $ | 7,000.00 | 13-Nov-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 138 | $ | 2,000.00 | 16-Nov-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 99001 | $ | 5,000.00 | 20-Nov-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 154 | $ | 10,000.00 | 27-Nov-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 140 | $ | 3,100.00 | 16-Dec-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 155 | $ | 3,000.00 | 21-Dec-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 99003 | $ | 4,000.00 | 22-Dec-20 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | **$** | **49,100.00** | (within one year) | | |
| 148 | $ | 4,000.00 | 4-Jan-21 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 161 | $ | 3,000.00 | 11-Jan-21 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 162 | $ | 4,000.00 | 11-Jan-21 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 163 | $ | 5,000.00 | 15-Jan-21 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 149 | $ | 4,500.00 | 29-Jan-21 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 167 | $ | 3,000.00 | 8-Feb-21 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 169 | $ | 5,000.00 | 16-Feb-21 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 173 | $ | 25,000.00 | 22-Feb-21 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| 176 | $ | 12,500.00 | 15-Mar-21 | DGA | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ | 20,000.00 | 19-Mar-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ | 2,690.59 | 29-Mar-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ | 25,000.00 | 31-Mar-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ | 10,000.00 | 9-Apr-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ | 9,000.00 | 16-Apr-21 | | $10K allocated money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |

**Motion: 162**

Attachment 2
Statement of Financial Affairs
4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

3 of 3

| | Amount | Date | Description |
|---|---|---|---|
| | $ 5,000.00 | 23-Apr-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 25,000.00 | 30-Apr-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 20,000.00 | 7-May-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 20,000.00 | 14-May-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 18,000.00 | 21-May-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 5,000.00 | 4-Jun-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 25,000.00 | 18-Jun-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 16,300.00 | 25-Jun-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 12,000.00 | 30-Jun-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 5,000.00 | 2-Jul-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 12,000.00 | 13-Jul-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 16,255.00 | 16-Jul-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 1,750.00 | 22-Jul-21 | $10K allocated  money for personal business expense, including cars, health insurance, gas, business meals, dry cleaning, etc. |
| | $ 313,995.59 | (within one year) | |
| | $ 402,095.59 | | |
| 276 | 9,000.00 | 30-Jul-21 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 278 | 5K | Aug. 9, 21 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 279 | 7K | Aug. 17, 21 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 282 | 5K | 4-Aug-21 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 284 | 3K | 3-Sep-21 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 287 | 3.5K | 9/3/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 288 | 3K | 9/10/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 1003 | 2,500 | 9/13/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 290 | 3K | 9/17/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 294 | 5K | 9/30/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 301 | 3,339.20 | 10/12/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 304 | 10K | 10/20/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 311 | 3,200 | 10/27/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| | 4,447 | 10/27/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 313 | 4,500 | 10/29/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 314 | 20K | 11/5/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 315 | 10K | 11/8/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |
| 318 | 4895.31 | 11/9/2021 | $10K allocated  a money for personal business expense, including cars, health insurance gas, business mills, dry cleaning, etc. |

**Motion: 163**

| Debtor | Adli Law Group P.C. | | Case number *(if known)* | 2:21-bk-18572-BB |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Ketab Corp. v. Adli Law Group<br>19STCV09642 | Contract | Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 N. Hill St.<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | L Tech Network Services, Inc. v. Adli Law Group<br>21STCV17273 | Collection | Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 N. Hill St.<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Paul Menes vs. Adli Law Group, PC<br>21SMSC00215 | Small Claims | Santa Monica Courthouse<br>1725 Main Street<br>Santa Monica, CA 90401 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | NREA-TRC 700 LLC v. Adli Law Group<br>21STCV06220 | Contract | Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 N. Hill St.<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Dancool HVAC Supply, Inc. v. Dariush Adli, Esq.<br>2629-21 | Fee Arbitration | Beverly Hills Bar Association<br>9420 Wilshire Blvd., 2nd Floor<br>Beverly Hills, CA 90212 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Adli Law Group, PC v. Skypanels, Inc.<br>20STCV43191 | Contract | Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 N. Hill St.<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | CVFI-444 S. Flower LP v. Adli Law Group<br>20STCV01922 | Contract | Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 N. Hill St.<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | WBS, Inc., ET AL. vs Adli Law Group, Drew Sherman<br>20STCV34381 | Legal Malpractice | Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 N. Hill St.<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Jonathan Betuel v. Dariush Adli, Adli Law Group, Drew Sherman<br>21STCV02730 | Legal Malpractice | Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 N. Hill St.<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | Hot Shot Hk, LLC v. Adli Law Group, Dariush Adli, Drew Sherman<br>BC602312 | Legal Malpractice | Los Angeles Superior Court<br>Stanley Mosk Courthouse<br>111 N. Hill St.<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | Steven Hellings and Theresa Hellings v. Andrea Ruth Bird, Jonathan Landis, Adli Law Group, et al.<br>37-2020-00044516-CU-BT-CTL | Legal Malpractice | San Diego Superior Court<br>1100 Union St.<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Motion: 164**

Debtor    **Adli Law Group P.C.**    Case number *(if known)* **2:21-bk-18572-BB**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.14 | **Gary Topolewski v. Adli Law Group, Dariush Adli, Joshua Eichenstein, Drew Sherman**<br>**20STCV32929** | **Legal Malpractice** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 | **William Redfern, et al. vs Dariush G. Adli, et al.**<br>**20STCV29222** | **Legal Malpractice** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16 | **Adli Law Group, P.C., a California Professional Corporation vs Vaporous Technologies, LLC, a Pennsylvania Limited Liability Company, et al.**<br>**20STCV27347** | **Collection** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.17 | **CFVI-444 S Flower, LP, a Delaware Limited Partnership Vs Adli Law Group P.C., a California Corporation**<br>**20STCV02362** | **Contract** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.18 | **Adli Law Group, P.C., a California Professional Corporation vs. Luis C. Carreon, an Individual, et al.**<br>**20NWLC25119** | **Collection** | **Norwalk Courthouse 12720 Norwalk Blvd. Norwalk, CA 90650** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19 | **Adli Law Group, P.C., A California Professional Corporation vs. Virtual Sports Entertainment, LLC, a Washington Limited Liability Company, et al.**<br>**20STCV35351** | **Collection** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20 | **Adli Law Group, P.C., a California Professional Corporation vs. ASAP Truck and Trailer Repair, Inc., a California Corporation, et al.**<br>**20NWLC18024** | **Collection** | **Norwalk Courthouse 12720 Norwalk Blvd. Norwalk, CA 90650** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.21 | **Litigation Services & Tech v. Adli Law Group**<br>**A-21-837042-C** | **Contract** | **Nevada City Courthouse 201 Church Street Nevada City, CA 95959** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22 | **Drew Sherman, an Individual vs. Adli Law Group, P.C., a California Corporation; Dariush Ghaffar Adli, an Individual**<br>**WC-CM-776849** | **Claim** | **State of California Department of Industrial Relations Labor Commissioner's Office 320 W. 4th St., Ste. 450 Los Angeles, CA 90013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

**Motion: 165**

Debtor    **Adli Law Group P.C.**                                          Case number *(if known)*  **2:21-bk-18572-BB**

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|--------------------------------------------|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|
| **Other casualty:  Cyberattack that caused debtor's server to become unavailable.  It took months to recover most of the files, but not all of the files were recovered.** | **$50,000** | **October 2019** | **$600,000.00** |

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hahn & Hahn LLP  301 E. Colorado Blvd., 9th Floor  Pasadena, CA 91101-1977** | **Attorney Fees** | **10/26/2021** | **$30,000.00** |
| | **Email or website address  drallis@hahnlawyers.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

**Motion: 166**

Debtor    **Adli Law Group P.C.**                                   Case number *(if known)* **2:21-bk-18572-BB**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Hahn & Hahn LLP 301 E. Colorado Blvd., 9th Floor Pasadena, CA 91101-1977** | **Attorney Fees** | **11/3/2021** | **$20,000.00** |
| | Email or website address **drallis@hahnlawyers.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **444 S. Flower St., 31st Floor Los Angeles, CA 90071** | **7/1/2016 - 12/31/2019** |
| 14.2. | **700 South Flower Street, Ste. 1220 Los Angeles, CA 90017** | **1/9/2020 - 2/28/2021 (never occupied space)** |

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **6**

**Motion: 167**

| Debtor | Adli Law Group P.C. | Case number *(if known)* | 2:21-bk-18572-BB |
|---|---|---|---|

---

**Part 9:** **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Client address, social security number, passport, driver's license, credit card**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401K - Coadvantage Corporation Retirement Savings Plan** | EIN: **27-3007025** |

Has the plan been terminated?
☑ No
☐ Yes

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank**<br>**1601 Wilshire Blvd., Ste. 100**<br>**Los Angeles, CA 90025** | **XXXX-6008** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **Business account no. XXX6008** | **July 22, 2021** | **$1,426.73** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Motion: 168**

| Debtor | Adli Law Group P.C. | Case number *(if known)* | 2:21-bk-18572-BB |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| OZ Moving & Storage 5900 South Eastern Ave., Ste. 149 Commerce, CA 90040 | Dariush G. Adli 12400 Wilshire Blvd., Suite 1460 Los Angeles, CA 90025 | All items stored from debtor's 700 S. Flower office. | ☐ No ■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Adli Law Group P.C. 12400 Wilshire Blvd., Ste. 1460 Los Angeles, CA 90025 | Wells Fargo Bank 11601 Wilshire Blvd., Ste. 100 Los Angeles, CA 90025 | IOLTA Account - See Attachment 3 attached hereto. | $49,150.03 |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

---

**Motion: 169**

# ATTACHMENT 3

In re Adli Law Group P.C., United States Bankruptcy Court, Central District of California, Los Angeles
Division, Case No. 2:21-bk-18572-BB; Statement of Financial Affairs
**Motion: 170**

## Trust Balance By Client

Trust Balance Summary Grouped by Client.

| Date | Balance |
|------|---------|
| 3025.201 | $3,380.00 |
| 3080.201 | $2,129.20 |
| 2409.201 | $1,329.68 |
| 3038.201 | $2,075.66 |
| 3095.201 | $3,026.70 |
| 3124.201 | $8,904.20 |
| 2985.202 | $2,569.20 |
| 3102.201 | $3,242.30 |
| 3110.201 | $730.65 |
| 3107.201 | $391.35 |
| 3118.201 | $1,800.00 |
| 3054.201 | $4,675.55 |
| 3086.201 | $537.85 |
| 3120.201 | $3,586.00 |
| 2516.201 | $3,476.06 |
| 2449.201 | $14.00 |
| 3104.201 | $146.45 |
| 3056.201 | $1,119.54 |
| 2150.201 | $294.00 |
| 3034.202 | $1,739.34 |
| 2262.201 | $2,221.32 |
| 2550.201 | $1.20 |
| 3061.201 | $1,040.85 |
| 2671.201 | $414.87 |
| 2460.201 | $23.20 |
| 2492.Gen | $33.40 |
| 1837.201 | $4.46 |
| 2988.201 | $243.00 |

$49,150.03

**Motion: 171**

| Debtor | Adli Law Group P.C. | Case number *(if known)* | 2:21-bk-18572-BB |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Said Parsi, CPA DABFA**<br>**Parsi & Company, CPA, DABFA**<br>**1801 Century Park East, Ste. 1132**<br>**Los Angeles, CA 90067-2313** | **2016 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Said Parsi, CPA DABFA**<br>**Parsi & Company, CPA, DABFA**<br>**1801 Century Park East, Ste. 1132**<br>**Los Angeles, CA 90067-2313** | **2016 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Said Parsi, CPA DABFA**<br>**Parsi & Company, CPA, DABFA**<br>**1801 Century Park East, Ste. 1132**<br>**Los Angeles, CA 90067-2313** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Pacific Premier Bank**<br>**17901 Von Karman Avenue, Ste. 1200**<br>**Irvine, CA 92614** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Motion: 172

| Debtor | Adli Law Group P.C. | Case number *(if known)* | **2:21-bk-18572-BB** |
|---|---|---|---|

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dariush G. Adli | 444 S. Flower Street, Ste. 3100 Los Angeles, CA 90071 | Director, CEO, Secretary, and CFO | 100% interest |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See response to Part 2, Paragraph 4** | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **401K - Coadvantage Corporation Retirement Savings Plan** | **EIN:    27-3007025** |

**Motion: 173**

Debtor    **Adli Law Group P.C.**    Case number (if known) **2:21-bk-18572-BB**

12/08/21 11:18PM

---

**Part 14:    Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 8, 2021**

Signature of individual signing on behalf of the debtor

**Dariush G. Adli**
Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            **Motion: 174**            Best Case Bankruptcy

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
 Removal of Debtor in Possession (11 USC 1185);  Alternatively Conversion or Dismissal of Bankruptcy Case
 (11 USC 1112(b)
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
01/19/2022   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  01/19/2022  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Bluebond, US Bankruptcy Court, 255 E Temple St., Suite 1534, Los Angeles, CA 90012
Notice only to master mailing list per attached mailing service proof of service

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 01/19/2022   | Lewis R. Landau | /s/ Lewis R. Landau |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Motion: 175**

**NEF Service List:**

Richard D Buckley on behalf of Interested Party Courtesy NEF richard.buckley@arentfox.com
Eryk R Escobar on behalf of U.S. Trustee United States Trustee (LA) eryk.r.escobar@usdoj.gov
Nicholas W Gebelt on behalf of Creditor Richard Taylor ngebelt@goodbye2debt.com
Mark S Horoupian on behalf of Creditor Jonathan Betuel mhoroupian@sulmeyerlaw.com,
mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
Mark S Horoupian on behalf of Interested Party Courtesy NEF mhoroupian@sulmeyerlaw.com,
mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
Chi L Ip on behalf of Attorney Chi Ip filing@lawyer4property.com
Chi L Ip on behalf of Creditor Evergreen Manor II Homeowners Association, a nonprofit mutual benefit corporation
filing@lawyer4property.com
Chi L Ip on behalf of Interested Party Courtesy NEF filing@lawyer4property.com
Gregory Kent Jones (TR) gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
Karen King on behalf of Interested Party Courtesy NEF kking@offnerking.com
Lewis R Landau on behalf of Creditor NREA-TRC 700, LLC Lew@Landaunet.com
Lewis R Landau on behalf of Interested Party Courtesy NEF Lew@Landaunet.com
Anna Novruzyan on behalf of Debtor Adli Law Group P.C. anna.novruzyan@rmkb.com, calendar-
lao@rmkb.com;agnes.tualla@rmkb.com;snthony.arriola@rmkb.com
Dean G Rallis, Jr on behalf of Debtor Adli Law Group P.C. drallis@hahnlawyers.com,
jevans@hahnlawyers.com;drallis@ecf.courtdrive.com
Kenneth N Russak on behalf of Debtor Adli Law Group P.C. krussak@knrlaw.com, krussak@russaklaw.com
Dave Shenian on behalf of Interested Party Courtesy NEF dshenian@clarkhill.com,
cfalls@clarkhill.com;daguilar@clarkhill.com;DJaenike@clarkhill.com;SRoberts@ClarkHill.com;jearle@clarkhill.c
om
Gerald N Sims on behalf of Interested Party Courtesy NEF jerrys@psdslaw.com, bonniec@psdslaw.com
Gerald N Sims on behalf of Interested Party Steven and Theresa Hellings jerrys@psdslaw.com,
bonniec@psdslaw.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Christopher K.S. Wong on behalf of Interested Party Courtesy NEF christopher.wong@arentfox.com,
yvonne.li@arentfox.com
Joshua del Castillo on behalf of Interested Party Courtesy NEF jdelcastillo@allenmatkins.com

**Motion: 176**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

ADLI LAW GROUP, PC

CASE NO: 2:21-18572

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 1/19/2022, I did cause a copy of the following documents, described below,

Notice of Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/19/2022

/s/ /s/ Lewis R. Landau
/s/ Lewis R. Landau  143391

Lewis R Landau Attorney at Law
22287 MULHOLLAND HWY, STE 318
Calabasas, CA  91302

**Motion: 177**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

ADLI LAW GROUP, PC

CASE NO: 2:21-18572

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 1/19/2022, a copy of the following documents, described below,

Notice of Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/19/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Lewis R. Landau
Lewis R Landau Attorney at Law
22287 MULHOLLAND HWY, STE 318
Calabasas, CA  91302

**Motion: 178**

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS US MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" WERE SERVICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
09732
CASE 2-21-BK-18572-BB
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES
WED JAN 19 16-02-30 PST 2022

DEBTOR

ADLI LAW GROUP PC
12400 WILSHIRE BLVD SUITE 1460
LOS ANGELES CA 90025-1060

~~EXCLUDE~~

~~LOS ANGELES DIVISION~~
~~255 EAST TEMPLE STREET~~
~~LOS ANGELES CA 90012-3332~~

ACE ATTORNEY SERVICE INC
811 WILSHIRE BLVD SUITE 900
LOS ANGELES CA 90017-2637

ALI SALOMI
18425 BURBANK BLVD
STE 712
TARZANA CA 91356-2859

ANABEL RODRIGUEZ
1036 BAY VIEW AVE
WILMINGTON CA 90744-3322

ANI MARTIROSIAN
410 PALM DR
GLENDALE CA 91202-2308

APEX ATTORNEY SERVICES INCORPORATED
611 WILSHIRE BLVD SUITE 700
LOS ANGELES CA 90017-2904

APEX LEGAL SERVICES
611 WILSHIRE BLVD SUITE 700
LOS ANGELES CA 90017-2904

APTUS COURT REPORTING LLC
600 W BROADWAY
STE 300
SAN DIEGO CA 92101-3352

AZTEC LEASING
2215 VISTA RODEO DR
EL CAJON CA 92019-3565

BANK OF THE WEST
915 WILSHIRE BLVD SUITE 100
LOS ANGELES CA 90017-3436

BEN JAKOVLJEVIC
4720 W 137TH ST
HAWTHORNE CA 90250-6804

CAB ASSIGNEE OF EVANSTON INSURANCE
COMPANY
P O BOX 5932
SHERMAN OAKS CA 91413-5932

CPA GLOBAL
3133 W FRYE ROAD
CHANDLER AZ 85226-5155

CVFI 444 S FLOWER LP
444 SOUTH FLOWER ST SUITE 610
LOS ANGELES CA 90071-2983

CVFI 444 S FLOWER LP
CO CORETRUST CAPITAL PARTNERS LLC
444 S FLOWER STREET SUITE 600
LOS ANGELES CA 90071-2907

CVFI 444 S FLOWER LP
CO NANCY S FONG ESQ
865 S FIGUEROA ST SUITE 28
LOS ANGELES CA 90017-2543

CASE ANYWHERE
21860 BURBANK BLVD STE 125
WOODLAND HILLS CA 91367-7447

CHADWICK TYNER
18425 BURBANK BLVD
STE 712
TARZANA CA 91356-2859

CLARIVATE ANALYTICS COMPUMARK INC
PO BOX 3773
CAROL STREAM IL 60132-3773

CLARK HILL PLC
1055 W 7TH ST 2400
LOS ANGELES CA 90017-2550

COGENT COMMUNICATIONS
PO BOX 791087
BALTIMORE MD 21279-1087

CREDITORS ADJUSTMENT BUREAU INC
ATTN WENDY THOMAS
14226 VENTURA BLVD
SHERMAN OAKS CA 91423-2777

DARIUSH ADLI PHD ESQ
ADLI LAW GROUP PC
12400 WILSHIRE BLVD STE 1460
LOS ANGELES CA 90025-1060

DAVE SHENIAN
1055 WEST SEVENTH ST STE 2400
LOS ANGELES CA 90017-2550

DE LAGE LANDEN FINANCIAL
ATTN LITIGATION RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

**Motion: 179**

PARTIES DES...  ...NOT ...EDIA FILED W... ...MAN...
PARTIES WITH A '+' AND DESIGNATED AS "CM... ...RECEIVE... ...ICE THROUGH THE CM/ECF SYSTEM

DE LAGE LANDEN FINANCIAL SERVICES
CO FRED AUGUST NEHR
213 WEST MINER STREET
WEST CHESTER PA 19382-2924

DOUGLAS EMMETT 1995 LLC
ATTN ANDREW B GOODMAN
CO DOUGLAS EMMETT MGMT INC
12400 WILSHIRE BLVD 2ND FLOOR
LOS ANGELES CA 90025-1042

DREW SHERMAN
23921 SYLVAN ST
WOODLAND HILLS CA 91367-1246

EIDL US SMALL BUS ADMIN
SBA DISASTER LOAN SERVICE CENTER
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

ESQUIRE DEPOSITION SOLUTIONS
1500 CENTRE PKWY SUITE 100
ATLANTA GA 30344-8152

EVERGREEN MANOR II HOMEOWNERS ASSN
918 W GARVEY AVENUE
MONTEREY PARK CA 91754-2602

EVERGREEN MANOR II HOMEOWNERS ASSN
CO JENNY ZHAO
LAW OFFICE OF EDWARD CIP  ASSOCIATES A
4424 SANTA ANITA AVE SUITE 201
EL MONTE CA 91731-1684

EVERGREEN MANOR II HOMEOWNERS
ASSOCIATION
CO JENNY ZHAO LAW OFFICE OF EDWARD C
4424 SANTA ANITA AVE SUITE 201
EL MONTE CA 91731-1684

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

INTERNATIONAL
GV IP LAW FIRM
2316 JANGKYOBUILDING 363
SAMIL-DAERO JUNG-GU
SEOUL 04541 KOREA

GARY TOPOLEWSKI
9409 LURLINE AVE
CHATTSWORTH CA 91311-6004

GARY TOPOLEWSKI
ATTN DAVID PARKER
CO PARKER MILLS LLP
800 W 6TH STREET SUITE 500
LOS ANGELES CA 90017-2708

GIL HOPENSTAND
312 N SPRING STREET 5TH FL
LOS ANGELES CA 90012-4701

GRANT A CARLSON
FRIEDMAN ENRIQUEZ  CARLSON LLP
410 WILSHIRE BLVD 12TH FL
SANTA MONICA CA 90401-1410

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INDEPENDENT BANKERSBANK
CO CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS TX 75380-0849

JACOB MOJARRO
717 LINDARAXA PARK N
ALHAMBRA CA 91801-2734

JAQUELINE VIZCAINO
4368 LOWELL AVE
LOS ANGELES CA 90032-1211

JOHN KEEFE
MARK S HOROUPIAN CO SULMEYERKUPETZ
333 SOUTH GRAND AVE STE 3400
LOS ANGELES CA 90071-1538

JOHN KEEFE
CO HOWARD KING
1900 AVENUE OF THE STARS 25TH FL
LOS ANGELES CA 90067-4301

JONATHAN BETUEL
8136 BILOWVISTA DRIVE
PLAYA DEL REY CA 90293-7806

JONATHAN BETUEL
CO BERNARD JASPER ESQ
1440 N HARBOR BLVD SUITE 900
FULLERTON CA 92835-4122

JONATHAN LANDIS
8700 PERSHING DR 3313
PLAYA DEL REY CA 90293-8014

KJAR MCKENNA  STOCKALPER LLP
841 APOLLO STREET SUITE 100
EL SEGUNDO CA 90245-4769

INTERNATIONAL
KURODA LAW OFFICES
2ND AKIYAMA BLDG 5F 362
TORANOMON MINATOKU TOKYO
105-0001 JAPAN

L TECH NETWORK SERVICES INC
9926 PIONEER BLVD SUITE 101
SANTA FE SPRINGS CA 90670-6248

L TECH NETWORK SERVICES INC
CO GARDENER RIECHMANN  CHOW
438 E KATELLA AVE SUITE 202
ORANGE CA 92867-4859

**Motion: 180**

PARTIES DESIGNATED WITH A '-' WILL NOT RECEIVE NOTICE THROUGH THE MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WILL RECEIVE NOTICE THROUGH THE CM/ECF SYSTEM

LA ARENA FUNDING LLC
CO ARENT FOX LLP
ATTN- RICHARD D BUCKLEY JR
555 WEST FIFTH STREET 48TH FLOOR
LOS ANGELES CA 90013-1065

LADDR AGENCY
460 KING ST
CHARLESTON SC 29403-6229

LEGAL INC
10601 CLARENCE DRIVE 250
FRISCO TX 75033-3867

LITIGATION SERVICES
3960 HOWARD HUGHES PKWY SUITE 700
LAS VEGAS NV 89169-5983

LITIGATION SERVICES
CO LAW OFFICES OF MIKE BEEDE PLLC
PO BOX 530337
HENDERSON NV 89053-0337

LORENA RODRIGUEZ
1550 LAGOON AVE
WILMINGTON CA 90744-2044

MARIJUANA MEDIA
1441 S OGDEN DR
LOS ANGELES CA 90019-3707

INTERNATIONAL
MARKS  CLERK LLP
6268 HILLS ROAD
CAMBRIDGE CB2 1LA
UK

MIBURA INC
3562 S BENTLEY AVE
LOS ANGELES CA 90034-6505

MICHAEL HEVESY
544 W 1150 N
MIDWAY UT 84049-6142

CANADA
MINDEN GROSS LLP
ACCOUNTS RECEIVABLE
145 KING STREET WEST SUITE 2200
TORONTO ON M5H4G2
CANADA

NEWITY
1123 W WASHINGTON BLVD 3RD FLOOR
CHICAGO IL 60607-2078

NREA TRC 700 LLC
700 S FLOWER STREET SUITE 450
LOS ANGELES CA 90017-3726

NREA TRC 700 LLC
ATTN JAMES R DIFEDE ESQ
CO DIFEDE RAMSDELL BENDER PLLC
900 SEVENTH STREET NW STE 810
WASHINGTON DC 20001-3886

NREA TRC 700 LLC
ATTN MICHELLE MORALES
700 S FLOWER STE 450
LOS ANGELES CA 90017-3726

NREA TRC 700 LLC
ATTN TODD KINDBERG
CO NATIONAL RE ADVISORS LLC
900 SEVENTH ST NW STE 600
WASHINGTON DC 20001-3815

NETWORK DEPOSITION SERVICES
1800 CENTURY PARK EAST STE 150
LOS ANGELES CA 90067-1509

NICOLETTE HACHEM SAWAYA
ADLI LAW GROUP PC
12400 WILSHIRE BLVD STE 1460
LOS ANGELES CA 90025-1060

OMNI INVICTUS DBA ARRAY
624 S AUSTIN AVENUE STE 230
GEORGETOWN TX 78626-5758

INTERNATIONAL
PATENT MANIAC
801 802 803 9TH FLOOR
WEST END MALL OFFICE COMPLEX
JANAK PURI NEW DELHI -110058 INDIA

PAUL MENES
4223 GLENCOE AVE STE A220
MARINA DEL REY CA 90292-5671

RELX INC DBA LEXISNEXIS
28544 NETWORK PLACE
CHICAGO IL 60673-1285

RELX INC DBA LEXISNEXIS
CO ALAN L BRODKIN
15500 B ROCKFIELD BLVD
IRVINE CA 92618-2722

RSUI
LANDMARK AMERICAN INSURANCE COMPANY
CO RSUI GROUP INC
945 E PACES FERRY RD STE 1800
ATLANTA GA 30326-1373

RSUI GROUP INC
945 EAST PACES FERRY ROAD
SUITE 1800
ATLANTA GA 30326-1373

RANDI SIMONETTE
2423 253RD STREET
LOMITA CA 90717-2011

RICHARD P TAYLOR
NICHOLAS GEBELT
LAW OFFICES IF NICHOLAS GEBELT
WHITTIER CA 90604

**Motion: 181**

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENTS" WERE SERVED ELECTRONICALLY THROUGH THE CM/ECF SYSTEM

RORY MILLER
234 STRATHBURGH LN
CARY NC 27518-9035

RYAN MITCHELL
915 N LA BREA 430
WEST HOLLYWOOD CA 90038-2365

STAPLES CENTER
LA ARENA FUNDING LLC
1111 S FIGUEROA ST STE 3100
LOS ANGELES CA 90015-1333

SW VENTURES LLC
CO THE RYAN FIRM APC
2603 MAIN STREET SUITE 1225
IRVINE CA 92614-5038

SKYPANELS INC ALI SALOMI CHADWICK T
9638 TOPANGA CANYON PLACE SUITE A
CHATSWORTH CA 91311-0877

SKYPANELS INC ALI SALOMI CHADWICK T
ATTN ASHKAN ASHOUR
CO ASHOUR YEHOSHUA APC
9638 TOPANGA CANYON PLACE SUITE A
CHATSWORTH CA 91311-0877

SKYPANELS INC
18425 BURBANK BLVD
STE 712
TARZANA CA 91356-2859

STEVEN AND THERESA HELLINGS
ATTN ROBIN OFFNER
CO OFFNER  KING LLP
2411 SECOND AVENUE
SAN DIEGO CA 92101-1507

TIB NA THE INDEPENDENT BANKERSBANK
1550 N BROWN ROAD 150
LAWRENCEVILLE GA 30043-8154

THOMSON REUTERS
CO ALLEN MAXWELL   SILVER
382 MAIN STREET
SALEM NH 03079-2412

THOMSON REUTERS
CO ELLIOT SILVER
382 MAIN ST
SALEM NH 03079-2412

TONY SARKISSIAN DANCOOL HVAC SUPPLY
833 AMERICANA WAY UNIT 501
GLENDALE CA 91210-1536

US SMALL BUSINESS ADMINISTRATION
312 N SPRING STREET 5TH FL
LOS ANGELES CA 90012-2678

UNISEARCH INC
1780 BARNES BOULEVARD SW
TUMWATER WA 98512-0410

UNITED STATES TRUSTEE LA
915 WILSHIRE BLVD SUITE 1850
LOS ANGELES CA 90017-3560

WBS INC ROBERT BLOTZER
28026 FORREST COURT
CASTAIC CA 91384

WBS INC ROBERT BLOTZER
CO KARISH  BJORGUM
119 E UNION STREET SUITE B
PASADENA CA 91103-3951

WBS INC ROBERT BLOTZER
CO FRIEDMAN ENRIQUEZ  CARLSON
401 WILSHIRE BLVD 12TH FLOOR
SANTA MONICA CA 90401-1456

WBS INC
401 WILSHIRE BLVD 12TH FLOOR
SANTA MONICA CA 90401
SANTA MONICA CA 90401-1456

ANNA NOVRUZYAN
ROPERS MAJESKI KOHN  BENTLEY
445 S FIGUEROA ST STE 3000
STE 3000
LOS ANGELES CA 90071-1619

DEAN G RALLIS JR
HAHN  HAHN LLP
301 E COLORADO BLVD
9TH FLOOR
PASADENA CA 91101-1977

GREGORY KENT JONES TR
STRADLING YOCCA CARLSON  RAUTH
10100 N SANTA MONICA BLVD SUITE 1400
LOS ANGELES CA 90067-4140

KENNETH N RUSSAK
LA
1000 WILSHIRE BOULEVARD
19TH FLOOR
LOS ANGELES CA 90017-2457

RICHARD TAYLOR
PO BOX 1041
EASTHAM MA 02642-1041

**Motion: 182**

ADDRESSES WHERE THE CLERK'S OFFICE HAS DETERMINED VIA THE "USING THE COURT'S ELECTRONIC FILING IN BANKRUPTCY" AND THE COURT'S
NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM

(U.S. Trustee)
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
represented by:
Eryk R Escobar
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

eryk.r.escobar@usdoj.gov

(Creditor)
Richard Taylor
P.O. Box 1041
Eastham, MA 02642U.S.A.
represented by:
Nicholas W Gebelt
15150 Hornell St
Whittier, CA 90604

ngebelt@goodbye2debt.com

(Creditor)
NREA-TRC 700, LLC
represented by:
Lewis R Landau
22287 Mulholland Hwy., # 318
Calabasas, CA 91302
(fax)

Lew@Landaunet.com

(Trustee)
Gregory Kent Jones (TR)
Stradling Yocca Carlson & Rauth
10100 N. Santa Monica Blvd., Suite 1400
Los Angeles, CA 90067

gjones@sycr.com

Chi Ip
(Attorney)
represented by:
Chi L Ip
Law Offices of Edward C Ip & Assoc
4424 Santa Anita Ave Ste 201
El Monte, CA 91731

filing@lawyer4property.com

(Interested Party)
Steven and Theresa Hellings
represented by:
Gerald N Sims
1620 Fifth Avenue
Suite 400
San Diego, CA 92101

jerrys@psdslaw.com

(Creditor)
Evergreen Manor II Homeowners
Association, a nonprofit mutual
benefit corporation
represented by:
Chi L Ip
Law Offices of Edward C Ip & Assoc
4424 Santa Anita Ave Ste 201
El Monte, CA 91731

filing@lawyer4property.com

Joshua del Castillo
515 S Figueroa St
7th Fl
Los Angeles, CA 90071

jdelcastillo@allenmatkins.com

Christopher K.S. Wong
Arent Fox LLP
555 W Fifth St 48th Fl
Los Angeles, CA 90013

christopher.wong@arentfox.com

Gerald N Sims
1620 Fifth Avenue
Suite 400
San Diego, CA 92101

jerrys@psdslaw.com

Dave Shenian
Clark Hill
1055 W. 7th St., Suite 2100
Ste 3250
Los Angeles, CA 90017

dshenian@clarkhill.com

Lewis R Landau
22287 Mulholland Hwy., # 318
Calabasas, CA 91302
(fax)

Lew@Landaunet.com

**Motion: 183**

ADDRESSES WERE ELECTRONICALLY MAILED TO THE PARTIES VIA FORMAT OF THE "NEF" EMITTED BY THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM

Case 2:21-bk-18572-BB    Doc 125    Filed 01/19/22    Entered 01/19/22 21:56:38    Desc
Main Document    Page 186 of 186

Karen King
Offner & King LLP
2411 Second Ave
San Diego, CA 92101

kking@offnerking.com

Chi L Ip
Law Offices of Edward C Ip & Assoc
4424 Santa Anita Ave Ste 201
El Monte, CA 91731

filing@lawyer4property.com

Mark S Horoupian
333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

mhoroupian@sulmeyerlaw.com

(Interested Party)
represented by:
Richard D Buckley
Arent Fox LLP
555 West Fifth Street, 48th Flr
Los Angeles, CA 90013

richard.buckley@arentfox.com

(Creditor)
Jonathan Betuel
represented by:
Mark S Horoupian
333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

mhoroupian@sulmeyerlaw.com

Kenneth N Russak
1000 Wilshire Boulevard
19th Floor
Los Angeles, CA 90017-2427

krussak@knrlaw.com

Dean G Rallis, Jr
Hahn & Hahn LLP
301 E. Colorado Blvd.
9th Floor
Pasadena, CA 91101-1977

drallis@hahnlawyers.com

(Debtor)
Adli Law Group P.C.
12400 Wilshire Blvd., Suite 1460
Los Angeles, CA 90025
Tax ID / EIN: 27-2187270
represented by:
Anna Novruzyan
Ropers Majeski Kohn & Bentley
445 S Figueroa St Ste 3000
Ste 3000
Los Angeles, CA 90071

anna.novruzyan@rmkb.com

**Motion: 184**