11/21/22, 5:57 PM  Law Offices of Donald C Schwartz Mail - Royce International, et v. Dariush Adli - Notice and Acknowledgment of Receipt

Case 2:21-bk-18572-BB    Doc 284-2    Filed 11/22/22    Entered 11/22/22 11:51:02    Desc
Exhibit B - Adli Email    Page 1 of 2

 **Gmail**    Donald Schwartz <donald@lawofficedonaldschwartz.com>

## Royce International, et v. Dariush Adli - Notice and Acknowledgment of Receipt
1 message

**Donald Schwartz** <donald@lawofficedonaldschwartz.com>    Tue, Aug 16, 2022 at 5:17 PM
To: adli@adlilaw.com
Bcc: Edward Stolz <Edward_Stolz@comcast.net>, Alexander Baker <alex@pmjmp.org>, Duck 🦆 Goose <1497363@bcc.hubspot.com>

Dear Mr. Adli,

Please be advised that I represent Royce International Broadcasting Corporation, Edward R. Stolz II and Alexander C. Baker in the above referenced matter.

I am enclosing a Notice and Acknowledgement of Service of Summons, Complaint and Notice of Case Assignment, with the Summons, Verified Complaint for Damages and Notice of Case Assignment.

If you would sign the Notice and Acknowledgement of Service of Summons, Complaint and Notice of Case Assignment document and return to me for filing with the Court that will be appreciated. Otherwise, a Process Server will have to be dispatched and you will be charged for same.

Thank you.

Donald Charles Schwartz, MBA, JD
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA  95003
831-331-9909/Fax: 815-301-6556
donald@lawofficedonaldschwartz.com

Confidentiality, Limitation Of Use, And No Binding Effect
The preceding message contents and any attachments (collectively "Contents") are: (i) solely for the benefit of the person(s) or entity(ies) addressed (collectively "Recipient") and may not be relied upon by any other person(s) or entity(ies) ("Others") for any purpose without specific written permission of Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz;  (ii) confidential, private and contain non-disclosable information for the exclusive use of the Recipient (iii) protected by the Electronic Communications Act (18 U.S.C.§2510-2521) and or the Health Insurance Portability & Accountability Act of 1996 (42 USC 201) & its privacy rules and may also be legally privileged (including attorney-client or attorney work-product privilege), confidential, proprietary or otherwise protected by law and all downloading, photocopying, distributing or otherwise using the Contents by Others in any way is prohibited; (iv) sent for informational purposes only and unless expressly stated not intended to be an electronic signature for purposes of binding any client of or Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz to any contract or agreement under the California Uniform Electronic Transaction Act (CA Civil Code §1633.1-1633.17) and all other similar states & federal laws;  (iv) not intended or written and may not be used for the purpose of avoiding federal taxes or penalties nor used to promote, market or recommend any transaction or matter addressed in the Contents (See IRS Circular 230);  (v) Recipient should not save or file electronic or paper copies of the Contents with publicly accessible records, and  (vi) subject to continued application of the foregoing to any subsequent retransmission, publication or disclosure.

**4 attachments**

 **Notice and Acknowledgment of Service Scan.pdf**
111K

11/21/22, 5:57 PM	Law Offices of Donald C Schwartz Mail - Royce International, et v. Dariush Adli - Notice and Acknowledgment of Receipt

Case 2:21-bk-18572-BB    Doc 284-2    Filed 11/22/22    Entered 11/22/22 11:51:02    Desc
Exhibit B - Adli Email    Page 2 of 2

**Summons on Complaint Filed.pdf**
668K

**Notice of Case Assignment Filed.pdf**
817K

**Complaint Filed.pdf**
518K