11/22/22, 9:09 AM

Law Offices of Donald C Schwartz Mail - Service in Royce v. Adli

Case 2:21-bk-18572-BB    Doc 284-5    Filed 11/22/22    Entered 11/22/22 11:51:02    Desc
Exhibit D - USA Darius Only Email    Page 1 of 2

# M Gmail

Donald Schwartz <donald@lawofficedonaldschwartz.com>

## Service in Royce v. Adli
1 message

**Alexander Baker** <acebaker1234@yahoo.com>    Wed, Aug 24, 2022 at 3:24 PM
Reply-To: Alexander Baker <acebaker1234@yahoo.com>
To: Assignment <assignment@usaexpressinc.com>

Dear USA Express,

Please personally serve the attached Summons, Complaint, Cover Sheet and Case Assignment on:

1. Adli Law Group, PC
2. Dariush Ghaffar Adli

Adli is a licensed attorney, so should not be hard to find. Let me know if you need assistance locating him.

Alex Baker

Alexander C. Baker, J.D.

DISCLAIMER - Alexander C. Baker is not an attorney and nothing he says shall be construed as legal advice. Paralegal services are offered only under the supervision of a licensed attorney. CONFIDENTIALITY NOTICE This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney - client privilege. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and delete the original message and any copy of it from your computer or facsimile system.

**4 attachments**

- 📄 **Civil Case Cover Sheet.pdf**
  1310K
- 📄 **Complaint.pdf**
  518K
- 📄 **Notice of Case Assignment.pdf**

11/22/22, 9:09 AM

Law Offices of Donald C Schwartz Mail - Service in Royce v. Adli

**Summons on Complaint.pdf**
817K
668K

https://mail.google.com/mail/u/0/?ik=ff6a321147&view=pt&search=all&permthid=thread-f%3A1742083102842496076%7Cmsg-f%3A1742083102842496076&simpl=msg-f%3A1742083102842496076&...  2/2