11/22/22, 9:15 AM — Law Offices of Donald C Schwartz Mail - Re: Service in Royce v. Adli

Case 2:21-bk-18572-BB   Doc 284-6   Filed 11/22/22   Entered 11/22/22 11:51:02   Desc
Exhibit E - Stop! Email   Page 1 of 2

# M Gmail

**Donald Schwartz <donald@lawofficedonaldschwartz.com>**

## Re: Service in Royce v. Adli
1 message

**Donald Schwartz** <donald@lawofficedonaldschwartz.com>  Wed, Aug 24, 2022 at 3:26 PM
To: Alexander Baker <acebaker1234@yahoo.com>
Cc: Assignment <assignment@usaexpressinc.com>
Bcc: Duck 🦆 Goose <1497363@bcc.hubspot.com>

### I do not authorize serving the Adli Law Group - stop!

Donald Charles Schwartz, MBA, JD
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
831-331-9909/Fax: 815-301-6556
donald@lawofficedonaldschwartz.com

Confidentiality, Limitation Of Use, And No Binding Effect
The preceding message contents and any attachments (collectively "Contents") are: (i) solely for the benefit of the person(s) or entity(ies) addressed (collectively "Recipient") and may not be relied upon by any other person(s) or entity(ies) ("Others") for any purpose without specific written permission of Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz; (ii) confidential, private and contain non-disclosable information for the exclusive use of the Recipient (iii) protected by the Electronic Communications Act (18 U.S.C.§2510-2521) and or the Health Insurance Portability & Accountability Act of 1996 (42 USC 201) & its privacy rules and may also be legally privileged (including attorney-client or attorney work-product privilege), confidential, proprietary or otherwise protected by law and all downloading, photocopying, distributing or otherwise using the Contents by Others in any way is prohibited; (iv) sent for informational purposes only and unless expressly stated not intended to be an electronic signature for purposes of binding any client of or Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz to any contract or agreement under the California Uniform Electronic Transaction Act (CA Civil Code §1633.1-1633.17) and all other similar states & federal laws;  (iv) not intended or written and may not be used for the purpose of avoiding federal taxes or penalties nor used to promote, market or recommend any transaction or matter addressed in the Contents (See IRS Circular 230);  (v) Recipient should not save or file electronic or paper copies of the Contents with publicly accessible records, and  (vi) subject to continued application of the foregoing to any subsequent retransmission, publication or disclosure.

On Wed, Aug 24, 2022 at 3:25 PM Alexander Baker <acebaker1234@yahoo.com> wrote:
> Dear USA Express,
>
> Please personally serve the attached Summons, Complaint, Cover Sheet and Case Assignment on:
>
> 1. Adli Law Group, PC
> 2. Dariush Ghaffar Adli
>
> Adli is a licensed attorney, so should not be hard to find. Let me know if you need assistance locating him.
>
> -Alex Baker

11/22/22, 9:15 AM
Law Offices of Donald C Schwartz Mail - Re: Service in Royce v. Adli

Case 2:21-bk-18572-BB    Doc 284-6    Filed 11/22/22    Entered 11/22/22 11:51:02    Desc
Exhibit E - Stop! Email    Page 2 of 2

Alexander C. Baker, J.D.

DISCLAIMER - Alexander C. Baker is not an attorney and nothing he says shall be construed as legal advice. Paralegal services are offered only under the supervision of a licensed attorney. CONFIDENTIALITY NOTICE This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney - client privilege. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and delete the original message and any copy of it from your computer or facsimile system.