# M Gmail

**Donald Schwartz <donald@lawofficedonaldschwartz.com>**

## RE: Service in Royce v. Adli
1 message

**Assignment** <Assignment@usaexpressinc.com>    Wed, Aug 24, 2022 at 3:36 PM
To: Donald Schwartz <donald@lawofficedonaldschwartz.com>

Understood.

Sincerely,

Frances Dominguez

**Process Department**

**USA Express Legal & Investigative Services, Inc.**

**Corporate/Southern California Office**

21031 Ventura Blvd. Ste. 920
Woodland Hills, CA 91364

Telephone: (877) 872-3977 Ext. 117
Fax: (800) 861-5311

**NORTHERN CALIFORNIA OFFICE**

71 Stevenson St. Ste. 400
San Francisco, CA 94105

Telephone: (415) 748-3297

WWW.USAEXPRESSINC.COM

WWW.SECUREBACKGROUNDCHECK.COM

California Department of Insurance – Independent Adjuster License - 2G93529
California Bureau of Security and Investigative Services – BSIS PI License - 22511



**CONFIDENTIALITY NOTICE:** This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: harry@usaexpressinc.com. Thank you.

**From:** Donald Schwartz <donald@lawofficedonaldschwartz.com>
**Sent:** Wednesday, August 24, 2022 3:27 PM
**To:** Alexander Baker <acebaker1234@yahoo.com>
**Cc:** Assignment <Assignment@usaexpressinc.com>
**Subject:** Re: Service in Royce v. Adli

# I do not authorize serving the Adli Law Group - stop!

Donald Charles Schwartz, MBA, JD
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
831-331-9909/Fax: 815-301-6556
donald@lawofficedonaldschwartz.com

Confidentiality, Limitation Of Use, And No Binding Effect

The preceding message contents and any attachments (collectively "Contents") are: (i) solely for the benefit of the person(s) or entity(ies) addressed (collectively "Recipient") and may not be relied upon by any other person(s) or entity(ies) ("Others") for any purpose without specific written permission of Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz; (ii) confidential, private and contain non-disclosable information for the exclusive use of the Recipient (iii) protected by the Electronic Communications Act (18 U.S.C.§2510-2521) and or the Health Insurance Portability & Accountability Act of 1996 (42 USC 201) & its privacy rules and may also be legally privileged (including attorney-client or attorney work-product privilege), confidential, proprietary or otherwise protected by law and all downloading, photocopying, distributing or otherwise using the Contents by Others in any way is prohibited; (iv) sent for informational purposes only and unless expressly stated not intended to be an electronic signature for purposes of binding any client of or Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz to any contract or agreement under the California Uniform Electronic Transaction Act (CA Civil Code §1633.1-1633.17) and all other similar states & federal laws; (v) not intended or written and may not be used for the purpose of avoiding federal taxes or penalties nor used to promote, market or recommend any transaction or matter addressed in the Contents (See IRS Circular 230); (v) Recipient should not save or file electronic or paper copies of the Contents with publicly accessible records, and (vi) subject to continued application of the foregoing to any subsequent retransmission, publication or disclosure.

On Wed, Aug 24, 2022 at 3:25 PM Alexander Baker <acebaker1234@yahoo.com> wrote:

Dear USA Express,

Please personally serve the attached Summons, Complaint, Cover Sheet and Case Assignment on:

1. Adli Law Group, PC