

# Gmail

Donald Schwartz <donald@lawofficedonaldschwartz.com>

## Re: Adli and Adli Law Group Both being Served
1 message

Donald Schwartz <donald@lawofficedonaldschwartz.com>  Fri, Aug 26, 2022 at 3:38 PM
To: Alexander Baker <alex@pmjmp.org>
Cc: Edward_Stolz <Edward_Stolz@comcast.net>
Bcc: Duck Goose <1497363@bcc.hubspot.com>

Alameda County does not dismiss under the current circumstances. The two-year and three-year services statutes are far away.

We are serving Dariush Adli only at this time.

There is no authority to serve the Adli Law Group at this time.

Don,

Donald Charles Schwartz, MBA, JD
Law Office of Donald C. Schwartz
9960-B Soquel Drive, No. 291
Aptos, CA 95003
831-331-9909/Fax: 815-301-6556
donald@lawofficedonaldschwartz.com

Confidentiality, Limitation Of Use, And No Binding Effect

The preceding message contents and any attachments (collectively "Contents") are: (i) solely for the benefit of the person(s) or entity(ies) addressed (collectively "Recipient") and may not be relied upon by any other person(s) or entity(ies) ("Others") for any purpose without specific written permission of Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz; (ii) confidential, private and contain non-disclosable information for the exclusive use of the Recipient (iii) protected by the Electronic Communications Act (18 U.S.C. §2510-2521) and or the Health Insurance Portability & Accountability Act of 1996 (42 USC 201) & its privacy rules and may also be legally privileged (including attorney-client or attorney work-product privilege), confidential, proprietary or otherwise protected by law and all downloading, photocopying, distributing or otherwise using the Contents by Others in any way is prohibited; (iv) sent for informational purposes only and unless expressly stated not intended to be an electronic signature for purposes of binding any client of or Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz to any contract or agreement under the California Uniform Electronic Transaction Act (CA Civil Code §1633.1-1633.17) and all other similar states & federal laws; (iv) not intended or written and may not be used for the purpose of avoiding federal taxes or penalties nor used to promote, market or recommend any transaction or matter addressed in the Contents (See IRS Circular 230); (v) Recipient should not save or file electronic or paper copies of the Contents with publicly accessible records, and (vi) subject to continued application of the foregoing to any subsequent retransmission, publication or disclosure.

On Fri, Aug 26, 2022 at 12:44 PM Alexander Baker <alex@pmjmp.org> wrote:

You're wrong. If you don't serve, the case will be dismissed for failure to prosecute. I'm dealing with this in another case right now. If you have any legal objection to serving both Defendants, voice that legal objection *immediately*, i.e. TODAY. Thanks.

-Alex

---

On Fri, Aug 26, 2022 at 12:41 PM Donald Schwartz <donald@lawofficedonaldschwartz.com> wrote:
> ## There is no risk of dismissal for failure to prosecute, but thanks for your concern.
>
> Donald Charles Schwartz, MBA, JD
> Law Office of Donald C. Schwartz
> 7960-B Soquel Drive, No. 291
> Aptos, CA 95003
> 831-331-9909/Fax: 815-301-6556
> donald@lawofficedonaldschwartz.com
>
> Confidentiality, Limitation Of Use, And No Binding Effect
> The preceding message contents and any attachments (collectively "Contents") are: (i) solely for the benefit of the person(s) or entity(ies) addressed (collectively "Recipient") and may not be relied upon by any other person(s) or entity(ies) ("Others") for any purpose without specific written permission of Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz; (ii) confidential, private and contain non-disclosable information for the exclusive use of the Recipient (iii) protected by the Electronic Communications Act (18 U.S.C.§2510-2521) and or the Health Insurance Portability & Accountability Act of 1996 (42 USC 201) & its privacy rules and may also be legally privileged (including attorney-client or attorney work-product privilege), confidential, proprietary or otherwise protected by law and all downloading, photocopying, distributing or otherwise using the Contents by Others in any way is prohibited; (iv) sent for informational purposes only and unless expressly stated not intended to be an electronic signature for purposes of binding any client of or Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz to any contract or agreement under the California Uniform Electronic Transaction Act (CA Civil Code §1633.1-1633.17) and all other similar states & federal laws; (iv) not intended or written and may not be used for the purpose of avoiding federal taxes or penalties nor used to promote, market or recommend any transaction or matter addressed in the Contents (See IRS Circular 230); (v) Recipient should not save or file electronic or paper copies of the Contents with publicly accessible records, and (vi) subject to continued application of the foregoing to any subsequent retransmission, publication or disclosure.
>
>> On Fri, Aug 26, 2022 at 12:37 PM Alexander Baker <alex@pmjmp.org> wrote:
>> Don,
>>
>> I'm sure your research is now complete. Unless you get back to me today before close of business with good reason not to, then both Adli and Adli Law Group are being served. We do not wish to risk a dismissal for failure to prosecute. Ed, for one, has had more than enough of those, this being one of the main reasons we are suing Adli.
>>
>> -Alex
>>
>> --
>> Alexander C. Baker, J.D.
>> President, Post Modern Justice Media Project

www.pmjmp.org
Archive of Special Reports and DIY- LAW videos
Archive of Ask Alex videos - "questioning postmodern justice"

DISCLAIMER: Alexander Baker is not an attorney and nothing he says shall be construed as legal advice. Paralegal services are offered only under the supervision of a licensed attorney. Post Modern Justice Media Project is a Nevada 501(c)(3) nonprofit organization. Donations are tax-deductible.

Alexander C. Baker, J.D.
President, Post Modern Justice Media Project
www.pmjmp.org
Archive of Special Reports and DIY- LAW videos
Archive of Ask Alex videos - "questioning postmodern justice"

DISCLAIMER: Alexander Baker is not an attorney and nothing he says shall be construed as legal advice. Paralegal services are offered only under the supervision of a licensed attorney. Post Modern Justice Media Project is a Nevada 501(c)(3) nonprofit organization. Donations are tax-deductible.