

# Gmail

**Donald Schwartz <donald@lawofficedonaldschwartz.com>**

## Re: Adli and Adli Law Group Have Been Served
1 message

**Donald Schwartz** <donald@lawofficedonaldschwartz.com>    Mon, Sep 5, 2022 at 11:57 AM
To: Alexander Baker <alex@pmjmp.org>
Cc: Edward Stolz <Edward_Stolz@comcast.net>
Bcc: Duck 🦆 Goose <1497363@bcc.hubspot.com>

I instructed to stop the service against the Adli Law - I take no responsibility for it.

You have gone around me - what an outrage!

Donald Charles Schwartz, MBA, JD
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
831-331-9909/Fax: 815-301-6556
donald@lawofficedonaldschwartz.com

Confidentiality, Limitation Of Use, And No Binding Effect

The preceding message contents and any attachments (collectively "Contents") are: (i) solely for the benefit of the person(s) or entity(ies) addressed (collectively "Recipient") and may not be relied upon by any other person(s) or entity(ies) ("Others") for any purpose without specific written permission of Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz; (ii) confidential, private and contain non-disclosable information for the exclusive use of the Recipient (iii) protected by the Electronic Communications Act (18 U.S.C.§2510-2521) and or the Health Insurance Portability & Accountability Act of 1996 (42 USC 201) & its privacy rules and may also be legally privileged (including attorney-client or attorney work-product privilege), confidential, proprietary or otherwise protected by law and all downloading, photocopying, distributing or otherwise using the Contents by Others in any way is prohibited; (iv) sent for informational purposes only and unless expressly stated not intended to be an electronic signature for purposes of binding any client of or Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz to any contract or agreement under the California Uniform Electronic Transaction Act (CA Civil Code §1633.1-1633.17) and all other similar states & federal laws; (iv) not intended or written and may not be used for the purpose of avoiding federal taxes or penalties nor used to promote, market or recommend any transaction or matter addressed in the Contents (See IRS Circular 230); (v) Recipient should not save or file electronic or paper copies of the Contents with publicly accessible records, and (vi) subject to continued application of the foregoing to any subsequent retransmission, publication or disclosure.

On Mon, Sep 5, 2022 at 11:54 AM Alexander Baker <alex@pmjmp.org> wrote:

    Don, Ed,

    Attached are the Proofs of Service for Adli and Adli Law Group. I paid, as promised.

    While Don didn't complete his "research", I did. My research concludes that we didn't do anything wrong.

    You're welcome.

Also attached is a Notice of BK. Don, if you still need me to be in pro per, OK, I'll sign the substitution. Otherwise you can still represent me. Please file all this ASAP. Thanks.

--

Alexander C. Baker, J.D.
President, Post Modern Justice Media Project
www.pmjmp.org
Archive of Special Reports and DIY- LAW videos
Archive of Ask Alex videos - "questioning postmodern justice"

DISCLAIMER: Alexander Baker is not an attorney and nothing he says shall be construed as legal advice. Paralegal services are offered only under the supervision of a licensed attorney. Post Modern Justice Media Project is a Nevada 501(c)(3) nonprofit organization. Donations are tax-deductible.