# M Gmail

**Donald Schwartz <donald@lawofficedonaldschwartz.com>**

## Re: Royce International, et v. Dariush Adli and Adli Law Group Matter
1 message

**Donald Schwartz** <donald@lawofficedonaldschwartz.com>    Wed, Sep 7, 2022 at 5:33 PM
To: "Rallis, Dean" <drallis@hahnlawyers.com>
Bcc: Edward_Stolz <Edward_Stolz@comcast.net>, Samuel Bellicini <sam@statebaradvice.com>

Mr. Rallies,

Alex Baker substituted into the case for himself so I have no control over what he is doing. The substitution of attorney is filed. He served the summons/complaint apparently on both defendants as to and for himself only. You'll have to talk to him as to what he is doing.

I am waiting for any additional meet and confer from you as to Royce. I will consider dismissing the Adli Law Group once I am convinced the stay applies and/or the statute of limitations is tolled. Oddly, I could find no clear authorities on the issue of the tort allegations being stayed in this context. Can you help with legal authorities the this regard?

Clearly, the case can proceed against co-defendant Dariush Adli. Let me know if you differ. That said, I do not consider the case served in any way on behalf of Royce and honor the potential stay issue until we finalize meet and confer.

I am concerned about the divergence of representation now arisen for plaintiffs Baker and Royce and am looking to resolve this issue as well, but the stay issue needs to be finalized, I would think.

Thanks.

Donald Charles Schwartz, M.B.A., J.D.
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
donald@lawofficedonaldschwartz.com
(831) 331-9909/Fax: (815) 301-6556

Sent from iPhone

On Sep 7, 2022, at 4:21 PM, Rallis, Dean <drallis@hahnlawyers.com> wrote:

Mr. Schwartz,

11/21/22, 6:33 PM                                                                                   Law Offices of Donald C Schwartz Mail - Re: Royce International, et v. Dariush Adli and Adli Law Group Matter

Thanks for your prompt email response.

Please advise if the complaint has been withdrawn or dismissed.

Dean

Dean G. Rallis Jr.

**HAHN & HAHN LLP**

Direct (626) 683-4321 | hahnlawyers.com

Cell: (818) 634-9698

**From:** Donald Schwartz <donald@lawofficedonaldschwartz.com>
**Sent:** Wednesday, September 7, 2022 4:09 PM
**To:** Rallis, Dean <drallis@hahnlawyers.com>
**Subject:** Re: Royce International, et v. Dariush Adli and Adli Law Group Matter

[External]

OK - thanks.

In trial in Santa Maria for three weeks.

Will call.

https://mail.google.com/mail/u/0/?ik=ff6a3211478view=pt&search=all&permthid=thread-a%3Ar8418104093282928795%7Cmsg-f%3A1743359558525284160&simpl=msg-f%3A1743359558525284160...    2/5

Case 2:21-bk-18572-BB    Doc 284-12    Filed 11/22/22    Entered 11/22/22 11:51:02    Desc Exhibit K - Rallis - Baker Out of Control Email    Page 3 of 12

11/21/22, 6:33 PM

Law Offices of Donald C Schwartz Mail - Re: Royce International, et v. Dariush Adli and Adli Law Group Matter

Donald Charles Schwartz, MBA, JD

Law Office of Donald C. Schwartz

7960-B Soquel Drive, No. 291

Aptos, CA 95003
831-331-9909/Fax: 815-301-6556

donald@lawofficedonaldschwartz.com

Confidentiality, Limitation Of Use, And No Binding Effect

The preceding message contents and any attachments (collectively "Contents") are: (i) solely for the benefit of the person(s) or entity(ies) addressed (collectively "Recipient") and may not be relied upon by any other person(s) or entity(ies) ("Others") for any purpose without specific written permission of Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz; (ii) confidential, private and contain non-disclosable information for the exclusive use of the Recipient (iii) protected by the Electronic Communications Act (18 U.S.C.§2510-2521) and or the Health Insurance Portability & Accountability Act of 1996 (42 USC 201) & its privacy rules and may also be legally privileged (including attorney-client or attorney work-product privilege), confidential, proprietary or otherwise protected by law and all downloading, photocopying, distributing or otherwise using the Contents by Others in any way is prohibited; (iv) sent for informational purposes only and unless expressly stated not intended to be an electronic signature for purposes of binding any client of or Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz to any contract or agreement under the California Uniform Electronic Transaction Act (CA Civil Code §1633.1-1633.17) and all other similar states & federal laws; (iv) not intended or written and may not be used for the purpose of avoiding federal taxes or penalties nor used to promote, market or recommend any transaction or matter addressed in the Contents (See IRS Circular 230); (v) Recipient should not save or file electronic or paper copies of the Contents with publicly accessible records, and (vi) subject to continued application of the foregoing to any subsequent retransmission, publication or disclosure.

On Wed, Sep 7, 2022 at 4:05 PM Rallis, Dean <drallis@hahnlawyers.com> wrote:

> Mr. Schwartz –
>
> I attempted to contact you by telephone, but was not able to leave a message. Please call me regarding this matter at your earliest convenience. The best number to reach me is on my cell (below).
>
> Thanks.
>
> Dean

Case 2:21-bk-18572-BB    Doc 284-12    Filed 11/22/22    Entered 11/22/22 11:51:02
Desc Exhibit K - Rallis - Baker Out of Control Email    Page 4 of 12

11/21/22, 6:33 PM

Law Offices of Donald C Schwartz Mail - Re: Royce International, et v. Dariush Adli and Adli Law Group Matter

**From:** Donald Schwartz <donald@lawofficedonaldschwartz.com>
**Sent:** Saturday, August 20, 2022 2:46 PM
**To:** Jessica L. Evans <jevans@hahnlawyers.com>; Rallis, Dean <drallis@hahnlawyers.com>
**Subject:** Royce International, et v. Dariush Adli and Adli Law Group Matter

[External]

Counsel,

Please find the attached letter.

Thank you.

Donald Charles Schwartz, MBA, JD
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
831-331-9909/Fax: 815-301-6556
donald@lawofficedonaldschwartz.com

Dean G. Rallis Jr.

**HAHN & HAHN LLP**

Direct (626) 683-4321 | hahnlawyers.com

Cell: (818) 634-9698

Case 2:21-bk-18572-BB    Doc 284-12    Filed 11/22/22    Entered 11/22/22 11:51:02    Desc Exhibit K - Rallis - Baker Out of Control Email    Page 5 of 12

11/21/22, 6:33 PM                                                                                   Law Offices of Donald C Schwartz Mail - Re: Royce International, et v. Dariush Adli and Adli Law Group Matter

Confidentiality, Limitation Of Use, And No Binding Effect

The preceding message contents and any attachments (collectively "Contents") are: (i) solely for the benefit of the person(s) or entity(ies) addressed (collectively "Recipient") and may not be relied upon by any other person(s) or entity(ies) ("Others") for any purpose without specific written permission of Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz; (ii) confidential, private and contain non-disclosable information for the exclusive use of the Recipient (iii) protected by the Electronic Communications Act (18 U.S.C.§2510-2521) and or the Health Insurance Portability & Accountability Act of 1996 (42 USC 201) & its privacy rules and may also be legally privileged (including attorney-client or attorney work-product privilege), confidential, proprietary or otherwise protected by law and all downloading, photocopying, distributing or otherwise using the Contents by Others in any way is prohibited; (iv) sent for informational purposes only and unless expressly stated not intended to be an electronic signature for purposes of binding any client of or Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz to any contract or agreement under the California Uniform Electronic Transaction Act (CA Civil Code §1633.1-1633.17) and all other similar states & federal laws;  (iv) not intended or written and may not be used for the purpose of avoiding federal taxes or penalties nor used to promote, market or recommend any transaction or matter addressed in the Contents (See IRS Circular 230); (v) Recipient should not save or file electronic or paper copies of the Contents with publicly accessible records, and  (vi) subject to continued application of the foregoing to any subsequent retransmission, publication or disclosure.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**HAHN & HAHN LLP** image001.png
8k

11/21/22, 6:33 PM
Law Offices of Donald C Schwartz Mail - Re: Royce International, et v. Dariush Adli and Adli Law Group Matter

Case 2:21-bk-18572-BB    Doc 284-12    Filed 11/22/22    Entered 11/22/22 11:51:02    Desc Exhibit K - Rallis - Baker Out of Control Email    Page 6 of 12

# M Gmail

**Donald Schwartz <donald@lawofficedonaldschwartz.com>**

## Re: Royce International, et v. Dariush Adli and Adli Law Group Matter
1 message

**Donald Schwartz** <donald@lawofficedonaldschwartz.com>                Wed, Sep 7, 2022 at 7:43 PM
To: "Rallis, Dean" <drallis@hahnlawyers.com>

If I dismiss (without prejudice) the Royce complaint, do you agree that the statutes of limitation are tolled against same?

Donald Charles Schwartz, M.B.A., J.D.
Law Office of Donald C. Schwartz
9960-B Soquel Drive, No. 291
Aptos, CA 95003
donald@lawofficedonaldschwartz.com
(831) 331-9909/Fax: (815) 301-6556

Sent from iPhone

On Sep 7, 2022, at 7:09 PM, Rallis, Dean <drallis@hahnlawyers.com> wrote:

Mr. Schwartz –

Thanks, again, for your prompt response.

Please send me the contact information for Mr. Baker, including his email address.

Re the applicability of the stay, it is generally hornbook law that any action on a prepetition claim is subject to the automatic stay. With limited exceptions that do not apply in this instance (see 362(b)), pursuing a prepetition claim after a bankruptcy case is filed constitutes a violation of the stay. I encourage you to do any necessary research, which should direct you to the same conclusion. Let me know when you are ready for a meet and confer, in which I am willing to participate as a courtesy to you. There is no such procedure required in connection with stay violations.

11/21/22, 6:33 PM
Law Offices of Donald C Schwartz Mail - Re: Royce International, et v. Dariush Adli and Adli Law Group Matter

Case 2:21-bk-18572-BB    Doc 284-12    Filed 11/22/22    Entered 11/22/22 11:51:02
Desc Exhibit K - Rallis - Baker Out of Control Email    Page 7 of 12

My client reserves all rights and remedies in connection with this matter.

Dean

Dean G. Rallis Jr.

**HAHN & HAHN LLP**

Direct (626) 683-4321 | hahnlawyers.com

Cell: (818) 634-9698

**From:** Donald Schwartz <donald@lawofficedonaldschwartz.com>
**Sent:** Wednesday, September 7, 2022 5:34 PM
**To:** Rallis, Dean <drallis@hahnlawyers.com>
**Subject:** Re: Royce International, et v. Dariush Adli and Adli Law Group Matter

[External]

Mr. Rallies,

Alex Baker substituted into the case for himself so I have no control over what he is doing. The substitution of attorney is filed. He served the summons/complaint apparently on both defendants as to and for himself only. You'll have to talk to him as to what he is doing.

I am waiting for any additional meet and confer from you as to Royce. I will consider dismissing the Adli Law Group once I am convinced the stay applies and/or the statute of limitations is tolled. Oddly, I could find no clear authorities on the issue of the tort allegations being stayed in this context. Can you help with legal authorities the this regard?

Clearly, the case can proceed against co-defendant Dariush Adli. Let me know if you differ. That said, I do not consider the case served in any way on behalf of Royce and honor the potential stay issue until we finalize meet and confer.

I am concerned about the divergence of representation now arisen for plaintiffs Baker and Royce and am looking to resolve this issue as well, but the stay issue needs to be finalized, I would think.

Case 2:21-bk-18572-BB    Doc 284-12    Filed 11/22/22    Entered 11/22/22 11:51:02    Desc Exhibit K - Rallis - Baker Out of Control Email    Page 8 of 12

11/21/22, 6:33 PM    Law Offices of Donald C Schwartz Mail - Re: Royce International, et v. Dariush Adli and Adli Law Group Matter

Thanks.

Donald Charles Schwartz, M.B.A., J.D.
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
donald@lawofficedonaldschwartz.com
(831) 331-9909/Fax: (815) 301-6556

Sent from iPhone

On Sep 7, 2022, at 4:21 PM, Rallis, Dean <drallis@hahnlawyers.com> wrote:

Mr. Schwartz,

Thanks for your prompt email response.

Please advise if the complaint has been withdrawn or dismissed.

Dean

Dean G. Rallis Jr.
**HAHN & HAHN LLP**
Direct (626) 683-4321 | hahnlawyers.com
Cell: (818) 634-9698

**From:** Donald Schwartz <donald@lawofficedonaldschwartz.com>
**Sent:** Wednesday, September 7, 2022 4:09 PM
**To:** Rallis, Dean <drallis@hahnlawyers.com>
**Subject:** Re: Royce International, et v. Dariush Adli and Adli Law Group Matter

[External]

OK - thanks.

In trial in Santa Maria for three weeks.

Will call.

Donald Charles Schwartz, MBA, JD
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
831-331-9909/Fax: 815-301-6556
donald@lawofficedonaldschwartz.com

Confidentiality, Limitation Of Use, And No Binding Effect

The preceding message contents and any attachments (collectively "Contents") are: (i) solely for the benefit of the person(s) or entity(ies) addressed (collectively "Recipient") and may not be relied upon by any other person(s) or entity(ies) ("Others") for any purpose without specific written permission of Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz; (ii) confidential, private and contain non-disclosable information for the exclusive use of the Recipient (iii) protected by the Electronic Communications Act (18 U.S.C.§2510-2521) and or the Health Insurance Portability & Accountability Act of 1996 (42 USC 201) & its privacy rules and may also be legally privileged (including attorney-client or attorney work-product privilege), confidential, proprietary or otherwise protected by law and all

11/21/22, 6:33 PM    Law Offices of Donald C Schwartz Mail - Re: Royce International, et v. Dariush Adli and Adli Law Group Matter

On Wed, Sep 7, 2022 at 4:05 PM Rallis, Dean <drallis@hahnlawyers.com> wrote:

> Mr. Schwartz –
>
> I attempted to contact you by telephone, but was not able to leave a message. Please call me regarding this matter at your earliest convenience. The best number to reach me is on my cell (below).
>
> Thanks.
>
> Dean
>
> Dean G. Rallis Jr.
>
> **HAHN & HAHN LLP**
>
> Direct (626) 683-4321 | hahnlawyers.com
>
> Cell: (818) 634-9698

---

**From:** Donald Schwartz <donald@lawofficedonaldschwartz.com>
**Sent:** Saturday, August 20, 2022 2:46 PM
**To:** Jessica L. Evans <jevans@hahnlawyers.com>; Rallis, Dean <drallis@hahnlawyers.com>
**Subject:** Royce International, et v. Dariush Adli and Adli Law Group Matter

Law Offices of Donald C Schwartz Mail - Re: Royce International, et v. Dariush Adli and Adli Law Group Matter

downloading, photocopying, distributing or otherwise using the Contents in any way is prohibited; (iv) sent for informational purposes only and unless expressly stated not intended to be an electronic signature for purposes of binding any client of or Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz to any contract or agreement under the California Uniform Electronic Transaction Act (CA Civil Code §1633.1-1633.17) and all other similar states & federal laws; (iv) not intended or written and may not be used for the purpose of avoiding federal taxes or penalties nor used to promote, market or recommend any transaction or matter addressed in the Contents (See IRS Circular 230); (v) Recipient should not save or file electronic or paper copies of the Contents with publicly accessible records, and (vi) subject to continued application of the foregoing to any subsequent retransmission, publication or disclosure.

https://mail.google.com/mail/u/0/?ik=ff6a321147&view=pt&search=all&permthid=thread-a%3Ar8418104093328292879%7Cmsg-f%3A1743367726235678890&simpl=msg-f%3A1743367726235678890... 5/7

11/21/22, 6:33 PM

https://mail.google.com/mail/u/0/?ik=ff6a321147&view=pt&search=all&permthid=thread-a%3Ar-8418104093328292879%7Cmsg-f%3A1743367726235678890&simpl=msg-f%3A1743367726235678890...

Law Offices of Donald C Schwartz Mail - Re: Royce International; et v. Dariush Adil and Adli Law Group Matter

6/7

[External]

Counsel,

Please find the attached letter.

Thank you.

Donald Charles Schwartz, MBA, JD

Law Office of Donald C. Schwartz

7960-B Soquel Drive, No. 291

Aptos, CA 95003
831-331-9909/Fax: 815-301-6556

donald@lawofficedonaldschwartz.com

Confidentiality, Limitation Of Use, And No Binding Effect

The preceding message contents and any attachments (collectively "Contents") are: (i) solely for the benefit of the person(s) or entity(ies) addressed (collectively "Recipient") and may not be relied upon by any other person(s) or entity(ies) ("Others") for any purpose without specific written permission of Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz. (ii) confidential, private and contain non-disclosable information for the exclusive use of the Recipient (iii) protected by the Electronic Communications Act (18 U.S.C.§2510-2521) and or the Health Insurance Portability & Accountability Act of 1996 (42 USC 201) & its privacy rules and may also be legally privileged (including attorney-client or attorney work-product privilege), confidential, proprietary or otherwise protected by law and all downloading, photocopying, distributing or otherwise using the Contents by Others in any way is prohibited; (iv) sent for informational purposes only and unless expressly stated not intended to be an electronic signature for purposes of binding any client of or Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz to any contract or agreement under the California Uniform Electronic Transaction Act (CA Civil Code §1633.1-1633.17) and all other similar states & federal laws; (v) not intended or written and may not be used for the purpose of avoiding federal taxes or penalties nor used to promote, market or recommend any transaction or matter addressed in the Contents (See IRS Circular 230); (v) Recipient should not save or file electronic or paper copies of the Contents with publicly accessible records, and (vi) subject to continued application of the foregoing to any subsequent retransmission, publication or disclosure.

11/21/22, 6:33 PM

Case 2:21-bk-18572-BB    Doc 284-12    Filed 11/22/22    Entered 11/22/22 11:51:02    Desc Exhibit K - Rallis - Baker Out of Control Email    Page 12 of 12

Law Offices of Donald C Schwartz Mail - Re: Royce International, et v. Dariush Adil and Adil Law Group Matter

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**2 attachments**

**HAHN & HAHN LLP** image001.png
8K

**HAHN & HAHN LLP** image001.png
8K