11/21/22, 6:21 PM
Law Offices of Donald C Schwartz Mail - Re: Default against Adli
Case 2:21-bk-18572-BB    Doc 284-13    Filed 11/22/22    Entered 11/22/22 11:51:02    Desc Exhibit L - Baker Default Email    Page 1 of 2

 Gmail

Donald Schwartz <donald@lawofficedonaldschwartz.com>

## Re: Default against Adli
1 message

**Donald Schwartz** <donald@lawofficedonaldschwartz.com>    Sun, Oct 2, 2022 at 3:09 PM
To: Alexander Baker <alex@pmjmp.org>
Cc: Edward Stolz <Edward_Stolz@comcast.net>
Bcc: State Bar Advice <sam@statebaradvice.com>, Duck 🦆 Goose <1497363@bcc.hubspot.com>

Your "inner Alex" is showing again (e.g., fraudulent gaslighting and set-up manipulations).

I have no opinion as to whether or not the Alameda County case is stayed as to the Adli Law Group, P.C., and I have never stated an opinion about the issue other than to say that the normal practice is to assume the stay, and that it is safer to assume the stay than not, since the sanction for stay violation includes potential contempt.

As to Darius Adli personally, it appears that the law supports that there is no stay in place.

Serving the Summons and Complaint on the Adli Law Group, P.C. is a risk the process server and you took-on when the two of you defied my instructions not to serve the Adli Law Group, P.C. Now, taking a default is quite another level of risk, which I cannot advise you about since I no longer represent you in the matter.

I have found no Ninth Circuit law expressly stating that the stay is in place as to the Adli Law Group, P.C. (or not in place) vis-a-vis a (potentially non-dischargeable) civil RICO cause of action. I believe you have not found such law either.

Donald Charles Schwartz, MBA, JD
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
831-331-9909/Fax: 815-301-6556
donald@lawofficedonaldschwartz.com

Confidentiality, Limitation Of Use, And No Binding Effect
The preceding message contents and any attachments (collectively "Contents") are: (i) solely for the benefit of the person(s) or entity(ies) addressed (collectively "Recipient") and may not be relied upon by any other person(s) or entity(ies) ("Others") for any purpose without specific written permission of Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz;  (ii) confidential, private and contain non-disclosable information for the exclusive use of the Recipient (iii) protected by the Electronic Communications Act (18 U.S.C.§2510-2521) and or the Health Insurance Portability & Accountability Act of 1996 (42 USC 201) & its

11/21/22, 6:21 PM
Law Offices of Donald C Schwartz Mail - Re: Default against Adli

Case 2:21-bk-18572-BB    Doc 284-13    Filed 11/22/22    Entered 11/22/22 11:51:02
Desc Exhibit L - Baker Default Email    Page 2 of 2

privacy rules and may also be legally privileged (including attorney-client or attorney work-product privilege), confidential, proprietary or otherwise protected by law and all downloading, photocopying, distributing or otherwise using the Contents by Others in any way is prohibited; (iv) sent for informational purposes only and unless expressly stated not intended to be an electronic signature for purposes of binding any client of or Donald Charles Schwartz, Esq. and the Law Offices of Donald C. Schwartz to any contract or agreement under the California Uniform Electronic Transaction Act (CA Civil Code §1633.1-1633.17) and all other similar states & federal laws; (iv) not intended or written and may not be used for the purpose of avoiding federal taxes or penalties nor used to promote, market or recommend any transaction or matter addressed in the Contents (See IRS Circular 230); (v) Recipient should not save or file electronic or paper copies of the Contents with publicly accessible records, and (vi) subject to continued application of the foregoing to any subsequent retransmission, publication or disclosure.

On Sun, Oct 2, 2022 at 1:32 PM Alexander Baker <alex@pmjmp.org> wrote:
> Don,
>
> I'm glad to hear your opinion that the case against Adli was not stayed. They are past 30 days from service, thus in default.
>
> I will be entering a default, and suggest that you consult with Ed and consider entering a default on behalf of the RIBC Plaintiffs.
>
> Alexander C. Baker, J.D.
> President, Post Modern Justice Media Project
> www.pmjmp.org
> Archive of Special Reports and DIY- LAW videos
> Archive of Ask Alex videos - "questioning postmodern justice"
>
> DISCLAIMER: Alexander Baker is not an attorney and nothing he says shall be construed as legal advice. Paralegal services are offered only under the supervision of a licensed attorney. Post Modern Justice Media Project is a Nevada 501(c)(3) nonprofit organization. Donations are tax-deductible.