# Law Offices of
# Donald Charles Schwartz

7960-B Soquel Drive, No. 291, Aptos, CA 95003
Tel (831) 331-9909 – Fax (815) 301-6556
Email: triallaw@cruzio.com

September 30, 2021

Dariush Ghaffar Adli, Esq.
Adli Law Group
12400 Wilshire Blvd., Suite 1460
Los Angeles, CA 90025-1060
Fax to: 213-623-6554
email: adli@adlilaw.com

Re:   Edward Stolz, et.

Dear Mr. Adli,

Please be advised that I represent Edward Stolz and affiliated communications business entities.

Please immediately arrange to have all client files of Edward Stolz (and affiliated communications business entities) delivered to my custody and control.

Please include any and all billing records for your services.

Thanks – in advance.

Sincerely,

*/s/ Donald Charles Schwartz*

Donald Charles Schwartz, JD, MBA

Approved:

Date: 9/30/2021             */s/ Edward R. Stolz, II*
                            _____
                            Edward R. Stolz, II