# Law Offices of
# Donald Charles Schwartz

7960-B Soquel Drive, No. 291, Aptos, CA 95003
Tel (831) 331-9909 — Fax (815) 301-6556
Email: triallaw@cruzio.com

January 2, 2022

Dariush Ghaffar Adli, Esq.
Adli Law Group
12400 Wilshire Blvd., Suite 1460
Los Angeles, CA 90025-1060

Re:   Edward R. Stolz, II; Royce International Broadcasting Corporation, Golden State Broadcasting, LLC, Silver State Broadcasting, LLC, et.

Dear Mr. Adli,

Having no response from my latter dated September 30, 2021, please find another copy herewith.

Please immediately arrange to have all client files of Edward R. Stolz II. (and affiliated communications business entities) delivered to my custody and control.

Please include any and all billing records for your services.

Sincerely,

*/s/ Donald Charles Schwartz*

Donald Charles Schwartz, JD, MBA


Approved:

Date: January 2, 2022    **/s/ Edward R. Stolz, II**
_____
Edward R. Stolz, II