**HAHN & HAHN LLP**
DEAN G. RALLIS JR., State Bar No. 94266
E-Mail: drallis@hahnlawyers.com
301 E. COLORADO BLVD., NINTH FLOOR
PASADENA, CALIFORNIA 91101-1977
Telephone: (626) 796-9123
Facsimile: (626) 449-7357

Attorneys for Debtor Adli Law Group P.C.



FILED & ENTERED

DEC 08 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ADLI LAW GROUP P.C.,<br><br>    Debtor. | Case No. 2:21-bk-18572-BB<br><br>Chapter 11 (Subchapter V)<br><br>**FINAL ORDER GRANTING CONTEMPT MOTION AGAINST ROYCE INTERNATIONAL BROADCASTING CORPORATION, EDWARD R. STOLZ II, ALEXANDER C. BAKER AND DONALD CHARLES SCHWARTZ**<br><br>Hearing Date:<br>Date:    November 30, 2022<br>Time:   10:00 a.m.<br>Place:   Courtroom 1539<br>            255 E. Temple Street<br>            Los Angeles, CA 90012<br>Judge:  Hon. Sheri Bluebond |

The "Contempt Motion" described in the "Order to Show Cause why Royce International Broadcasting Corporation, Edward R. Stolz II, Alexander C. Baker and Donald Charles Schwartz Should not be Held in Contempt For Willful Violation of the Automatic Stay" [ECF 237] ("OSC") initially came on for hearing ("Interim Hearing") on November 9, 2022, at 10:00 a.m. as against Alexander C. Baker only; the Contempt Motion as against the other "Alleged Contemnors" (as

DGR\37431.00003\3565657.2

that term is defined in the OSC) having been severed and re-calendared to November 30, 2022, as set forth in more detail in the "Order Approving Stipulation and Joint Ex Parte Application of Debtor, on the one Hand, and, on the Other Hand, Donald Charles Schwartz, Royce International Broadcasting Corporation and Edward R. Stolz II for Order Severing and Continuing, in Part, Hearing on OSC" [ECF 261] ("Severing Order"). Following the Interim Hearing, the Court issued its "Order (I) Granting Contempt Motion as Against Alexander C. Baker on an Interim Basis and (II) Continuing Hearing to Determine Sanctions Amount" [ECF 264] filed November 10, 2022, ("Interim Order") pursuant to which, *inter alia*, the Interim Hearing was continued to November 30, 2022, for the sole purpose of determining the Sanction Amount, as that term was defined in the Interim Order.

In accordance with the Severing Order and the Interim Order, the Contempt Motion came on for final hearing on November 30, 2022, at 10:00 a.m. ("Final Hearing"). Appearances at the Final Hearing were as noted on the record. For the reasons stated on the record of the Interim Hearing and the Final Hearing, and as otherwise supported by the record in the above-captioned bankruptcy case ("Case"), the Court hereby ADJUDGES, ORDERS and DECREES as follows:

1. The Interim Order is supplemented by this Order.

2. Pursuant to the OSC, the Court determines and hereby holds Royce International Broadcasting Corporation, Edward R. Stolz II, Alexander C. Baker and Donald Charles Schwartz (together, the "Contemnors"), and each of them, in civil contempt for violation of 11 U.S.C. § 362(a), the "automatic stay" that became effective upon the filing of the petition commencing this Case.

3. As sanctions for such civil contempt, each of the Contemnors is jointly and severally liable to pay, and is hereby jointly and severally ordered to pay, compensatory damages in the amount of Seventy-Five Thousand Seventy-Nine and 94/100 Dollars ($75,079.94) to Gregory Kent Jones, in his capacity as subchapter 5 trustee ("Trustee") of the bankruptcy estate ("Estate") in this Case.

4. The Estate's rights under this Order may be transferred to the debtor in this Case, the reorganized debtor, or to any other entity pursuant to an order of this Court, including, without

limitation, an order confirming a chapter 11 plan in this Case, after notice and an opportunity to be heard.

### #

Date: December 8, 2022

Sheri Bluebond
United States Bankruptcy Judge